Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

Attorneys for Plaintiffs
Thunder Studios, Inc. and Rodric David

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDER STUDIOS, INC.; RODRIC DAVID,<br><br>               Plaintiffs,<br>   v.<br><br>CHARIF KAZAL; TONY KAZAL; ADAM KAZAL; AND DOES 1 TO 100, INCLUSIVE,<br><br>               Defendants. | CASE NO.: 2:17-cv-00871 AB (SSx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Date:   December 4, 2018<br>Time:  8:30 a.m.<br>Judge: Hon. Andre Birotte, Jr.<br>Ctrm.:  7B |

Pursuant to the Court's Order re Jury/Court Trial, Plaintiffs Thunder Studios, Inc. and Rodric David (collectively, "Plaintiffs") and Defendants Charif Kazal, Tony Kazal, and Adam Kazal (collectively, "Defendants") respectfully submit their Joint Status Report Regarding Settlement.

On October 8, 2018, Plaintiffs and Defendants participated in a Mediation before Panel Mediator Greg Derin. The Mediation was unsuccessful. The parties do not believe that further discussions will be productive, and not request any help from the Court with regard to settlement negotiations.

-1-

Joint Status Report Regarding Settlement

| | | |
|---|---|---|
| Dated: October 19, 2018 | | LAW OFFICES OF SETH W. WIENER |

*[signature: Seth Wiener]*

By: _____
Seth W. Wiener
Attorney for Plaintiffs
THUNDER STUDIOS, INC. and
RODRIC DAVID

Dated: October 19, 2018        THE TAYLOR LAW FIRM

/S/

By: _____
Benjamin Taylor
Attorney for Defendants
CHARIF KAZAL, TONY KAZAL, ADAM KAZAL

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

Dated: October 19, 2018        LAW OFFICES OF SETH W. WIENER

*[signature: Seth Wiener]*

By: _____
Seth W. Wiener
Attorney for Plaintiffs
THUNDER STUDIOS, INC.; RODRIC DAVID

Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone:  (925) 487-5607
Email: seth@sethwienerlaw.com

Attorneys for Plaintiffs
Thunder Studios, Inc. and Rodric David

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDER STUDIOS, INC.; RODRIC DAVID,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHARIF KAZAL; TONY KAZAL; ADAM KAZAL; AND DOES 1 TO 100, INCLUSIVE,<br><br>                    Defendants. | CASE NO.:  2:17-cv-00871 AB (SSx)<br><br>**PROOF OF SERVICE** |

I, Seth W. Wiener, declare:

I am employed in Contra Costa County, California.  I am over eighteen years of age and not a party to this action.  My business address is 609 Karina Court, San Ramon, CA 94582.  On October 19, 2018, I served a true and correct copy of the following document(s):

- JOINT STATUS REPORT REGARDING SETTLEMENT

X ELECTRONIC MAIL: I caused a true and correct copy thereof to be sent via electronic mail to Defendants' attorney, Benjamin Taylor, at the following email addresses: btaylor@taylorlawfirmpc.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on October 19, 2018, at San Ramon, California.

By: _____
Seth W. Wiener

-3-