Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone:  (925) 487-5607
Email: seth@sethwienerlaw.com

Attorneys for Plaintiffs
Thunder Studios, Inc. and Rodric David

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THUNDER STUDIOS, INC.; RODRIC DAVID, <br><br> Plaintiffs, <br><br> v. <br><br> CHARIF KAZAL; TONY KAZAL; ADAM KAZAL; AND DOES 1 TO 100, INCLUSIVE, <br><br> Defendants. | CASE NO.:  2:17-cv-00871 AB (SSx) <br><br> **NOTICE OF LODGING OF FINAL PRETRIAL CONFERENCE ORDER** <br><br> **TRIAL:** <br> Date:    December 4, 2018 <br> Time:    8:30 a.m. <br> Judge:   Hon. Andre Birotte, Jr. <br> Ctrm.:   7B |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    Attached hereto is the parties' proposed Final Pretrial Conference Order which is being lodged with the Court.

Dated:  October 26, 2018        LAW OFFICES OF SETH W. WIENER

*[signature: Seth Wiener]*

By: _____
Seth W. Wiener
Attorney for Plaintiffs
THUNDER STUDIOS, INC. and

-1-

RODRIC DAVID

Notice of Lodging of Final Pretrial Conference Order