Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

Attorneys for Plaintiffs
Thunder Studios, Inc. and Rodric David

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THUNDER STUDIOS, INC.; RODRIC DAVID, <br><br> Plaintiffs, <br><br> v. <br><br> CHARIF KAZAL; TONY KAZAL; ADAM KAZAL; AND DOES 1 TO 100, INCLUSIVE, <br><br> Defendants. | CASE NO.: 2:17-cv-00871 AB (SSx) <br><br> **JOINT VERDICT FORM** <br><br> Date: December 4, 2018 <br> Time: 8:30 a.m. <br> Judge: Hon. Andre Birotte, Jr. <br> Ctrm.: 7B |
|---|---|

    Pursuant to the Court's Order re Jury/Court Trial, Plaintiffs Thunder Studios, Inc. and Rodric David (collectively, "Plaintiffs") and Defendants Charif Kazal, Tony Kazal, and Adam Kazal (collectively, "Defendants") respectfully submit their Joint Verdict Form.

-1-

Joint Verdict Form

# VERDICT FORM

We answer the questions submitted to us as follows:

## Thunder Studios, Inc.'s Claim for Copyright Infringement

1. Has Thunder Studios, Inc. proven that it owns copyrights in the following photographs:

| Name of Photograph | Yes | No |
| --- | --- | --- |
| audi-r8-dec-13 | | |
| rodric-david-orange-mclaren | | |
| rodric-david-thunder-studios-office | | |
| rodric-david-la-clippers-lexus | | |
| rodric-david-yellow-mclaren | | |
| rodric-david-tesla-p90d | | |
| rodric-david-channel-west-coast | | |
| Rodric-David-Meeting-Distribution-101-RD_Featured_Image-4-18-2016 | | |
| IMG_2584 | | |
| Rodric-David-Official-Portrait-Headshot-Thunder-Studios-CEO | | |
| Tyga-and-Rodric-David-at-Thunder-Studios-Web | | |
| thunder-digital-media-rodric-david-carey-martell_ | | |
| rodric-david-toyota-hydro-car | | |

2. Below is a chart that identifies each allegedly infringed photograph. Identify:

   (1) whether Charif Kazal is liable for that photograph's infringement;

   (2) whether Charif Kazal committed copyright infringement willfully or out of ignorance/by accident;

Joint Verdict Form

(3) the amount of damages, if any, owed by Charif Kazal to Thunder Studios, Inc. for that photograph's infringement.

(4) whether Tony Kazal is liable for that photograph's infringement;

(5) whether Tony Kazal committed copyright infringement willfully or out of ignorance/by accident;

(6) the amount of damages, if any, owed by Tony Kazal to Thunder Studios, Inc. for that photograph's infringement.

(7) whether Adam Kazal is liable for that photograph's infringement;

(8) whether Adam Kazal committed copyright infringement willfully or out of ignorance/by accident;

(9) the amount of damages, if any, owed by Adam Kazal to Thunder Studios, Inc. for that photograph's infringement.

(10) the total amount of damages, if any, owed to Thunder Studios, Inc. for that photograph's infringement.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Name of Photograph | Charif Liable? | Charif Willful or Ignorant? | Charif Damages? | Tony Liable? | Tony Willful or Ignorant? | Tony Damages? | Adam Liable? | Adam Willful or Ignorant? | Adam Damages? | Total Damages? |
| audi-r8-dec-13 | | | | | | | | | | |
| rodric-david-orange-mclaren | | | | | | | | | | |
| rodric-david-thunder-studios-office | | | | | | | | | | |
| rodric-david-la-clippers-lexus | | | | | | | | | | |
| rodric-david-yellow-mclaren | | | | | | | | | | |
| rodric-david-tesla-p90d | | | | | | | | | | |
| rodric-david-channel-west-coast | | | | | | | | | | |
| Rodric-David-Meeting-Distribution-101-RD_Featured_Image-4-18-2016 | | | | | | | | | | |
| IMG_2584 | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rodric-David-Official-Portrait-Headshot-Thunder-Studios-CEO | | | | | | | | | | |
| Tyga-and-Rodric-David-at-Thunder-Studios-Web | | | | | | | | | | |
| thunder-digital-media-rodric-david-carey-martell_ | | | | | | | | | | |
| rodric-david-toyota-hydro-car | | | | | | | | | | |

## Rodric David's Claim for Stalking

3. Has Rodric David proven his claim of stalking against Charif Kazal?

    Yes: ___        No: ___

4. Has Rodric David proven his claim of stalking against Tony Kazal?

    Yes: ___        No: ___

5. Has Rodric David proven his claim of stalking against Adam Kazal?

    Yes: ___        No: ___

6. What amount of compensatory damages, if any, do you award to Rodric David and against Charif Kazal for stalking:

    Amount: _____

7. What amount of compensatory damages, if any, do you award to Rodric David and against Tony Kazal for stalking:

    Amount: _____

8. What amount of compensatory damages, if any, do you award to Rodric David and against Adam Kazal for stalking:

    Amount: _____

[9. Did Charif Kazal engage in the conduct with malice, oppression, or fraud?

    Yes: ___        No: ___

10. What amount of punitive damages, if any, do you award to Rodric David and against Charif Kazal?

    Amount: _____

11.     Did Tony Kazal engage in the conduct with malice, oppression, or fraud?

Yes: ___          No: ___

12.     What amount of punitive damages, if any, do you award to Rodric David and against Tony Kazal?

Amount: _____

13.     Did Adam Kazal engage in the conduct with malice, oppression, or fraud?

Yes: ___          No: ___

14.     What amount of punitive damages, if any, do you award to Rodric David and against Adam Kazal?

Amount: _____]

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

Dated: _____        _____
                                                                Jury Foreperson

Joint Verdict Form

Dated:  October 26, 2018          LAW OFFICES OF SETH W. WIENER

*(signature: Seth Wiener)*

By: _____
Seth W. Wiener
Attorney for Plaintiffs
THUNDER STUDIOS, INC. and
RODRIC DAVID

Dated:  October 26, 2018          THE TAYLOR LAW FIRM

/S/

By: _____
Benjamin Taylor
Attorney for Defendants
CHARIF KAZAL, TONY KAZAL, ADAM KAZAL

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 26, 2018          LAW OFFICES OF SETH W. WIENER

*(signature: Seth Wiener)*

By: _____
Seth W. Wiener
Attorney for Plaintiffs
THUNDER STUDIOS, INC.; RODRIC DAVID

-6-

Joint Verdict Form