DUPLICATE **ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2018
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDER STUDIOS, INC.; RODRIC DAVID, <br><br> Plaintiffs, <br><br> v. <br><br> CHARIF KAZAL; TONY KAZAL; ADAM KAZAL; AND DOES 1 TO 100, INCLUSIVE <br><br> Defendants. | Case No. CV 17-00871-AB (SSx) <br><br> **SPECIAL VERDICT FORM** |

1.

1 WE, THE JURY in the above-entitled action, unanimously find as follows on the
2 questions submitted to us:
3
4 **Thunder Studios, Inc.'s Claim for Copyright Infringement**
5 **QUESTION 1:** Has Thunder Studios, Inc. proven that it owns copyrights in the
6 following photographs:

| Name of Photograph | Yes | No |
|---|---|---|
| audi-r8-dec-13 | ✓ | |
| rodric-david-orange mclaren | ✓ | |
| rodric-david-thunder-studios-office | ✓ | |
| rodric-david-la-clippers-lexus | ✓ | |
| rodric-david-yellow-mclaren | ✓ | |
| rodric-david-tesla-p90d | ✓ | |
| rodric-david-channel-west-coast | ✓ | |
| Rodric-David-Meeting-Distribution-101-RD_Featured_Image-4-18-2016 | ✓ | |
| IMG_2584 | ✓ | |
| Rodric-David-Official-Portrait-Headshot-Thunder-Studios-CEO | ✓ | |
| Tyga-and-Rodric-David-at-Thunder-Studios-Web | ✓ | |
| thunder-digital-media-rodric-david-carey-martell | ✓ | |
| rodric-david-toyota-hydro-car | ✓ | |

**QUESTION 2:** Below is a chart that identifies each allegedly infringed photograph.
Identify:

    1. whether Charif Kazal is liable for that photograph's infringement;

2.

2. whether Charif Kazal committed copyright infringement willfully or out of ignorance/by accident

3. the amount of damages, if any, owed by Charif Kazal to Thunder Studios, Inc. for that photograph infringement;

4. whether Tony Kazal is liable for that photograph's infringement;

5. whether Tony Kazal committed copyright infringement willfully or out of ignorance/by accident;

6. the amount of damages, if any, owed by Tony Kazal to Thunder Studios, Inc. for the photograph's infringement;

7. whether Adam Kazal is liable for that photograph's infringement;

8. whether Adam Kazal committed copyright infringement willfully or out of ignorance/by accident;

9. the amount of damages, if any, owed by Adam Kazal to Thunder Studios, Inc. for that photograph's infringement;

10. the total amount of damages, if any, owed to Thunder Studios, Inc. for that photograph's infringement.

[Chart Below]

| Name of Photograph | Q1 Charif Liable? | Q2 Charif Willful/Ignorant? | Q3 Charif Damages? | Q4 Tony Liable? | Q5 Tony Willful/Ignorant? | Q6 Tony Damages? | Q7 Adam Liable? | Q8 Adam Willful/Ignorant? | Q9 Adam Damages? | Q10 Total Damages? |
|---|---|---|---|---|---|---|---|---|---|---|
| audi-r8-dec-13-15 | Y | I | $200.- | N | N/A | $0.00 | N | N/A | $0.00 | $200.- |
| rodric-david-orange-mclaren | | | | | | | | | | $200.- |
| rodric-david-thunder-studios-office | | | | | | | | | | $200.- |
| rodric-david-la-clippers-lexus | | | | | | | | | | $200.- |
| rodric-david-yellow-mclaren | | | | | | | | | | $200.- |
| rodric-david-tesla-p90d | | | | | | | | | | $200.- |
| rodric-david-channel-west-coast | | | | | | | | | | $200.- |
| Rodric-David-Meeting-Distribution-101-RD_Featured_Image-4-18-2016 | | | | | | | | | | $200.- |
| IMG_2584 | | | | | | | | | | $200.- |
| Rodric-David-Official-Portrait-Headshot-Thunder-Studios-CEO | | | | | | | | | | $200.- |
| Tyga-and-Rodric-David-at-Thunder-Studios-Web | | | | | | | | | | $200.- |
| thunder-digital-media-rodric-david-carey-martell_ | | | | | | | | | | $200.- |
| rodric-david-toyota-hydro-car | | | | | | | | | | $200.- |

4.

**QUESTION 3:** . Has Rodric David proven his claim of stalking against Charif Kazal?

Yes: _____  No: _X_

**QUESTION 4:** Has Rodric David proven his claim of stalking against Tony Kazal?

Yes: _X_  No: _____

**QUESTION 5:** Has Rodric David proven his claim of stalking against Adam Kazal?

Yes: _X_  No: _____

**QUESTION 6:** What amount of compensatory damages, if any, do you award to Rodric David and against Charif Kazal for stalking:

Amount: $0.

**QUESTION 7:** What amount of compensatory damages, if any, do you award to Rodric David and against Tony Kazal for stalking:

Amount: $100,000.00

**QUESTION 8:** What amount of compensatory damages, if any, do you award to Rodric David and against Adam Kazal for stalking:

Amount: $100,000.00

**QUESTION 9:** Did Charif Kazal engage in the conduct with malice, oppression, or fraud?

Yes: _____  No: _X_

**QUESTION 10:** Did Tony Kazal engage in the conduct with malice, oppression, or fraud?

Yes: _X_  No: _____

**QUESTION 11:** Did Adam Kazal engage in the conduct with malice, oppression, or fraud?

Yes: _X_   No: ____

*Please sign and date this verdict form and return it to the Court.*

Dated: 12-11-2018     Signed: /s/ redacted signature
                              Jury Foreperson

6.