JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDER STUDIOS, INC.; RODRIC DAVID,<br><br>     Plaintiffs,<br>v.<br><br>CHARIF KAZAL; TONY KAZAL; ADAM KAZAL; AND DOES 1 TO 100, INCLUSIVE,<br><br>     Defendants. | CASE NO.: 2:17-cv-00871 AB (SSx)<br><br>Hon. Andre Birotte, Jr.<br><br>[PROPOSED] JUDGMENT AFTER JURY VERDICT<br><br>Verdict Rendered December 11, 2018 |

TO ALL INTERESTED PARTIES, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

By reason of Special Verdict Form (Doc. Nos. 187 and 188) and Special Verdict Form Punitive Damages (Doc. Nos. 189 and 190), which are incorporated herein by reference, Plaintiffs Thunder Studios, Inc. and Rodric David are entitled to Judgment against Defendants Charif Kazal, Tony Kazal and Adam Kazal. Now, therefore, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Thunder Studios shall have and recover Two Thousand Six Hundred Dollars ($2,600.00) in statutory damages pursuant to 17 U.S.C. § 504(c)(2) on Claim 1 (Copyright Infringement) against Defendant Charif Kazal.

2. Plaintiff Thunder Studios shall take nothing on Claim 1 (Copyright

-1-

Judgment

Infringement) against Defendants Tony Kazal and Adam Kazal.

3. Plaintiff Rodric David shall have and recover One Hundred Thousand Dollars ($100,000.00) in compensatory damages and One Million Dollars ($1,000,000.00) in punitive damages on Claim 2 (Stalking) against Defendant Tony Kazal.

4. Plaintiff Rodric David shall have and recover One Hundred Thousand ($100,000.00) in compensatory damages and One Million Dollars ($1,000,000.00) in punitive damages on Claim 2 (Stalking) against Defendant Adam Kazal.

5. Plaintiff Rodric David shall take nothing on Claim 2 (Stalking) against Defendant Charif Kazal.

<u>Attorneys' Fees and Costs</u>

1. Plaintiff Thunder Studios, Inc. may file a Motion For Recovery of Attorneys' Fees and Costs with the Court.

2. Defendants Tony Kazal and Adam Kazal may file a Motion for Recovery of Attorneys' Fees with the Court.

3. Plaintiffs Thunder Studios, Inc. and Rodric David may file an Application to the Clerk to Tax Costs.

IT IS SO ORDERED:

Dated: 1/2/2019

_____
André Birotte, Jr.
United States District Court Judge

Submitted by:
Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com
Attorneys for Plaintiffs
Thunder Studios, Inc. and Rodric David

Judgment