1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               WESTERN DIVISION

4     THE HON. JUDGE ANDRÉ BIROTTE JR., JUDGE PRESIDING

5

6    THUNDER STUDIOS, INC.;              )
     RODRIC DAVID,                       )
7                                        )
                         PlaintiffS,     )
8                                        )
          vs.                            ) NO. 17-CV-00871-AB
9                                        )
     CHARIF KAZAL; TONY KAZAL;           )
10   ADAM KAZAL; AND DOES 1 to 100,      )
     INCLUSIVE,                          )
11                                       )
                         Defendants.     )
12   _____)

13

14

15

16              JURY TRIAL - DAY 3

17           (8:49 a.m. to 12:31 p.m.)

18            Los Angeles, California

19           Monday, December 10, 2018

20

21

22

23        LISA M. GONZALEZ, CSR No. 5920, CCRR
                U.S. District Courthouse
24          350 West 1st Street - Suite 4455
              Los Angeles, California 90012
25                   213.894.2979
                  www.lisamariecsr.com

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:    LAW OFFICES OF SETH W. WIENER
                           BY:  SETH W. WIENER, ESQ.
 4                         609 Karina Court
                           San Ramon, California  94582
 5                         (925) 487-5607

 6                         SYVERSON, LESOWITZ AND GEBELIN LLP
                           BY:  STEVEN THOMAS GEBELIN, ESQ.
 7                         8383 Wilshire Boulevard Suite 520
                           Beverly Hills, CA 90211
 8                         (310) 341-3072

 9
     FOR THE DEFENDANT:    THE TAYLOR LAW FIRM
10                         BY:  BENJAMIN TAYLOR, ESQ.
                                DIANE D. BANI-ESRAILI
11                         1880 Century Park East
                           Suite 714
12                         Los Angeles, California  90067
                           (310) 201-7600
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                          I N D E X

2

3     PROCEEDINGS:

4     50(A) Motion                                    Page 113

5

6

7     PLAINTIFFS'                                      VOIR
      WITNESS              DIRECT  CROSS  REDIRECT  RECROSS  DIRE  VOL
8
      MICHAEL HAMMOND         20     29
9

10

11

12    DEFENDANTS'                                      VOIR
      WITNESS              DIRECT  CROSS  REDIRECT  RECROSS  DIRE  VOL
13
      CHARIF KAZAL            34     81     109       110
14

15

16

17                   Index of Exhibits

18    Exhibits                                    Received

19    43           Printout                          75

20    39           Reprint of an Article            106

21

22

23

24

25

                 *Lisa M. Gonzalez, Official Reporter*

| | |
|---|---|
| 1 | Los Angeles, California; Monday, December 10, 2018; |
| 2 | 8:49 a.m. |
| 3 | -o0o- |
| 4 | THE CLERK:  Calling civil case 17-871, Thunder |
| 5 | Studios, Inc., versus Charif Kazal, et al. |
| 6 | Jury Trial Day 3. |
| 7 | Counsel, please state your appearance. |
| 8 | MR. WIENER:  Good morning, Your Honor. |
| 9 | Seth Wiener for plaintiffs, Thunder Studios, Inc., and |
| 10 | Rodric David. |
| 11 | MR. GEBELIN:  Good morning, Your Honor. |
| 12 | Steven Gebelin also for plaintiffs. |
| 13 | MR. TAYLOR:  Good morning, Your Honor. |
| 14 | Benjamin Taylor on behalf of defendants Charif Kazal, Tony |
| 15 | Kazal and Adam Kazal. |
| 16 | MS. BANI-ESRAILI:  Good morning, Your Honor. |
| 17 | Diane Bani-Esraili for the defendant. |
| 18 | THE COURT:  Good morning to you all.  I understand |
| 19 | there are some issues that we need to discuss this morning. |
| 20 | Mr. Taylor? |
| 21 | MR. TAYLOR:  Yes, just briefly, Your Honor. |
| 22 | As the Court will recall, when Mr. David was on |
| 23 | the stand, I asked him during his cross-examination about a |
| 24 | lawsuit involving Mr. Martel.  And we had a sidebar and |
| 25 | Your Honor addressed that with us.  I do have a transcript |

1  of the hearing from that case where the verdict was read

2  into the record, so I don't know if Your Honor wants to take

3  a look at that.

4          THE COURT:  Can I take a look -- I assume you have

5  copies for opposing counsel or --

6          MR. TAYLOR:  I have three copies, yeah.

7          THE COURT:  Give one to opposing counsel and let

8  me take a look at it as well.

9          MR. TAYLOR:  The part I'm referring to starts on

10  page four, line 11 on page 4.

11          THE COURT:  Mr. Taylor, can you refresh my

12  recollection?

13          What was the nature -- to the extent you know,

14  what was the nature of this litigation?

15          MR. TAYLOR:  Mr. Martel, as Mr. David testified,

16  was vice president of Thunder TV at Thunder Studios, and

17  there were certain -- my understanding -- of course, I

18  wasn't involved in the case, but my understanding is that

19  there were certain representations made by Thunder Studios,

20  particularly by Mr. David, in respect to Mr. Martel's

21  relationship with Thunder Studios.  And it was a short-lived

22  relationship apparently, and litigation resulted arising out

23  of, I guess, false promises that were made and contracts

24  that were not performed.  And there was a claim -- I believe

25  it's addressed on page 5 -- for conversion of Mr. -- page 5

1    and 6 of Mr. Martel's property.

2              Mr. Gebelin was counsel for Thunder Studios and

3    Mr. David in that case, so he can probably shed more light,

4    but that's my understanding of the general nature.

5              Obviously, as you read through the transcript,

6    there are employment-related claims and things that are not

7    pertinent for our purposes, but with respect to fraud,

8    misrepresentation and conversion, I think -- that's what I'm

9    focusing our attention on.

10             THE COURT:  Mr. Gebelin, you're standing up, so

11   I'm assuming you have something you wish to say in response?

12   And at least according to Mr. Taylor, you were there, so you

13   might have some more insight as it relates to this matter.

14             MR. GEBELIN:  I was there, Your Honor.  Counsel of

15   record for Thunder Studios in the matter that we're talking

16   about.

17             First, this is a jury verdict.  I point out,

18   there's an internal inconsistency in the verdict regarding

19   fraud.  The answer to Question 9 whether or not there was a

20   false representation of fact is "Yes."  But then in response

21   to Question 13 on page 5 at line 11:  Did Thunder Studios or

22   Rodric David intend to perform the promise when they made

23   it?  Yes.  So there's an internal inconsistency in this

24   verdict that hasn't been able to be tested yet based on the

25   status of the case.

1          THE COURT:  Remind me again.  The status, it's up

2  on appeal, or are we in post-trial motions as it relates to

3  the case?

4          MR. GEBELIN:  The status of the case is it's in

5  between phase one and phase two still.  There's no final

6  judgment.  There are no post-trial motions yet because we're

7  still waiting for a final verdict on phase two.

8          THE COURT:  From the judge?

9          MR. GEBELIN:  From a jury.  There has to be a

10  second jury trial --

11          THE COURT:  You haven't had that trial yet?

12          MR. GEBELIN:  The second phase of the jury trial

13  has not happened yet.  So there is not a complete verdict.

14  The case is not complete.  There has not even been a chance

15  to file post-trial motions because the trial has been

16  basically on hiatus for over a year now at this -- almost a

17  year now at this point.

18          THE COURT:  And perhaps as an aside, in state

19  court, the gap between a verdict and phase two can last up

20  to a year?

21          MR. GEBELIN:  This is an unusual instance for

22  certain.  Our lead trial judge passed away two months after

23  the original jury verdict, actually less than two months.

24  Following that, we've had an attempt at another punitive

25  damages trial in this past June that was declared a mistrial

1    about halfway through that trial.

2            THE COURT:  What was the basis for that?  I'm

3    sorry.  Maybe this is apropos.  It seems like there's a lot

4    of bad luck going around here.

5            MR. GEBELIN:  Again another instance of bad luck,

6    Your Honor.  The initial jury estimate for that case was

7    three or four days.  After about three days of trial, the

8    parties and the judge realized that we were not going to

9    conclude nearly close to on time, and we polled the jury and

10   realized we would probably lose more jury members than we

11   needed by the time we concluded.  So the judge, rather than

12   having us try to squeeze things in, went ahead and declared

13   a mistrial at that point.

14           THE COURT:  And who was the judge?

15           MR. GEBELIN:  I'm sorry, Your Honor.  That name's

16   escaping me at the moment.  It's in Long Beach at the state

17   court.

18           THE COURT:  Do you have any other date set for the

19   trial?

20           MR. GEBELIN:  There's not another date set yet for

21   phase two trial.

22           THE COURT:  Mr. Taylor, look, I still have some

23   heartburn about this because based on what Mr. Gebelin is

24   representing, there's no judgment.  I mean, a jury has made

25   a decision, but the trial's not over.  Obviously, it's hard

1   for me to be articulate.  I mean, the trial's not over and

2   you're asking the jury -- you want to inquire of

3   Mr. David -- I guess the question is:  Is it a fact that a

4   jury has found X, Y, and Z, that you've made

5   misrepresentations to someone else?  I'm not sure I can do

6   that when no -- a final judgment has not been entered in the

7   case.

8             What's your response?  I may be missing something.

9             MR. TAYLOR:  It's true, Your Honor, that there's a

10  phase two so there's not a final judgment entered, but phase

11  two is punitive damages which arise from the fraud and the

12  conversion.  If there had been a final judgment entered on

13  this verdict, counsel would say:  Well, Your Honor, we're

14  going to appeal or, Your Honor, there's still a post-trial

15  motion --

16            THE COURT:  True.  And he could say that, but I

17  would say there's a final judgment.  To me, that is my point

18  is that there's no judgment in the case.  In some respects,

19  the case has bad luck, generally, but now bad luck, I guess,

20  transfers over here because I don't have a judgment.

21            And you're right, plenty of lawyers have said:

22  Oh, it's pending appeal, but at least there's a judgment

23  that has been entered in the case and the judgment is based

24  on the verdict.  Right now we don't have a judgment being

25  entered.  I'm not aware of any case law that suggests that I

1   can introduce something that has not been finaled by the

2   Court.  It's no different in my criminal cases or other

3   cases where we've got a judgment.  That's been the finding.

4          And until and unless there's a different finding,

5   that's the rule -- that's the state of the law as it relates

6   to the state of the case.  So it seems, to me, absent a

7   judgment, I don't believe you can inquire as it relates to

8   that.

9          MR. TAYLOR:  Well, I would just say, Your Honor, I

10  don't know that Rule 608 includes or has been interpreted to

11  include such a requirement, but I certainly understand what

12  the Court is saying.

13         On the flip side, it would seem that if a jury

14  heard all the evidence and conducted a trial and found that

15  there was a misrepresentation and that there was conversion,

16  that certainly is at least some suggestion of character for

17  untruthfullness under 608.

18         THE COURT:  All right.  Mr. Gebelin, anything

19  further you wish to add?

20         MR. GEBELIN:  Just one entire point.  Another sort

21  of inconsistency and why it's not necessarily probative and

22  probably it's much more prejudicial in this case.  The

23  jury's verdict seems to indicate there's conversion but also

24  indicates there's no damages arising from the conversion in

25  this case.  That's the response to Question Number 28 on

```
 1   page 8, line 5.

 2              THE COURT:  Again, I appeciate -- you're parsing

 3   through the verdict.  To me, that's less of an issue, quite

 4   frankly.  More of the issue is the fact that a judgment has

 5   not been entered.  And, then, as a related aside to the

 6   Court, at least am I to assume that Thunder Studios and

 7   Rodric David are one in the same throughout this trial

 8   because I thought -- of interest to me as a third party not

 9   knowing anything about the case, it says:  Did Thunder

10   Studios and/or Rodric David make false representations of

11   fact or promise Martel Systems and/or Kerry Martel.

12              To me, that suggests a number of possible

13   combinations.  The jury might have found that Thunder

14   Studios made some sort of false representation separate from

15   Mr. David or Mr. David made the false representation and it

16   was made to either Martel Broadcast Systems on the one hand

17   and/or Kerry Martel.

18              Should I assume that Thunder Studios and

19   Rodric David were one in the same for purposes of this

20   trial, the preceding trial?

21              MR. GEBELIN:  Not for purposes of the trial, but

22   the statements that were offered at issue came directly from

23   Mr. David.

24              So the statements at issue came from Mr. David,

25   not some other person at Thunder Studios.  So for the
```

1    purpose of the verdict form, that was a simplification that

2    was made.

3              THE COURT:  Okay.  Thank you.

4              Again, the ruling still stands as it relates to

5    that.  Others may disagree, but I'm concerned about allowing

6    questioning as it relates to a verdict that has not been

7    entered into the record in a pending trial.  So based on

8    that, I'm going to deny the request to inquire of the

9    witness as it relates to that.  I'll make sure our courtroom

10   deputy hands the transcript back to you.

11             Anything further we need to discuss, Mr. Taylor?

12             MR. TAYLOR:  Yeah, just one other point,

13   Your Honor.

14             My understanding is that the plaintiff wishes to

15   call Mr. Hammond, who, I guess, has flown in from Australia.

16   And, I guess, my concern is that we're talking about a

17   witness who obviously doesn't live here and wasn't here.

18   And I'm concerned about cumulative testimony and testimony

19   from a witness who doesn't have personal knowledge and

20   consuming the Court's time today with -- and our time

21   with --

22             THE COURT:  You're concerned about consuming the

23   Court's time at 9:20, when the jury's supposed to be here?

24             MR. TAYLOR:  Well, our time as well.  I know

25   Your Honor wants to get the case going today.  So I guess

1   the question is:  Is there any way we can sort of focus his

2   testimony on whatever is new because we've heard -- I think

3   we've heard about what the elements are --

4           THE COURT:  I appreciate you trying to help the

5   Court.

6           Let me ask, Mr. Wiener, what's the proffer as it

7   relates to the testimony of Mr. Hammond?

8           MR. WIENER:  The areas that will be addressed by

9   Mr. Hammond are, first of all, that the articles in the

10  Sydney Morning Herald are reliable sources.

11          I should preface this by saying that Mr. Hammond's

12  testimony is estimated to be at 20 minutes to 30 minutes, at

13  most.

14          Mr. Hammond also attended the ICAC hearing and was

15  threatened by Charif Kazal and will testify about that.

16          THE COURT:  Threatened about what?

17          MR. WIENER:  For giving testimony -- for

18  accompanying Mr. David to the hearing.

19          THE COURT:  And who is Mr. Hammond?

20          MR. WIENER:  Mr. Hammond is an Australian citizen,

21  a friend of Mr. David and was another person who was

22  essentially victimized in this harassment campaign.

23          THE COURT:  Hold on one second.  Just so I'm

24  clear.  Mr. Hammond is not a party to this case; correct?

25          MR. WIENER:  Correct.

1    THE COURT:  He's going to testify -- did he

2  observe some of the things that occurred with Mr. David

3  or --

4    MR. WIENER:  Yeah, he attended the ICAC hearing.

5  He also removed --

6    THE COURT:  Let me stop you there.  I want to make

7  sure I'm following you.  He attended the ICAC hearing.

8    What happened to Mr. David at the ICAC hearing, if

9  anything?

10    MR. WIENER:  Mr. David also presented witness

11  testimony and, resultingly, Mr. Hammond was threatened by

12  Charif Kazal for providing support for Mr. David.

13    THE COURT:  And so how is that relevant to this

14  case where Mr. David has gone on at length indicating all

15  the issues, his fear, the newspaper articles -- I'm sorry,

16  the website, the spraying of all the documents in his

17  neighborhood, how is Mr. Hammond's testimony relevant to

18  that?

19    MR. WIENER:  Mr. Hammond will also testify that he

20  personally observed the Australian posters and bands, and

21  what he observed.  Also that he removed them.  That

22  testimony will lend itself to the cost of this campaign

23  which is a relevant issue.

24    THE COURT:  How is it relevant?  He can testify:

25  "I live in Australia.  I woke up one morning, I saw all this

1    stuff sprayed around the neighborhood" to corroborate what

2    Mr. David said.  Okay?

3            And what else is he going to say?

4            MR. WIENER:  He'll corroborate that testimony.  He

5    will also testify about the emotional impact of the

6    Australian campaign on Mr. David, which is a substantial

7    issue in this case.

8            THE COURT:  In what sense?  Walk me through that.

9    I have some concerns about some of the things you've said.

10   I don't see how threats against Mr. Hammond are relevant to

11   this case, and to the extent they are, I worry that it's

12   more prejudicial than probative.  This case is about

13   Mr. David and his issues with Mr. Kazal.  Bringing in

14   another witness to say, "I was also threatened," I think is

15   more prejudicial than probative.

16           MR. WIENER:  He was threatened for offering

17   support to Mr. David.  It goes to the defendants' modus

18   operandi.

19           THE COURT:  Respectfully, I disagree.  So he's not

20   going to be allowed to testify as it relates to any threats

21   that Mr. Kazal allegedly, or one of the Kazals, allegedly

22   made against Mr. Hammond.  If he wants to testify, "I came,

23   and I saw all this stuff there," all this stuff in

24   Australia, that's one thing.

25           If he wants to say, "I saw the impact that it had

1  on Mr. David," I don't know what that would entail, but

2  that's another thing.

3          But if he's going to get up and say, "The Kazals

4  threatened me," I think that's more prejudicial than

5  probative.  This case isn't about what the Kazals did to

6  other people, it's what they did to Mr. David.

7          MR. WIENER:  I respectfully disagree, Your Honor.

8  It does involve their attempts to threaten Mr. David by

9  going after his loved ones, friends, his employees but --

10          THE COURT:  Wait.  Where does Mr. Hammond fit into

11  this?  I mean, it's one thing if -- we had Mr. Kolesa, if he

12  came and said, "I went to work and these people were

13  bothering me," et cetera, that's one thing.  What's the

14  connection between Mr. Hammond and Mr. David and this ICAC

15  hearing?  What does Mr. Hammond do?  What's his relationship

16  to Mr. David as it relates to work or otherwise?

17          MR. WIENER:  Mr. Hammond is a long-time friend of

18  Mr. David for about 15 years before the ICAC -- attends the

19  ICAC hearing with Mr. David to show support, and then is

20  threatened by Mr. Kazal during the course of the hearing.

21          THE COURT:  Tell me more about this alleged

22  threat.

23          MR. GEBELIN:  Sure.  Mr. Kazal ushers Mr. Hammond

24  into a separate room and tells him that Mr. Kazal's

25  informants have told him that Mr. Hammond is all part of a

1    conspiracy against Mr. Kazal.  And Mr. Kazal also obstructs

2    Mr. Hammond from leaving this room.

3              Mr. Hammond then testifies about this event to the

4    ICAC hearing which proceeds to make findings adverse to

5    Mr. Kazal.

6              THE COURT:  Findings adverse to Mr. Kazal about

7    his interactions with Mr. Hammond?

8              MR. WIENER:  Mr. Hammond can testify what

9    statements the ICAC made about that, but the specific

10   findings against Mr. Kazal did not relate to that.

11             THE COURT:  Did not relate to Mr. Hammond;

12   correct?

13             MR. WIENER:  Correct.

14             THE COURT:  I'm sorry, Counsel.  I mean, we're

15   just going to have to agree to disagree.  We're getting far

16   afield here.  This is far more prejudicial than probative.

17   If he's going to testify about what he saw with the flyers

18   all around the neighborhood, that's one thing.  If he wants

19   to testify as to what he observed as to the impact,

20   emotional impact on Mr. David, that's another thing.

21             Again, I draw a distinction between someone like

22   Mr. Hammond and Mr. Kolesa who's at work and he sees

23   protestors.  I'm making some of this up.  Let's say he saw

24   people climbing over the fence of Thunder Studios and

25   causing a ruckus, that's one thing, but it sounds like

1    Mr. Hammond, he went there to show emotional support and in

2    the course of the hearing he says that Mr. Kazal pulled him

3    to the side and said, "You're part of this conspiracy, too,"

4    and wouldn't let him out of the room.  But, obviously, at

5    some point, he got out of the room.  And then it sort of

6    ends from there.

7            Is there some sort of campaign against the

8    Hammonds after that fact that somehow says because you

9    showed up at ICAC, I'm going to now start papering your

10   neighborhood or have cars driven around your neighborhood or

11   something along that line?

12           MR. WIENER:  The only further campaign would be is

13   Mr. Hammond is involved in the media and works for a

14   subsidiary of Fairfax Media which publishes the Sydney

15   Morning Herald which Mr. Kazal has blasted in his online

16   posts, but I would understand if the Court believes that's

17   too tangential.

18           THE COURT:  Yeah, you read my mind.  Again,

19   Mr. Hammond can testify as to his relationship with

20   Mr. David, what he observed as it relates to the flyers.  To

21   the extent he has any observations about the emotional toll

22   it took on Mr. David, he can testify to those things, but

23   I'm not going to allow him to testify to any alleged threats

24   that he suffered in some room in an ICAC hearing.

25           All right.

| | |
|---|---|
| 1 | MR. WIENER:  Understood, Your Honor. |
| 2 | THE COURT:  Anything further? |
| 3 | MR. WIENER:  No, Your Honor. |
| 4 | THE COURT:  Mr. Taylor? |
| 5 | MR. TAYLOR:  I'm not sure how a witness in |
| 6 | Australia would have personal knowledge of the emotional |
| 7 | toll, and it's cumulative because they've already testified |
| 8 | to it, but I understand if the Court -- |
| 9 | THE COURT:  Your objection is noted, but that's |
| 10 | the ruling of the Court. |
| 11 | So we're going to bring in the jury. |
| 12 | (Pause in the proceedings.) |
| 13 | (Jury in.) |
| 14 | THE COURT:  All right.  Well, good morning.  I |
| 15 | hope you all had a wonderful weekend. |
| 16 | We are ready to resume trial. |
| 17 | So with that, Mr. Wiener, you may call your next |
| 18 | witness. |
| 19 | MR. WIENER:  Thank you, Your Honor.  We'll call |
| 20 | Michael Hammond, who is waiting in the hallway. |
| 21 | THE COURT:  All right. |
| 22 | THE CLERK:  Please raise your right hand. |
| 23 | MICHAEL HAMMOND, PLAINTIFFS' WITNESS, SWORN |
| 24 | THE CLERK:  Thank you.  Please be seated. |
| 25 | Please state and spell your name for the record. |

```
1              THE WITNESS:  Michael Hammond, H-a-m-m-o-n-d.

2              THE COURT:  All right.  You may proceed.

3

4                        DIRECT EXAMINATION

5    BY MR. WIENER:

6    Q     Good morning, Mr. Hammond.

7              Can you state your occupation.

8    A     I'm a broadcaster.

9    Q     Where do you reside?

10   A     Sydney, Australia.

11   Q     How do you know the David family?

12   A     Our eldest children were born on the same day, so we

13   became friends through the birth of our -- start of our

14   families.

15   Q     And how long have you known the David family?

16   A     Since 2003.

17   Q     And have you remained close to them during that time?

18   A     Yes, we have.

19   Q     What's the reputation of the David family in Australia?

20   A     They're a family of very well-known business people.

21   Rodric's father has been very well known as a titan of

22   business in Australia.

23   Q     Are you familiar with the Kazal family?

24   A     I am.

25   Q     Are you aware of any articles published in the Sydney
```

1    Morning Herald concerning the Kazals?

2    A    Numerous articles, yes.

3    Q    Do you consider the Sydney Morning Herald a trusted

4    newspaper?

5    A    Absolutely.  It's -- it's an instrument of record.

6    It's been published continuously since the 1830s in Sydney.

7    Q    Do you know who publishes the Sydney Morning Herald?

8    A    It's Fairfax Media is the name of the publication.

9    Q    Is Fairfax Media a publically held company?

10   A    Yes, it is.

11   Q    Do you know if Mr. David has any ownership interest in

12   Fairfax Media?

13   A    Not that I'm aware of, no.

14   Q    Do you know if he has any influence over what's

15   published in the Sydney Morning Herald?

16   A    No, I would say no.

17   Q    Did you become aware of any stalking conduct that was

18   being committed against the David family?

19           MR. TAYLOR:  Objection, Your Honor.

20   Argumentative.

21           THE COURT:  As phrased.  Sustained.  Please

22   rephrase it.

23   BY MR. WIENER:

24   Q    Did any -- did you learn if any of the David family was

25   being followed?

```
 1              MR. TAYLOR:  Lacks foundation.

 2              THE COURT:  If he knows, he may answer.

 3              THE WITNESS:  Oh, yes, yes, I am.  I'm aware.

 4   BY MR. WIENER:

 5   Q    How did you become aware of that?

 6   A    It commenced as soon as Rodric and his family returned

 7   to live in Sydney from the UAE.  There was an incident where

 8   Rodric was followed through the streets of the central

 9   business district of Sydney by a number of the Kazal family,

10   being harassed and cajoled as he was walking from a

11   restaurant home, and Rodric told me about it immediately the

12   day it happened.

13              MR. TAYLOR:  Your Honor, move to strike.  Hearsay

14   and lacks personal knowledge.

15              THE COURT:  It is hearsay, Counsel.  Sustained and

16   stricken.

17   BY MR. WIENER:

18   Q    All right.  Did you become aware that the David family

19   moved to California?

20   A    Yes.

21   Q    Do you know why they moved?

22   A    Because they were scared.

23   Q    Do you know why they were scared?

24   A    They were scared of the harassment and continuing

25   threats that they were receiving.
```

1   Q     Do you know if it's ever suggested to the David family

2   that they might want to go into a witness protection

3   program?

4   A     Yes, I do.

5   Q     How were you aware of that?

6   A     I was involved.  I was called as a witness by the ICAC,

7   which is the Independent Commission Against Corruption in

8   New South Wales, and part of that process they were put

9   under the care of the ICAC whilst the hearing was taking

10  place.  And I was present when they were offered witness

11  protection.

12  Q     Is it correct that the David family did move to

13  California?

14  A     It is.

15  Q     Was that an easy decision for them?

16  A     No.  It was a very difficult decision.  Their

17  children -- they had to leave their whole life.  All their

18  extended family, all their friends, all their support

19  network.  They had to pick up and move holus-bolus to the

20  other side of the world.

21  Q     Let's fast forward to October 2016.  Did you become

22  aware of posters and signs that were posted in Sydney

23  concerning Mr. David?

24  A     Yes, I did.  I remember one morning, my daughter came

25  running back to the house, she and my youngest son had left

1    to go to school, and a few minutes later my daughter came

2    running back to the house saying, "Daddy, daddy, there's

3    pictures of Uncle Rodric all over, every pole.  Why is Uncle

4    Rodric's face everywhere?"

5             And I went outside, I could not believe what I

6    saw.  On every telegraph pole in our street, the next

7    street, all the way, there was photos of Rodric plastered

8    all over telegraph poles, every street in the neighborhood.

9    Q    What did it say on the sign, posters?

10   A    The thing I remember was full color photographs of

11   Rodric's face, "Criminal," "Thief," "Adam Kazal," "Care of

12   Adam Kazal" was at the bottom.  Just a poster just defaming

13   my friend.

14   Q    Do you know how widespread in Sydney the posters were

15   placed?

16   A    In my neighborhood, they were every street for five or

17   six streets until the kids' bus stop.  They were everywhere.

18   Then continually -- my suburb is about ten kilometers from

19   the CBD, so through -- and basically through what's known as

20   the entire eastern suburbs of Sydney, all the way through to

21   the city.  I was aware of them in Point Piper, Valeria.

22   These are all suburbs adjacent to where I live.

23   Q    Do you know if other members of Mr. David's family

24   lived in the same approximate area?

25   A    Yes.  One of Rodric's brothers lived about 500 meters

1   from my home, just down the street, so -- Braden.  So Braden

2   was aware of them as well.  They were in his street too.

3   Q    Did you receive any flyers concerning Mr. David?

4   A    Yes.  There were also pamphlets that had been put into,

5   I assume, everybody's letter box.  There was one in mine,

6   there was one in Braden's letter box as well.  Other friends

7   of mine had them placed in their letter boxes.

8           THE COURT:  Just so there's no confusion, the

9   litter (sic) box is equivalent to U.S. mailbox?

10          THE WITNESS:  Correct.

11          THE COURT:  I just want to make sure no one

12  thought what litter box might mean in the U.S.

13          THE WITNESS:  Letter box.

14          THE COURT:  Oh, letter.  I'm sorry.  My hearing is

15  getting bad.  Sorry.

16          You're from Texas?

17          THE WITNESS:  No, I'm from Sydney.

18          THE COURT:  I'm joking.  I'm joking.  I'm sorry.

19  Letter box.  I'm sorry.

20          THE WITNESS:  Letter box.

21  BY MR. WIENER:

22  Q    Did you assist in removing the posters?

23  A    Yes, I did, yes.  With Braden and with other friends.

24  I got a -- from my home and went and started cutting these

25  things down from the street poles.

1    Q    Who's Braden?

2    A    Braden is Rodric's brother.

3    Q    How many brothers does Mr. David have?

4    A    Four.  Three brothers.  There's four sons.

5    Q    How long did you spend removing the posters?

6    A    Most of the morning.

7    Q    Were they easy to remove from the poles?

8    A    No, I had to -- once I got over the shock of seeing

9    them everywhere, it was then a matter of working out how to

10   access them.  I had to go get a step ladder, a knife to be

11   able to cut through the tape that had been wrapped around

12   them.  Each one took a few moments, a few minutes to take

13   down.

14   Q    Did you let Rodric know about this?

15   A    Of course, I did.

16   Q    What was his reaction?

17   A    He was stunned.  He didn't know -- I mean, he didn't

18   know what to say.

19   Q    Did he become emotional?

20   A    Yes.

21   Q    Can you describe that to the jury?

22   A    He was tearful.  He cried.  And it was very distressing

23   because he just -- he was at his wits' end.  He said, "What

24   am I left to do?"  He said, "I moved all the way to the

25   other side of the world.  This is relentless.  These people

1  just won't leave us alone.  They won't stop.  They won't

2  stop."

3  Q    Did you give any advice or recommendations to Mr. David

4  on what to do?

5  A    I tried to tell him that everything would be okay.  I

6  tried to reassure him as a friend, but I too at that stage

7  had -- I just had no idea -- if I were in Rod's shoes, I had

8  no idea what I would do for my family in the circumstances.

9  It was just -- this had been going on for years now.  It was

10  relentless, relentless.

11  Q    Did you recommend to Mr. David that he adopt any

12  security measures?

13  A    I knew that Rod had been advised by others that the

14  Kazals had become aware of where he was living, where the

15  children were at school, and I said that given what's

16  happening in Sydney, he should, perhaps, be wary of how

17  things were here at his home here in Los Angeles, yes.

18  Q    And did you recommend that he implement any specific

19  security measures?

20  A    Yes.

21  Q    What were those?

22  A    I suggested that he should have some sort of protection

23  at home.

24  Q    Did Mr. David say if he would follow your advice?

25  A    He told me that he would be upgrading the alarm

1   systems, and that they would have security at the house.

2   Q    Do you recall if -- did you have any subsequent

3   discussions with Mr. David later in 2016?

4   A    Yes, yes, I would have.

5   Q    Did you ever see a van in Sydney?

6   A    Yes, I did.

7   Q    Can you describe for the jury what the van said?

8   A    The van was a people mover-type vehicle.  It had much

9   the same information as was on the pole posters.  The entire

10  van had been wrapped in a photo of Rodric, "Criminal,"

11  "Thief," similar words.  And at the bottom was:  "Care of

12  Adam Kazal," at the bottom of the van on both sides of this

13  vehicle.  It was driven around the CBD, the downtown area of

14  Sydney for hours on end for a number of days.

15  Q    Have you observed any long-term effects in Mr. David's

16  emotional psyche as a result?

17  A    Yes.

18  Q    Can you describe that, please?

19  A    From being a very gregarious, outgoing person, he's

20  become a little more secretive about his movements.  He's a

21  little bit more wary in being able to make friends or make

22  new associates.  He's also very conscious of defamatory

23  information that's been on the Internet about him.

24          So in business when he goes to try to move forward

25  with any business associations, he's always very wary that

1    people are looking at him badly or in a negative light

2    before he's even had an opportunity to start negotiation or

3    to form friendships even.

4            Even with the children -- his children at school,

5    making friendships with new parents, he's always very

6    cognizant of the fact that people might, in fact, have

7    already formed bad opinions of him or negative views of him

8    before he's had an opportunity to even meet people for the

9    first time in his new home.

10           MR. GEBELIN:  Nothing further, subject to redirect

11   examination.

12           THE COURT:  Do you have cross-examination?

13           MR. TAYLOR:  Thank you, Your Honor.

14

15                       CROSS-EXAMINATION

16   BY MR. TAYLOR:

17   Q    Good morning, Mr. Hammond.

18   A    Sir.

19   Q    My name is Benjamin Taylor, and I'm an attorney for the

20   defendants in this case, and I just have to ask you a few

21   questions this morning.

22   A    Certainly, sir.

23   Q    You testified that you live in Sydney, Australia?

24   A    Yes, sir.

25   Q    And have you ever lived here in California?

```
 1    A    No, sir.
 2    Q    When's the last time you were here in California?
 3    A    I was here approximately eight weeks ago, 12 weeks ago.
 4    Q    And when before that?
 5    A    Before that would have been last Thanksgiving.
 6    Q    So you come to California pretty often?
 7    A    Yes, I do.
 8    Q    Did you personally witness any of the -- any
 9  protest-type activity against Mr. David that took place here
10  in California?
11    A    No, I did not.
12    Q    You don't have any training in pyschiatry or
13  psychology, do you?
14    A    No, I don't.
15    Q    And you said you're a good friend of Mr. David?
16    A    I am.
17    Q    For about, what?  15 years?
18    A    Correct.
19    Q    You said that it was your understanding that the move
20  that the Davids made from Sydney to Los Angeles about six,
21  seven years ago was difficult for them?
22    A    Yes.
23    Q    They left their friends and their community and their
24  support system, I think you said?
25    A    Yes, sir.
```

1   Q    Were you aware that two years before that, they moved

2   from Sydney to United Arab Emirates in the Middle East?

3   A    Yes, sir.

4   Q    Was that also difficult for them?

5   A    No, because that was a move for a business venture.  So

6   they moved with high hopes, but they also had support

7   structures with people visiting and also were in contact

8   with people in Australia.  So they didn't have to go there

9   and keep their whereabouts secret, which they did when they

10  first came to California.

11  Q    You said that you were present during part of the ICAC

12  proceeding where someone offered, I think you said, witness

13  protection to the Davids?

14  A    Yes.

15  Q    Was that your term "witness protection"?

16  A    That's what was offered, yes.

17  Q    And do you know if they accepted that offer of witness

18  protection?

19  A    I don't know.

20  Q    They didn't accept it, did they?

21  A    I don't know.

22  Q    You said at the beginning of your testimony when

23  Mr. Wiener was asking about your employment that you're a

24  broadcaster?

25  A    Yes, sir.

1  Q    What does that mean?  What do you do?

2  A    I produce and present radio and television programs.

3  Q    You're on air as well, as well as behind the scenes

4  working on the content?

5  A    Correct.

6  Q    What company do you work for?

7  A    At the moment, the Australia Radio Network, ARN, in

8  Sydney, Australia.

9  Q    ARN.  That's a subsidiary company of Fairfax Media,

10 isn't it?

11 A    No, it's not.

12 Q    It's not related to Fairfax Media?

13 A    Not at all.

14 Q    Have you ever worked for Fairfax Media?

15 A    No, I have not, and I do not.

16 Q    You've never worked for a company that's part of

17 Fairfax Media?

18 A    No, sir.

19 Q    When did you arrive here in California?

20 A    Saturday morning.

21 Q    So two days ago?

22 A    Yes, sir.

23 Q    And who paid for your plane ticket to come here?

24 A    I did.

25 Q    You paid for it yourself?

```
1    A     Yes, I did, sir.

2    Q     How much did it cost?

3    A     6,000 Australian dollars.

4    Q     So that's about how much American?

5    A     I don't know.  Maybe $4,000.

6    Q     $4,000 round trip?

7    A     Correct.

8              MR. TAYLOR:  Nothing further, Your Honor.

9              THE COURT:  Any redirect?

10             MR. WIENER:  No redirect, Your Honor

11             THE COURT:  May this witness be excused?

12             MR. WIENER:  Yes, Your Honor.

13             THE COURT:  All right.  Thank you, sir.  You may

14   step down.  Safe travels back.

15             Mr. Wiener, you may call your next witness.

16             MR. WIENER:  Your Honor, plaintiffs have presented

17   their case-in-chief and will rest at this time.

18             THE COURT:  All right.  Mr. Taylor, do you wish to

19   present a case at this time?

20             MR. TAYLOR:  We do, Your Honor, but at this point,

21   I'd like to make a motion.

22             THE COURT:  We'll do that at the break.  So you've

23   preserved the motion.

24             MR. TAYLOR:  Okay.

25             THE COURT:  You want to call your witness, please.
```

```
 1            MR. TAYLOR:  Yes, will do.

 2            Defense calls Charif Kazal.

 3

 4                     D E F E N S E

 5            THE COURT:  All right.  Sir, you may step forward.

 6            CHARIF KAZAL, DEFENDANTS' WITNESS, SWORN

 7            THE WITNESS:  Good morning, Your Honor.  Good

 8  morning, ladies and gentlemen.

 9            THE CLERK:  Please state and spell your name for

10  the record.

11            THE WITNESS:  Charif Kazal.  My surname is spelled

12  K-a-z-a-l.

13            THE COURT:  All right.  You may proceed.

14            MR. TAYLOR:  Thank you, Your Honor.

15

16                  DIRECT EXAMINATION

17  BY MR. TAYLOR:

18  Q    Mr. Kazal, you are a citizen of Australia; correct?

19  A    That's correct.

20  Q    And where do you currently reside?  What city?

21  A    I reside in Sydney, Australia.

22  Q    And you flew here to be present for this trial; right?

23  A    That's correct.

24  Q    And how long -- it's a long trip.  How long did it take

25  you to get here?
```

1  A    Fifteen hours.

2  Q    And you've been here obviously for at least a week?

3  A    Yes.

4  Q    The other defendants in this case -- Tony Kazal, and

5  Adam Kazal, those are two of your brothers; right?

6  A    That's correct.

7  Q    Are you married, sir?

8  A    Yes, I am.

9  Q    And you have children?

10  A    Yes, I have two young children.  A six-year-old and

11  almost two years' daughter.

12  Q    How is it, if you can briefly describe, that you became

13  acquainted with the plaintiff in this case, Mr. David?

14  A    I was president of The Rocks Chamber of Commerce.  It's

15  a business district down Sydney, and I had met Mr. David's

16  father at a function.  And for some reason -- I'm Australian

17  of Lebanese heritage, and he was telling me that he was of

18  Lebanese heritage, Syrian heritage, something like that.  He

19  had a young son he wanted to connect us to, and I said,

20  "Yeah, that will be fine."  The next morning I received a

21  call from John David and invited me to his office to

22  introduce me to his son, and that's how I met him.

23  Q    And when was this, approximately, what year?

24  A    It was mid 2006, mid to late 2006.

25  Q    At some point after you became acquainted, did you and

1    Mr. Rodric David have discussions about doing business

2    together?

3    A    Oh, yes.  Initially Mr. David, with his father, were

4    involved in a construction company called Parkview

5    Construction, and they asked for my help.  They were trying

6    to get on to a tender list to build a hotel for Emirates

7    Airline they were building in Australia.  Mr. David knew of

8    my family's connection to that part of the world and the

9    relationship we had, and I was asked to assist them on a

10   consultantcy basis to include them on the tender list, to

11   help them go on a tender list.  And, hence, the relationship

12   started.

13   Q    So you did some consulting for Mr. David?

14   A    That's correct.

15   Q    And then did the discussion eventually turn to going

16   into a joint venture together?

17   A    That's correct.  Shortly after that, I was able to

18   secure them to be on a tender list for this project, and

19   then there were discussions about visiting the UAE and

20   seeing what opportunities that presents for them within the

21   property sort-of-facility-management type of sector.

22           And I facilitated for them a trip where I

23   introduced Mr. David and his co-directors Tony Touma, Emile

24   Tabet, Clinton Willoughby, also Mr. David invited Mr. Kelly

25   on that trip, Andrew Kelly, who had a relationship with

1    Mr. David's father through their leases in Downing Harbor,

2    the entertainment center.

3            And I facilitated them in meetings with key people

4    in the industry, and I've introduced them to that part of

5    the world.

6            That was around May, May 2007.  And I continued

7    consulting for Mr. David, trying to facilitate another trip

8    to UAE where Mr. David was telling me that he wanted to move

9    with his family, he wanted to start a business.  He sees

10   great opportunities and great market benefits for him to be

11   in the UAE.

12   Q    And what was the name of the joint venture that you

13   formed with Mr. David?

14   A    Initially the company, the joint venture was called

15   Emergent Capital, and it was a 50/50 by structure.  It was

16   set up around September 2008, just shortly after I was able

17   to secure a partner to come on board for the labor

18   housing -- labor housing project in Abu Dhabi, which this

19   was a substantial business opportunity for Emergent Capital

20   because we were given a 49 percent free carry from the local

21   partner who was able to give us a long-term business

22   contract to operate this labor housing project which had

23   substantial projections of multi-million dirham revenue

24   throughout the life of the project.

25   Q    And you said that it was a 50/50.  That was between

1   which two entities?

2   A    It was Mr. David's entity was RAAL was 50 percent and

3   KTC, which is Tony, my brother Tony and I, we were

4   50 percent.

5   Q    It was 50/50 RAAL and KTC?

6   A    That's correct.

7   Q    That's Emergent Capital?

8   A    That's correct.

9   Q    And I think you testified about what KTC was supposed

10  to do under this joint venture.

11           What was your understanding of what RAAL was

12  supposed to do under the agreement?

13  A    The agreement was very clear from day one.  Mr. David

14  needed our help, needed our expertise and our contacts, and

15  he was prepared to foot up the initial capital into the

16  project on the basis that we were bringing the contact, the

17  opportunity, the business, that we will sponsor him and his

18  family through my brother's company in Dubai and for them to

19  be able to live safely and be able to work in the UAE.

20           And Mr. David, in return, would collect 12 percent

21  compounded interest on any money that he would put into the

22  venture on the proviso -- on the proviso that he will take

23  that money from the income of the project that was brought

24  forward by us, we'll give him 41 percent carry off for

25  business -- a potential worth millions of dollars -- and all

1  Mr. David had to do was put some small amount of money into

2  this.

3          So we fulfilled our part, and Mr. David had to

4  fulfill his.

5  Q    At some point, did problems begin in the relationship?

6  A    Through 2008, after we set up the company, there was an

7  opportunity to acquire a waste facility business in

8  Australia that we saw that this would help us also try to

9  break into the waste facility sector in the UAE, and this

10 business was initially struggling.  But for Emergent Capital

11 to have been able to actually acquire this business -- it

12 was in middle of the GFC.  It was January 2009.  And this

13 business had a debt of some $40 million dollars to the

14 Commonwealth Bank of Australia.

15         And at the time, when this deal was being put

16 together, Mr. David and myself agreed that we will go into

17 this venture, and we will give 20 percent to another partner

18 who was working for the mother company that we're buying the

19 business from.

20         So, technically, Emergent Capital will have

21 80 percent, and 20 percent will be given to a gentleman by

22 the name of David Singh, which is -- under his company

23 S-I-L, SIL.

24         And for this transaction to have been able to

25 happen, there was a requirement from the Common Bank of

1    Australia that who are your people, they're a $2 shelf

2    company, you're not worth anything.  We need some security

3    that someone is able to service that $40 million debt.

4              And Mr. David wasn't prepared to put up any

5    security.  David Singh, who was given 20 percent free carry,

6    wasn't prepared to put in security.  I, at the time, had to

7    work so hard to convince my brother Karl who's substantially

8    wealthy to come in and provide his personal guaranty, so

9    we're able to secure this opportunity.  This was a

10   substantial risk that was taken on our behalf by my brother

11   putting his personal guaranty so the bank can consent to the

12   assignment of the project going into the ownership of

13   Emergent Capital.

14   Q    How did the problems begin in the relationship?

15   A    Very simply, around mid 2009, Mr. David, obviously,

16   after we had an initial -- the waste business we bought --

17   just to give you a background -- had a contractual problem

18   with the Government because the business was based on a

19   contract with the New South Wales Government on receiving

20   municipal waste and received about 15 percent of Sydney's

21   waste, about 220,000 ton that needed to be processed through

22   this facility.

23             And the business was struggling.  The Government

24   had taken action against the business.  There was a lot of

25   problems, and the business wasn't obviously profitable.  And

1    there was further requirement for my brother Karl to extend

2    his personal guaranty by 600,000, so that's 2.6 million.

3            And there was a further requirement from our end

4    in around August of 2009 where the CEO, David Singh, sent an

5    e-mail to say, "If I don't get 600,000 put into the bank

6    immediately, I'm going to hand the keys to the bank."  This

7    is how dire this business was.  And I again called on my

8    brother Karl.  I got the money.  I made sure it facilitated

9    the business to allow the business to survive.

10           Mr. David, soon after we won our first court case

11   against the Government, he basically started to realize this

12   is going to be a lot of value created, and he started --

13   wanted to change the structure that we all agreed on.  And

14   saying, "Oh, I need money.  We need this."  I said, "Look,

15   that's fine.  Could we -- can you please give us audited

16   accounts.  If you expect us -- this wasn't our agreement,

17   but if you expect us to put money, at least we're entitled

18   to an audited financial to understand what this -- what are

19   you asking us to pay you.  If you claim you've spent this

20   money, please show it to us."

21           THE COURT:  Counsel, next question, please.

22   BY MR. TAYLOR:

23   Q    Sure.  You mentioned audited financials.

24           Was Mr. David able to provide those audited

25   financials?

1    A     Never.  We never received those financials.

2    Q     You mentioned a moment ago, just backtracking, you said

3    the initials GFC -- that's Global Financial Crisis --

4    A     Absolutely, 2009, January 2009, yes.

5    Q     So at some point in 2010, did you learn that there was

6    a board meeting convened of the board of directors of

7    Emergent Capital?

8    A     I only learned of this meeting in late March.

9    Obviously, Mr. David -- there was a lot of discussion about,

10   you know, him giving us financial, backward and forth, but,

11   obviously, Mr. David had convened a meeting without prior

12   notice to Tony and myself where he basically diluted our

13   shareholding in the business from 50 percent to 0.1  And

14   technically, he did it -- he only left us at 0.1 so that we

15   don't get notified that there was there -- because if you

16   remain as a director in a company, they will notify you --

17             THE COURT:  I'm sorry.  You said it was diluted

18   from 50 percent to what?

19             THE WITNESS:  To 0.1.

20             THE COURT:  0.1.

21             THE WITNESS:  Yes, that's correct.

22             So this was done in a technical way for us never

23   to find out about this, and I only learned about this in

24   late March through a subsequent meeting that Mr. David had

25   called where he voted Tony and I off the board.

1           And then when I contacted the registrar to find

2    out what's going out, then I learned of the dilution of the

3    shares that had taken place on the 28th of January 2010.

4           But, very importantly, very importantly, I can

5    tell you that Mr. David was working with his best lawyer

6    friend working for a law firm called Gilbert & Tobin -- this

7    is one of the biggest law firms in Australia -- through

8    November 2009, where this law firm and Mr. David's best

9    friend, Andrew Bullock, had written him and advised on how

10   to steal our shares in the business.

11          And it's so -- it's so horrific that the junior --

12   the junior solictor on that file wrote on the bottom of the

13   e-mail, which now I'm aware of as part of my lawsuit against

14   Mr. David in Australia, that please let me know if this is

15   dodgy.  So Mr. David knew all along, even the junior

16   solictor in this firm, had questioned and called the

17   transaction dodgy.

18          MR. WIENER:  Your Honor, move to strike as

19   nonresponsive.

20          THE COURT:  Sustained.  Stricken.

21   BY MR. TAYLOR:

22   Q    You mentioned two board meetings.

23          Was there immediate impact and harm to you and

24   your brother Tony as a result?

25   A    Absolutely.  It was something you work so hard for.

1  You've done everything right.  You've fulfilled your part of

2  the equation, you've fulfilled your commitment and suddenly

3  someone just gives themselves the right to take something

4  that you have and without prior notice to you and just give

5  themselves the right to say -- even the reason that was

6  given by Mr. David to the Grand Cayman court when His Honor

7  Justice Jones reversed -- reversed the dilution to

8  50 percent -- back to 50 percent.  The reason to say, I'm

9  converting -- to taking 49.9 percent of the company because

10  of 49 and a half thousand dollars.  A company that's worth

11  millions of dollars.  This is how ridiculous this was.

12          MR. WIENER:  Your Honor, move to strike again as

13  nonresponsive.

14          THE COURT:  What are you seeking to strike?  The

15  entire answer?

16          MR. WIENER:  The question was whether there was a

17  harm.  I didn't hear any description of the harm.  I heard a

18  diatribe about --

19          THE COURT:  Sustained.  Stricken.  You may

20  rephrase or ask your next question.

21  BY MR. TAYLOR:

22  Q    The first meeting that you described, that was in

23  January of 2010?

24  A    That's correct.

25  Q    And that was -- the vote taken there, you understand --

1   did that have to do with the conversion of debt to equity?

2   A    That's correct.

3   Q    After you learned about these board meetings, did you

4   take legal action to try to reverse what had been done?

5   A    Of course, sir.  As soon as I learned of this late

6   March, early April, I engaged my lawyers, Tony and I, to

7   basically take appropriate steps to restore our -- our

8   equity in the company and reclaim our rights.

9   Q    And this was an action that you commenced in the Cayman

10  Islands?

11  A    That's correct.  Because that's where Emergent Capital

12  was established in the Cayman Islands.

13  Q    Did the Court in that proceeding make any orders?

14  A    Yes.  In October of 2011, there was a hearing, and very

15  clearly that hearing was, KTC was successful in establising

16  its case before the court where the judge reinstated KTC to

17  50 percent and also found that Mr. David had breached his

18  fiduciary duties to the company and to the directors.

19          MR. WIENER:  Your Honor, objection.  That's

20  hearsay.

21          THE COURT:  Overruled.

22  BY MR. TAYLOR:

23  Q    You mentioned a moment ago that you commenced legal

24  action in mid 2010, and then the Court issued an order in

25  October of 2011.

1           What happened in the interim, if you know, to the

2   assets of Emergent Capital?

3   A    Well, this was the situation.  In June 2010, the Court

4   in the Cayman Islands ordered an injunction, basically a

5   freeze on all corporate action in the company.  What

6   Mr. David, along with Mr. Singh have done, they worked

7   against basically this injunction by facilitating an

8   unsolicited offer they claimed -- so they claim, but the

9   evidence we have now proves otherwise -- from a capital

10  raising fund called Iron Bridge Capital where they came in

11  and offered to buy the waste facility for $25 million.

12          During that time, KTC made a number of

13  counteroffers and we went as high as offering $30 million to

14  basically take control of the waste facility only to be --

15  only to be rejected.  And Mr. David and Mr. Singh selling

16  the business for $25 million compared to a $30 million

17  offer.

18          So if you were selling something, would you take

19  $30 million or $25 million, unless there was a sinister part

20  of the story that we all know about.

21  Q    Did you subsequently learn since 2011 what happened

22  with the Global Renewables business?

23  A    Yes, it was sold in late 2010, early 2011, but

24  two-and-a-half years later, November 2013, 50 percent of the

25  business was sold for some $85 million to a private equity

1    firm called Palisade Investments.  So that basically valued

2    that business at $170 million.

3    Q    Now, we've heard mentioned a few times throughout this

4    trial, the ICAC inquiry in New South Wales.

5         How did you learn about that inquiry the first

6    time?

7    A    The first time I learned of anything to do with ICAC

8    was during the course of the dispute with Mr. David, his

9    lawyers in the Cayman Islands, the Walkers, have sent a very

10   detailed letter to my lawyers, Applebys in the Cayman Island

11   and attached a government -- a confidential government

12   report concerning one of my family's properties in a

13   historic part of Sydney, The Rocks.

14        In this letter, there was a direct and there was a

15   veiled threat by Mr. David's lawyers about an ICAC inquiry

16   concerning me and Mr. Kelly who was a witness to KTC in the

17   case against David concerning an ICAC inquiry.  This is

18   July 2010.  We have been threatened at ICAC inquiry.  This

19   is the first time I ever heard of it.  And just for the

20   record, there was not an inquiry until a year later in 2011.

21   Q    That was my next question:  The ICAC inquiry was only

22   made public the next year?

23   A    Absolutely.  Only made public -- and just for the

24   record, only made public in July 2011.  But what led the

25   ICAC inquiry to take place was a series of attacks on me and

1   my family by the Sydney Morning Herald, which was a Fairfax

2   newspaper.  And Mr. David, under oath at ICAC, confirmed

3   that he had provided information to this newspaper and he

4   had provided cropped photos where he cut himself out of the

5   photo claiming that me, Mr. Kelly were on this big junket

6   while he and his other team were part of this photo.

7           So there was misleading information provided by

8   Mr. David to the Sydney Morning Herald to run malicious and

9   damaging articles claiming corruption on my part and that of

10  my family, which have all now been proven to be completely

11  untrue and completely --

12          THE COURT:  Mr. Taylor, you need to ask a

13  question.

14          MR. TAYLOR:  Yes, Your Honor.

15          MR. WIENER:  Your Honor, I'm also going to move to

16  strike the witness's testimony about what Mr. David said or

17  didn't say at the ICAC hearing as hearsay.

18          THE COURT:  Sustained.  Stricken.

19  BY MR. TAYLOR:

20  Q    Now, again, when you learned of the ICAC inquiry that

21  was made public the next year, what did you understand to be

22  the allegation or the basis of what they were looking into?

23  A    Well, the allegation was so malicious and so untrue,

24  they were claiming that my family who had been long

25  established tenants in The Rocks area for 25 years, worked

1  very, very hard, very proud of their work, to have -- to

2  have gotten all those leases basically corruptly and because

3  of some trip that I had taken to the UAE with Mr. Kelly.

4  Q    And who was Mr. Kelly at that time?

5  A    Mr. Andrew Kelly, as I said earlier, he was an

6  executive that was employed at the Sydney Harbor Foreshore

7  Authority before being employed by Mr. David as a key person

8  in the facility management.

9  Q    So he had been an employee of a governmental entity

10  that dealt with leases at The Rocks?

11  A    Absolutely.  He had no dealing with any of our family's

12  leases, and that's been proven.  And it's been accepted by

13  the ICAC itself and the inspector.

14  Q    After the inquiry concluded, were you ever charged with

15  any crime?

16  A    I was not -- never charged with anything.  To the

17  contrary, the ICAC inquiry was so malicious and it was so

18  out of character, I fought very hard to clean my name.  It

19  take me a long, long, long period of time to stand up to

20  what has been done wrong to me.  And, thankfully, I was able

21  to do that through a very public report that's been tabled

22  in Parliament based on a referral of the New South Wales

23  Premier, Mr. Mike Bid (ph.) who I had a meeting with after

24  my story became public of what had happened to me through

25  ICAC.

1        And inspector of ICAC, after two years of

2   investigating my complaint, found that I had been wronged.

3   There was no evidence of any wrongdoing before, during, or

4   after the inquiry; and he exonerated myself and Mr. Kelly

5   and called on the Parliament to introduce an exoneration

6   protocol.

7        MR. WIENER:  Your Honor, I'm going to object.  His

8   testimony about the contents of the ICAC report is hearsay

9   and fails the best evidence rule.

10       THE COURT:  The objection is sustained.

11  BY MR. TAYLOR:

12  Q    The excerpts from the report that counsel had Mr. David

13  read on the stand last week, were those -- what's your

14  understanding of what those excerpts were?  Were those

15  excerpts that the inspector was accepting?

16  A    No, those were excerpts that the inspector was

17  investigating and found that they were totally malicious and

18  had no basis.

19       MR. WIENER:  Your Honor, same objection.  It's

20  testimony about what's in the ICAC report.

21       THE COURT:  The witness -- Mr. David testified

22  from those reports as well.  The objection's overruled.

23  BY MR. TAYLOR:

24  Q    Now, going back to the actual public inquiry that ICAC

25  conducted in 2011, how long did that inquiry last?

1    A    It lasted about ten days in total.

2    Q    There were public hearings?

3    A    Absolutely.  Quite daunting, quite stressful.  You've

4    been splashed on the front page of the newspapers every day,

5    you've been called all sort of names.  Your family, your

6    kids.  The effect of going through something like this is so

7    terrible.  I mean, I wouldn't wish it upon my worse enemy.

8    It's like -- you never want to experience some of this,

9    especially when you know that you are innocent.

10   Q    Now, did Mr. David have any involvement in that

11   inquiry?

12   A    Yes, he was.  The ICAC again denied me procedural

13   fairness.  Brought Mr. David, at my protest, at my protest,

14   that I had two lawsuits on foot against Mr. David at the

15   time, brought him as a star witness to basically just harm

16   me.

17   Q    And did the ICAC inquiry, the fact of the proceeding

18   and the aftermath, have an effect on you and your family

19   from a business perspective?

20   A    Absolutely.  What I can tell you is there would never

21   have been an ICAC inquiry had there been for the false media

22   allegations that were published in the Sydney Morning

23   Herald.  The inspector of ICAC made it very clear that the

24   ICAC and the commissioner of ICAC breached the ICAC Act by

25   calling an inquiry based on lies that were printed in the

1   Sydney Morning Herald.  This is in the report, in the ICAC

2   report, inspector's report of June 2017.

3           And, most importantly, the impact that this had on

4   me and my family was horrific.  You have to -- just imagine

5   you have to explain yourself to everyone.

6           Our kids at school were abused.  A 13-year-old

7   daughter -- a 13-year-old niece attempted self-harm after

8   being bullied and abused at school.  This was -- when you're

9   talking about a person's name, this was an attack on my

10  entire family, and we had to endure some very, very, very

11  painful and difficult times.

12  Q   What was the impact, if you can briefly describe it,

13  from a social standpoint?

14  A   You're persona non grata basically.  You have to

15  explain yourself.  You have to always -- you have to tell

16  people -- oh, what's going on.  Hi.  You've been found

17  corrupt.  All this stuff that you have to always explain

18  yourself.

19          Even -- my family runs and operates a number of

20  restaurants and cafes.  300-odd staff you have to explain

21  yourself to them.  You have to explain yourself to

22  customers.  It's just so painful that you're in the public

23  face, you're on the ground, you're not living in a fortress

24  somewhere where we're not in contact.  We're in contact with

25  people on a daily basis and every day -- every day you have

1   to explain yourself.  Every day you have to tell someone

2   what happened.  It's so painful and so horrific.  It's

3   terrible.

4   Q    What was the impact if you can share upon your wife?

5   A    Devastating.  Completely devastating.  I mean, again,

6   you know, you've got to face up, you've got to meet

7   neighbors, meet friends, meet new people that you meet, go

8   to events.  It's just -- it is so hard.

9             I mean, she had to seek counseling.  She had to

10  seek, you know, help.  She was on -- she was on tablets.  It

11  was very, very difficult and dark period that she had to go

12  through.

13  Q    You alluded a few moments ago to press stories, news

14  stories in the Sydney Morning Herald.

15            When did those news stories start appearing?

16  A    This is an important milestone.  Soon after I commenced

17  action, Tony and I, KTC, commenced action in June -- May,

18  June 2010.  Mr. David's father came into our office and he

19  made it very clear that if we don't accept his offer of

20  $3 million and walk away that he will destroy the entire

21  family.

22            And since that day -- since that day --

23            THE COURT:  Counsel, is there an objection?

24            MR. WIENER:  Objection, Your Honor.  It's hearsay.

25  The statements by Mr. David's father.

1          THE COURT:  Sustained.

2          Next question, Counsel.

3    BY MR. TAYLOR:

4    Q    When did the first of the news stories appear?

5    A    Well, the first story was run was on 1, September 2010.

6    Just in the middle of the dispute, the commercial dispute,

7    the litigation that was on foot, without any contact to

8    myself or anyone in my family from the journalist.  We were

9    never contacted for a right of reply.  We were never given

10   an option to our side of the story.  It was complete veiled

11   attack on us with information that only could have been

12   provided to the journalist from Mr. David.

13   Q    Were there -- how many articles are we talking about in

14   this series that you reference?

15   A    Well, the first series was 1 September 2010, 2

16   September 2010, 3 September 2010, and 4 September 2010.

17   This was the first, you know, sort of dangerous,

18   humiliating, malicious articles that were written with no

19   basis, no foundation, and basically labeling us as being

20   corrupt, calling our friends, calling people that we had

21   dealings with.

22          It's just sort of -- something so imaginary you

23   will not believe what you're reading, some of the stuff that

24   was -- I call it the rubbish commentary that's being

25   published on me and my family.

1  Q    Were these types of stories about your family run in

2  other publications as well?

3  A    Absolutely not.  It's only one journalist and one

4  newspaper that we were attacked.  This is how terrible this

5  experience is.  Only one journalist and one newspaper.

6  Linton Besser of the Sydney Morning Herald.  There was no

7  other newspaper running anything as such.

8  Q    Now, at some point as part of the business venture, did

9  Mr. David relocate with his family to the Middle East?

10  A    Absolutely.  He was pressuring me every day, saying how

11  great this whole thing is going to be.  I still got all the

12  e-mails he was sending me.  This is going to be a new

13  opportunity, a new way of life.  I want Tony to introduce me

14  to this person.  I want Karl to introduce me to this person.

15  I want to do this.  He was very excited, and he wanted to be

16  in that part of the world, and I was fulfilling my

17  commitment to help him do so.

18  Q    How did you help him?

19  A    Well, Mr. David could not have moved to the UAE with

20  his family without the support of Tony sponsoring him and

21  his family through a proper visa to give him the ability to

22  live there without having any issues.  Because it had taken

23  us almost from July of 2008 to about January of 2010 to be

24  able to establish the company and have it registered --

25  that's the IPS, International Property Services vehicle that

1   we're going to operate the labor housing project.

2           So Mr. David to be able to live in the UAE, he

3   needed the support of Tony to live there.

4   Q    Your brother Tony was living there at the time?

5   A    Yeah, my brother's been a long-term resident of UAE.

6   He has a partner who's a local.  He's been awarded the

7   Presidential order of the founder of UAE for his

8   contribution to bilateral relationship between Australia and

9   UAE, him and my brother Karl.

10  Q    Now, at some point, did you make a complaint to the

11  authorities in the UAE regarding Mr. David?

12  A    There was one complaint made on behalf of myself and

13  Tony to the authorities, and that was with regards to

14  Mr. David's financial handling and dealings with the joint

15  venture.  Just to give you the snapshot.  The joint venture

16  was entered into by an M.O.U., Memorandum of Understanding,

17  in July 2008.  It had taken us about seven months to

18  register the company.

19          During that time, Mr. David undertook to be making

20  payments whilst we setting up the company.  The local

21  partner, who was 51 percent, agreed on us forming the joint

22  venture which they would contribute 5.1 million dirhams and

23  Emergent Capital vehicle will contribute 4.9 million

24  dirhams.

25          Throughout July 2008, till January of 2009,

1   Mr. David, unbeknownst to me, was double-billing,

2   double-charging and doing all this, you know, financial --

3   financial discrepancies in the company.  When the partner

4   was very upset and very tired of Mr. David keep on putting

5   his hand out and I had learned from the three Australian

6   staff that were left in the UAE in January of 2010,

7   Mr. David just left the company and basically moved on after

8   diluting our shares.

9           So the local partner called on me, "What's going

10  on?  You introduced us to this person.  You said he's like

11  family.  He's honest.  He's reliable."  I was bearing the

12  brunt of all of this, so I had to take -- based on the

13  testimony of three Australian executives that were employed

14  by the company, I had to file a complaint that Mr. David was

15  dealing inappropriately with the finances of the company.

16          THE COURT:  Next question please, Counsel.

17  BY MR. TAYLOR:

18  Q    And at some point, we heard last week that there was a

19  complaint by Tony as well.

20          Did you become aware of a complaint by Tony?

21  A    I only became aware of a complaint by Tony like after

22  it was filed.  Tony had sponsored Mr. David and his family

23  through his company, AWT Dubai.  And when Tony learned in

24  late March with myself that Mr. David had stolen our shares,

25  had voted us off the board, Tony wrote, over ten times, to

1  Mr. David asking him to return his visa, to return his

2  passport, because, obviously, he was very upset.

3          But, more importantly, the partner with Tony was

4  saying, "This guy, we sponsor him," whatever, and then there

5  was some issues of the problems that we had.  He said, "I

6  don't want him part of my company."

7          So Tony was, ten times, writing him, as the

8  e-mails are on the record, seeking Mr. David to return his

9  passport so he could cancel his visa.  And Mr. David was

10  promising, promising, promising and never came.  After 10

11  times, Tony had to report this to the authority to protect

12  himself and his partner.

13  Q    Now, at some point, did you have discussions with

14  anyone about a desire to get your side of the story out in

15  the public domain?

16  A    Look, it seemed -- it seemed every time there was a

17  milestone in the court case, we were attacked -- I mean, we

18  just didn't have four articles.  We were attacked -- to

19  date, I had about 40 articles written on me by the Sydney

20  Morning Herald.  The only newspaper.  There's been 40

21  articles.  I've been attacked 40 times.

22          I'm just a normal person, normal family person.

23  I'm not a public figure.  I'm not someone who's in public

24  life or -- I'm just going about my business, and I suddenly

25  became a target.  Everytime I had a dispute with Mr. David,

1  I would be attacked by the same paper and the same

2  journalist.

3          THE COURT:  Next question, Counsel.

4  BY MR. TAYLOR:

5  Q    Who, if anyone, did you have discussions with about a

6  desire to get your story out in the public domain?

7  A    In March 2013, there was a very bad article written by

8  Linton Besser called "Bad Company," and that article went

9  into defaming me, my family, mom, dad, sister.  He attacked

10  everyone.  The poisonous commentary that was in that article

11  makes you sick when you read what was written.

12          So that time I was frustrated.  I met a friend.  I

13  was in Dubai early 2013.  Just shortly after, I met a friend

14  who was in the I.T. industry, and he said -- he knew I was

15  upset and frustrated.  And his name is Joe Dabab.

16          And basically Joe offered, because he's in that

17  space, he said, "Look, I will help you get your side of the

18  story and put your experience of what's going on so at least

19  people can have your version and your side of the story."

20  Q    And how do you know this gentleman, Joe Dabab?

21  A    Well, I met him in July through a very good friend of

22  mine and basically Joe was a good friend of his, and he's in

23  the I.T. space, and he offered to help.

24  Q    Did Mr. Dabab ask you for any payment for doing that

25  for you?

1  A   No.  He just said, "If you write your sub story, I'll

2  help you broadcast it through a website that will be called

3  Kazalfamilystory that people can read exactly what happened

4  to you, your experience.  At least people have your version

5  of it."

6  Q   And this was in 2013?

7  A   That's correct.

8  Q   And is that the year that he created the website for

9  you?

10  A   I believe sometime in mid June, July, 2013, somewhere

11  around there.

12  Q   Did either of your brothers, Adam or Tony, have any

13  involvement in the creation of the website?

14  A   None at all.

15  Q   That you know of, did either of them at that point have

16  any contact with Mr. Dabab at all?

17  A   I don't believe so, no.

18  Q   Once the website was live, what was your involvement in

19  the website?

20  A   Look, initially I was writing to the journalist and

21  basically calling up on him to correct the record that he

22  was -- he has caused me, my family harm.  We're victims.  So

23  I was just writing him.  And everytime I wrote an e-mail to

24  the journalist, I would send it on to Joe to upload it on

25  the website.

1   Q    So you'd e-mail Mr. Besser, and then you'd forward the

2   e-mail to Mr. Dabab?

3   A    That's correct.  That was the practice, yeah.

4   Q    And then subsequently did he post other e-mails for you

5   as well?

6   A    Yes.  I think late in 2015 sometime when I learned

7   about the subsequent resale of Global Renewables for the

8   $85 million, and Mr. Singh still retained 50 percent of the

9   company and then buying a $30 million home on Sydney

10  Harbor -- I mean, this is someone who had no money, that we

11  gifted him 20 percent -- then everything started to, you

12  know, open up to me.  This was a huge fraud that's been

13  perpetrated on me and Tony and my family by Mr. David and

14  Mr. Singh.

15          And basically, then, I started to write to

16  Mr. David, hoping that he would make it right, hoping that

17  he would realize the harm and damage that he had done to me

18  and my family and his conscious maybe tell him to fix the

19  mess that he created.

20  Q    You said you'd write to Mr. David, you mean you'd

21  e-mail him?

22  A    Yes, I'd write to him.  I'd e-mail him.

23  Q    And these e-mails are some of the e-mails we've seen in

24  evidence in this case?

25  A    That's correct.

1    Q    Would you copy others at Thunder Studios on these

2    e-mails?

3    A    Yes.  I wasn't sure if he was getting them, so I copied

4    a number of people at Thunder Studios that I could find

5    details online, and I just sent them on, yes.

6    Q    And then after you would send the e-mail to Mr. David,

7    did you forward it to Mr. Dabab?

8    A    That was the practice.  When I send an e-mail on, I

9    would forward it to Dabab so Dabab could do the technical

10   stuff.  I mean, I'm not a technical person.  I wouldn't

11   know.  Past operating my mobile phone, I have no idea about

12   I.T. or technology.  I'm very limited in that space.

13   Q    Did the e-mails that you wrote to Mr. David which

14   Mr. Dabab then posted on the website, did those e-mails ever

15   attack Mr. David's wife or his children?

16   A    Never at all.  My grief was with Mr. David's actions,

17   with Mr. David's behavior, with the fraudulent activities

18   that Mr. David perpetrated on me and Tony, and I was only

19   focused on that.  It had nothing to do with anybody else

20   apart from Mr. David.

21   Q    And did the e-mails that you wrote to Mr. David in

22   which Mr. Dabab posted on the website ever attack or

23   criticize, in any way, any of Mr. David's three brothers?

24   A    Not at all, ever.

25   Q    Now, at the time -- at any time before this lawsuit was

1    filed, the lawsuit that we're here for trial today, did you

2    have any knowledge or understanding of American copyright

3    law?

4    A    No.

5    Q    What was your understanding, if any, as of 2013 about

6    images that you'd find when you did a simple Google search?

7    A    When you go online, you type someone's name, images

8    come up.  You got images.  And what's available online is

9    available for all to see.  That was my understanding.

10   Q    Now, at some point, there were photos of Mr. David that

11   were added to the Kazalfamilystory website; correct?

12   A    Yes.

13   Q    And do you know when those photos started to be

14   included on the website?

15   A    I don't know.  Initially, I -- when I asked for Joe's

16   help, and he was able to help me, I sort of Googled a few

17   images of Mr. David and I sent them on to him just to let

18   him know what Mr. David looked like, but that's about it.

19   Q    And did Mr. Dabab ask you to do that?

20   A    Initially, no, I just did it myself.

21   Q    And this was in 2013?

22   A    Yes, 2013, 2014, around that time.

23   Q    And at the time, did you have any understanding that

24   images that you would find in a Google search like the one

25   you just described might be copyrighted?

1   A     No.

2   Q     At any point, did you receive a cease and desist letter

3   on behalf of Mr. David or Thunder Studios demanding that you

4   take down any photos from Kazalfamilystory.com?

5   A     Not at all.

6   Q     At some point in 2016, did you become aware of a

7   take-down notice that was issued by Thunder Studios to

8   GoDaddy?

9   A     Late 2016, I believe, Joe sent me a notice, I think,

10  from GoDaddy, and I immediately forwarded that notice to

11  Mr. Ronald Richards who's an attorney here in L.A., and he

12  basically took care of that.

13  Q     At some point, did you tell Mr. Dabab to remove the

14  photos of Mr. David from the website?

15  A     Yes.  I said, "Look, we don't want to ever be in any

16  trouble, cause any harm, that we're breaking the law.

17  Please if there's anything, please remove it."  And he

18  assured me he'll do so.

19  Q     And after you forwarded the complaint, the DMCA

20  complaint to Mr. Richards, did you subsequently learn that

21  the photographs had been registered with the copyright

22  office?

23  A     I think, yes.  It was maybe early '17 or around early

24  '17, I learned about that, yeah.

25  Q     And was this notice that Mr. Dabab forwarded to you

1    which you said you then forwarded to Mr. Richards, was that

2    the first time you had ever become aware of any claim at all

3    that anything on the Kazalfamilystory website might be

4    copyrighted?

5    A    That's correct, yes.

6    Q    At some point thereafter in 2017, did you ask Mr. Dabab

7    to take down the entire website altogether?

8    A    Yes.  I felt, after I got the report from the inspector

9    of ICAC, Mr. Nicholson, basically completely exonerating me

10   and calling on the Parliament to introduce an exoneration

11   protocol, I felt that I had achieved my purpose or my goal;

12   that my story was ending; that I had -- the Australian

13   newspaper has been very supportive of me for the last

14   18 months since learning about my story.

15           I had a lot of strong support from other media

16   outlets, including Channel 10 in Australia and so forth, so

17   I felt there's no need -- no further need for me to have the

18   website, and I asked him to shut it, yes.

19   Q    Did he do so?

20   A    Yes, he did.

21   Q    Did you, in any way, during the four years or so that

22   the website was live, did you profit or benefit in any way

23   from the inclusion of any pictures of Mr. David on the

24   website?

25   A    Never.

1   Q    Did you personally make any money off of

2   Kazalfamilystory.com?

3   A    Never.  It was just a platform to tell my side of the

4   story, my family's side of the story and to basically help

5   me achieve what I was able to achieve through a very, very

6   difficult period of my life.

7   Q    Do you have any estimate, as you sit here today now, of

8   how many visitors came to the website during the few years

9   that it was live?

10  A    There wouldn't be many.  I mean, the website was just a

11  platform.  If I had met someone, instead of just reading the

12  malicious and negative publicity that was created at the

13  behest of Mr. David, for them to see the truth of what I had

14  exactly experienced and what was my case all about.  This

15  was the only purpose.  And it was my last resort.  I had no

16  other option but to do that.

17  Q    Did any court ever issue any order requiring you to

18  take down the website?

19  A    Never.  Never.

20  Q    Between 2013 and 2016, did you personally have any

21  social media accounts?

22  A    The only social media account was a Twitter that was

23  also managed by Joe.  As I told you earlier, I don't know

24  how to tweet.  I'm not familiar.  The only thing I've got is

25  just "What's App."  That's it.

1   Q    Now, at some point, did you become aware of protests

2   against Mr. David here in Los Angeles?

3   A    Yes.  I became aware, and it was some time

4   October 2016, yeah.

5   Q    Did you have any role at all in organizing or carrying

6   out those protests?

7   A    Never.

8   Q    None, whatsoever?

9   A    None, whatsoever.

10  Q    Did you know that they would take place in advance?

11  A    No.

12  Q    And do you know who organized the protests that took

13  place here?

14  A    Now I do, and I can tell you it was my brother Adam

15  whom had his identity stolen by Mr. David's staff, Thunder

16  Studios' staff, four of them:  Mr. Matt Price;

17  Mr. Paul Kolesa who you've heard from here in the witness

18  box; Mr. Mark Hatch; Mr. Ryan Wills who we were able through

19  some discovery in a lawsuit we had against Mr. Price, we

20  were able to learn what the Thunder Studios' staff had

21  stolen my identity, Tony's identity, Adam's identity, Karl's

22  identity and also set up a website called Kazalfamilytruth,

23  which were completely defaming us globally and linking us to

24  despicable organization -- organizations, criminal

25  organizations, such as Hezbollah.  And basically saying that

1 we are criminals, we're money launderers, we are terrorists.

2 It just --

3          THE COURT:  Next question, please.

4          Your last question was:  Do you know who organized

5 the protests that took place.

6          MR. TAYLOR:  Yes.  Thank you, Your Honor.

7 BY MR. TAYLOR:

8 Q    You said that these websites stole your identity.

9          What do you mean by that?

10 A    Well, my name is Charif Kazal and now there was a

11 website until January of this year where it's been suspended

12 because of the lawsuits we have against Mr. Price.  If you

13 had gone in and put Charifkazal.com, you would have seen

14 horrific imagery, commentary, linking me to terrorist

15 organizations, money-laundering, criminal activity.

16          I'm a peaceful person.  I've never been, ever, in

17 trouble with the law.  I'm an honest person.  I've never

18 done a thing wrong in my life.  No one can ever come

19 anywhere and say Mr. Kazal had done a thing wrong by me.  I

20 live and stand by my name, my reputation, and that's the

21 only thing -- the only asset I have.

22 Q    So it was your understanding that there were websites

23 created in your name, literally Charifkazal.com,

24 Adamkazal.com --

25 A    That's correct.

1  Q    Now, you mentioned a moment ago, despicable criminal

2  and terrorist organizations like Hezbollah.

3           What is your understanding of Hezbollah?  What is

4  that?

5  A    They're a horrible organization that attacks innocent

6  people, draft terrorism.  I wouldn't want anything to do

7  with them.  I wouldn't want to be associated with them.  I

8  despise them.  I don't respect them.  I completely reject

9  any of their ideology, any of their beliefs.

10          Peace is the only place in the world.  Peace is

11  the only thing that will make this world go forward, not

12  terror.  It will never help.

13  Q    Do you know where Hezbollah is based?

14  A    I guess, from what I know, they're somewhere in

15  Lebanon.

16  Q    Now, there was some testimony last week about an order

17  against Adam in the court in Australia.

18          Do you have any knowledge about that order?

19  A    Yeah, I became aware of this order.  And just for the

20  record, so you're clear on what you saw, this order was a

21  consent order.  So my brother Adam, after learning about

22  what happened to his name, being stolen and everything, he

23  had taken some activities to protest, to peaceably protest

24  about his name and identity being stolen because he was

25  being abused, his kids at school being abused, his son is an

1    Australian cadet -- it's a division of the Australian Army.

2           He had some terrible experiences there -- his wife

3    at school being -- being called, "You're a wife of a

4    terrorist supporter," stuff -- because he had photos with

5    the words "Support Hezbollah" embedded on his head on those

6    websites, stuff like that.

7           So Adam was peaceably protesting, and he did what

8    he did, and I understand there were consent orders.  So

9    those orders that you saw, Adam consented to them to

10   basically stop operating the vans and so forth that he was

11   protesting with in Sydney.  And my understanding, he

12   consented to them.  So there was not like a forced order by

13   the court.  It was something he consented to.

14   Q    As of October of 2016, which I think we saw was when

15   the -- late October was when the protest first took place

16   here, were you on good terms with your brother Adam at that

17   time?

18   A    No, I've not been on good terms.  Adam -- a number of

19   people in my family holds me responsible for the pain that

20   they've suffered for the last ten years at the hands of

21   Mr. David and his powerful circle of people that he can use

22   against you to defame you, to destroy you, to do whatever,

23   and they felt that I was responsible for bringing Mr. David

24   to the family's life.

25          All I ever wanted was to have a good business, to

1   try to have a good life and to do something honorable,

2   unlike what the experience that Mr. David had put me and my

3   family through.

4   Q    So as of October of 2016, you weren't, is it fair to

5   say, you weren't really on speaking terms with Adam?

6   A    No.

7   Q    You've mentioned different lawsuits that have been

8   filed and litigated over the last many years.  Are you

9   currently continuing to pursue your rights against Mr. David

10  and Thunder Studios in the courts?

11  A    Absolutely.  The only platform, the only place where I

12  believe I will get justice like I had gotten justice at the

13  complaint I made to the inspector after the premiere

14  referred me to him, I am currently suing the Independent

15  Commission Against Corruption and the former commissioner

16  for the malicious inquiry based on the findings in the

17  inspector's report for the damage and loss and pain that

18  they put me and my family through.

19          Tony and I, through our company, KTC, the

20  aggrieved company at the hands of Mr. David, we've commenced

21  legal action in July this year in the Supreme Court of New

22  South Wales where there are five defendants listed.  Mr.

23  David is one of them, Mr. Singh is one of them, Gilbert &

24  Tobin law firm are one of them, based on the evidence we

25  have, and also the former partner of Gilbert & Tobin,

1    Mr. Andrew Bullock, is also a defendant.

2            We have overwhelming evidence, the things I know

3    now, the things I have in my possession now are overwhelming

4    at the behavior and the dirty work that Mr. David performed,

5    along with Mr. Singh, to destroy me, my brother Tony and our

6    interest in KTC, and I'm looking forward to my day in court.

7    Q    And is there another lawsuit pending in Australia as

8    well?

9    A    Yes.  Mr. David, in 2014, sued me for defamation.  I've

10   got a cross claim in that lawsuit against Mr. David and

11   Thunder Studios.  In August 2016, the judge in the case

12   allowed me, based on evidence produced about the

13   Thunder Studios' employees, to also add Thunder Studios into

14   the case, so that's also on foot as well.

15   Q    Now, we've talked a bit about the e-mails that you sent

16   to Mr. David, I guess, beginning in 2015.

17           How often would you send him an e-mail during that

18   period?

19   A    Probably every second day, every third day.  I wanted

20   him to really wake up, to make a right.  It's not right to

21   take something that is not yours.  It's not right to destroy

22   people's reputation.  It's not right to steal and go away

23   and hide.  If you do wrong, the honorable thing to do is to

24   put your hand up and say, "I've done a wrong, and I

25   apologize."

```
 1              THE COURT:  Next question, Counsel.
 2   BY MR. TAYLOR:
 3   Q    Did you become aware that Tony was also sending him
 4   e-mails?
 5   A    Yes.  Tony was aggrieved as well, and he was sending
 6   e-mails, yes.
 7   Q    Were you copied on Tony's e-mails?
 8   A    Yes, I was.
 9   Q    And then after you would receive an e-mail from Tony to
10   Mr. David that you were copied on, did you forward to
11   Mr. Dabab?
12   A    That was the practice, yes.
13   Q    What did Mr. Dabab do with it?
14   A    After it got to Mr. Dabab, I wouldn't have a clue what
15   he did with it.  It's something that he managed, the
16   website.  The uploading, the posting, whatever.
17   Q    The content of the website, was it comprised of
18   anything other than the e-mails that we've been talking
19   about?
20   A    Not to my understanding, no.
21   Q    What was your priority or focus in respect to the
22   website?
23   A    It was about telling my side of the story, and it was
24   very important for me for whoever done the wrong thing by me
25   and my family and Tony to, including Mr. David, to take
```

1   notice, take a moment, think about it, and hopefully they

2   can make it right, because that's the right thing to do.

3   Q    Did Mr. David ever respond to any of these e-mails?

4   A    Never.

5   Q    Did he ever send you a response or a correspondence

6   asking you to stop sending these e-mails?

7   A    Never.

8   Q    Did any of these e-mails that you sent contain a threat

9   of any kind to Mr. David?

10  A    Never at all.

11  Q    Let's take a look at Exhibit 43 in the binder.

12  A    Can I take a sip of water, please.  Sorry.

13       This binder here?

14  Q    Yes.  Forty-three.

15  A    Yes, sir.

16  Q    If you can just take a moment to flip through.  It's a

17  few pages.

18       Mr. Kazal, do you recognize the document we've

19  marked as Exhibit 43?

20  A    Yes, I do.

21  Q    What is Exhibit 43?

22  A    They're printout of the Kazalfamilytruth, the website

23  created by Mr. David's staff at Thunder Studios.

24  Q    Let's turn, if you would, to page 7633, at the bottom

25  right, it's second to last page of the exhibit.

```
 1              Oh, I'm sorry.

 2              Your Honor, we'd like to move Exhibit 43 into

 3   evidence.

 4              THE COURT:  Any objection?

 5              MR. WIENER:  Your Honor, we'll object.  There

 6   hasn't been a foundation as to when this was allegedly on

 7   Kazalfamilytruth.com.

 8              On the bottom of the page, it indicates it's on

 9   Charifkazal.com.

10              We'd also object that there's no foundation for

11   who created the website.

12              THE COURT:  The objection is overruled.  The

13   document will be admitted.

14              (Exhibit 43 received in evidence.)

15   BY MR. TAYLOR:

16   Q    Just looking at the bottom of the page, at the right --

17   7633.  Are you on the right page?

18   A    Yes.

19   Q    The pictures on the top half of the page are small, so

20   I don't know if I can do that much to enlarge them, but do

21   you see the 16 or so pictures on the top half of the page?

22   A    Yeah.  Yes, I do.

23   Q    And do you see the picture in the top right corner?

24   A    Yes, I do.

25   Q    Who's that?
```

```
 1   A     It's my brother Tony.

 2   Q     And what does it say above his head?

 3   A     "Support Hezbollah."

 4   Q     Have you ever seen that picture before?

 5   A     Yes, it's What's App profile from Tony's profile.

 6   Q     From What's App?

 7   A     Yeah.

 8   Q     The chat --

 9   A     That's correct.

10   Q     -- app?

11   A     Yeah.

12   Q     I assume -- is it fair to say on his profile picture,

13   it doesn't have any words on it?

14   A     Absolutely not.  It's sickening to have such a

15   description embedded on -- on your profile.

16   Q     How did you first learn of the existence of these five

17   websites we've been talking about, the Kazalfamilytruth,

18   Charifkazal.com, Adamkazal.com, et cetera?

19   A     I think my wife alerted me to them through some Google

20   search.  Said, "Oh, my God, look what's been put on you."

21   And it was like horrific to see what's been put up there.

22   Q     Do you see the picture right below the one we were just

23   looking at?

24   A     Yes.

25   Q     Do you recognize the person in that picture?
```

1   A    I believe is the late Libyan President Qaddafi.

2   Q    You mentioned a few minutes ago that you have no

3   association with Hezbollah.

4          Does anyone in your family have any connection

5   with Hezbollah in any way?

6   A    Absolutely not.  Absolutely not.  It's a disgrace and a

7   despicable act to even refer us to be part or to be

8   associated with these despicable people.  This is dangerous,

9   it's malicious, it's criminal to even do something like that

10  to someone, to refer to such criminal people.

11  Q    Did you -- when you first went to these websites, did

12  you see the words on the page that associated your family

13  with crime, and Hezbollah and things like that?

14  A    Yes.  And it's all untrue, all unfounded.

15  Q    Did the association that you saw on these pages with

16  crime and terrorism, did that cause you any concern?

17  A    Absolutely.  When something like this is in the public

18  domain -- I mean, this is global.  People worldwide -- we're

19  business people.  We travel internationally.  We go, you

20  know, to different companies.  Stuff like this really puts

21  your life at risk, puts your family's life at risk.

22          One of Tony's kids, he's an officer in the

23  Australian Army, and a very up and coming officer, too.  He

24  had some terrible experiences as a result of this he had to

25  deal with.

1           So to do such a criminal act.  This is not a joke.

2   You just can't do something like that.  You have no idea the

3   risk and the danger that it poses on the person and

4   immediate family when you're labeled or connected to

5   something like this.  This is very, very, very damaging and

6   very, very serious.

7   Q    Did any members of your family that you're aware of

8   seek any treatment or counseling from the stress that

9   resulted from these websites?

10  A    To this day, Tony's wife, Adam's wife, a number of the

11  kids as I told you.  A 13-year-old girl at school being

12  bullied.  She attempted self-harm.  I mean, we could have

13  lost her.  This is how bad this is.  Just unbelievable that

14  someone could allow themself or someone else to do something

15  like this.

16           THE COURT:  Why don't we take our morning recess.

17           Ladies and gentlemen, do not form or express any

18  opinion about the case until the matter is finally submitted

19  to you; don't talk with anyone about the case; don't allow

20  anyone to talk to you about the case; and do not conduct any

21  research of any kind on any subject matter connected with

22  the case.

23           Why don't we come back at 11:15, please.

24           (Jury out.)

25           THE COURT:  Sir, you may step down.

```
1                Mr. Taylor, I have a couple questions.

2                Is there a cross claim in this case?

3           MR. TAYLOR:  No, there is not.

4           THE COURT:  So I'm having trouble seeing the

5    relevance as to all the emotional damage that the Kazal

6    family has suffered as it relates to this case.

7           MR. TAYLOR:  Well, we're done with that.  I'm not

8    going to ask him anything further about it.  It puts in

9    context what was done with respect to the website, why they

10   sent the e-mails, why --

11          THE COURT:  You spent a lot of time on this.  So I

12   guess you're saying it's over with, but I would just like to

13   focus on what's at issue here.

14          MR. TAYLOR:  I'm going to look at notes and the

15   exhibits during this break.

16                How long does Your Honor --

17          THE COURT:  It's not a function of that.  I'm just

18   trying to make sure I understand --

19          MR. TAYLOR:  I think I'm nearly done with my

20   direct examination.

21          THE COURT:  We're starting to stray -- I mean, the

22   testimony strayed on a lot of stuff.  Clearly, there's a lot

23   of lawsuits going on here.  I don't want to deal with more

24   lawsuits than I have to.  That's all I'm suggesting.

25          MR. TAYLOR:  I understand.  I think we're nearly
```

1    through with the direct.

2              THE COURT:  Then, who's next after this witness?

3              MR. TAYLOR:  Next, we would call Mr. Woodward.

4              I mean, I don't know when Your Honor wants to hear

5    our motion, but --

6              THE COURT:  We'll do that probably during the

7    lunch recess, or right around when we break for lunch.

8              And, then, Mr. Woodward, and then who?

9              MR. TAYLOR:  Then, Mr. Parlato.

10             THE COURT:  So we anticipate getting done sort of

11   mid afternoon, sort of 2:00, 2:30?

12             MR. TAYLOR:  I mean, Mr. Wiener could

13   cross-examine Mr. Kazal for two hours, so I don't know.

14             THE COURT:  That's not going to happen.

15             MR. TAYLOR:  I mean, he has time, I guess, so I

16   don't know how long he's going to do it.

17             THE COURT:  That's not going to happen.

18             MR. TAYLOR:  That's a good estimate, I think.

19             THE COURT:  Again, I'll remind you, my intention

20   is to try and get this matter to the jury today.  So be

21   prepared to close this afternoon.

22             Mr. Wiener, is there anything you wish to say?

23             MR. WIENER:  No, Your Honor.

24             THE COURT:  Let's take a brief recess.  Thank you.

25             (Recess taken at 11:05 a.m.;

```
 1              proceedings resumed at 11:23 a.m.)
 2              THE COURT:  Mr. Taylor.  You may continue.
 3              MR. TAYLOR:  We have nothing further on direct.
 4              THE COURT:  All right.  Mr. Kazal, why don't you
 5    resume the witness stand, please.
 6              THE COURT:  All right.
 7
 8                        CROSS-EXAMINATION
 9    BY MR. WIENER:
10    Q    Mr. Kazal, have you ever gone by any other aliases?
11    A    Please repeat your questions.
12    Q    Have you ever gone by any other names or aliases?
13    A    Many years ago, my birth name was Charif and my surname
14    was Hussein, H-u-double-s-e-i-n.
15    Q    In May 10, did you make a criminal complaint against
16    Mr. David in the United Arab Emirates?
17    A    Yes, I did.
18    Q    Did you allege that he had embezzled money from
19    Emergent Capital?
20    A    Not from Emergent Capital, from the IPS facility
21    management business in the UAE, yes.
22    Q    Were any of those criminal allegations sustained by the
23    UAE court?
24    A    The court found that at the time Mr. David embezzled
25    the money, the company hadn't been registered in the UAE
```

1    under UAE law, so they could not find as such.

2    Q    So it's correct that none of the criminal allegations

3    that you caused to be made against Mr. David were sustained?

4    A    It wasn't --

5    Q    Thank you.

6    A    -- it was not registered at the time.

7    Q    It's correct that the ICAC made a finding that you'd

8    engaged in corrupt conduct?

9    A    Yes, it did.

10   Q    Thank you.

11        Did the ICAC also make a finding that you had

12   given false and misleading evidence?

13   A    Yes, it did.

14   Q    Do you contend you're exonerated from those charges?

15   A    Absolutely.  The inspector of ICAC report to the

16   Parliament at New South Wales dated the 20th of June 2017 --

17   it's in evidence.  You can look at it all -- it completely

18   exonerated me.  He found many flaws in the ICAC thesis.

19        He basically found that the commission of ICAC,

20   David did and the commission itself, breached the act.  And

21   basically it was an abuse of power.  The investigation or

22   the inquiry into myself.

23        And, more importantly, he noted that ICAC did not

24   find any wrongdoing or any evidence from doing before,

25   during, or after the inquiry; hence, I am suing the

1    Independent Commission Against Corruption and former

2    commissioner in the New South Wales Supreme Court.  And I

3    filed my case late last year.

4    Q    Can you identify where, in this 89-page report which

5    has been marked as Exhibit 42, there's a finding that you

6    are factually innocent of the charges?

7    A    The report itself goes into -- I think Mr. Taylor

8    referred you to a number of paragraphs.  I can't just sit

9    here and look at them all, and he clearly referred you to

10   what the inspector commented on the findings of ICAC, the

11   referral of myself by ICAC to the DPP.

12   Q    Is there a specific paragraph you would want the jury

13   to read in order to support your contention that you were

14   exonerated?

15   A    Yes.  I will get my attorney shortly to refer you to

16   the pages.  We have marked them all.  And I'll get him to

17   refer you to them shortly.

18            And this is a report that's been submitted to the

19   New South Wales Parliament.

20   Q    As we sit here at this moment, though, you're not able

21   to identify the specific passage that exonerates you?

22            MR. TAYLOR:  That's not his testimony, Your Honor.

23   That's not what he's saying.

24            THE COURT:  Overruled.

25

1   BY MR. WIENER:

2   Q      Are you familiar with the website Kazalfamilystory.com?

3   A      Yes, I do.

4   Q      Did you arrange to have the website set up in 2013?

5   A      With the help of a friend, yes.

6   Q      What was the name of this friend?

7   A      Joe Dabab.

8   Q      How well did you know Mr. Dabab?

9   A      I knew him reasonably well because he was a good friend

10  of a friend of mine.

11  Q      How many times had you met with Mr. Dabab prior to

12  June 2013?

13  A      Maybe a couple times casually, but I met him at a

14  function with Ray in 2013, and we discussed the website.

15  Q      It's correct that you take full responsibility for

16  everything on the website?

17  A      The website bears my true experience and my story, yes.

18  Q      Do you know a person named Jean Ghalo?

19  A      No, I don't.

20  Q      I'd like you to turn to Exhibit 3 in the binder.

21  A      Yes, sir.

22  Q      I'll represent to you Exhibit 3 is a document produced

23  by GoDaddy that lists the domain information for

24  Kazalfamilystory.com.

25            Can you tell me who it lists as the registrant for

1  the website?

2  A    Jean Ghalo.

3  Q    Who does it list as the administrative contact for the

4  website?

5  A    Jean Ghalo.

6  Q    Who does it list as the technical contact for the

7  website?

8  A    Jean Ghalo.

9  Q    Who does it list as the billing contact?

10  A    Jean Ghalo.

11  Q    Do you see Joe Dabab's name anywhere on this page?

12  A    No, I don't.

13  Q    Do you know who Jean Ghalo is?

14  A    I don't know.

15  Q    Do you know if Jean Ghalo is an alias for Tony Kazal?

16  A    Absolutely not.

17  Q    Do you know why Joe Dabab's name is not on this

18  document?

19  A    I have no idea.

20  Q    Do you know who paid the bills for maintaining the

21  website?

22  A    Joe looked after everything.  He offered to help me and

23  support me through this painful experience, and he did that.

24  Q    Do you know why he didn't list himself as the billing

25  contact?

1    A    I don't know.  He may have helpers.  I don't know.

2    Q    This person named Jean Ghalo, are they located in

3    Lebanon?

4    A    Yes.

5    Q    How many e-mails did you post on Kazalfamilystory.com?

6    A    It was -- the website in total was between mid 2013 to

7    mid 2017, so I don't know exact number, no.

8    Q    And you testified that you're responsible for putting

9    up Tony's e-mails on the website by forwarding them to

10   Joe Dabab?

11   A    That was the practice.  I was cc'd on them, and I would

12   forward them to Joe, yes.

13   Q    I'd like you to turn to Exhibit 37.

14            I'd like you to turn to Tony Kazal's Supplemental

15   Responses to First Set of Special Interrogatories and look

16   at Interrogatory Number 3, which was introduced in evidence

17   last Thursday.

18            THE COURT:  I'm sorry, Counsel.  You said

19   Exhibit 37?

20            MR. WIENER:  Exhibit 37, which is three sets of

21   interrogatory responses.  And I'm only referring the witness

22   to the one interrogatory that we read to the jury on

23   Thursday afternoon, Interrogatory Number 3.

24            THE WITNESS:  I think I'm on it, sir.

25

1  BY MR. WIENER:

2  Q    Did Tony Kazal state that he used to send Joe Dabab a

3  copy of what was sent to Rodric David or David Singh?

4  A    Did he do what?  Sorry.

5  Q    This is Tony Kazal's response to Interrogatory

6  Number 3.  The interrogatory is:  Identify all

7  communications you made regarding plaintiffs between

8  January 1st, 2013, and the present.  And Tony Kazal wrote in

9  response -- one section of his response:  "I used to send

10  Mr. Joe Dabab a copy of what was sent to Rodric David or

11  David Singh," end quote?

12  A    I'm not sure why he would say that because that wasn't

13  the practice.

14  Q    So that representation by Tony Kazal you believe is

15  inaccurate?

16  A    Could be inaccurate, yes.

17  Q    Did you coordinate with Tony Kazal on the content of

18  the post that you each made to the website?

19  A    No, we were individually writing, voicing our

20  grievances.

21  Q    Would you agree that there's remarkable similarities

22  between the grievances that you both chose to voice on the

23  website?

24  A    Yes, it's the same issue, I believe, what Mr. David did

25  to Tony and myself.  They're the same issues; hence, the

1  similarity, sir.

2  Q    I'd like you to turn to Exhibit 31.  And the document

3  Bates-stamped Plaintiffs' 1873, which I'll read for the

4  jury.  It's --

5  A    Just one sec.  Sorry.  Which one is it?  Sorry, sir.

6  Q    It's 1873.  It's the fourth page of Exhibit 31.

7  A    Yes, sir.

8  Q    And I'll read the page, which is an e-mail from

9  Tony Kazal.  And it states:  (Reading.)

10                I'll not rest until you repay what you stole,

11           plus damages, apologize publicly for the lies you

12           told and serve time in prison for the despicable

13           crimes you committed against me and my family.

14  A    What would you like me to do, sir?

15  Q    I'm just reading that portion.  I just want you to keep

16  it fresh in your mind.

17          I'd now like you to turn to the document

18  Bates-stamped 1895.

19  A    It's in the same folder, sir?

20  Q    Yes, I'd like you to read the last paragraph to the

21  jury.

22  A    Yes.  (Reading.)

23                I will not rest until you repay what you

24           stole, plus damages, apologize publicly for the

25           lies you told and serve time in prison for the

1          despicable crimes you committed against me and my

2          entire family.

3  Q    Is that the same exact phraseology that Tony Kazal

4  used?

5  A    Very similar, yes.

6  Q    It's your testimony, though, you didn't coordinate with

7  him on the content of the website?

8  A    Obviously, we have the same objective, to get Mr. David

9  to admit to what he did wrong by us, return what he stole

10  from us, apologize for it and for the crimes he committed to

11  serve time in prison.  I guess they're very similar, you

12  know, issues we're venting, yes.

13  Q    And it's your contention, your statement that you'll

14  not rest until Mr. David repays what he stole is not a

15  threat of any sort?

16  A    I'm sorry.  Sir, sorry?

17  Q    It's your contention that you never made any threats

18  against Mr. David?

19  A    I have never made any threats.

20  Q    And it's your contention that telling him that you

21  won't rest until he repays what he stoled is not a threat?

22  A    Sir, I will repeat it.  I will not rest lawfully until

23  Mr. David returns what he stole from me, and I will not rest

24  until he faces court for the damage he caused me and my

25  entire family; hence, I am suing him in Australia.  And he's

1    number one defendant in the case.  I take action legally,

2    sir.  I don't threat anyone.

3    Q    And what regard to taking actions legally -- you agree

4    that the federal court of Australia made a finding that you

5    were in civil contempt of that court?

6    A    Of course, the federal court found me in civil

7    contempt, but if you've read the judgment, you've looked at

8    the situation and the issue at hand, you'll realize that

9    His Honor Justice Sparrow made it very clear that this was a

10   technical -- civil contempt due to me being in China, and

11   there was a technical issue with the website.  I could not

12   remove certain material as requested by the Court, and I was

13   two days late.

14          As hence, as soon as I returned to Australia, I

15   removed everything and I complied with all the requirements.

16   Hence, His Honor, Justice Spiram, accepted my testimony and

17   found me only in civil contempt.  Yes, I made a mistake, I

18   put my hand up to it and apologized to the Court for the

19   mistake that I did.  I don't hide from myself mistakes, sir.

20   Q    It's correct in order to be in contempt, you have to

21   have violated an original court order; correct?

22   A    I have not violated.  It was a technical civil

23   contempt.  Please read the judgment and be very clear

24   because you're misinforming the Court, sir.

25   Q    We'll let the jury decide.

1  A     Yes.

2  Q     It's correct that photographs of Mr. David were

3  published on Kazalfamilystory.com?

4  A     I'm aware of them now as part of this lawsuit, yes.

5  Q     It's correct that you're aware that there were certain

6  copyright photographs, that you became aware of that in

7  October 2016; correct?

8  A     I was aware of a notice, a takedown notice which I

9  forwarded to my attorney, to Mr. Ronald Richards, in

10  California, yes.

11  Q     Was Ronald Richards also acting as the attorney for

12  Adam Kazal and Tony Kazal?

13  A     It's my understanding that he was acting collectively

14  for us against Thunder Studios and Rodric David for the

15  imposter websites that they've created by stealing our

16  identities and our name and defaming us online, yes.

17  Q     Did you instruct Mr. Richards to take -- did you

18  instruct whoever's operating the website to take down the

19  photographs at issue in that notice?

20  A     As soon as I knew, I told Joe, "Please, you need to

21  comply," and I asked Mr. Richards to deal with it, yes.

22  Q     Do you have any evidence that any of the photos were

23  ever removed?

24  A     I don't know which ones were at hand, sir.

25  Q     Do you know if other copyrighted photographs were

1  continued to be published on the website after

2  December 2016?

3  A    I wasn't involved in the uploading or the management of

4  the website.  That was something Joe was handling, so I

5  wouldn't know now.  Sorry.

6  Q    It's correct that you just testified earlier you're

7  responsible for everything on the website.

8  A    I stand by the comments, I stand by the commentary and

9  the material that is being published on the website, yes.

10  Q    Did you instruct this person, the supposed

11  Mr. Joe Dabab, to transfer the hosting of the website from

12  GoDaddy to Orange Website?

13  A    I didn't instruct him to do any such a thing.  He's a

14  technical person in that space.  I don't know what he does,

15  no.

16  Q    Did you become aware at some point that the website had

17  been transferred to Orangewebsite.com?

18  A    No, I didn't.

19  Q    Is it your testimony that you took down the website in

20  June of 2017 so you could pursue your options legally?

21  A    I took down the websites in June 2017 after I received

22  the inspector's report exonerating me of the damage that's

23  being caused to me through the malicious ICAC inquiry.  I

24  felt I had reached the satisfactory conclusion, and

25  obviously I was already taking legal actions against

1    Mr. David and others.  It wasn't just because of that, no.

2    Q    Why did you not pursue lawful actions prior?

3    A    We are.  I am, and I was pursuing legal actions prior.

4    Q    It's correct that you contend the articles published in

5    the Sydney Morning Herald were false and defamatory?

6    A    Absolutely.  And this is the finding of the inspector

7    of ICAC:  There were lies printed in the Sydney Morning

8    Herald.

9    Q    Did you sue the Sydney Morning Herald for defamation?

10   A    Yes.  My brother Tony sued them, and they apologized to

11   him, and they paid him substantial amount of damages in --

12   in January of 2018.

13   Q    Do you have any evidence of that judgment?

14   A    I can get my attorney to provide if necessary.

15   Q    Was it produced in discovery?

16   A    I'm not sure if it was.

17        And also my brother Oscar's currently suing them.

18   It's been a foggy battle between him and the Sydney Morning

19   Herald.  Obviously, they can drag things out when they're in

20   the wrong.  But they've already apologized publicly.  If you

21   Google Tony Kazal, you see an apology from the Sydney

22   Morning Herald to Tony Kazal online.  You can do that right

23   now if you want, sir.

24   Q    I'll leave that to your attorney.

25        And it's your testimony that you had no

1    involvement with the California activities that took place

2    against Mr. David?

3    A    I had no involvement, no.

4    Q    Do you condone the actions of your brother Adam Kazal

5    with regard to those activities?

6    A    I'm sorry, sir.

7    Q    Do you condone the activities of your brother Adam with

8    regard to those protests?

9    A    I would protest differently, yes.

10   Q    Did you ever offer an apology to Mr. David for what

11   Adam did?

12   A    That's something Adam did, nothing to do with me.  And

13   Adam had legitimate reason, to my understanding, because

14   Mr. David's staff had stolen his identity and defamed him

15   globally and called him a terrorist and associated him with

16   a despicable organization such as Hezbollah.

17   Q    When did Mr. David associate Adam Kazal with Hezbollah?

18   A    If you would read the website, I think there was a

19   photo of Adam with that print as well is my understanding.

20   Q    In fact, it was the Sunday Morning Herald that reported

21   that your brother Tony Kazal had ties to Hezbollah, wasn't

22   it?

23   A    The Sydney Morning Herald reported many lies.  As I

24   said to you, they've apologized to Tony, and they offered

25   him a substantial amount of damages.  And like the inspector

1    of ICAC had called it, they printed lies about me and my

2    family.  And there were only lies being printed by the

3    Sydney Morning Herald and the only journalist, the cozy

4    journalist of your client, Linton Besser, who was attacking

5    my entire family at the behest of your client.

6    Q    What proof do you have that Mr. David caused the Sydney

7    Morning Herald to publish any articles?

8    A    I have Mr. David's testimony at ICAC admitting to

9    providing misleading information, admitting to providing a

10   cropped photo to the Sydney Morning Herald and being told to

11   stop lying while he was on oath at ICAC.  This is all in the

12   ICAC transcripts, sir.  Please go to them and read them.

13   Q    Have you introduced the ICAC transcript as evidence for

14   the jury?

15   A    I'll check with my attorney what he introduced.

16   Q    Do you know where Adam got the money to fund the

17   activities in California?

18   A    I don't, no.

19   Q    Is it correct that Adam is bankrupt?

20   A    No, he's not actually.  He was -- my understanding had

21   some technical issue, but he's settled that, and he's no

22   longer bankrupt.

23   Q    Do you recall during what period of time Adam Kazal was

24   an undischarged bankrupt?

25   A    I don't know, no.

1  Q    Do you recall if he was an undischarged bankrupt in

2  2016?

3  A    I don't know, no.

4  Q    Were you aware if Adam Kazal conducted -- caused any

5  surveillance to be conducted of the David family in October

6  of 2016?

7  A    I'm not aware, no.

8  Q    You stated that Mr. David somehow stole the identity of

9  Adam.

10          Can you explain what you're referring to?

11  A    Referring to the imposter website created by

12  Thunder Studios' staff:  Mr. Price, Mr. Wells, Mr. Hatch and

13  Mr. Kolesa, where they've stolen Adam's identity, my

14  identity, Karl's identity, Tony's identify and defamed us

15  globablly and associated us with despicable crimes.

16  Q    How did you determine who created the website?

17  A    The communication obtained under subpoena through my

18  attorney's request proved that those four individuals are

19  connected to the creation of those websites.

20  Q    Have you presented any evidence to the jury, other than

21  your testimony, that anyone at Thunder Studios created the

22  website?

23  A    I think Mr. Kolesa admitted that he was involved in the

24  creation of the website while on oath here.

25  Q    Is it correct that the website primarily consisted of

1  articles that were republished from the Sydney Morning

2  Herald?

3  A    Not just republished, regenerated, reprinted,

4  reorganized, photos were stamped.  A lot of despicable

5  behavior portrayed on those articles.  It just reflects the

6  quality of the people associated with it.

7  Q    Is it your contention that as a result of the website,

8  you're entitled to take the actions that you did do?

9  A    My actions were peaceful, were very harmless, and I was

10 just telling my side of the story to pursue my right in

11 protest at the behavior of Mr. David for me, my entire

12 family.  Peaceful, harmonious protest.  That's it.

13 Q    Why did you send the e-mails to employees of

14 Thunder Studios?

15 A    Obviously, to make sure that Mr. David was getting

16 them.  I wasn't sure if he was getting my e-mails or not.

17 Q    Do you know an individual named Jamie Brown?

18 A    I do, yes.

19 Q    How do you know Jamie Brown?

20 A    Look, a long time ago, I've known him, and he's a

21 friend of my brother Oscar.  I don't have much to do with

22 him.

23 Q    Did the ICAC report find that you and other members of

24 your family had known Jamie Brown for several years?

25 A    I believe there was a reference to this, yes.

1  Q    Was that a true statement by the ICAC?

2  A    Yes.

3  Q    Do you know if Jamie Brown was involved in coordinating

4  any of the campaign that took place in California?

5  A    I don't know, no.

6  Q    Did you ever make a post on Kazalfamilystory.com that,

7  quote, "My brother Tony and I are proud of our actions," end

8  quote?

9  A    Possibly, yes.

10 Q    What actions were you referring to?

11 A    Taking legal actions against Mr. David and his

12 employees.

13 Q    And it's your contention that Mr. David somehow

14 improperly obtained the proceeds from the sale of

15 Global Renewables?

16 A    Mr. David knows too well what he was involved in.  The

17 evidence in my possession now, and as part of my lawsuit in

18 the breach of constructive trust against Mr. David and

19 others, clearly demonstrate that Mr. David was working in

20 contempt of court orders, was working behind the scenes with

21 one of the biggest law firms to illegally draft motions and

22 minutes of meetings to steal my shares and that of Tony, and

23 to produce a third party that was known to him and Mr. Singh

24 to take care of the valuable asset of the business whilst it

25 was in liquidation, only to sell it two-and-a-half years

1   later, 50 percent of it, for 85 million.

2   Q    How much raw capital did your company, KTC, put into

3   Global Renewables?

4   A    We put a lot.  We put the contacts, we put the business

5   opportunity in the UAE.  My brother Tony -- my brother Karl

6   put $2.6 million in guaranties, a further $600,000 in

7   liquid.  When you add it all up, it will be more than what

8   Mr. David put.

9           Because also Mr. David knows too well what he did

10  with respect to overcharging, and what respect to

11  double-dipping with the finance of the company, and his

12  refusal to give us any proper financials to determine what

13  he spent.

14  Q    It's correct, in total, KTC put in $600,000 in liquid

15  funds into Global Renewables?

16  A    Of course, to save the business.  Into Global

17  Renewables, yes, 600,000.

18  Q    And how much did it receive from the liquidation of the

19  business?

20  A    We received very little because the whole liquidation

21  and the stripping out of the asset during the liquidation

22  was a tactic applied by Mr. David and Mr. Singh to hurt

23  KTC's interest in the liquidation.

24          And as I said, the evidence are overwhelming.

25  Mr. David will soon learn all this evidence during that

1  court case.

2  Q    Is it correct that KTC received liquidation

3  distributions close to $1.9 million?

4  A    We received too little because Mr. David fraudulently

5  fabricated the board minutes that he gave to the

6  liquidators.  These board minutes was only for IPS.

7  Mr. David fraudulently fabricated the board minute for ECL

8  to give him the right to sign contracts between himself and

9  himself, and these board minutes are now being examined by

10  experts to say that Mr. David copied two signatures from the

11  IPS minute into the ECL minutes.  And he will soon be facing

12  the music about this in court.

13  Q    Mr. Kazal, can you answer my question:  Did KTC receive

14  approximately $1.9 million in the liquidation --

15  A    Yes, yes, but this is not what we were going for.

16  Q    That's correct, you essentially tripled your investment

17  in Global Renewables?

18  A    Not really.  We have not tripled our investment.  As I

19  said to you, I brought a business opportunity to Emergent

20  Capital with probably $50- to $60 million in the UAE that

21  Mr. David was stripping out and double dipping into that

22  caused a joint-venture partner to terminate because of his

23  bad behavior.  He caused the company a lot of harm and a lot

24  of damage.

25  Q    Where were you in October 26, 2016?

1    A    October?  Sorry?

2    Q    I'm sorry.  Where is that?

3    A    Just repeat the date.  I'm sorry.  I missed it.

4    Q    Towards the end of October, 2016.

5    A    In Sydney, I guess.

6    Q    Did you observe any of the vans or posters or signs

7    with Mr. David's picture on them?

8    A    No.

9    Q    When did you first learn about those signs?

10   A    It was something that my lawyer received because we had

11   -- Adam and I had the same lawyer at the time.  I believe

12   something was sent from my lawyer.

13   Q    Were you aware whether the signs directed viewers to

14   www.kazalfamilystory.com?

15   A    Possibly.

16   Q    Did you authorize Adam to include that portion of it?

17   A    No, I didn't.

18   Q    Did you tell him to remove the signs, to remove that

19   reference from the signs?

20   A    Adam and I were not on good talking terms, and Adam

21   holds me very much responsible for the pain and the

22   suffering Mr. David brought on my entire family.

23   Q    Didn't Mr. Adam Kazal state that he is trying to avenge

24   your family name?

25   A    I'm not sure what you're referring to.

1   Q    It's correct that he was referring people to the

2   website?

3   A    Possibly.

4   Q    And it's correct that your testimony is that the

5   website was to refute the allegations that were made against

6   you?

7   A    Absolutely.

8   Q    So did you and Adam Kazal share a common purpose in

9   that regard?

10  A    I don't believe so.  Adam had his reasons, and I had my

11  reasons.

12  Q    Do you also believe that employees of Thunder Studios

13  stole your identity?

14  A    Absolutely they did, and they've been sued for this.

15  Q    Is that the same allegation that Adam Kazal made?

16  A    They stole his identity and they've been sued for this

17  as well.

18  Q    Were you and Adam both plaintiffs in the same lawsuit?

19  A    Yes, we are, and Tony as well.

20  Q    Did you file a lawsuit in the Superior Court of

21  California claiming that your -- online theft of your

22  identities?

23  A    That's something my attorney's managing up.  I'm not

24  sure the detail of what he found.  You have to check with

25  him.

1   Q    Do you know if that lawsuit was dismissed?

2   A    I'll have to check with my attorney.  I think it was

3   withdrawn, not dismissed.  Because there was some technical

4   issues, but with respect to redrafting the claim.

5   Q    You testified that the photos, certain of the photos on

6   Kazalfamilystory.com were taken from Google searches; is

7   that correct?

8   A    That's my understanding, yes.

9   Q    Did you do those Google searches yourself?

10  A    As I said in 2013, 2014, I would have Googled a couple

11  images of Mr. David and sent on to Joe.  And what he did

12  after that, that's a matter for Joe.  I wasn't involved in

13  anything further.

14  Q    Do you know if any of those photographs that you took

15  from 2013 and 2014 from Google search were the ones that

16  were part of Exhibit 31?

17  A    I don't know.  I can't recall.

18  Q    Do you have any reason to dispute Paul Kolesa's

19  testimony that the photographs at issue were taken in

20  August 2015 or later?

21  A    I'm not a technical person.  I cannot deny or confirm

22  what Mr. Kolesa said.

23  Q    Did you ever seek a court injunction ordering the

24  removal of the Kazalfamilytruth website?

25  A    I'm not sure what my attorneys did or didn't.  They

1  were doing a lot of things to stop this harm that's being

2  caused to my family by Mr. David's staff.  Yes, they did

3  many actions to try and stop the harm that was directed at

4  my family, yes.

5  Q    Do you know if there was ever -- whether your attorneys

6  ever specifically sought an order for the removal of the

7  website?

8  A    I know the websites are shut now since January 2018,

9  but I'm not sure what was the implication of the injunction.

10 Q    How many different lawsuits do you estimate that you've

11 filed against Mr. David since 2009?

12 A    There was definitely a lawsuit in the Cayman, there was

13 definitely a lawsuit in the UAE, definitely a lawsuit here,

14 and definitely now there are two lawsuits in Australia.

15 That would be five.

16 Q    Have any of the lawsuits resulted in a judgment for

17 monetary damages against Mr. David?

18 A    Yes.  The lawsuit in Grand Cayman, the most important

19 lawsuit of all, found Mr. David had breached his fiduciary

20 duty as a director to the detriment of KTC's interest,

21 reinstated our share holding to 50 percent and ordered costs

22 against Mr. David.

23         But this sadly was after the event, because

24 Mr. David, along with Mr. Singh, colluded to bring a third

25 party to take out the cash count, the most valuable asset of

1    the business, from the liquidation with an offer of

2    25 million against an offer for 30 million from us, only to

3    learn, two-and-a-half years later, that 50 percent --

4    50 percent of that company was sold for 85 million.

5    Q    Are you aware of an article that was published in the

6    Sydney Morning Herald that linked your brother Tony Kazal to

7    Hezbollah?

8    A    There were many malicious articles published in the

9    Sydney Morning Herald about me and my family.  And as I've

10   indicated to you earlier, sir, the inspector of ICAC very

11   clearly -- very clearly there were lies printed about me and

12   my family.

13           And in January of 2018, the Sydney Morning Herald

14   settled with my brother Tony and awarded him a substantial

15   amount of damage and apologized publicly for him.  It's

16   online.

17   Q    I'd like to show to you -- are you familiar with a

18   March 16, 2013, article by Linton Besser entitled, "Two bags

19   of money and a lot of trouble in Beirut"?

20   A    I'm familiar with many lies and articles by

21   Linton Besser.  Absolutely.

22           MR. WIENER:  I'll show this to the jury.

23           THE COURT:  What exhibit is this?

24           MR. WIENER:  It's Exhibit 39, Your Honor, which is

25   a reprint of the article which was originally published on

 1  March 16th, 2013.

 2            THE COURT:  I'm sorry, 39, has that been admitted

 3  into evidence?

 4            MR. WIENER:  It's not.  The foundation has been

 5  laid.  We would move it into evidence at this time,

 6  Your Honor.

 7            THE COURT:  Any objection to 39?

 8            MR. TAYLOR:  No, Your Honor.

 9            THE COURT:  All right.  Thirty-nine will be

10  admitted.

11            (Exhibit 39 received in evidence.)

12  BY MR. WIENER:

13  Q    Does this article describe what's supposedly a covert

14  money exchange between Tony Kazal and a member of Hezbollah?

15  A     This article is a complete fabrication by

16  Linton Besser, the mercenary journalist who was working to

17  destroy my good name and that of my family at the behest of

18  your client, Rodric David.

19            This is the bottom line.  Following this article,

20  I lodged a complaint against Linton Besser, and he was asked

21  to leave the Sydney Morning Herald.  Linton Besser is a

22  corrupt journalist, Your Honor -- sir, just for the record,

23  and has been clearly, clearly explained in the inspector's

24  report.  He refers to his articles only as lies.

25  Q    Does this article claim that Tony Kazal transferred a

1   bag of money containing 370,000 pounds to a senior associate

2   named Sida (ph.) of Hezbollah?

3   A    It sounds like something that would be developed at

4   your client's Thunder Studios movie.  It just does not make

5   sense to me.  This is complete and outrageous defamatory and

6   fabrication on behalf of Linton Besser to again hurt the

7   good name of my family.

8              Just because my family is originally from Lebanon

9   does not mean we are associated with Hezbollah.

10             Just for the record, I completely despise such an

11  organization, me and my entire family.  We are peaceful,

12  loving, good Australians who stand for the law and order,

13  who stand for the word of law.  And we live and die for

14  Australia.  Our kids are serving in Australia's best

15  interest in Austrailian Army.

16             Do you really think and believe that my brother

17  Tony would associate himself with something like this?  This

18  is complete nonsense, sir.  Complete nonsense.

19  Q    Why is Tony not here to defend his good name?

20  A    Because Tony had nothing to do with this case.  He's

21  just been lumped into this case.

22  Q    Did you discuss with Tony whether this article was a

23  fabrication?

24  A    Absolutely.  Just complete fabrication.  Very wrong.

25  Read the e-mails Mr. -- Tony -- my brother Tony wrote to

1  Linton Besser, and you'll see how he was calling him up on

2  such despicable behavior.  This is not journalism, this is

3  terrorism on behalf of Linton Besser.  Unacceptable.

4  Q    Why is Adam Kazal not here?

5  A    You can ask him.  I don't know.

6  Q    Did you ask him to come to the trial?

7  A    I didn't ask him.  He'll know what he needs to do.

8  Q    Did you tell Adam that you were going to blame him

9  entirely for the activities that took place in California?

10 A    I'm not blaming him for anything.  I'm taking

11 responsibility for what happened.  And what happened to Adam

12 resulted in Adam's action.  We are just defending our good

13 name peacefully and within the realm of the law.

14 Q    Did you discuss with Tony Kazal whether he had any

15 involvement in the California activities?

16 A    He had no involvement.

17 Q    The jury was shown earlier a contract that listed him

18 as the point of contact.

19         Did you discuss that with him?

20 A    I did not, no.

21 Q    Do you believe that your private investigator

22 fabricated that contract?

23 A    I don't know what's happened.  I wasn't involved in

24 this.  I couldn't tell you.

25         MR. WIENER:  I have nothing further subject to

```
 1  recross examination.

 2              THE COURT:  All right.  Redirect.

 3

 4                    REDIRECT EXAMINATION

 5  BY MR. TAYLOR:

 6  Q    Mr. Kazal, Mr. Wiener asked you a moment ago about your

 7  investigator.

 8              Did you retain or hire an investigator here in

 9  California to do anything with respect to Mr. David?

10  A    No, sir, no.

11  Q    You said earlier that you protested.

12              Did you mean by writing the e-mails that we've

13  seen?

14  A    Yes.  My -- my e-mails that were calling on Mr. David

15  to make a right and take accountability for the damage and

16  the harm he put on me, Tony, and that of my immediate

17  family, including children and innocent ones of my family.

18  Q    You said earlier that you take responsibility for the

19  website.

20              Do you mean the content, the words on the page?

21  A    The words, yes, the e-mails that I had sent to

22  Mr. David or to the journalists, yes, I do.

23  Q    You take responsibility for what was written on that

24  website?

25  A    Absolutely, yes.
```

| | |
|---|---|
| 1 | MR. TAYLOR:  I don't have anything further, |
| 2 | Your Honor. |
| 3 | THE COURT:  All right.  Any recross? |
| 4 | |
| 5 | RECROSS-EXAMINATION |
| 6 | BY MR. WIENER: |
| 7 | Q    Mr. Kazal, at your deposition, did you testify that you |
| 8 | took responsibility for everything on the website? |
| 9 | A    I said for the e-mails, the material that I sent to |
| 10 | Mr. David and to the journalist.  That was my understanding |
| 11 | of what I meant.  Everything, yes. |
| 12 | Q    So you're now claiming for the first time that by |
| 13 | "everything," you didn't mean the photographs -- |
| 14 | A    No.  I had nothing to do with the photographs.  I made |
| 15 | that very clear to you during my deposition, sir.  You're |
| 16 | putting words into my mouth, and I don't think that's |
| 17 | appropriate. |
| 18 | Q    You testified the word "everything" -- do you recall if |
| 19 | in your deposition you attempted to qualify to just be the |
| 20 | words? |
| 21 | A    My understanding when I said "everything" was the |
| 22 | e-mails that I had sent, and I don't shy away from that.  Of |
| 23 | course, I do take responsibilities for the e-mails I sent. |
| 24 | They bear my signature, my name on the bottom of them, yes. |
| 25 | Q    Did you instruct Mr. Dabab, after you received the |

1    Digital Millenium Copyright Act complaint, to remove any and

2    all photos from the website?

3    A    I ask him he must comply with whatever complaint that

4    was made, and I left it to him.  He's a technical person,

5    I'm not.  I wouldn't know what to do with this.

6    Q    Did you make any effort to verify that the photographs

7    were removed from the website?

8    A    My understanding that he complied with it.  That's why

9    I sent the complaint to Mr. Richards to ensure that

10   Mr. Dabab was given the appropriate information to deal with

11   this.

12   Q    Did you review the website anytime after December 2016?

13   A    No, not really.

14   Q    You didn't look at Kazalfamilystory once between

15   December 2016 and it's removal --

16   A    I would have looked at it, but not in any great sense.

17   I think I had to deal with some things in December '16,

18   towards the end of December, just to remove some stuff from

19   the website but not sure after that, no.

20   Q    Did you make any specific efforts to ensure that

21   photographs were removed?

22   A    My understanding that Mr. Dabab have complied and there

23   was no harm of what he had did because Mr. Richards gave him

24   surety that it was fine.  That was my understanding.

25   Q    What was the basis for that understanding?

1    A    Because I put Mr. Richards directly in contact with the

2    complainant.  He would have sent something back to Mr. Dabab

3    to ensure that everything was fine.  That was my

4    understanding.

5    Q    So it's your testimony that Mr. Richards was in direct

6    contact with Mr. Dabab?

7    A    Not in direct contact.  He would have sent something to

8    me to forward on, and whatever I received -- I can't recall

9    now -- I would have sent on to Dabab.

10   Q    Did you ever direct Mr. Dabab to remove all photos --

11   A    I ask him.  I did ask him to make sure he complies with

12   whatever request was made, yes.

13   Q    And do you have a copy of that request you made to

14   Mr. Dabab?

15   A    Look, I'll have to look at my e-mails to see if I can

16   retrieve such a thing.  If I do, I'll send it on.

17   Q    Why is Mr. Dabab not here today?

18   A    I don't think he was asked to be.

19   Q    Is it correct he's in Lebanon?

20   A    I don't know where he is.  He travels a lot, so I

21   wouldn't know where he is.

22   Q    Did you ask him to come here and testify?

23   A    No, I wasn't asked by my team to -- need to have him

24   here, so...

25           MR. WIENER:  Nothing further.

```
 1              THE COURT:  Mr. Taylor?

 2              MR. TAYLOR:  Nothing further, Your Honor.

 3              THE COURT:  All right.  Thank you, sir.  You may

 4   step down.

 5              THE WITNESS:  Thank you, Your Honor.

 6              THE COURT:  I think this is probably a good time

 7   to take our lunch recess.

 8              Ladies and gentlemen, do not form or express any

 9   opinion about the case until the matter is finally submitted

10   to you, which I'm cautiously optimistic will be today --

11   emphasis on "cautiously."

12              Do not talk with anyone about the case, don't

13   allow anyone to talk to you about the case, and do not

14   conduct any research of any kind on any subject matter

15   connected with the case.

16              Let's have you come back at 1:15, please.

17              Thank you.

18              (Jury out.)

19              THE COURT:  All right.  Mr. Taylor, did you want

20   to make your motion or further expound on your motion?

21              MR. TAYLOR:  Yes, if I may, Your Honor.

22              The defendants would move for judgment as a matter

23   of law under Rule 50(A) on both claims for relief in this

24   case.

25              As the Court knows, the first claim for relief for
```

1    copyright infringement was asserted by Thunder Studios only

2    against all three defendants in the case.

3           And the second claim for relief for stalking under

4    Civil Code 1708.7 was asserted by plaintiff, Rodric David,

5    only against all three defendants in the case.

6           So I'll address them separately, and I'll address

7    each claim against each defendant.

8           First of all, with respect to the copyright claim,

9    as to all defendants, we would move for judgment under the

10   applicable statute of limitations, which is three years.

11          Mr. David testified under oath that he viewed the

12   website, the Kazalfamilystory.com, for the first time in

13   2013, and he saw photographs from Thunderstudios.com there.

14   And this lawsuit was filed February 2017.  So that's more

15   than three years after Mr. David learned of the alleged

16   infringement and so the claim is time-barred for that

17   reason.

18          Separately, even if the claim were not

19   time-barred, which I believe it is, with respect to

20   defendants Adam Kazal and Tony Kazal, there was no evidence

21   presented in plaintiffs' case of any infringement --

22   infringing activity by either of them of any kind.  Not

23   direct infringement, not secondary infringement, not

24   contributory infringement.

25          The evidence as to Defendant Adam Kazal was that

1   he put Kazalfamilystory.com on the bottom of the signs or

2   placards.  That doesn't mean he had anything to do with the

3   content of the website, with the photographs that appeared

4   on the website, with the management, ownership, control,

5   et cetera.  Anything to do with the website.  He was aware

6   of the website, and he put it on his banner.  That was the

7   extent of it.

8          There was no evidence presented that either

9   Adam Kazal or Tony Kazal directly benefitted or profited in

10  any way from the alleging infringing activity.  There was no

11  evidence that they were aware of it or somehow should have

12  been aware of where the photographs came from or how they

13  got there.

14         As Your Honor heard from not only Mr. Charif Kazal

15  who's here but from the deposition excerpts that were read

16  into the record, Adam Kazal and Tony Kazal had nothing to do

17  with the website.  Certainly not with respect to the layout

18  of the photographs and things like that.

19         With respect to all defendants as well,

20  Your Honor, on the copyright infringement claim, there was

21  no evidence presented of any damage to the plaintiffs, no

22  actual monetary damages, whatsoever.

23         And also with respect to any claim for statutory

24  damages under the copyright act, the plaintiff also can't

25  state a claim because it appears that most, if not all, of

1   the photographs were published before -- at least three

2   months before the registration.  The evidence, as we saw it,

3   was not clear on exactly when the photographs appeared on

4   the Kazalfamilystory website.

5            So for that additional reason, we would move for

6   judgment on that claim as well.

7            Separately, with respect to Defendant

8   Charif Kazal, under case authorities, including a case

9   called *Poof Apparel* -- and I can get the exact cite if we

10  need to do that right now -- there's an alleged pattern of

11  infringing activity dating back to 2013.

12           So as that case explains, because of the spirit of

13  the copyright act which wants to encourage people who own

14  copyrighted material to register it in a timely fashion, you

15  can't claim statutory damages after being aware of a pattern

16  of infringement that goes on for years.

17           So for that additional reason, we would move for

18  judgment on the copyright claim as well.

19           THE COURT:  All right.  Anything further on the

20  stalking claims?

21           MR. TAYLOR:  Yes.  I haven't even gotten to that

22  yet.  But as far as copyright, that's the extent of the

23  argument with respect to the first claim for relief.

24           THE COURT:  So let's get to the second claim of

25  relief.

1          MR. TAYLOR:  Again, with respect to the second

2    claim of relief for Mr. David, he's grouped all the

3    defendants together, but I think the evidence showed that

4    each defendant needs to be treated separately.  There's no

5    evidence that all of them, in any way, did the same thing.

6          With respect to Defendant Charif Kazal -- first of

7    all, there was no evidence presented at all that he was

8    involved in any way in the protest activity that took place

9    here in California or, for that matter, that took place in

10   Sydney, although that's not really part of this case.

11         The evidence with respect to Defendant

12   Charif Kazal was that he sent a series of e-mails over the

13   course of a year-plus to Mr. David which Mr. David testified

14   he largely did not read most of them.  He blocked the

15   e-mails to his staff but allowed himself to continue

16   receiving them, he reported the fact of receiving the

17   e-mails to FBI, which apparently took little or no action in

18   response, and he didn't complain of any stalking or any

19   activity of the sort with respect to those e-mails.  And he

20   did not fear at all for his safety or his family's safety

21   from those e-mails.

22         So with respect to Defendant Charif Kazal, you've

23   got a bunch of e-mails and that forms the stalking claim.

24   And I would argue as a matter of law that under those

25   circumstances, there's no liability at all as to Defendant

1  Charif Kazal.

2          With respect to Defendant Tony Kazal, the --

3  again, there was -- there was a series of e-mails that Tony

4  authored.  And for the same reason which I just explained

5  for Defendant Charif Kazal, which I won't repeat, that

6  conduct alone cannot constitute a stalking claim.

7          Now, with respect to the protest, we believe the

8  evidence is pretty clear that Adam Kazal took matters into

9  his own hands in arranging the protests.

10          With respect to the e-mail that was introduced

11  between Mr. Fuentes of ICS and Mr. Brown, that was never --

12  there is a reference to Tony Kazal and that e-mail was never

13  sent to Mr. Tony Kazal.  It's between Adam -- I'm sorry,

14  between Jamie and Mr. Fuentes of ICS.

15          There's no evidence of a written contract, there's

16  no evidence of any acceptance by Mr. Tony Kazal; and we

17  would argue as a matter of law, it's not enough to conclude

18  that Tony actually had any involvement, whatsoever, in the

19  protests.

20          You heard from all of the defendants in this case

21  that Adam was the one involved in arranging for the protest

22  activity that took place here in California.

23          With respect to Defendant Adam Kazal, as I

24  understand it, the claim for stalking is based on the fact

25  that he made various tweets over a certain time period and

1    again the protest activity.

2         With respect to the tweets, apparently Mr. David

3    would receive notifications on his phone that he had been

4    tagged, or whatever the term is in Twitter language for

5    having your name mentioned in a tweet.  Those were not

6    tweets that were sent directly to him, but they were posted

7    in Mr. Adam's Kazal's Twitter feed.

8         And Mr. David testified that he received the

9    notifications, he didn't necessarily read the tweet.  He

10   could have blocked the notifications, but he didn't; then at

11   some point, I guess, he did.

12        Again, he didn't complain of any stalking.  He

13   didn't fear for his safety from those tweets which, I guess,

14   took place over something of an extended period.

15        And as far as the protests go, Your Honor, even if

16   there was any evidence that linked Charif Kazal and

17   Tony Kazal to the protest with respect to the stalking claim

18   as it's based on the presence of protestors here in

19   Los Angeles in the neighborhood and outside the studio,

20   those activities cannot form part of the pattern under

21   1708.7 that constitutes a stalking claim because, under the

22   statute, constitutionally protected activity is not part of

23   the pattern.

24        So standing on the street holding signs and

25   chanting is classic free-speech First Amendment activity,

1   Your Honor.  If stalking could rest on a protest like that,

2   then, frankly, any protest could give rise to a stalking

3   claim.  And we know that that's not the law and that's not

4   the case.  And that can't be.  That doesn't make any sense.

5              With respect to any surveillance that was

6   conducted of Mr. David -- and we do see videos -- the

7   surveillance activity was conducted by ICS whose name we've

8   seen in the agreement, the Exhibit 5, I believe.  That

9   activity was conducted by a licensed private investigator

10  here in California.

11             Again, the Court, if you look at 1708.7, there's

12  specific exception to activity conducted by a private

13  investigator, licensed private investigator.

14             So if you break down the claim, both claims, but

15  focusing just on stalking, if you break it down by its

16  parts, if you break it down by defendant, we believe that

17  judgment as a matter of law is appropriate because the

18  plaintiffs have not and, indeed, I believe cannot prove all

19  the elements of the claim as to all of the defendants.

20             THE COURT:  All right.  Thank you.

21             Mr. Wiener.

22             MR. WIENER:  Your Honor, I'll address the

23  arguments in the same order as opposing counsel.

24             There's no statute of limitations' issue here,

25  Your Honor.  The copyrighted works -- the certificates and

1   registrations were all copyrighted August 2015 or later,

2   which is well within the three years statute of limitations

3   for this lawsuit.

4            THE COURT:  Even though there was a suggestion

5   that they were posted earlier than the registration?

6            MR. WIENER:  The testimony of Paul Kolesa which

7   was not disputed by anyone is that the photographs were

8   created -- it lists their date of publication.  There would

9   have been no practical way for the defendants to obtain the

10  photographs before that date.

11           THE COURT:  What do you mean by that?

12           MR. WIENER:  The first time the photographs were

13  published, according to the copyright registrations, were

14  August 2015 or later.

15           THE COURT:  They could have been taken earlier;

16  correct?

17           MR. WIENER:  No, they couldn't have.  The only

18  means of accessing them would have been to scrape them from

19  Thunder Studios' website.

20           THE COURT:  Okay.  I'm a little lost on that, but

21  go ahead.  Go ahead.

22           MR. WIENER:  It's our contention that all three

23  defendants are responsible for the copyright infringement.

24  Charif Kazal testified unequivocally at his deposition --

25  and this was discussed during his cross-examination -- that

1    he was responsible for everything on the website, not just

2    the words.

3              THE COURT:  But that would apply to Charif, but

4    what about the other two?

5              MR. WIENER:  The other two defendants are

6    responsible for contributory liability as they are aware of

7    the website and help -- and the photographs on the website

8    and helped promote it.

9              Tony Kazal.  We believe the evidence suggests that

10   he's directly responsible for having created the website.

11   Regardless of whether the jury can make that finding, it's

12   certainly clear that Tony Kazal posted e-mails on the

13   website and contributed towards it.

14             Adam Kazal likewise also contributed to the

15   website by promoting it on billboards and signs, and we

16   contend that that does suffice for contributory liability.

17             THE COURT:  Okay.

18             MR. WIENER:  Defendants are not seeking actual

19   damages, they are seeking statutory damages.  Again,

20   Mr. Kolesa -- all the exemplars of the website were from

21   2017.  And based on Mr. Kolesa's testimony, that's the first

22   time that the specific copyrighted works were published on

23   the website.  That was after their date of registration.

24             The case Poof Apparel is --

25             THE COURT:  I'm sorry?

1          MR. WIENER:  Opposing counsel had mentioned a

2    Ninth Circuit decision called *Derek Andrew versus Poof*

3    *Apparel Corporation* has no application here.  That's one

4    where the copyrighted works were infringed before they were

5    registered.  Here, they're only infringed after their date

6    of registration.

7          As for the stalking claim, it's -- all three

8    defendants are clearly liable for stalking.  The e-mails

9    that were sent by each of the defendants were stalkings.

10   They were clearly intended to harass Mr. David.  There's

11   really no dispute on that point.  Regardless of whether the

12   defendants thought they were setting forth their position,

13   it's clear that their purpose, especially given that they

14   are copied on members of Mr. David's work force at

15   Thunder Studios, was intended to harass them.  At the very

16   least, that's a jury issue.

17         And as for the organization of the protests, the

18   defendants have attempted to shift all the liability to

19   Adam Kazal who is the insolvent brother.  It's not

20   surprising.  It's also not legally justified, though.

21         The evidence, including Exhibit 20, which is the

22   contract, clearly lists Tony Kazal as the point of contact.

23   It shows him as receiving updates on the protest activities.

24         We'll also introduce further testimony from the

25   private investigator who organized these protests about

1    Tony Kazal's involvement.

2            THE COURT:  You said you will introduce testimony?

3            MR. WIENER:  Right.  The plaintiffs are calling

4    Mark Woodward, the private investigator, as a witness in

5    this case.

6            THE COURT:  Help me understand.  It seems to me

7    the bigger issue as it relates to the stalking claim is

8    Mr. Taylor's focus on the First Amendment issues of the

9    protest and also the surveillance being conducted by a

10   licensed private investigator and that being excepted in

11   1708.

12           What's your response?

13           MR. WIENER:  Your Honor, turn to the

14   First Amendment issue.  The defendants have not asserted a

15   defense under the First Amendment.  It's been waived.

16           THE COURT:  Hold on.  Hold on.  Why do you say

17   it's waived?

18           MR. WIENER:  They expressly waived all their

19   defenses in their pretrial memorandum of facts and law.

20   Were not asserted.

21           THE COURT:  Go ahead.

22           MR. WIENER:  The second point -- and I'll be happy

23   to provide authority for the Court -- is that all defendants

24   are foreign citizens.  They don't have protected First

25   Amendment rights.

1      The third point -- and I can provide an authority

2 for the Court.

3      THE COURT:  I would ask you to do so, please.  You

4 don't have to do it now.  You can do it after the lunch

5 hour.

6      MR. WIENER:  I do have the authority ready.  I

7 can.

8      THE COURT:  Go ahead.

9      MR. WIENER:  The authority is *United States versus*

10 *Verdugo-Urquidez,* 494 U.S. 259265, where the Supreme Court

11 held that the First Amendment reference to the people means

12 that right belonging to the class of persons who are part of

13 a national community or otherwise develop sufficient

14 connection with this country to be considered part of that

15 community.

16      The defendant's only connection with the

17 United States here is that they conducted harassing

18 activities.  I hardly can imagine that that --

19      THE COURT:  Wait a minute.  Let me just push back.

20 Number 1, I haven't read that case, but by the title, that

21 suggests that's a criminal case.  I could be wrong, and I'll

22 look at the case.

23      But, secondly, you're telling me that if someone

24 engages in activity that doesn't violate U.S. law, that

25 could still constitute stalking in a civil case?

1              MR. WIENER:  It could, Your Honor.  But it's our

2     contention that this was -- and I'll move that as my third

3     point.  I will address Your Honor's comment, but I did want

4     to also provide a civil case authority, which is

5     *DKT Memorial Fund Limited versus Agency for International*

6     *Development*, 887 F.2d 275, pinpoint cite 283, which is a

7     District of Columbia Circuit case, where the Court affirmed

8     the district court's determination that, quote:

9                    The interest in free speech and freedom of

10                 association of foreign nationals acting outside

11                 the border's jurisdiction and control of the

12                 United States do not fall within the interest

13                 protected by the First Amendment.

14              THE COURT:  I'm sorry.  If I understood you

15     correctly you said, the freedom of association of foreign

16     nationals acting outside of the border's jurisdiction and

17     control of the United States.

18              MR. WIENER:  Correct.

19              THE COURT:  That would be a case where someone's

20     acting outside of the United States?

21              MR. WIENER:  Right.

22              THE COURT:  So you're saying the inverse is here?

23              MR. WIENER:  I'm not saying the inverse is here.

24     What I'm saying is here you have defendants conducting a

25     terror campaign from Australia or the Middle East, they

```
 1    don't come to California, and they don't enjoy the

 2    protection of these borders.

 3              THE COURT:  Okay.

 4              MR. WIENER:  Finally, the First Amendment doesn't

 5    protect threats, and that is a well established body of law.

 6    The question for the Court to look at and a Ninth Circuit

 7    authority on this point is Planned Parenthood of

 8    Columbia/Williamette versus American Coalition of Life

 9    Activists, 244 F.3d 1007, where if a jury can find that

10    speech frightened the recipient of it and constitutes a

11    potential threat of bodily harm, then it is actionable, and

12    it's not protected by the First Amendment.

13              Again, I submit that the Court need not reach that

14    issue as the foreign defendants simply don't have a

15    First Amendment right in this case.

16              Some other Ninth Circuit authority on the same

17    point is United States versus Orozco-Scintillian, 903 F.2d

18    1262, where the Ninth Circuit stated that a true threat

19    where a reasonable person would foresee that the listener

20    believed that he would be subjected to physical violence

21    upon his person is unprotected by the First Amendment.

22              Here, you have testimony and evidence that

23    Mr. David believed that both he and his family would be

24    subjected to physical violence.

25              THE COURT:  And the speech that you're focused on
```

1    in this case is what:  The e-mails or the protests?

2             MR. WIENER:  Adam Kazal e-mails saying that he's

3    different than the rest of his family.

4             THE COURT:  I get that.  What about the protests?

5             MR. WIENER:  The protests that were carried out at

6    Thunder Studios.  There was a security guard involved, and

7    my client did testify that there was a concern.  And also

8    that was augmented by the fact that when the protestors --

9    evidently, they weren't just obstructing cars.  They were

10   yelling obscenities, getting in faces and evidently --

11            THE COURT:  Are you sure that that was the

12   testimony:  Yelling obscenities, getting in faces?  I don't

13   recall that, but --

14            MR. WIENER:  One of the employees named Jacqueline

15   and Carol was assaulted.  It wasn't just words.  They were

16   shaken.  These were people who were fearful.

17            Mr. David and his wife both testified that they

18   purchased a security system.  If they interpreted this as

19   just words, they wouldn't have done that.

20            THE COURT:  All right.  We'll take our lunch

21   recess.

22            I'll see you back at 1:15.  Thank you.

23        (Thereupon, at 12:31 p.m., proceedings adjourned.)

24

25                         -oOo-

1

2

3                          CERTIFICATE

4

5           I hereby certify that pursuant to Section 753,

6    Title 28, United States Code, the foregoing is a true and

7    correct transcript of the stenographically reported

8    proceedings held in the above-entitled matter and that the

9    transcript format is in conformance with the regulations of

10   the Judicial Conference of the United States.

11

12   Date:  February 12, 2019

13

14                              /s/ Lisa M. Gonzalez

15                         _____
                           Lisa M. Gonzalez, U.S. Court Reporter
16                         CSR No. 5920

17

18

19

20

21

22

23

24

25

**BY MR. TAYLOR: [15]**
34/16 41/21 43/20 44/20
45/21 48/18 50/10 50/22
54/2 57/16 59/3 68/6 73/1
75/14 109/4

**BY MR. WIENER: [9]**
20/4 21/22 22/3 22/16 25/20
83/24 86/24 106/11 110/5

**MR. GEBELIN: [13]**  4/10
6/13 7/3 7/8 7/11 7/20 8/4
8/14 8/19 10/19 11/20 16/22
29/9

**MR. TAYLOR: [35]**  4/12
4/20 5/5 5/8 5/14 9/8 10/8
12/11 12/23 19/4 21/18
21/25 22/12 33/7 33/19
33/23 33/25 34/13 68/5 79/2
79/6 79/13 79/24 80/2 80/8
80/14 80/17 81/2 83/21
106/7 109/25 113/1 113/20
116/20 116/25

**MR. WIENER: [57]**  4/7
13/7 13/16 13/19 13/24 14/3
14/9 14/18 15/3 15/15 16/6
16/16 17/7 18/11 18/25 19/2
19/18 33/9 33/11 33/15
43/17 44/11 44/15 45/18
48/14 50/6 50/18 53/23 75/4
80/22 86/19 105/21 105/23
106/3 108/24 112/24 120/7
121/5 121/11 121/16 121/21
122/4 122/17 124/2 124/12
124/17 124/21 125/5 125/8
125/25 126/17 126/20
126/22 127/3 128/1 128/4
128/13

**THE CLERK: [4]**  4/3
19/21 19/23 34/8

**THE COURT: [123]**  4/17
5/3 5/6 5/10 6/9 6/25 7/7
7/10 7/17 8/1 8/13 8/17 8/21
9/15 10/17 11/1 12/2 12/21
13/3 13/15 13/18 13/22
13/25 14/5 14/12 14/23 15/7
15/18 16/9 16/20 17/5 17/10

17/13 18/17 19/1 19/3 19/8
19/13 19/16 20/1 21/20 22/1
22/14 25/7 25/10 25/17
29/11 33/8 33/10 33/12
33/17 33/21 33/24 34/4
34/12 41/20 42/16 43/19
44/13 44/18 45/20 48/11
48/17 50/9 50/20 53/22
53/25 57/15 59/2 68/2 72/25
75/3 75/11 78/15 78/24 79/3
79/10 79/16 80/1 80/5 80/9
80/13 80/16 80/23 81/1 81/3
81/5 83/23 86/17 105/22
106/1 106/6 106/8 109/1
110/2 112/25 113/2 113/5
113/18 116/18 116/23
120/19 121/3 121/10 121/14
121/19 122/2 122/16 124/1
124/5 124/15 124/20 125/2
125/7 125/18 126/13 126/18
126/21 127/2 127/24 128/3
128/10 128/19

**THE WITNESS: [9]**  19/25
22/2 25/9 25/16 34/6 34/10
42/18 86/23 113/4

**$**

**$1.9 [2]**  100/3 100/14
**$1.9 million [2]**  100/3
 100/14
**$170 [1]**  47/2
**$2 [1]**  40/1
**$2.6 [1]**  99/6
**$25 [3]**  46/11 46/16 46/19
**$25 million [3]**  46/11 46/16
 46/19
**$3 [1]**  53/20
**$3 million [1]**  53/20
**$30 [4]**  46/13 46/16 46/19
 61/9
**$30 million [4]**  46/13 46/16
 46/19 61/9
**$4,000 [2]**  33/5 33/6
**$40 [2]**  39/13 40/3
**$40 million [1]**  40/3
**$50 [1]**  100/20
**$60 [1]**  100/20

**$600,000 [2]**  99/6 99/14
**$85 [2]**  46/25 61/8
**$85 million [1]**  61/8

**'**

**'16 [1]**  111/17
**'17 [2]**  64/23 64/24

**-**

**-o0o [1]**  4/3
**-oOo [1]**  128/25

**/**

**/s [1]**  129/14

**0**

**0.1 [4]**  42/13 42/14 42/19
 42/20

**1**

**10 [5]**  1/19 4/1 58/10 65/16
 81/15
**100 [1]**  1/10
**1007 [1]**  127/9
**106 [1]**  3/20
**109 [1]**  3/13
**11 [2]**  5/10 6/21
**110 [1]**  3/13
**113 [1]**  3/4
**11:05 [1]**  80/25
**11:15 [1]**  78/23
**11:23 [1]**  81/1
**12 [3]**  30/3 38/20 129/12
**1262 [1]**  127/18
**12:31 [2]**  1/17 128/23
**13 [1]**  6/21
**13-year-old [3]**  52/6 52/7
 78/11
**15 [2]**  16/18 30/17
**15 percent [1]**  40/20
**16 [2]**  75/21 105/18
**16th [1]**  106/1
**17-871 [1]**  4/4
**17-CV-00871-AB [1]**  1/8
**1708 [1]**  124/11
**1708.7 [3]**  114/4 119/21
 120/11
**18 months [1]**  65/14

**1**

1830s [1]  21/6
1873 [2]  88/3 88/6
1880 [1]  2/11
1895 [1]  88/18
1:15 [2]  113/16 128/22
1st [2]  1/24 87/8

**2**

2.6 million [1]  41/2
20 [4]  3/8 13/12 39/21
 123/21
20 percent [3]  39/17 40/5
 61/11
2003 [1]  20/16
2006 [2]  35/24 35/24
2007 [1]  37/6
2008 [5]  37/16 39/6 55/23
 56/17 56/25
2009 [8]  39/12 40/15 41/4
 42/4 42/4 43/8 56/25 104/11
201-7600 [1]  2/12
2010 [15]  42/5 43/3 44/23
 45/24 46/3 46/23 47/18
 53/18 54/5 54/15 54/16
 54/16 54/16 55/23 57/6
2011 [7]  45/14 45/25 46/21
 46/23 47/20 47/24 50/25
2013 [20]  46/24 59/7 59/13
 60/6 60/10 63/5 63/21 63/22
 66/20 84/4 84/12 84/14 86/6
 87/8 103/10 103/15 105/18
 106/1 114/13 116/11
2014 [4]  63/22 72/9 103/10
 103/15
2015 [5]  61/6 72/16 103/20
 121/1 121/14
2016 [17]  23/21 28/3 64/6
 64/9 66/20 67/4 70/14 71/4
 72/11 91/7 92/2 96/2 96/6
 100/25 101/4 111/12 111/15
2017 [8]  52/2 65/6 82/16
 86/7 92/20 92/21 114/14
 122/21
2018 [5]  1/19 4/1 93/12
 104/8 105/13
2019 [1]  129/12

**20th** [1]  82/16
213.894.2979 [1]  1/25
220,000 [1]  40/21
244 [1]  127/9
25 [1]  48/25
25 million [1]  105/2
259265 [1]  125/10
26 [1]  100/25
275 [1]  126/6
28 [2]  10/25 129/6
283 [1]  126/6
28th [1]  43/3
29 [1]  3/8
2:00 [1]  80/11
2:30 [1]  80/11

**3**

30 [1]  13/12
30 million [1]  105/2
300-odd [1]  52/20
3072 [1]  2/8
31 [3]  88/2 88/6 103/16
310 [2]  2/8 2/12
34 [1]  3/13
341-3072 [1]  2/8
350 [1]  1/24
37 [3]  86/13 86/19 86/20
370,000 pounds [1]  107/1
39 [5]  3/20 105/24 106/2
 106/7 106/11

**4**

4.9 [1]  56/23
40 [3]  58/19 58/20 58/21
41 [1]  38/24
42 [1]  83/5
43 [6]  3/19 74/11 74/19
 74/21 75/2 75/14
4455 [1]  1/24
487-5607 [1]  2/5
49 [1]  44/10
49 percent [1]  37/20
49.9 percent [1]  44/9
494 [1]  125/10

**5**

5.1 [1]  56/22

**50** [8]  3/4 37/15 37/25 38/2
 38/5 42/18 61/8 113/23
50 percent [10]  38/4 42/13
 44/8 44/8 45/17 46/24 99/1
 104/21 105/3 105/4
50/50 [3]  37/15 37/25 38/5
500 meters [1]  24/25
51 percent [1]  56/21
520 [1]  2/7
5607 [1]  2/5
5920 [2]  1/23 129/15

**6**

6,000 [1]  33/3
600,000 [3]  41/2 41/5 99/17
608 [2]  10/10 10/17
609 [1]  2/4

**7**

714 [1]  2/11
75 [1]  3/19
753 [1]  129/5
7600 [1]  2/12
7633 [2]  74/24 75/17

**8**

80 percent [1]  39/21
81 [1]  3/13
8383 [1]  2/7
85 million [2]  99/1 105/4
871 [1]  4/4
887 [1]  126/6
89-page [1]  83/4
8:49 [2]  1/17 4/2

**9**

90012 [1]  1/24
90067 [1]  2/12
90211 [1]  2/7
903 [1]  127/17
925 [1]  2/5
94582 [1]  2/4
9:20 [1]  12/23

**A**

a.m [4]  1/17 4/2 80/25 81/1
AB [1]  1/8
ability [1]  55/21

**A**

able [21]  6/24 26/11 28/11
36/17 37/16 37/21 38/19
38/19 39/11 39/24 40/3 40/9
41/24 49/20 55/24 56/2
63/16 66/5 67/18 67/20
83/20
about [93]  4/23 6/16 8/1 8/7
8/23 11/9 12/5 12/16 12/18
12/22 13/3 13/15 13/16 15/5
15/9 15/12 16/5 16/18 16/21
17/3 17/6 17/9 17/17 18/21
22/11 24/18 24/25 26/14
28/20 28/23 30/17 30/20
31/23 33/4 36/1 36/19 38/9
40/20 40/21 42/9 42/23
42/23 44/18 45/3 46/20 47/5
47/15 48/16 50/8 50/20 51/1
52/9 54/13 55/1 55/23 56/17
58/14 58/19 58/24 59/5 61/7
62/11 63/5 63/18 64/24
65/14 66/14 69/16 69/18
69/21 69/24 72/12 72/15
73/19 73/23 74/1 76/17
78/18 78/19 78/20 79/8 95/1
100/12 101/9 105/9 105/11
109/6 113/9 113/12 113/13
122/4 123/25 128/4
above [2]  76/2 129/8
above-entitled [1]  129/8
absent [1]  10/6
Absolutely [22]  21/5 42/4
43/25 47/23 49/11 51/3
51/20 55/3 55/10 71/11
76/14 77/6 77/6 77/17 82/15
85/16 93/6 102/7 102/14
105/21 107/24 109/25
Abu [1]  37/18
abuse [1]  82/21
abused [4]  52/6 52/8 69/25
69/25
accept [2]  31/20 53/19
acceptance [1]  118/16
accepted [3]  31/17 49/12
90/16
accepting [1]  50/15

access [1]  26/10
accessing [1]  121/18
accompanying [1]  13/18
according [2]  6/12 121/13
account [1]  66/22
accountability [1]  109/15
accounts [2]  41/16 66/21
achieve [2]  66/5 66/5
achieved [1]  65/11
acquainted [2]  35/13 35/25
acquire [2]  39/7 39/11
act [7]  51/24 77/7 78/1 82/20
111/1 115/24 116/13
acting [5]  91/11 91/13
126/10 126/16 126/20
action [11]  40/24 45/4 45/9
45/24 46/5 53/17 53/17
71/21 90/1 108/12 117/17
actionable [1]  127/11
actions [12]  62/16 90/3
92/25 93/2 93/3 94/4 97/8
97/9 98/7 98/10 98/11 104/3
Activists [1]  127/9
activities [11]  62/17 69/23
94/1 94/5 94/7 95/17 108/9
108/15 119/20 123/23
125/18
activity [15]  30/9 68/15
114/22 115/10 116/11 117/8
117/19 118/22 119/1 119/22
119/25 120/7 120/9 120/12
125/24
actual [3]  50/24 115/22
122/18
actually [4]  7/23 39/11
95/20 118/18
ADAM [51]  1/10 4/15 24/11
24/12 28/12 35/5 60/12
67/14 69/17 69/21 70/7 70/9
70/16 70/18 71/5 91/12 94/4
94/7 94/11 94/12 94/13
94/17 94/19 95/16 95/19
95/23 96/4 96/9 101/11
101/16 101/20 101/20
101/23 102/8 102/10 102/15
102/18 108/4 108/8 108/11
114/20 114/25 115/9 115/16

118/8 118/13 118/21 118/23
122/14 123/19 128/2
Adam Kazal [2]  115/9
123/19
Adam's [5]  67/21 78/10
96/13 108/12 119/7
Adamkazal.com [2]  68/24
76/18
add [3]  10/19 72/13 99/7
added [1]  63/11
additional [2]  116/5 116/17
address [4]  114/6 114/6
120/22 126/3
addressed [3]  4/25 5/25 13/8
adjacent [1]  24/22
adjourned [1]  128/23
administrative [1]  85/3
admit [1]  89/9
admitted [4]  75/13 96/23
106/2 106/10
admitting [2]  95/8 95/9
adopt [1]  27/11
advance [1]  67/10
adverse [2]  17/4 17/6
advice [2]  27/3 27/24
advised [2]  27/13 43/9
affirmed [1]  126/7
afield [1]  17/16
after [43]  7/22 8/7 16/9 18/8
35/25 36/17 37/16 39/6
40/16 41/10 45/3 49/14
49/23 50/1 50/4 52/7 53/16
57/7 57/21 58/10 59/13 62/6
64/19 65/8 69/21 71/13 73/9
73/14 80/2 82/25 85/22 92/1
92/21 103/12 104/23 110/25
111/12 111/19 114/15
116/15 122/23 123/5 125/4
aftermath [1]  51/18
afternoon [3]  80/11 80/21
86/23
again [20]  7/1 8/5 11/2 12/4
17/21 18/18 41/7 44/12
48/20 51/12 53/5 80/19
107/6 117/1 118/3 119/1
119/12 120/11 122/19
127/13

## A

**against [42]** 15/10 15/22 17/1 17/10 18/7 21/18 23/7 30/9 40/24 41/11 43/13 46/7 47/17 51/14 67/2 67/19 68/12 69/17 70/22 71/9 71/15 72/10 81/15 82/3 83/1 88/13 89/1 89/18 91/14 92/25 94/2 98/11 98/18 102/5 104/11 104/17 104/22 105/2 106/20 114/2 114/5 114/7

**Agency [1]** 126/5
**aggrieved [2]** 71/20 73/5
**ago [12]** 30/3 30/3 30/21 32/21 42/2 45/23 53/13 69/1 77/2 81/13 97/20 109/6
**agree [3]** 17/15 87/21 90/3
**agreed [3]** 39/16 41/13 56/21
**agreement [4]** 38/12 38/13 41/16 120/8
**ahead [5]** 8/12 121/21 121/21 124/21 125/8
**air [1]** 32/3
**Airline [1]** 36/7
**al [1]** 4/5
**alarm [1]** 27/25
**alerted [1]** 76/19
**alias [1]** 85/15
**aliases [2]** 81/10 81/12
**all [101]** 4/18 10/14 10/18 13/9 14/14 14/16 14/25 15/23 15/23 16/25 17/18 18/25 19/14 19/15 19/21 20/2 22/18 23/17 23/18 23/18 24/3 24/7 24/8 24/20 24/22 26/24 32/13 33/13 33/18 34/5 34/13 38/25 41/13 43/15 46/5 46/20 48/10 49/2 51/5 52/17 55/11 57/2 57/12 60/14 60/16 62/16 62/24 63/9 64/5 65/2 66/14 67/5 70/25 74/10 77/14 77/14 79/5 79/24 81/4 81/6 82/17 83/9 83/16 87/6

**90/15 95/11 99/7 99/25 104/19 106/9 109/2 110/3 111/2 112/10 113/3 113/19 114/2 114/5 114/8 114/9 115/19 115/25 116/19 117/2 117/5 117/7 117/7 117/20 117/25 118/20 120/18 120/19 120/20 121/1 121/22 122/20 123/7 123/18 124/18 124/23 128/20
**allegation [3]** 48/22 48/23 102/15
**allegations [4]** 51/22 81/22 82/2 102/5
**allege [1]** 81/18
**alleged [4]** 16/21 18/23 114/15 116/10
**allegedly [3]** 15/21 15/21 75/6
**alleging [1]** 115/10
**allow [5]** 18/23 41/9 78/14 78/19 113/13
**allowed [3]** 15/20 72/12 117/15
**allowing [1]** 12/5
**alluded [1]** 53/13
**almost [3]** 7/16 35/11 55/23
**alone [2]** 27/1 118/6
**along [5]** 18/11 43/15 46/6 72/5 104/24
**already [4]** 19/7 29/7 92/25 93/20
**also [40]** 4/12 10/23 13/14 14/5 14/10 14/19 14/21 15/5 15/14 17/1 25/4 28/22 31/4 31/6 31/7 36/24 39/8 45/17 48/15 66/23 67/22 71/25 72/1 72/13 72/14 73/3 75/10 82/11 91/11 93/17 99/9 102/12 115/23 115/24 122/14 123/20 123/24 124/9 126/4 128/7
**although [1]** 117/10
**altogether [1]** 65/7
**always [4]** 28/25 29/5 52/15 52/17
**am [10]** 11/6 20/24 22/3

**26/24 30/16 35/8 71/14 82/25 89/25 93/3
**Amendment [11]** 119/25 124/8 124/14 124/15 124/25 125/11 126/13 127/4 127/12 127/15 127/21
**American [3]** 33/4 63/2 127/8
**amount [4]** 39/1 93/11 94/25 105/15
**and/or [3]** 11/10 11/11 11/17
**Andrew [5]** 36/25 43/9 49/5 72/1 123/2
**ANDRÉ [1]** 1/4
**Angeles [8]** 1/18 1/24 2/12 4/1 27/17 30/20 67/2 119/19
**another [11]** 7/24 8/5 8/20 10/20 13/21 15/14 16/2 17/20 37/7 39/17 72/7
**answer [4]** 6/19 22/2 44/15 100/13
**anticipate [1]** 80/10
**any [121]** 8/18 9/25 13/1 15/20 18/21 18/23 20/25 21/11 21/14 21/17 21/24 21/24 25/3 27/3 27/11 27/18 28/2 28/15 28/25 30/8 30/8 30/12 33/9 38/21 40/4 44/17 45/13 49/11 49/15 50/3 51/10 54/7 55/22 59/24 60/12 60/16 62/23 62/23 62/25 63/2 63/5 63/23 64/2 64/4 64/15 64/16 65/2 65/21 65/22 65/23 66/1 66/7 66/17 66/17 66/20 67/5 69/9 69/9 69/18 74/3 74/8 74/9 75/4 76/13 77/4 77/5 77/16 78/7 78/8 78/17 78/20 78/21 78/21 81/10 81/12 81/22 82/24 82/24 89/15 89/17 89/19 91/22 91/22 92/13 93/13 95/7 96/4 96/20 98/4 99/12 101/6 103/14 103/18 104/16 106/7 108/14 110/3 111/1 111/6 111/16 111/20 113/8 113/14 113/14 113/14

**A**

any... [16]  114/21 114/22 115/10 115/21 115/23 117/5 117/8 117/18 117/18 118/16 118/18 119/12 119/16 120/2 120/4 120/5
anybody [1]  62/19
anyone [11]  54/8 58/14 59/5 77/4 78/19 78/20 90/2 96/21 113/12 113/13 121/7
anything [22]  10/18 11/9 12/11 14/9 19/2 40/2 47/7 49/16 55/7 64/17 65/3 69/6 73/18 79/8 80/22 103/13 108/10 109/9 110/1 115/2 115/5 116/19
anytime [1]  111/12
anywhere [2]  68/19 85/11
apart [1]  62/20
apologize [4]  72/25 88/11 88/24 89/10
apologized [5]  90/18 93/10 93/20 94/24 105/15
apology [2]  93/21 94/10
app [4]  66/25 76/5 76/6 76/10
Apparel [3]  116/9 122/24 123/3
apparently [3]  5/22 117/17 119/2
appeal [3]  7/2 9/14 9/22
appear [1]  54/4
appearance [1]  4/7
APPEARANCES [1]  2/1
appeared [2]  115/3 116/3
appearing [1]  53/15
appears [1]  115/25
appeciate [1]  11/2
Applebys [1]  47/10
applicable [1]  114/10
application [1]  123/3
applied [1]  99/22
apply [1]  122/3
appreciate [1]  13/4
appropriate [4]  45/7 110/17 111/10 120/17

approximate [1]  24/24
approximately [3]  30/3 35/23 100/14
April [1]  45/6
apropos [1]  8/3
Arab [2]  31/2 81/16
are [62]  4/19 6/6 6/6 7/2 7/6 11/7 13/3 13/9 13/10 15/10 15/11 19/16 20/23 20/25 24/22 29/1 34/18 35/5 35/7 40/1 41/18 44/14 51/9 54/13 58/8 61/23 68/1 68/1 71/8 71/22 71/24 72/3 75/17 75/19 83/6 84/2 86/2 93/3 96/18 98/7 99/24 100/9 102/19 104/8 104/14 105/5 105/17 107/9 107/11 107/14 108/12 121/23 122/5 122/6 122/18 122/19 123/8 123/14 124/3 124/24 125/12 128/11
area [3]  24/24 28/13 48/25
areas [1]  13/8
argue [2]  117/24 118/17
argument [1]  116/23
Argumentative [1]  21/20
arguments [1]  120/23
arise [1]  9/11
arising [2]  5/22 10/24
Army [3]  70/1 77/23 107/15
ARN [2]  32/7 32/9
around [14]  8/4 15/1 17/18 18/10 26/11 28/13 37/6 37/16 40/15 41/4 60/11 63/22 64/23 80/7
arrange [1]  84/4
arranging [2]  118/9 118/21
arrive [1]  32/19
article [12]  3/20 59/7 59/8 59/10 105/5 105/18 105/25 106/13 106/15 106/19 106/25 107/22
articles [17]  13/9 14/15 20/25 21/2 48/9 54/13 54/18 58/18 58/19 58/21 93/4 95/7 97/1 97/5 105/8 105/20 106/24
articulate [1]  9/1

as [136]
aside [2]  7/18 11/5
ask [16]  13/6 29/20 44/20 48/12 59/24 63/19 65/6 79/8 108/5 108/6 108/7 111/3 112/11 112/11 112/12 125/3
asked [10]  4/23 36/5 36/9 63/15 65/18 91/21 106/20 109/6 112/18 112/23
asking [5]  9/2 31/23 41/19 58/1 74/6
assaulted [1]  128/15
asserted [4]  114/1 114/4 124/14 124/20
asset [4]  68/21 98/24 99/21 104/25
assets [1]  46/2
assignment [1]  40/12
assist [2]  25/22 36/9
associate [3]  94/17 107/1 107/17
associated [7]  69/7 77/8 77/12 94/15 96/15 97/6 107/9
associates [1]  28/22
association [4]  77/3 77/15 126/10 126/15
associations [1]  28/25
assume [5]  5/4 11/6 11/18 25/5 76/12
assuming [1]  6/11
assured [1]  64/18
attached [1]  47/11
attack [4]  52/9 54/11 62/15 62/22
attacked [6]  55/4 58/17 58/18 58/21 59/1 59/9
attacking [1]  95/4
attacks [2]  47/25 69/5
attempt [1]  7/24
attempted [4]  52/7 78/12 110/19 123/18
attempts [1]  16/8
attended [3]  13/14 14/4 14/7
attends [1]  16/18
attention [1]  6/9
attorney [9]  29/19 64/11

**A**

attorney... [7]  83/15 91/9
91/11 93/14 93/24 95/15
103/2
attorney's [2]  96/18 102/23
attorneys [2]  103/25 104/5
audited [4]  41/15 41/18
41/23 41/24
augmented [1]  128/8
August [5]  41/4 72/11
103/20 121/1 121/14
August 2015 [3]  103/20
121/1 121/14
Australian [1]  107/15
Australia [29]  12/15 14/25
15/24 19/6 20/10 20/19
20/22 29/23 31/8 32/7 32/8
34/18 34/21 36/7 39/8 39/14
40/1 43/7 43/14 56/8 65/16
69/17 72/7 89/25 90/4 90/14
104/14 107/14 126/25
Australia's [1]  107/14
Australian [11]  13/20 14/20
15/6 33/3 35/16 57/5 57/13
65/12 70/1 70/1 77/23
Australians [1]  107/12
authored [1]  118/4
authorities [3]  56/11 56/13
116/8
authority [9]  49/7 58/11
124/23 125/1 125/6 125/9
126/4 127/7 127/16
authorize [1]  101/16
available [2]  63/8 63/9
avenge [1]  101/23
awarded [2]  56/6 105/14
aware [37]  9/25 20/25 21/13
21/17 22/3 22/5 22/18 23/5
23/22 24/21 25/2 27/14 31/1
43/13 57/20 57/21 64/6 65/2
67/1 67/3 69/19 73/3 78/7
91/4 91/5 91/6 91/8 92/16
96/4 96/7 101/13 105/5
115/5 115/11 115/12 116/15
122/6
away [4]  7/22 53/20 72/22

**AWT [1]**  2/22

**B**

back [12]  12/10 23/25 24/2
33/14 44/8 50/24 78/23
112/2 113/16 116/11 125/19
128/22
background [1]  40/17
backtracking [1]  42/2
backward [1]  42/10
bad [10]  8/4 8/5 9/19 9/19
25/15 29/7 59/7 59/8 78/13
100/23
badly [1]  29/1
bag [1]  107/1
bags [1]  105/18
bands [1]  14/20
BANI [3]  2/10 4/16 4/17
BANI-ESRAILI [3]  2/10
4/16 4/17
bank [5]  39/14 39/25 40/11
41/5 41/6
bankrupt [4]  95/19 95/22
95/24 96/1
banner [1]  115/6
barred [2]  114/16 114/19
based [15]  6/24 8/23 9/23
12/7 40/18 49/22 51/25
57/12 69/13 71/16 71/24
72/12 118/24 119/18 122/21
basically [25]  7/16 24/19
41/11 42/12 45/7 46/4 46/7
46/14 47/1 49/2 51/15 52/14
54/19 57/7 59/16 59/22
60/21 61/15 64/12 65/9 66/4
67/25 70/10 82/19 82/21
basis [8]  8/2 36/10 38/16
48/22 50/18 52/25 54/19
111/25
Bates [2]  88/3 88/18
Bates-stamped [2]  88/3
88/18
battle [1]  93/18
be [68]  6/24 7/9 9/1 9/8
12/23 13/8 13/12 15/20
18/12 19/24 26/10 27/5

27/16 27/25 33/11 34/22
35/20 36/18 37/10 38/19
38/19 39/21 40/21 41/12
46/14 46/15 48/10 48/21
55/11 55/12 55/15 55/23
56/2 56/19 59/1 60/2 63/13
63/25 64/15 65/3 66/10 69/7
75/13 77/7 77/7 80/20 82/3
87/16 90/20 90/23 92/1 96/5
99/7 100/11 104/15 106/9
107/3 110/19 112/18 113/10
117/4 120/4 124/22 125/14
125/21 126/19 127/20
127/23
Beach [1]  8/16
bear [1]  110/24
bearing [1]  57/11
bears [1]  84/17
became [9]  20/13 35/12
35/25 49/24 57/21 58/25
67/3 69/19 91/6
because [44]  7/6 7/15 8/23
9/20 11/8 13/2 18/8 19/7
22/22 26/23 31/5 37/20
40/18 42/15 44/9 45/11 49/2
55/22 58/2 59/16 68/12
69/24 70/4 74/2 84/9 87/12
90/24 93/1 94/13 99/9 99/20
100/4 100/22 101/10 103/3
104/23 107/8 107/20 111/23
112/1 115/25 116/12 119/21
120/17
become [13]  21/17 22/5
22/18 23/21 26/19 27/14
28/20 57/20 64/6 65/2 67/1
73/3 92/16
been [72]  6/24 7/14 7/15 9/6
9/12 9/23 10/1 10/3 10/10
11/5 12/6 20/21 21/6 25/4
26/11 27/9 27/13 28/10
28/23 30/5 35/2 39/11 39/24
45/4 47/18 48/10 48/24 49/9
49/12 49/12 49/20 49/21
50/2 51/4 51/5 51/21 51/21
52/16 54/11 56/5 56/6 58/20
58/21 61/12 64/21 65/13
68/11 68/16 70/18 71/7

been... [22]  73/18 75/6 76/17
76/20 76/21 81/25 83/5
83/18 92/17 93/18 102/14
102/16 106/2 106/4 106/23
107/21 115/12 119/3 121/9
121/15 121/18 124/15
before [16]  16/18 29/2 29/8
30/4 30/5 31/1 45/16 49/7
50/3 62/25 76/4 82/24 116/1
116/2 121/10 123/4
begin [2]  39/5 40/14
beginning [2]  31/22 72/16
behalf [6]  4/14 40/10 56/12
64/3 107/6 108/3
behavior [6]  62/17 72/4 97/5
97/11 100/23 108/2
behest [3]  66/13 95/5 106/17
behind [2]  32/3 98/20
being [28]  9/24 21/18 21/25
22/10 28/19 28/21 39/15
49/7 52/8 54/19 54/24 69/22
69/24 69/25 69/25 70/3 70/3
78/11 90/10 92/9 92/23 95/2
95/10 100/9 104/1 116/15
124/9 124/10
Beirut [1]  105/19
beliefs [1]  69/9
believe [23]  5/24 10/7 24/5
54/23 60/10 60/17 64/9
71/12 77/1 87/14 87/24
97/25 101/11 102/10 102/12
107/16 108/21 114/19 118/7
120/8 120/16 120/18 122/9
believed [2]  127/20 127/23
believes [1]  18/16
belonging [1]  125/12
below [1]  76/22
benefit [1]  65/22
benefits [1]  37/10
benefitted [1]  115/9
BENJAMIN [3]  2/10 4/14
29/19
Benjamin Taylor [1]  4/14
Besser [12]  55/6 59/8 61/1
95/4 105/18 105/21 106/16

106/20 106/21 107/6 108/1
108/3
best [4]  43/5 43/8 50/9
107/14
between [17]  7/5 7/19 16/14
17/21 37/25 56/8 66/20 86/6
87/7 87/22 93/18 100/8
106/14 111/14 118/11
118/13 118/14
Beverly [1]  2/7
Bid [1]  49/23
big [1]  48/5
bigger [1]  124/7
biggest [2]  43/7 98/21
bilateral [1]  56/8
billboards [1]  122/15
billing [3]  57/1 85/9 85/24
bills [1]  85/20
binder [3]  74/11 74/13
84/20
BIROTTE [1]  1/4
birth [2]  20/13 81/13
bit [2]  28/21 72/15
blame [1]  108/8
blaming [1]  108/10
blasted [1]  18/15
blocked [2]  117/14 119/10
board [11]  37/17 42/6 42/6
42/25 43/22 45/3 57/25
100/5 100/6 100/7 100/9
bodily [1]  127/11
body [1]  127/5
bolus [1]  23/19
border's [2]  126/11 126/16
borders [1]  127/2
born [1]  20/12
both [7]  28/12 87/22 102/18
113/23 120/14 127/23
128/17
bothering [1]  16/13
bottom [10]  24/12 28/11
28/12 43/12 74/24 75/8
75/16 106/19 110/24 115/1
bought [1]  40/16
Boulevard [1]  2/7
box [8]  25/5 25/6 25/9 25/12
25/13 25/19 25/20 67/18

boxes [1]  25/7
Braden [5]  25/1 25/1 25/23
26/1 26/2
Braden's [1]  25/6
breach [1]  98/18
breached [4]  45/17 51/24
82/20 104/19
break [7]  33/22 39/9 79/15
80/7 120/14 120/15 120/16
breaking [1]  64/16
Bridge [1]  46/10
brief [1]  80/24
briefly [3]  4/21 35/12 52/12
bring [2]  19/11 104/24
bringing [3]  15/13 38/16
70/23
broadcast [2]  11/16 60/2
broadcaster [2]  20/8 31/24
brother [28]  26/2 38/3 40/7
40/10 41/1 41/8 43/24 56/4
56/9 67/14 69/21 70/16 72/5
76/1 93/10 93/17 94/4 94/7
94/21 97/21 98/7 99/5 99/5
105/6 105/14 107/16 107/25
123/19
brother's [2]  38/18 56/5
brothers [6]  24/25 26/3 26/4
35/5 60/12 62/23
brought [5]  38/23 51/13
51/15 100/19 101/22
Brown [5]  97/17 97/19
97/24 98/3 118/11
brunt [1]  57/12
build [1]  36/6
building [1]  36/7
bullied [2]  52/8 78/12
Bullock [2]  43/9 72/1
bunch [1]  117/23
bus [1]  24/17
business [44]  20/20 20/22
22/9 28/24 28/25 31/5 35/15
36/1 37/9 37/19 37/21 38/17
38/25 39/7 39/10 39/11
39/13 39/19 40/16 40/18
40/23 40/24 40/25 41/7 41/9
41/9 42/13 43/10 46/16
46/22 46/25 47/2 51/19 55/8

**B**

business... [10] 58/24 70/25
77/19 81/21 98/24 99/4
99/16 99/19 100/19 105/1
buy [1] 46/11
buying [2] 39/18 61/9

**C**

CA [1] 2/7
cadet [1] 70/1
cafes [1] 52/20
cajoled [1] 22/10
CALIFORNIA [26] 1/2
1/18 1/24 2/4 2/12 4/1 22/19
23/13 29/25 30/2 30/6 30/10
31/10 32/19 91/10 94/1
95/17 98/4 102/21 108/9
108/15 109/9 117/9 118/22
120/10 127/1
call [8] 12/15 19/17 19/19
33/15 33/25 35/21 54/24
80/3
called [20] 23/6 36/4 37/14
41/7 42/25 43/6 43/16 46/10
47/1 50/5 51/5 57/9 59/8
60/2 67/22 70/3 94/15 95/1
116/9 123/2
calling [9] 4/4 51/25 54/20
54/20 60/21 65/10 108/1
109/14 124/3
calls [1] 34/2
came [12] 11/22 11/24 15/22
16/12 23/24 24/1 31/10
46/10 53/18 58/10 66/8
115/12
campaign [7] 13/22 14/22
15/6 18/7 18/12 98/4 126/25
can [49] 5/4 5/11 6/3 7/19
9/5 10/1 10/7 13/1 14/24
17/8 18/19 18/22 20/7 26/21
28/7 28/18 35/12 40/11
41/15 43/4 51/20 52/12 53/4
59/19 60/3 67/14 68/18
70/21 74/2 74/12 74/16
75/20 82/17 83/4 84/25
93/14 93/19 93/22 96/10
100/13 108/5 112/15 116/9

122/11 125/1 125/4 125/7
125/18 125/20 126/20
can't [7] 78/2 83/8 103/17
112/8 115/24 116/15 120/4
cancel [1] 58/9
cannot [4] 103/21 118/6
119/20 120/18
capital [17] 37/15 37/19
38/7 38/15 39/10 39/20
40/13 42/7 45/11 46/2 46/9
46/10 56/23 81/19 81/20
99/2 100/20
care [5] 23/9 24/11 28/11
64/12 98/24
Carol [1] 128/15
carried [1] 128/5
carry [3] 37/20 38/24 40/5
carrying [1] 67/5
cars [2] 18/10 128/9
case [74] 4/4 5/1 5/18 6/3
6/25 7/3 7/4 7/14 8/6 9/7
9/18 9/19 9/23 9/25 10/6
10/22 10/25 11/9 12/25
13/24 14/14 15/7 15/11
15/12 16/5 29/20 33/17
33/19 35/4 35/13 41/10
45/16 47/17 58/17 61/24
66/14 72/11 72/14 78/18
78/19 78/20 78/22 79/2 79/6
83/3 90/1 100/1 107/20
107/21 113/9 113/12 113/13
113/15 113/24 114/2 114/5
114/21 116/8 116/8 116/12
117/10 118/20 120/4 122/24
124/5 125/20 125/21 125/22
125/25 126/4 126/7 126/19
127/15 128/1
case-in-chief [1] 33/17
cases [2] 10/2 10/3
cash [1] 104/25
casually [1] 84/13
cause [2] 64/16 77/16
caused [9] 60/22 82/3 89/24
92/23 95/6 96/4 100/22
100/23 104/2
causing [1] 17/25
cautiously [2] 113/10 113/11

Cayman [8] 44/6 45/9 45/12
46/4 47/9 47/10 104/12
104/18
CBD [2] 24/19 28/13
cc'd [1] 86/11
CCRR [1] 1/23
cease [1] 64/2
center [1] 37/2
central [2] 1/2 22/8
Century [1] 2/11
CEO [1] 41/4
certain [7] 5/17 5/19 7/22
90/12 91/5 103/5 118/25
certainly [5] 10/11 10/16
29/22 115/17 122/12
CERTIFICATE [1] 129/3
certificates [1] 120/25
certify [1] 129/5
cetera [3] 16/13 76/18 115/5
Chamber [1] 35/14
chance [1] 7/14
change [1] 41/13
Channel [1] 65/16
chanting [1] 119/25
character [2] 10/16 49/18
charged [2] 49/14 49/16
charges [2] 82/14 83/6
charging [1] 57/2
CHARIF [21] 1/9 3/13 4/5
4/14 13/15 14/12 34/2 34/6
34/11 68/10 81/13 115/14
116/8 117/6 117/12 117/22
118/1 118/5 119/16 121/24
122/3
Charif Kazal [2] 116/8
117/12
Charifkazal.com [4] 68/13
68/23 75/9 76/18
chat [1] 76/8
check [3] 95/15 102/24
103/2
chief [1] 33/17
children [9] 20/12 23/17
27/15 29/4 29/4 35/9 35/10
62/15 109/17
China [1] 90/10
chose [1] 87/22

**C**

circle [1] 70/21
Circuit [5] 123/2 126/7
127/6 127/16 127/18
circumstances [2] 27/8
117/25
cite [2] 116/9 126/6
citizen [2] 13/20 34/18
citizens [1] 124/24
city [2] 24/21 34/20
civil [9] 4/4 90/5 90/6 90/10
90/17 90/22 114/4 125/25
126/4
claim [33] 5/24 41/19 46/8
65/2 72/10 79/2 103/4
106/25 113/25 114/3 114/7
114/8 114/16 114/18 115/20
115/23 115/25 116/6 116/15
116/18 116/23 116/24 117/2
117/23 118/6 118/24 119/17
119/21 120/3 120/14 120/19
123/7 124/7
claimed [1] 46/8
claiming [5] 48/5 48/9 48/24
102/21 110/12
claims [4] 6/6 113/23 116/20
120/14
class [1] 125/12
classic [1] 119/25
clean [1] 49/18
clear [12] 13/24 38/13 51/23
53/19 69/20 90/9 90/23
110/15 116/3 118/8 122/12
123/13
clearly [11] 45/15 79/22
83/9 98/19 105/11 105/11
106/23 106/23 123/8 123/10
123/22
client [4] 95/4 95/5 106/18
128/7
client's [1] 107/4
climbing [1] 17/24
Clinton [1] 36/24
close [4] 8/9 20/17 80/21
100/3
clue [1] 73/14

**co [1] 36/23**
co-directors [1] 36/23
Coalition [1] 127/8
Code [2] 114/4 129/6
cognizant [1] 29/6
collect [1] 38/20
collectively [1] 91/13
colluded [1] 104/24
color [1] 24/10
Columbia [2] 126/7 127/8
Columbia/Williamette [1]
127/8
combinations [1] 11/13
come [11] 30/6 32/23 37/17
40/8 63/8 68/18 78/23 108/6
112/22 113/16 127/1
coming [1] 77/23
commenced [6] 22/6 45/9
45/23 53/16 53/17 71/20
comment [1] 126/3
commentary [4] 54/24
59/10 68/14 92/8
commented [1] 83/10
comments [1] 92/8
Commerce [1] 35/14
commercial [1] 54/6
commission [5] 23/7 71/15
82/19 82/20 83/1
commissioner [3] 51/24
71/15 83/2
commitment [2] 44/2 55/17
committed [4] 21/18 88/13
89/1 89/10
common [2] 39/25 102/8
Commonwealth [1] 39/14
communication [1] 96/17
communications [1] 87/7
community [3] 30/23 125/13
125/15
companies [1] 77/20
company [35] 21/9 32/6
32/9 32/16 36/4 37/14 38/18
39/6 39/18 39/22 40/2 42/16
44/9 44/10 45/8 45/18 46/5
55/24 56/18 56/20 57/3 57/7
57/14 57/15 57/23 58/6 59/8
61/9 71/19 71/20 81/25 99/2

**99/11 100/23 105/4**
compared [1] 46/16
complain [2] 117/18 119/12
complainant [1] 112/2
complaint [15] 50/2 56/10
56/12 57/14 57/19 57/20
57/21 64/19 64/20 71/13
81/15 106/20 111/1 111/3
111/9
complete [8] 7/13 7/14
54/10 106/15 107/5 107/18
107/18 107/24
completely [8] 48/10 48/11
53/5 65/9 67/23 69/8 82/17
107/10
complied [3] 90/15 111/8
111/22
complies [1] 112/11
comply [2] 91/21 111/3
compounded [1] 38/21
comprised [1] 73/17
concern [3] 12/16 77/16
128/7
concerned [3] 12/5 12/18
12/22
concerning [6] 21/1 23/23
25/3 47/12 47/16 47/17
concerns [1] 15/9
conclude [2] 8/9 118/17
concluded [2] 8/11 49/14
conclusion [1] 92/24
condone [2] 94/4 94/7
conduct [5] 21/17 78/20
82/8 113/14 118/6
conducted [10] 10/14 50/25
96/4 96/5 120/6 120/7 120/9
120/12 124/9 125/17
conducting [1] 126/24
Conference [1] 129/10
confidential [1] 47/11
confirm [1] 103/21
confirmed [1] 48/2
conformance [1] 129/9
confusion [1] 25/8
connect [1] 35/19
connected [4] 78/4 78/21
96/19 113/15

# C

**connection [5]** 16/14 36/8 77/4 125/14 125/16
**conscious [2]** 28/22 61/18
**consent [3]** 40/11 69/21 70/8
**consented [3]** 70/9 70/12 70/13
**consider [1]** 21/3
**considered [1]** 125/14
**consisted [1]** 96/25
**conspiracy [2]** 17/1 18/3
**constitute [2]** 118/6 125/25
**constitutes [2]** 119/21 127/10
**constitutionally [1]** 119/22
**construction [2]** 36/4 36/5
**constructive [1]** 98/18
**consultantcy [1]** 36/10
**consulting [2]** 36/13 37/7
**consuming [2]** 12/20 12/22
**contact [15]** 31/7 38/16 52/24 52/24 54/7 60/16 85/3 85/6 85/9 85/25 108/18 112/1 112/6 112/7 123/22
**contacted [2]** 43/1 54/9
**contacts [2]** 38/14 99/4
**contain [1]** 74/8
**containing [1]** 107/1
**contempt [7]** 90/5 90/7 90/10 90/17 90/20 90/23 98/20
**contend [3]** 82/14 93/4 122/16
**content [6]** 32/4 73/17 87/17 89/7 109/20 115/3
**contention [8]** 83/13 89/13 89/17 89/20 97/7 98/13 121/22 126/2
**contents [1]** 50/8
**context [1]** 79/9
**continually [1]** 24/18
**continue [2]** 81/2 117/15
**continued [2]** 37/6 92/1
**continuing [2]** 22/24 71/9
**continuously [1]** 21/6
**contract [6]** 37/22 40/19

**108/17 108/22 118/15 123/22**
**contracts [2]** 5/23 100/8
**contractual [1]** 40/17
**contrary [1]** 49/17
**contribute [2]** 56/22 56/23
**contributed [2]** 122/13 122/14
**contribution [1]** 56/8
**contributory [3]** 114/24 122/6 122/16
**control [4]** 46/14 115/4 126/11 126/17
**convened [2]** 42/6 42/11
**conversion [7]** 5/25 6/8 9/12 10/15 10/23 10/24 45/1
**converting [1]** 44/9
**convince [1]** 40/7
**coordinate [2]** 87/17 89/6
**coordinating [1]** 98/3
**copied [5]** 62/3 73/7 73/10 100/10 123/14
**copies [2]** 5/5 5/6
**copy [4]** 62/1 87/3 87/10 112/13
**copyright [13]** 63/2 64/21 91/6 111/1 114/1 114/8 115/20 115/24 116/13 116/18 116/22 121/13 121/23
**copyrighted [8]** 63/25 65/4 91/25 116/14 120/25 121/1 122/22 123/4
**corner [1]** 75/23
**corporate [1]** 46/5
**Corporation [1]** 123/3
**correct [51]** 13/24 13/25 17/12 17/13 23/12 25/10 30/18 32/5 33/7 34/18 34/19 34/23 35/6 36/14 36/17 38/6 38/8 42/21 44/24 45/2 45/11 60/7 60/21 61/3 61/25 63/11 65/5 68/25 76/9 82/2 82/7 84/15 90/20 90/21 91/2 91/5 91/7 92/6 93/4 95/19 96/25 99/14 100/2 100/16 102/1 102/4 103/7 112/19 121/16

**126/18 129/7**
**correctly [1]** 126/15
**correspondence [1]** 74/5
**corroborate [2]** 15/1 15/4
**corrupt [4]** 52/17 54/20 82/8 106/22
**corruption [4]** 23/7 48/9 71/15 83/1
**corruptly [1]** 49/2
**cost [2]** 14/22 33/2
**costs [1]** 104/21
**could [22]** 9/16 24/5 41/15 54/11 55/19 58/9 62/4 62/9 78/12 78/14 80/12 82/1 87/16 90/11 92/20 119/10 120/1 120/2 121/15 125/21 125/25 126/1
**couldn't [2]** 108/24 121/17
**counsel [18]** 4/7 5/5 5/7 6/2 6/14 9/13 17/14 22/15 41/21 50/12 53/23 54/2 57/16 59/3 73/1 86/18 120/23 123/1
**counseling [2]** 53/9 78/8
**count [1]** 104/25
**counteroffers [1]** 46/13
**country [1]** 125/14
**couple [3]** 79/1 84/13 103/10
**course [10]** 5/17 16/20 18/2 26/15 45/5 47/8 90/6 99/16 110/23 117/13
**court [54]** 1/1 2/4 4/22 7/19 8/17 10/2 10/12 11/6 13/5 18/16 19/8 19/10 25/14 41/10 42/20 44/6 45/13 45/16 45/24 46/3 58/17 66/17 69/17 70/13 71/21 72/6 79/21 80/19 81/23 81/24 83/2 89/24 90/4 90/5 90/6 90/12 90/18 90/21 90/24 98/20 100/1 100/12 102/20 103/23 113/25 120/11 122/25 124/23 125/2 125/10 126/7 127/6 127/13 129/15
**court's [3]** 12/20 12/23 126/8
**Courthouse [1]** 1/23

## C

courtroom [1]  12/9
courts [1]  71/10
covert [1]  106/13
cozy [1]  95/3
created [13]  41/12 60/8
 61/19 66/12 68/23 74/23
 75/11 91/15 96/11 96/16
 96/21 121/8 122/10
creation [3]  60/13 96/19
 96/24
cried [1]  26/22
crime [3]  49/15 77/13 77/16
crimes [4]  88/13 89/1 89/10
 96/15
criminal [13]  10/2 24/11
 28/10 67/24 68/15 69/1 77/9
 77/10 78/1 81/15 81/22 82/2
 125/21
criminals [1]  68/1
Crisis [1]  42/3
criticize [1]  62/23
cropped [2]  48/4 95/10
cross [10]  3/7 3/12 4/23
 29/12 29/15 72/10 79/2
 80/13 81/8 121/25
cross-examination [5]  4/23
 29/12 29/15 81/8 121/25
cross-examine [1]  80/13
CSR [2]  1/23 129/15
cumulative [2]  12/18 19/7
currently [4]  34/20 71/9
 71/14 93/17
customers [1]  52/22
cut [2]  26/11 48/4
cutting [1]  25/24
CV [1]  1/8

## D

Dabab [33]  59/15 59/20
 59/24 60/16 61/2 62/7 62/9
 62/9 62/14 62/22 63/19
 64/13 64/25 65/6 73/11
 73/13 73/14 84/7 84/8 84/11
 86/10 87/2 87/10 92/11
 110/25 111/10 111/22 112/2
 112/6 112/9 112/10 112/14

Dabab's [2]  85/11 85/17
dad [1]  59/9
daddy [2]  24/2 24/2
daily [1]  52/25
damage [9]  61/17 71/17
 79/5 89/24 92/22 100/24
 105/15 109/15 115/21
damages [13]  7/25 9/11
 10/24 88/11 88/24 93/11
 94/25 104/17 115/22 115/24
 116/15 122/19 122/19
damaging [2]  48/9 78/5
danger [1]  78/3
dangerous [2]  54/17 77/8
dark [1]  53/11
date [9]  8/18 8/20 58/19
 101/3 121/8 121/10 122/23
 123/5 129/12
dated [1]  82/16
dating [1]  116/11
daughter [4]  23/24 24/1
 35/11 52/7
daunting [1]  51/3
DAVID [205]
David Singh [1]  40/5
David's [21]  24/23 28/15
 35/15 37/1 38/2 43/8 47/15
 53/18 53/25 56/14 62/15
 62/16 62/17 62/23 67/15
 74/23 94/14 95/8 101/7
 104/2 123/14
Davids [2]  30/20 31/13
day [16]  1/16 4/6 20/12
 22/12 38/13 51/4 52/25
 52/25 53/1 53/22 53/22
 55/10 72/6 72/19 72/19
 78/10
days [6]  8/7 8/7 28/14 32/21
 51/1 90/13
deal [6]  39/15 77/25 79/23
 91/21 111/10 111/17
dealing [2]  49/11 57/15
dealings [2]  54/21 56/14
dealt [1]  49/10
debt [3]  39/13 40/3 45/1
December [7]  1/19 4/1 92/2

December '16 [1]  111/17
December 2016 [2]  92/2
 111/12
decide [1]  90/25
decision [4]  8/25 23/15
 23/16 123/2
declared [2]  7/25 8/12
defamation [2]  72/9 93/9
defamatory [3]  28/22 93/5
 107/5
defame [1]  70/22
defamed [2]  94/14 96/14
defaming [4]  24/12 59/9
 67/23 91/16
defend [1]  107/19
defendant [16]  2/9 4/17 72/1
 90/1 114/7 114/25 116/7
 117/4 117/6 117/11 117/22
 117/25 118/2 118/5 118/23
 120/16
defendant's [1]  125/16
defendants [26]  1/11 4/14
 29/20 35/4 71/22 113/22
 114/2 114/5 114/9 114/20
 115/19 117/3 118/20 120/19
 121/9 121/23 122/5 122/18
 123/8 123/9 123/12 123/18
 124/14 124/23 126/24
 127/14
defendants' [3]  3/12 15/17
 34/6
defending [1]  108/12
defense [2]  34/2 124/15
defenses [1]  124/19
definitely [4]  104/12 104/13
 104/13 104/14
demanding [1]  64/3
demonstrate [1]  98/19
denied [1]  51/12
deny [2]  12/8 103/21
deposition [5]  110/7 110/15
 110/19 115/15 121/24
deputy [1]  12/10
Derek [1]  123/2
describe [6]  26/21 28/7

**D**

describe... [4]  28/18 35/12 52/12 106/13
described [2]  44/22 63/25
description [2]  44/17 76/15
desire [2]  58/14 59/6
desist [1]  64/2
despicable [10]  67/24 69/1 77/7 77/8 88/12 89/1 94/16 96/15 97/4 108/2
despise [2]  69/8 107/10
destroy [5]  53/20 70/22 72/5 72/21 106/17
detail [1]  102/24
detailed [1]  47/10
details [1]  62/5
determination [1]  126/8
determine [2]  96/16 99/12
detriment [1]  104/20
devastating [2]  53/5 53/5
develop [1]  125/13
developed [1]  107/3
Development [1]  126/6
Dhabi [1]  37/18
DIANE [2]  2/10 4/17
diatribe [1]  44/18
did [179]
didn't [22]  26/17 26/17 31/8 31/20 44/17 48/17 58/18 85/24 89/6 92/13 92/18 101/17 101/23 103/25 108/7 110/13 111/14 117/18 119/9 119/10 119/12 119/13
die [1]  107/13
different [6]  10/2 10/4 71/7 77/20 104/10 128/3
differently [1]  94/9
difficult [6]  23/16 30/21 31/4 52/11 53/11 66/6
Digital [1]  111/1
diluted [2]  42/12 42/17
diluting [1]  57/8
dilution [2]  43/2 44/7
dipping [2]  99/11 100/21
dire [3]  3/7 3/12 41/7
direct [12]  3/7 3/12 20/4

34/16 47/14 79/20 80/1 81/3 112/5 112/6 112/10 114/23 127/4
direct examination [1] 79/20
directed [2]  101/13 104/3
directly [5]  11/22 112/1 115/9 119/6 122/10
director [2]  42/16 104/20
directors [3]  36/23 42/6 45/18
dirham [1]  37/23
dirhams [2]  56/22 56/24
dirty [1]  72/4
disagree [4]  12/5 15/19 16/7 17/15
discovery [2]  67/19 93/15
discrepancies [1]  57/3
discuss [5]  4/19 12/11 107/22 108/14 108/19
discussed [2]  84/14 121/25
discussion [2]  36/15 42/9
discussions [5]  28/3 36/1 36/19 58/13 59/5
disgrace [1]  77/6
dismissed [2]  103/1 103/3
dispute [6]  47/8 54/6 54/6 58/25 103/18 123/11
disputed [1]  121/7
distinction [1]  17/21
distressing [1]  26/22
distributions [1]  100/3
district [7]  1/1 1/2 1/23 22/9 35/15 126/7 126/8
division [2]  1/3 70/1
DKT [1]  126/5
DKT Memorial [1]  126/5
DMCA [1]  64/19
do [144]
document [6]  74/18 75/13 84/22 85/18 88/2 88/17
documents [1]  14/16
dodgy [2]  43/15 43/17
does [18]  1/10 16/8 16/10 16/15 26/3 32/1 76/2 77/4 79/16 85/3 85/6 85/9 92/14 106/13 106/25 107/4 107/9 122/16

doesn't [7]  12/17 12/19 76/13 115/2 120/4 125/24 127/4
doing [5]  36/1 57/2 59/24 82/24 104/1
dollars [5]  33/3 38/25 39/13 44/10 44/11
domain [4]  58/15 59/6 77/18 84/23
don't [62]  5/2 9/20 9/24 10/7 10/10 15/10 16/1 30/12 30/14 31/19 31/21 33/5 41/5 42/15 53/19 58/6 60/17 63/15 64/15 66/23 69/8 75/20 78/16 78/19 78/19 78/23 79/23 80/4 80/13 80/16 81/4 84/19 85/12 85/14 86/1 86/1 86/7 90/2 90/19 91/24 92/14 95/18 95/25 96/3 97/21 98/5 102/10 103/17 108/5 108/23 110/1 110/16 110/22 112/18 112/20 113/12 124/24 125/4 127/1 127/1 127/14 128/12
done [15]  42/22 44/1 45/4 46/6 49/20 61/17 68/18 68/19 72/24 73/24 79/7 79/9 79/19 80/10 128/19
double [5]  57/1 57/2 81/14 99/11 100/21
double-billing [1]  57/1
double-charging [1]  57/2
double-dipping [1]  99/11
down [17]  25/1 25/25 26/13 33/14 35/15 64/4 64/7 65/7 66/18 78/25 91/18 92/19 92/21 113/4 120/14 120/15 120/16
Downing [1]  37/1
downtown [1]  28/13
DPP [1]  83/11
draft [2]  69/6 98/21
drag [1]  93/19
draw [1]  17/21
driven [2]  18/10 28/13
Dubai [3]  38/18 57/23 59/13
due [1]  90/10

**D**

during [19]  4/23 16/20 20/17 31/11 46/12 47/8 50/3 56/19 65/21 66/8 72/17 79/15 80/6 82/25 95/23 99/21 99/25 110/15 121/25
duties [1]  45/18
duty [1]  104/20

**E**

e-mail [14]  41/5 43/13 60/23 61/1 61/2 61/21 61/22 62/6 62/8 72/17 73/9 88/8 118/10 118/12
e-mails [41]  55/12 58/8 61/4 61/23 61/23 62/2 62/13 62/14 62/21 72/15 73/4 73/6 73/7 73/18 74/3 74/6 74/8 79/10 86/5 86/9 97/13 97/16 107/25 109/12 109/14 109/21 110/9 110/22 110/23 112/15 117/12 117/15 117/17 117/19 117/21 117/23 118/3 122/12 123/8 128/1 128/2
each [6]  26/12 87/18 114/7 114/7 117/4 123/9
earlier [9]  49/5 66/23 92/6 105/10 108/17 109/11 109/18 121/5 121/15
early [5]  45/6 46/23 59/13 64/23 64/23
East [4]  2/11 31/2 55/9 126/25
eastern [1]  24/20
easy [2]  23/15 26/7
ECL [2]  100/7 100/11
effect [2]  51/6 51/18
effects [1]  28/15
effort [1]  111/6
efforts [1]  111/20
eight [1]  30/3
either [5]  11/16 60/12 60/15 114/22 115/8
eldest [1]  20/12
elements [2]  13/3 120/19
else [4]  9/5 15/3 62/19 78/14

embedded [2]  70/5 76/15
embezzled [2]  81/18 81/24
Emergent [13]  37/15 37/19 38/7 39/10 39/20 40/13 42/7 45/11 46/2 56/23 81/19 81/20 100/19
Emile [1]  36/23
Emirates [3]  31/2 36/6 81/16
emotional [8]  15/5 17/20 18/1 18/21 19/6 26/19 28/16 79/5
emphasis [1]  113/11
employed [3]  49/6 49/7 57/13
employee [1]  49/9
employees [6]  16/9 72/13 97/13 98/12 102/12 128/14
employment [2]  6/6 31/23
employment-related [1]  6/6
encourage [1]  116/13
end [7]  26/23 28/14 41/3 87/11 98/7 101/4 111/18
ending [1]  65/12
ends [1]  18/6
endure [1]  52/10
enemy [1]  51/7
engaged [2]  45/6 82/8
engages [1]  125/24
enjoy [1]  127/1
enlarge [1]  75/20
enough [1]  118/17
ensure [3]  111/9 111/20 112/3
entail [1]  16/1
entered [8]  9/6 9/10 9/12 9/23 9/25 11/5 12/7 56/16
entertainment [1]  37/2
entire [13]  10/20 24/20 28/9 44/15 52/10 53/20 65/7 89/2 89/25 95/5 97/11 101/22 107/11
entirely [1]  108/9
entities [1]  38/1
entitled [4]  41/17 97/8 105/18 129/8
entity [2]  38/2 49/9

equation [1]  44/2
equity [3]  45/1 45/8 46/25
equivalent [1]  25/9
escaping [1]  8/16
especially [2]  51/9 123/13
ESQ [3]  2/3 2/6 2/10
ESRAILI [3]  2/10 4/16 4/17
essentially [2]  13/22 100/16
establish [1]  55/24
established [3]  45/12 48/25 127/5
establising [1]  45/15
estimate [4]  8/6 66/7 80/18 104/10
estimated [1]  13/12
et [4]  4/5 16/13 76/18 115/5
et cetera [1]  115/5
even [14]  7/14 29/2 29/3 29/4 29/8 43/15 44/5 52/19 77/7 77/9 114/18 116/21 119/15 121/4
event [2]  17/3 104/23
events [1]  53/8
eventually [1]  36/15
ever [27]  23/1 28/5 29/25 32/14 47/19 49/14 62/14 62/22 62/24 64/15 65/2 66/17 68/16 68/18 70/25 74/3 74/5 76/4 81/10 81/12 91/23 94/10 98/6 103/23 104/5 104/6 112/10
every [12]  24/3 24/6 24/8 24/16 51/4 52/25 52/25 53/1 55/10 58/16 72/19 72/19
everybody's [1]  25/5
everyone [2]  52/5 59/10
everything [15]  27/5 44/1 61/11 69/22 84/16 85/22 90/15 92/7 110/8 110/11 110/13 110/18 110/21 112/3 122/1
everytime [2]  58/25 60/23
everywhere [3]  24/4 24/17 26/9
evidence [41]  10/14 46/9 50/3 50/9 61/24 71/24 72/2 72/12 75/3 75/14 82/12

**E**

evidence... [30]  82/17 82/24 86/16 91/22 93/13 95/13 96/20 98/17 99/24 99/25 106/3 106/5 106/11 114/20 114/25 115/8 115/11 115/21 116/2 117/3 117/5 117/7 117/11 118/8 118/15 118/16 119/16 122/9 123/21 127/22
evidently [2]  128/9 128/10
exact [3]  86/7 89/3 116/9
exactly [3]  60/3 66/14 116/3
examination [12]  4/23 20/4 29/11 29/12 29/15 34/16 79/20 81/8 109/1 109/4 110/5 121/25
examine [1]  80/13
examined [1]  100/9
excepted [1]  124/10
exception [1]  120/12
excerpts [5]  50/12 50/14 50/15 50/16 115/15
exchange [1]  106/14
excited [1]  55/15
excused [1]  33/11
executive [1]  49/6
executives [1]  57/13
exemplars [1]  122/20
exhibit [20]  74/11 74/19 74/21 74/25 75/2 75/14 83/5 84/20 84/22 86/13 86/19 86/20 88/2 88/6 103/16 105/23 105/24 106/11 120/8 123/21
Exhibit 37 [1]  86/19
exhibits [3]  3/17 3/18 79/15
existence [1]  76/16
exonerated [4]  50/4 82/14 82/18 83/14
exonerates [1]  83/21
exonerating [2]  65/9 92/22
exoneration [2]  50/5 65/10
expect [2]  41/16 41/17
experience [7]  51/8 55/5 59/18 60/4 71/2 84/17 85/23
experienced [1]  66/14

experiences [2]  70/2 77/24
expertise [2]  38/14
experts [1]  100/10
explain [7]  52/5 52/15 52/17 52/20 52/21 53/1 96/10
explained [2]  106/23 118/4
explains [1]  116/12
expound [1]  113/20
express [2]  78/17 113/8
expressly [1]  124/18
extend [1]  41/1
extended [2]  23/18 119/14
extent [5]  5/13 15/11 18/21 115/7 116/22

**F**

F.2d [2]  126/6 127/17
F.3d [1]  127/9
fabricated [3]  100/5 100/7 108/22
fabrication [4]  106/15 107/6 107/23 107/24
face [4]  24/4 24/11 52/23 53/6
faces [3]  89/24 128/10 128/12
facilitate [1]  37/7
facilitated [3]  36/22 37/3 41/8
facilitating [1]  46/7
facility [8]  36/21 39/7 39/9 40/22 46/11 46/14 49/8 81/20
facing [1]  100/11
fact [12]  6/20 9/3 11/4 11/11 18/8 29/6 29/6 51/17 94/20 117/16 118/24 128/8
facts [1]  124/19
factually [1]  83/6
fails [1]  50/9
fair [2]  71/4 76/12
Fairfax [9]  18/14 21/8 21/9 21/12 32/9 32/12 32/14 32/17 48/1
fairness [1]  51/13
fall [1]  126/12
false [8]  5/23 6/20 11/10

11/14 11/15 51/21 82/12 93/5
familiar [5]  20/23 66/24 84/2 105/17 105/20
families [1]  20/14
family [70]  20/11 20/15 20/19 20/20 20/23 21/18 21/24 22/6 22/9 22/18 23/1 23/12 23/18 24/23 27/8 37/9 38/18 48/1 48/10 48/24 51/5 51/18 52/4 52/10 52/19 53/21 54/8 54/25 55/1 55/9 55/20 55/21 57/11 57/22 58/22 59/9 60/22 61/13 61/18 70/19 71/3 71/18 73/25 77/4 77/12 78/4 78/7 79/6 88/13 89/2 89/25 95/2 95/5 96/5 97/12 97/24 101/22 101/24 104/2 104/4 105/9 105/12 106/17 107/7 107/8 107/11 109/17 109/17 127/23 128/3
family's [7]  36/8 47/12 49/11 66/4 70/24 77/21 117/20
far [4]  17/15 17/16 116/22 119/15
fashion [1]  116/14
fast [1]  23/21
father [6]  20/21 35/16 36/3 37/1 53/18 53/25
FBI [1]  117/17
fear [3]  14/15 117/20 119/13
fearful [1]  128/16
February [2]  114/14 129/12
February 2017 [1]  114/14
federal [2]  90/4 90/6
feed [1]  119/7
felt [5]  65/8 65/11 65/17 70/23 92/24
fence [1]  17/24
few [10]  24/1 26/12 26/12 29/20 47/3 53/13 63/16 66/8 74/17 77/2
fiduciary [2]  45/18 104/19
Fifteen [1]  35/1
figure [1]  58/23

## F

file [4]  7/15 43/12 57/14 102/20
filed [6]  57/22 63/1 71/8 83/3 104/11 114/14
final [6]  7/5 7/7 9/6 9/10 9/12 9/17
finaled [1]  10/1
finally [3]  78/18 113/9 127/4
finance [1]  99/11
finances [1]  57/15
financial [6]  41/18 42/3 42/10 56/14 57/2 57/3
Financial Crisis [1]  42/3
financials [4]  41/23 41/25 42/1 99/12
find [9]  42/23 43/1 62/4 63/6 63/24 82/1 82/24 97/23 127/9
finding [8]  10/3 10/4 82/7 82/11 83/5 90/4 93/6 122/11
findings [5]  17/4 17/6 17/10 71/16 83/10
fine [4]  35/20 41/15 111/24 112/3
firm [6]  2/9 43/6 43/8 43/16 47/1 71/24
firms [2]  43/7 98/21
first [38]  6/17 13/9 29/9 31/10 41/10 44/22 47/5 47/7 47/19 54/4 54/5 54/15 54/17 65/2 70/15 76/16 77/11 86/15 101/9 110/12 113/25 114/8 114/12 116/23 117/6 119/25 121/12 122/21 124/8 124/14 124/15 124/24 125/11 126/13 127/4 127/12 127/15 127/21
First Amendment [2] 124/14 127/15
fit [1]  16/10
five [4]  24/16 71/22 76/16 104/15
fix [1]  61/18
flaws [1]  82/18
flew [1]  34/22
flip [2]  10/13 74/16
flown [1]  34/15
flyers [3]  17/17 18/20 25/3
focus [4]  13/1 73/21 79/13 124/8
focused [2]  62/19 127/25
focusing [2]  6/9 120/15
foggy [1]  93/18
folder [1]  88/19
follow [1]  27/24
followed [2]  21/25 22/8
following [3]  7/24 14/7 106/19
foot [4]  38/15 51/14 54/7 72/14
force [1]  123/14
forced [1]  70/12
foregoing [1]  129/6
foreign [4]  124/24 126/10 126/15 127/14
foresee [1]  127/19
Foreshore [1]  49/6
form [5]  12/1 29/3 78/17 113/8 119/20
format [1]  129/9
formed [2]  29/7 37/13
former [3]  71/15 71/25 83/1
forming [1]  56/21
forms [1]  117/23
forth [4]  42/10 65/16 70/10 123/12
fortress [1]  52/23
Forty [1]  74/14
Forty-three [1]  74/14
forward [12]  23/21 28/24 34/5 38/24 61/1 62/7 62/9 69/11 72/6 73/10 86/12 112/8
forwarded [5]  64/10 64/19 64/25 65/1 91/9
forwarding [1]  86/9
fought [1]  49/18
found [14]  9/4 10/14 11/13 45/17 50/2 50/17 52/16 81/24 82/18 82/19 90/6 90/17 102/24 104/19
foundation [5]  22/1 54/19 75/6 75/10 106/4
founder [1]  56/7
four [8]  5/10 8/7 26/4 26/4 58/18 65/21 67/16 96/18
fourth [1]  88/6
frankly [2]  11/4 120/2
fraud [4]  6/7 6/19 9/11 61/12
fraudulent [1]  62/17
fraudulently [2]  100/4 100/7
free [4]  37/20 40/5 119/25 126/9
free-speech [1]  119/25
freedom [2]  126/9 126/15
freeze [1]  46/5
fresh [1]  88/16
friend [16]  13/21 16/17 24/13 27/6 30/15 43/6 43/9 59/12 59/13 59/21 59/22 84/5 84/6 84/9 84/10 97/21
friends [9]  16/9 20/13 23/18 25/6 25/23 28/21 30/23 53/7 54/20
friendships [2]  29/3 29/5
frightened [1]  127/10
front [1]  51/4
frustrated [2]  59/12 59/15
Fuentes [2]  118/11 118/14
fulfill [1]  39/4
fulfilled [3]  39/3 44/1 44/2
fulfilling [1]  55/16
full [2]  24/10 84/15
function [3]  35/16 79/17 84/14
fund [3]  46/10 95/16 126/5
funds [1]  99/15
further [20]  10/19 12/11 18/12 19/2 29/10 33/8 41/1 41/3 65/17 79/8 81/3 99/6 103/13 108/25 110/1 112/25 113/2 113/20 116/19 123/24

## G

gap [1]  7/19
gave [2]  100/5 111/23
GEBELIN [7]  2/6 2/6 4/12 6/2 6/10 8/23 10/18

# G

**general** [1]  6/4
**generally** [1]  9/19
**gentleman** [2]  39/21 59/20
**gentlemen** [3]  34/8 78/17
113/8
**get** [19]  12/25 16/3 26/10
34/25 36/6 41/5 42/15 58/14
59/6 59/17 71/12 80/20
83/15 83/16 89/8 93/14
116/9 116/24 128/4
**getting** [8]  17/15 25/15 62/3
80/10 97/15 97/16 128/10
128/12
**GFC** [2]  39/12 42/3
**Ghalo** [8]  84/18 85/2 85/5
85/8 85/10 85/13 85/15 86/2
**gifted** [1]  61/11
**Gilbert** [3]  43/6 71/23 71/25
**girl** [1]  78/11
**give** [13]  5/7 27/3 37/21
38/24 39/17 40/17 41/15
44/4 55/21 56/15 99/12
100/8 120/2
**given** [9]  27/15 37/20 39/21
40/5 44/6 54/9 82/12 111/10
123/13
**gives** [1]  44/3
**giving** [2]  13/17 42/10
**globablly** [1]  96/15
**global** [9]  42/3 46/22 61/7
77/18 98/15 99/3 99/15
99/16 100/17
**Global Renewables** [1]
98/15
**globally** [2]  67/23 94/15
**go** [18]  23/2 24/1 26/10 31/8
36/11 39/16 53/7 53/11 63/7
69/11 72/22 77/19 95/12
119/15 121/21 121/21
124/21 125/8
**goal** [1]  65/11
**God** [1]  76/20
**GoDaddy** [4]  64/8 64/10
84/23 92/12
**goes** [4]  15/17 28/24 83/7

# 116/16

**going** [40]  8/8 9/14 12/8
12/25 14/1 15/3 15/20 16/3
16/9 17/15 17/17 18/9 18/23
19/11 27/9 36/15 40/12 41/6
41/12 43/2 48/15 50/7 50/24
51/6 52/16 55/11 55/12 56/1
57/9 58/24 59/18 79/8 79/14
79/23 80/14 80/16 80/17
100/15 108/8
**gone** [4]  14/14 68/13 81/10
81/12
**GONZALEZ** [3]  1/23
129/14 129/15
**good** [26]  4/8 4/11 4/13 4/16
4/18 19/14 20/6 29/17 30/15
34/7 34/7 59/21 59/22 70/16
70/18 70/25 71/1 80/18 84/9
101/20 106/17 107/7 107/12
107/19 108/12 113/6
**Google** [7]  63/6 63/24 76/19
93/21 103/6 103/9 103/15
**Googled** [2]  63/16 103/10
**got** [16]  10/3 18/5 25/24
26/8 41/8 53/6 53/6 55/11
63/8 65/8 66/24 72/10 73/14
95/16 115/13 117/23
**gotten** [3]  49/2 71/12 116/21
**government** [6]  40/18 40/19
40/23 41/11 47/11 47/11
**governmental** [1]  49/9
**Grand** [2]  44/6 104/18
**grata** [1]  52/14
**great** [4]  37/10 37/10 55/11
111/16
**gregarious** [1]  28/19
**grief** [1]  62/16
**grievances** [2]  87/20 87/22
**ground** [1]  52/23
**grouped** [1]  117/2
**guaranties** [1]  99/6
**guaranty** [3]  40/8 40/11
41/2
**guard** [1]  128/6
**guess** [14]  5/23 9/3 9/19
12/15 12/16 12/25 69/14
72/16 79/12 80/15 89/11

# 101/5 119/11 119/13

**guy** [1]  58/4

# H

**H-a-m-m-o-n-d** [1]  20/1
**H-u-double-s-e-i-n** [1]  81/14
**had** [130]
**hadn't** [1]  81/25
**half** [6]  44/10 46/24 75/19
75/21 98/25 105/3
**halfway** [1]  8/1
**hallway** [1]  19/20
**HAMMOND** [32]  3/8 12/15
13/7 13/9 13/14 13/19 13/20
13/24 14/11 14/19 15/10
15/22 16/10 16/14 16/15
16/17 16/23 16/25 17/2 17/3
17/7 17/8 17/11 17/22 18/1
18/13 18/19 19/20 19/23
20/1 20/6 29/17
**Hammond's** [2]  13/11 14/17
**Hammonds** [1]  18/8
**hand** [8]  11/16 19/22 41/6
57/5 72/24 90/8 90/18 91/24
**handling** [2]  56/14 92/4
**hands** [4]  12/10 70/20 71/20
118/9
**happen** [3]  39/25 80/14
80/17
**happened** [12]  7/13 14/8
22/12 46/1 46/21 49/24 53/2
60/3 69/22 108/11 108/11
108/23
**happening** [1]  27/16
**happy** [1]  124/22
**harass** [2]  123/10 123/15
**harassed** [1]  22/10
**harassing** [1]  125/17
**harassment** [2]  13/22 22/24
**Harbor** [3]  37/1 49/6 61/10
**hard** [6]  8/25 40/7 43/25
49/1 49/18 53/8
**hardly** [1]  125/18
**harm** [15]  43/23 44/17
44/17 51/15 52/7 60/22
61/17 64/16 78/12 100/23
104/1 104/3 109/16 111/23

# H

harm... [1]  127/11
harmless [1]  97/9
harmonious [1]  97/12
has [31]  7/9 7/13 7/14 7/15
 8/24 9/4 9/6 9/19 9/23 10/1
 10/10 11/4 12/6 12/15 14/14
 18/15 18/21 20/21 21/11
 21/14 49/20 56/6 60/22
 65/13 79/6 80/15 83/5 106/2
 106/4 106/23 123/3
hasn't [2]  6/24 75/6
Hatch [2]  67/18 96/12
have [153]
haven't [3]  7/11 116/21
 125/20
having [5]  8/12 55/22 79/4
 119/5 122/10
he [206]
he'll [3]  15/4 64/18 108/7
he's [32]  14/1 15/19 16/3
 17/17 28/19 28/20 28/22
 28/25 29/2 29/5 29/8 56/6
 57/10 57/11 57/11 59/16
 59/22 77/22 80/16 83/23
 89/25 92/13 95/20 95/21
 95/21 97/20 107/20 111/4
 112/19 117/2 122/10 128/2
head [2]  70/5 76/2
hear [2]  44/17 80/4
heard [10]  10/14 13/2 13/3
 44/17 47/3 47/19 57/18
 67/17 115/14 118/20
hearing [17]  5/1 13/14 13/18
 14/4 14/7 14/8 16/15 16/19
 16/20 17/4 18/2 18/24 23/9
 25/14 45/14 45/15 48/17
hearings [1]  51/2
hearsay [6]  22/13 22/15
 45/20 48/17 50/8 53/24
heartburn [1]  8/23
held [3]  21/9 125/11 129/8
help [19]  13/4 36/5 36/11
 38/14 39/8 53/10 55/17
 55/18 59/17 59/23 60/2
 63/16 63/16 66/4 69/12 84/5

helped [1]  103/8
helpers [1]  86/1
hence [6]  36/11 82/25 87/25
 89/25 90/14 90/16
her [1]  78/13
Herald [28]  13/10 18/15
 21/1 21/3 21/7 21/15 48/1
 48/8 51/23 52/1 53/14 55/6
 58/20 93/5 93/8 93/9 93/19
 93/22 94/20 94/23 95/3 95/7
 95/10 97/2 105/6 105/9
 105/13 106/21
here [50]  8/4 9/20 12/17
 12/17 12/23 17/16 27/17
 27/17 29/25 30/2 30/3 30/9
 32/19 32/23 34/22 34/25
 35/2 63/1 64/11 66/7 67/2
 67/13 67/17 70/16 74/13
 79/13 79/23 83/9 83/20
 96/24 104/13 107/19 108/4
 109/8 112/17 112/22 112/24
 115/15 117/9 118/22 119/18
 120/10 120/24 123/3 123/5
 125/17 126/22 126/23
 126/24 127/22
hereby [1]  129/5
heritage [3]  35/17 35/18
 35/18
Hezbollah [16]  67/25 69/2
 69/3 69/13 70/5 76/3 77/3
 77/5 77/13 94/16 94/17
 94/21 105/7 106/14 107/2
 107/9
Hi [1]  52/16
hiatus [1]  7/16
hide [2]  72/23 90/19
high [2]  31/6 46/13
Hills [1]  2/7
him [83]  4/23 16/24 16/25
 18/2 18/4 18/23 27/5 27/6
 28/23 29/1 29/7 29/7 35/22
 37/10 38/17 38/24 42/10
 43/9 51/15 55/17 55/18
 55/20 55/21 56/9 58/1 58/4
 58/6 58/7 59/21 60/21 60/23
 61/11 61/18 61/21 61/22

61/22 63/17 63/18 65/18
 71/14 72/7 72/20 73/3 79/8
 83/16 84/9 84/13 89/7 89/20
 89/25 92/13 93/11 93/11
 93/18 94/14 94/15 94/15
 94/25 97/20 97/22 98/23
 100/8 101/18 102/25 105/14
 105/15 108/1 108/5 108/6
 108/7 108/8 108/10 108/17
 108/19 111/3 111/4 111/23
 112/11 112/11 112/22
 112/23 119/6 123/23
himself [7]  48/4 58/12 85/24
 100/8 100/17 107/17 117/15
hire [1]  109/8
his [89]  4/23 13/1 14/15
 14/16 15/13 16/9 16/9 16/15
 17/7 18/15 18/19 22/6 25/2
 26/16 26/23 27/17 28/20
 29/4 29/9 35/21 35/22 36/3
 36/23 37/9 38/17 39/4 39/22
 40/8 40/11 41/2 43/5 44/6
 45/17 47/8 48/6 50/7 53/19
 55/9 55/20 55/21 56/7 57/5
 57/22 57/23 58/1 58/1 58/8
 58/9 58/12 59/15 59/22
 61/18 62/15 67/15 69/22
 69/24 69/25 69/25 70/2 70/5
 70/21 76/2 76/12 83/22 87/9
 90/9 90/16 94/14 98/11
 99/11 100/22 102/10 102/16
 104/19 106/24 107/19 115/6
 117/15 117/20 117/20 118/9
 119/3 119/13 121/24 121/25
 127/21 127/23 128/3 128/17
His Honor [1]  90/9
historic [1]  47/13
Hold [3]  13/23 124/16
 124/16
holding [2]  104/21 119/24
holds [2]  70/19 101/21
holus [1]  23/19
holus-bolus [1]  23/19
home [7]  22/11 25/1 25/24
 27/17 27/23 29/9 61/9
HON [1]  1/4
honest [2]  57/11 68/17

# H

**Honor [64]**  4/8 4/11 4/13 4/16 4/21 4/25 5/2 6/14 8/6 8/15 9/9 9/13 9/14 10/9 12/13 12/25 16/7 19/1 19/3 19/19 21/19 22/13 29/13 33/8 33/10 33/12 33/16 33/20 34/7 34/14 43/18 44/6 44/12 45/19 48/14 48/15 50/7 50/19 53/24 68/6 75/2 75/5 79/16 80/4 80/23 83/22 90/9 90/16 105/24 106/6 106/8 106/22 110/2 113/2 113/5 113/21 115/14 115/20 119/15 120/1 120/22 120/25 124/13 126/1
**Honor's [1]**  126/3
**honorable [2]**  71/1 72/23
**hope [1]**  19/15
**hopefully [1]**  74/1
**hopes [1]**  31/6
**hoping [2]**  61/16 61/16
**horrible [1]**  69/5
**horrific [5]**  43/11 52/4 53/2 68/14 76/21
**hosting [1]**  92/11
**hotel [1]**  36/6
**hour [1]**  125/5
**hours [3]**  28/14 35/1 80/13
**house [3]**  23/25 24/2 28/1
**housing [4]**  37/18 37/18 37/22 56/1
**how [48]**  14/13 14/17 14/24 15/10 19/5 20/11 20/15 22/5 23/5 24/14 26/3 26/5 26/9 27/16 33/2 33/4 34/24 34/24 35/12 35/22 40/14 41/7 43/9 44/11 47/5 50/25 54/13 55/4 55/10 55/18 59/20 66/8 66/24 72/17 76/16 78/13 79/16 80/16 84/8 84/11 86/5 96/16 97/19 99/2 99/18 104/10 108/1 115/12
**huge [1]**  61/12
**humiliating [1]**  54/18
**hurt [2]**  99/22 107/6

# I

**I'd [10]**  33/21 61/22 61/22 84/20 86/13 86/14 88/2 88/17 88/20 105/17
**I'll [21]**  12/9 60/1 80/19 83/16 84/22 88/3 88/8 88/10 93/24 95/15 103/2 105/22 112/15 112/16 114/6 114/6 120/22 124/22 125/21 126/2 128/22
**I'm [81]**  5/9 6/8 6/11 8/2 8/15 9/5 9/25 12/5 12/8 12/18 13/23 14/7 14/15 17/14 17/23 18/9 18/23 19/5 20/8 21/13 22/3 25/14 25/17 25/18 25/18 25/18 25/19 29/19 35/16 41/6 42/17 43/13 44/8 48/15 50/7 58/22 58/23 58/23 58/24 62/10 62/12 66/24 68/16 68/17 72/6 75/1 79/4 79/7 79/14 79/17 79/19 79/24 86/18 86/21 86/24 87/12 88/15 89/16 91/4 93/16 94/6 96/7 101/2 101/3 101/25 102/23 103/21 103/25 104/9 105/20 106/2 108/10 108/10 111/5 113/10 118/13 121/20 122/25 126/14 126/23 126/24
**I've [10]**  37/4 58/21 66/24 68/16 68/17 70/18 72/9 72/24 97/20 105/9
**I.T [3]**  59/14 59/23 62/12
**ICAC [58]**  13/14 14/4 14/7 14/8 16/14 16/18 16/19 17/4 17/9 18/9 18/24 23/6 23/9 31/11 47/4 47/7 47/15 47/17 47/18 47/21 47/25 48/2 48/17 48/20 49/13 49/17 49/25 50/1 50/8 50/20 50/24 51/12 51/17 51/21 51/23 51/24 51/24 51/24 52/1 65/9 82/7 82/11 82/15 82/18 82/19 82/23 83/10 83/11

**92/23 93/7 95/1 95/8 95/11 95/12 95/13 97/23 98/1 105/10**
**ICS [3]**  118/11 118/14 120/7
**idea [5]**  27/7 27/8 62/11 78/2 85/19
**identify [4]**  83/4 83/21 87/6 96/14
**identities [2]**  91/16 102/22
**identity [14]**  67/15 67/21 67/21 67/21 67/22 68/8 69/24 94/14 96/8 96/13 96/14 96/14 102/13 102/16
**ideology [1]**  69/9
**illegally [1]**  98/21
**imagery [1]**  68/14
**images [6]**  63/6 63/7 63/8 63/17 63/24 103/11
**imaginary [1]**  54/22
**imagine [2]**  52/4 125/18
**immediate [3]**  43/23 78/4 109/16
**immediately [3]**  22/11 41/6 64/10
**impact [8]**  15/5 15/25 17/19 17/20 43/23 52/3 52/12 53/4
**implement [1]**  27/18
**implication [1]**  104/9
**important [3]**  53/16 73/24 104/18
**importantly [5]**  43/4 43/4 52/3 58/3 82/23
**imposter [2]**  91/15 96/11
**improperly [1]**  98/14
**inaccurate [2]**  87/15 87/16
**inappropriately [1]**  57/15
**INC [3]**  1/6 4/5 4/9
**incident [1]**  22/7
**include [3]**  10/11 36/10 101/16
**included [1]**  63/14
**includes [1]**  10/10
**including [5]**  65/16 73/25 109/17 116/8 123/21
**inclusion [1]**  65/23
**INCLUSIVE [1]**  1/10
**income [1]**  38/23

**I**

inconsistency [3] 6/18 6/23 10/21
indeed [1] 120/18
Independent [3] 23/7 71/14 83/1
Index [1] 3/17
indicate [1] 10/23
indicated [1] 105/10
indicates [2] 10/24 75/8
indicating [1] 14/14
individual [1] 97/17
individually [1] 87/19
individuals [1] 96/18
industry [2] 37/4 59/14
influence [1] 21/14
informants [1] 16/25
information [8] 28/9 28/23 48/3 48/7 54/11 84/23 95/9 111/10
infringed [2] 123/4 123/5
infringement [9] 114/1 114/16 114/21 114/23 114/23 114/24 115/20 116/16 121/23
infringing [3] 114/22 115/10 116/11
initial [3] 8/6 38/15 40/16
initially [6] 36/3 37/14 39/10 60/20 63/15 63/20
initials [1] 42/3
injunction [4] 46/4 46/7 103/23 104/9
innocent [4] 51/9 69/5 83/6 109/17
inquire [3] 9/2 10/7 12/8
inquiry [22] 47/4 47/5 47/15 47/17 47/18 47/20 47/21 47/25 48/20 49/14 49/17 50/4 50/24 50/25 51/11 51/17 51/21 51/25 71/16 82/22 82/25 92/23
insight [1] 6/13
insolvent [1] 123/19
inspector [12] 49/13 50/1 50/15 50/16 51/23 65/8

71/13 82/15 83/10 93/6 94/25 105/11
inspector's [4] 52/2 71/17 92/22 106/23
instance [2] 7/21 8/5
instead [1] 66/11
instruct [5] 91/17 91/18 92/10 92/13 110/25
instrument [1] 21/5
intend [1] 6/22
intended [2] 123/10 123/15
intention [1] 80/19
interactions [1] 17/7
interest [9] 11/8 21/11 38/21 72/6 99/23 104/20 107/15 126/9 126/12
interim [1] 46/1
internal [2] 6/18 6/23
International [2] 55/25 126/5
internationally [1] 77/19
Internet [1] 28/23
interpreted [2] 10/10 128/18
Interrogatories [1] 86/15
interrogatory [6] 86/16 86/21 86/22 86/23 87/5 87/6
introduce [8] 10/1 35/22 50/5 55/13 55/14 65/10 123/24 124/2
introduced [7] 36/23 37/4 57/10 86/16 95/13 95/15 118/10
inverse [2] 126/22 126/23
investigating [2] 50/2 50/17
investigation [1] 82/21
investigator [9] 108/21 109/7 109/8 120/9 120/13 120/13 123/25 124/4 124/10
investment [2] 100/16 100/18
Investments [1] 47/1
invited [2] 35/21 36/24
involve [1] 16/8
involved [13] 5/18 18/13 23/6 36/4 92/3 96/23 98/3 98/16 103/12 108/23 117/8 118/21 128/6

involvement [9] 51/10 60/13 60/18 94/1 94/3 108/15 108/16 118/18 124/1
involving [1] 4/24
IPS [4] 55/25 81/20 100/6 100/11
Iron [1] 46/10
is [198]
Island [1] 47/10
Islands [4] 45/10 45/12 46/4 47/9
isn't [2] 16/5 32/10
issue [19] 11/3 11/4 11/22 11/24 14/23 15/7 66/17 79/13 87/24 90/8 90/11 91/19 95/21 103/19 120/24 123/16 124/7 124/14 127/14
issued [2] 45/24 64/7
issues [9] 4/19 14/15 15/13 55/22 58/5 87/25 89/12 103/4 124/8
it [204]
it's [96] 5/25 7/1 7/4 8/16 8/25 9/9 9/22 10/2 10/21 10/22 15/11 16/6 16/11 19/7 21/5 21/5 21/6 21/8 23/1 32/11 32/12 34/24 35/14 43/11 43/11 49/12 50/19 51/8 52/22 53/2 53/2 53/8 53/24 54/22 55/3 68/11 70/1 72/20 72/21 72/22 73/15 74/16 74/25 75/8 76/1 76/5 76/14 77/6 77/9 77/9 77/14 79/12 79/17 82/2 82/7 82/17 84/15 87/24 88/4 88/6 88/19 89/6 89/13 89/17 89/20 90/20 91/2 91/5 91/13 92/6 93/4 93/18 93/25 98/13 99/14 102/1 102/4 105/15 105/24 106/4 111/15 112/5 118/13 118/17 119/18 121/22 122/11 123/7 123/13 123/19 123/20 124/15 124/17 126/1 127/12
its [2] 45/16 120/15
itself [4] 14/22 49/13 82/20 83/7

## J

Jacqueline [1]  128/14
Jamie [5]  97/17 97/19 97/24
 98/3 118/14
January [12]  39/12 42/4
 43/3 44/23 55/23 56/25 57/6
 68/11 87/8 93/12 104/8
 105/13
January 1st [1]  87/8
January 2018 [1]  104/8
Jean [8]  84/18 85/2 85/5
 85/8 85/10 85/13 85/15 86/2
Joe [20]  59/15 59/16 59/20
 59/22 60/24 64/9 66/23 84/7
 85/11 85/17 85/22 86/10
 86/12 87/2 87/10 91/20 92/4
 92/11 103/11 103/12
Joe Dabab [1]  86/10
Joe's [1]  63/15
John [1]  35/21
joint [8]  36/16 37/12 37/14
 38/10 56/14 56/15 56/21
 100/22
joint-venture [1]  100/22
joke [1]  78/1
joking [2]  25/18 25/18
Jones [1]  44/7
journalism [1]  108/2
journalist [12]  54/8 54/12
 55/3 55/5 59/2 60/20 60/24
 95/3 95/4 106/16 106/22
 110/10
journalists [1]  109/22
JR [1]  1/4
judge [9]  1/4 1/4 7/8 7/22
 8/8 8/11 8/14 45/16 72/11
judgment [23]  7/6 8/24 9/6
 9/10 9/12 9/17 9/18 9/20
 9/22 9/23 9/24 10/3 10/7
 11/4 90/7 90/23 93/13
 104/16 113/22 114/9 116/6
 116/18 120/17
Judicial [1]  129/10
July [8]  47/18 47/24 55/23
 56/17 56/25 59/21 60/10
 71/21

July 2008 [1]  56/17
July 2010 [1]  47/18
July 2011 [1]  47/24
June [10]  7/25 46/3 52/2
 53/17 53/18 60/10 82/16
 84/12 92/20 92/21
June 2010 [1]  46/3
June 2013 [1]  84/12
June 2017 [3]  52/2 82/16
 92/21
junior [3]  43/11 43/12 43/15
junket [1]  48/5
jurisdiction [2]  126/11
 126/16
jury [34]  1/16 4/6 6/17 7/9
 7/10 7/12 7/23 8/6 8/9 8/10
 8/24 9/2 9/4 10/13 11/13
 19/11 19/13 26/21 28/7
 78/24 80/20 83/12 86/22
 88/4 88/21 90/25 95/14
 96/20 105/22 108/17 113/18
 122/11 123/16 127/9
jury's [2]  10/23 12/23
just [80]  4/21 10/9 10/20
 12/12 13/23 17/15 24/12
 24/12 25/1 25/8 25/11 26/23
 27/1 27/7 27/9 29/20 37/16
 40/17 42/2 44/3 44/4 47/19
 47/23 51/15 52/4 52/22 53/8
 54/6 54/22 56/15 57/7 58/18
 58/22 58/24 59/13 60/1
 60/23 62/5 63/17 63/20
 63/25 66/3 66/10 66/11
 66/25 68/2 69/19 74/16
 75/16 76/22 78/2 78/13
 79/12 79/17 83/8 88/5 88/15
 88/15 92/6 93/1 97/3 97/5
 97/10 101/3 106/22 107/4
 107/8 107/10 107/21 107/24
 108/12 110/19 111/18 118/4
 120/15 122/1 125/19 128/9
 128/15 128/19
justice [5]  44/7 71/12 71/12
 90/9 90/16
justified [1]  123/20

## K

K-a-z-a-l [1]  34/12
Karina [1]  2/4
Karl [6]  40/7 41/1 41/8
 55/14 56/9 99/5
Karl's [2]  67/21 96/14
KAZAL [95]  1/9 1/9 1/10
 3/13 4/5 4/14 4/15 4/15
 13/15 14/12 15/13 15/21
 16/20 16/23 17/1 17/1 17/5
 17/6 17/10 18/2 18/15 20/23
 22/9 24/11 24/12 28/12 34/2
 34/6 34/11 34/18 35/4 35/5
 68/10 68/19 74/18 79/5
 80/13 81/4 81/10 85/15 87/2
 87/8 87/14 87/17 88/9 89/3
 91/12 91/12 93/21 93/22
 94/4 94/17 94/21 95/23 96/1
 100/13 101/23 102/8 102/15
 105/6 106/14 106/25 108/4
 108/14 109/6 110/7 114/20
 114/20 114/25 115/9 115/9
 115/14 115/16 115/16 116/8
 117/6 117/12 117/22 118/1
 118/2 118/5 118/8 118/12
 118/13 118/16 118/23
 119/16 119/17 121/24 122/9
 122/12 122/14 123/19
 123/22 128/2
Kazal's [5]  16/24 86/14 87/5
 119/7 124/1
Kazalfamilystory [5]  60/3
 63/11 65/3 111/14 116/4
Kazalfamilystory.com [10]
 64/4 66/2 84/2 84/24 86/5
 91/3 98/6 103/6 114/12
 115/1
Kazalfamilytruth [4]  67/22
 74/22 76/17 103/24
Kazalfamilytruth.com [1]
 75/7
Kazals [5]  15/21 16/3 16/5
 21/1 27/14
keep [3]  31/9 57/4 88/15
Kelly [8]  36/24 36/25 47/16
 48/5 49/3 49/4 49/5 50/4

## K

Kerry [2]  11/11 11/17
key [2]  37/3 49/7
keys [1]  41/6
kids [6]  51/6 52/6 69/25
 77/22 78/11 107/14
kids' [1]  24/17
kilometers [1]  24/18
kind [4]  74/9 78/21 113/14
 114/22
knew [6]  27/13 36/7 43/15
 59/14 84/9 91/20
knife [1]  26/10
know [84]  5/2 5/13 10/10
 12/24 16/1 20/11 21/7 21/11
 21/14 22/21 22/23 23/1
 24/14 24/23 26/14 26/17
 26/18 31/17 31/19 31/21
 33/5 42/10 43/14 46/1 46/20
 51/9 53/6 53/10 54/17 57/2
 59/20 60/15 61/12 62/11
 63/13 63/15 63/18 66/23
 67/10 67/12 68/4 69/13
 69/14 72/2 75/20 77/20 80/4
 80/13 80/16 84/8 84/18
 85/13 85/14 85/15 85/17
 85/20 85/24 86/1 86/1 86/7
 89/12 91/24 91/25 92/5
 92/14 95/16 95/25 96/3
 97/17 97/19 98/3 98/5 103/1
 103/14 103/17 104/5 104/8
 108/5 108/7 108/23 111/5
 112/20 112/21 120/3
knowing [1]  11/9
knowledge [5]  12/19 19/6
 22/14 63/2 69/18
known [7]  20/15 20/20
 20/21 24/19 97/20 97/24
 98/23
knows [4]  22/2 98/16 99/9
 113/25
Kolesa [8]  16/11 17/22
 67/17 96/13 96/23 103/22
 121/6 122/20
Kolesa's [2]  103/18 122/21
KTC [14]  38/3 38/5 38/9
 45/15 45/16 46/12 47/16
 53/17 71/18 72/6 99/2 99/14
 100/2 100/13
KTC's [2]  99/23 104/20

## L

L.A [1]  64/11
labeled [1]  78/4
labeling [1]  54/19
labor [4]  37/17 37/18 37/22
 56/1
lacks [2]  22/1 22/14
ladder [1]  26/10
ladies [3]  34/8 78/17 113/8
laid [1]  106/5
language [1]  119/4
largely [1]  117/14
last [16]  7/19 30/2 30/5
 50/13 50/25 57/18 65/13
 66/15 68/4 69/16 70/20 71/8
 74/25 83/3 86/17 88/20
lasted [1]  51/1
late [12]  35/24 42/8 42/24
 45/5 46/23 57/24 61/6 64/9
 70/15 77/1 83/3 90/13
later [9]  24/1 28/3 46/24
 47/20 99/1 103/20 105/3
 121/1 121/14
launderers [1]  68/1
laundering [1]  68/15
law [24]  2/3 2/9 9/25 10/5
 43/6 43/7 43/8 63/3 64/16
 68/17 71/24 82/1 98/21
 107/12 107/13 108/13
 113/23 117/24 118/17 120/3
 120/17 124/19 125/24 127/5
lawful [1]  93/2
lawfully [1]  89/22
lawsuit [19]  4/24 43/13
 62/25 63/1 67/19 72/7 72/10
 91/4 98/17 102/18 102/20
 103/1 104/12 104/13 104/13
 104/18 104/19 114/14 121/3
lawsuits [8]  51/14 68/12
 71/7 79/23 79/24 104/10
 104/14 104/16
lawyer [4]  43/5 101/10
lawyers [5]  9/21 45/6 47/9
 47/10 47/15
layout [1]  115/17
lead [1]  7/22
learn [10]  21/24 42/5 46/21
 47/5 64/20 67/20 76/16
 99/25 101/9 105/3
learned [12]  42/8 42/23 43/2
 45/3 45/5 47/7 48/20 57/5
 57/23 61/6 64/24 114/15
learning [2]  65/14 69/21
leases [4]  37/1 49/2 49/10
 49/12
least [10]  6/12 9/22 10/16
 11/6 35/2 41/17 59/18 60/4
 116/1 123/16
leave [4]  23/17 27/1 93/24
 106/21
leaving [1]  17/2
Lebanese [2]  35/17 35/18
Lebanon [4]  69/15 86/3
 107/8 112/19
led [1]  47/24
left [7]  23/25 26/24 30/23
 42/14 57/6 57/7 111/4
legal [6]  45/4 45/23 71/21
 92/25 93/3 98/11
legally [4]  90/1 90/3 92/20
 123/20
legitimate [1]  94/13
lend [1]  14/22
length [1]  14/14
LESOWITZ [1]  2/6
less [2]  7/23 11/3
let [9]  5/7 13/6 14/6 18/4
 26/14 43/14 63/17 90/25
 125/19
let's [7]  17/23 23/21 74/11
 74/24 80/24 113/16 116/24
letter [10]  25/5 25/6 25/7
 25/13 25/14 25/19 25/20
 47/10 47/14 64/2
liability [4]  117/25 122/6
 122/16 123/18
liable [1]  123/8
Libyan [1]  77/1

**L**

licensed [3]  120/9 120/13 124/10
lies [10]  51/25 88/11 88/25 93/7 94/23 95/1 95/2 105/11 105/20 106/24
life [11]  23/17 37/24 55/13 58/24 66/6 68/18 70/24 71/1 77/21 77/21 127/8
light [2]  6/3 29/1
like [38]  8/3 17/21 17/25 33/21 35/18 51/6 51/8 57/10 57/21 63/18 63/24 69/2 70/6 70/12 71/12 75/2 76/21 77/9 77/13 77/17 77/20 78/2 78/5 78/15 79/12 84/20 86/13 86/14 88/2 88/14 88/17 88/20 94/25 105/17 107/3 107/17 115/18 120/1
likewise [1]  122/14
limitations [2]  114/10 121/2
limitations' [1]  120/24
limited [2]  62/12 126/5
line [5]  5/10 6/21 11/1 18/11 106/19
linked [2]  105/6 119/16
linking [2]  67/23 68/14
Linton [11]  55/6 59/8 95/4 105/18 105/21 106/16 106/20 106/21 107/6 108/1 108/3
Linton Besser [2]  105/21 106/16
liquid [2]  99/7 99/14
liquidation [8]  98/25 99/18 99/20 99/21 99/23 100/2 100/14 105/1
liquidators [1]  100/6
LISA [3]  1/23 129/14 129/15
list [8]  36/6 36/10 36/11 36/18 85/3 85/6 85/9 85/24
listed [2]  71/22 108/17
listener [1]  127/19
lists [4]  84/23 84/25 121/8 123/22

literally [1]  68/23
litigated [1]  21/8
litigation [3]  5/14 5/22 54/7
litter [2]  25/9 25/12
little [6]  28/20 28/21 99/20 100/4 117/17 121/20
live [14]  12/17 14/25 22/7 24/22 29/23 38/19 55/22 56/2 56/3 60/18 65/22 66/9 68/20 107/13
lived [4]  5/21 24/24 24/25 29/25
living [3]  27/14 52/23 56/4
LLP [1]  2/6
local [4]  37/20 56/6 56/20 57/9
located [1]  86/2
lodged [1]  106/20
long [18]  8/16 16/17 20/15 26/5 28/15 34/24 34/24 34/24 37/21 48/24 49/19 49/19 49/19 50/25 56/5 79/16 80/16 97/20
long-term [3]  28/15 37/21 56/5
long-time [1]  16/17
longer [1]  95/22
look [22]  5/3 5/4 5/8 8/22 41/14 58/16 59/17 60/20 64/15 74/11 76/20 79/14 82/17 83/9 86/15 97/20 111/14 112/15 112/15 120/11 125/22 127/6
looked [4]  63/18 85/22 90/7 111/16
looking [5]  29/1 48/22 72/6 75/16 76/23
Los [8]  1/18 1/24 2/12 4/1 27/17 30/20 67/2 119/19
Los Angeles [4]  27/17 30/20 67/2 119/19
lose [1]  8/10
loss [1]  71/17
lost [2]  78/13 121/20
lot [15]  8/3 40/24 41/12 42/9 65/15 79/11 79/22 79/22 97/4 99/4 100/23 100/23

104/1 105/19 112/20
loved [1]  16/9
loving [1]  107/12
luck [4]  8/4 8/5 9/19 9/19
lumped [1]  107/21
lunch [5]  80/7 80/7 113/7 125/4 128/20
lying [1]  95/11

**M**

M.O.U [1]  56/16
made [38]  5/19 5/23 6/22 8/24 9/4 11/14 11/15 11/16 12/2 15/22 17/9 30/20 41/8 46/12 47/22 47/23 47/24 48/21 51/23 53/19 56/12 71/13 82/3 82/7 87/7 87/18 89/17 89/19 90/4 90/9 90/17 102/5 102/15 110/14 111/4 112/12 112/13 118/25
mail [14]  41/5 43/13 60/23 61/1 61/2 61/21 61/22 62/6 62/8 72/17 73/9 88/8 118/10 118/12
mailbox [1]  25/9
mails [41]  55/12 58/8 61/4 61/23 61/23 62/2 62/13 62/14 62/21 72/15 73/4 73/6 73/7 73/18 74/3 74/6 74/8 79/10 86/5 86/9 97/13 97/16 107/25 109/12 109/14 109/21 110/9 110/22 110/23 112/15 117/12 117/15 117/17 117/19 117/21 117/23 118/3 122/12 123/8 128/1 128/2
maintaining [1]  85/20
make [28]  11/10 12/9 14/6 17/4 25/11 28/21 28/21 33/21 45/13 56/10 61/16 66/1 69/11 72/20 74/2 79/18 81/15 82/11 97/15 98/6 107/4 109/15 111/6 111/20 112/11 113/20 120/4 122/11
makes [1]  59/11
making [3]  17/23 29/5 56/19
malicious [10]  48/8 48/23

**M**

malicious... [8]  49/17 50/17 54/18 66/12 71/16 77/9 92/23 105/8
managed [2]  66/23 73/15
management [5]  36/21 49/8 81/21 92/3 115/4
managing [1]  102/23
many [14]  26/3 54/13 66/8 66/10 71/8 81/13 82/18 84/11 86/5 94/23 104/3 104/10 105/8 105/20
March [7]  42/8 42/24 45/6 57/24 59/7 105/18 106/1
March 16 [1]  105/18
March 16th [1]  106/1
Mark [2]  67/18 124/4
marked [3]  74/19 83/5 83/16
market [1]  37/10
married [1]  35/7
Martel [6]  4/24 5/15 11/11 11/11 11/16 11/17
Martel's [2]  5/20 6/1
material [4]  90/12 92/9 110/9 116/14
Matt [1]  67/16
matter [15]  6/13 6/15 26/9 78/18 78/21 80/20 103/12 113/9 113/14 113/22 117/9 117/24 118/17 120/17 129/8
matters [1]  118/8
may [20]  9/8 12/5 19/17 20/2 22/2 33/11 33/13 33/15 34/5 34/13 37/6 37/6 44/19 53/17 78/25 81/2 81/15 86/1 113/3 113/21
maybe [5]  8/3 33/5 61/18 64/23 84/13
me [92]  5/8 7/1 8/16 9/1 9/17 10/6 11/3 11/8 11/12 13/6 14/6 15/8 16/4 16/13 16/21 22/11 27/25 35/17 35/21 35/22 37/8 43/14 47/16 47/25 48/5 49/19 49/20 49/24 51/12 51/16 52/4 54/25 55/10 55/12

55/13 55/14 57/1 57/9 58/19 59/9 60/22 61/12 61/13 61/17 62/18 63/16 64/9 64/18 65/9 65/13 65/17 66/5 68/14 68/19 70/19 71/2 71/14 71/18 72/5 72/9 72/12 73/24 73/24 76/19 82/18 84/25 85/22 85/23 88/13 88/14 89/1 89/23 89/24 90/6 90/10 90/17 92/22 92/23 94/12 95/1 97/11 101/21 105/9 105/11 107/5 107/11 109/16 112/8 124/6 124/6 125/19 125/23
mean [28]  8/24 9/1 16/11 17/14 25/12 26/17 32/1 51/7 53/5 53/9 58/17 61/10 61/20 62/10 66/10 68/9 77/18 78/12 79/21 80/4 80/12 80/15 107/9 109/12 109/20 110/13 115/2 121/11
means [2]  121/18 125/11
meant [1]  110/11
measures [2]  27/12 27/19
media [13]  18/13 18/14 21/8 21/9 21/12 32/9 32/12 32/14 32/17 51/21 65/15 66/21 66/22
meet [5]  29/8 53/6 53/7 53/7 53/7
meeting [6]  42/6 42/8 42/11 42/24 44/22 49/23
meetings [4]  37/3 43/22 45/3 98/22
member [1]  106/14
members [5]  8/10 24/23 78/7 97/23 123/14
members of [1]  123/14
memorandum [2]  56/16 124/19
Memorial [1]  126/5
mentioned [10]  41/23 42/2 43/22 45/23 47/3 69/1 71/7 77/12 119/5 123/1
mercenary [1]  106/16
mess [1]  61/19
met [8]  35/15 35/22 59/12

59/13 59/21 66/11 84/11 84/13
meters [1]  24/25
MICHAEL [4]  3/8 19/20 19/23 20/1
mid [8]  35/24 35/24 40/15 45/24 60/10 80/11 86/6 86/7
middle [5]  31/2 39/12 54/6 55/9 126/25
might [7]  6/13 11/13 23/2 25/12 29/6 63/25 65/3
Mike [1]  49/23
milestone [2]  53/16 58/17
Millenium [1]  111/1
million [25]  37/23 39/13 40/3 41/2 46/11 46/13 46/16 46/16 46/19 46/19 46/25 47/2 53/20 56/22 56/23 61/8 61/9 99/1 99/6 100/3 100/14 100/20 105/2 105/2 105/4
millions [2]  38/25 44/11
mind [2]  18/18 88/16
mine [4]  25/5 25/7 59/22 84/10
minute [3]  100/7 100/11 125/19
minutes [10]  13/12 13/12 24/1 26/12 77/2 98/22 100/5 100/6 100/9 100/11
misinforming [1]  90/24
misleading [3]  48/7 82/12 95/9
misrepresentation [2]  6/8 10/15
misrepresentations [1]  9/5
missed [1]  101/3
missing [1]  9/8
mistake [2]  90/17 90/19
mistakes [1]  90/19
mistrial [2]  7/25 8/13
mobile [1]  62/11
modus [1]  15/17
mom [1]  59/9
moment [9]  8/16 32/7 42/2 45/23 69/1 74/1 74/16 83/20 109/6
moments [2]  26/12 53/13

# M

**Monday [2]**  1/19 4/1
**monetary [2]**  104/17 115/22
**money [17]**  38/21 38/23
39/1 41/8 41/14 41/17 41/20
61/10 66/1 68/1 68/15 81/18
81/25 95/16 105/19 106/14
107/1
**money-laundering [1]**  68/15
**months [5]**  7/22 7/23 56/17
65/14 116/2
**more [17]**  6/3 6/13 8/10
10/22 11/4 15/12 15/15 16/4
16/21 17/16 28/20 28/21
58/3 79/23 82/23 99/7
114/14
**morning [46]**  4/8 4/11 4/13
4/16 4/18 4/19 13/10 14/25
18/15 19/14 20/6 21/1 21/3
21/7 21/15 23/24 26/6 29/17
29/21 32/20 34/7 34/8 35/20
48/1 48/8 51/22 52/1 53/14
55/6 58/20 78/16 93/5 93/7
93/9 93/18 93/22 94/20
94/23 95/3 95/7 95/10 97/1
105/6 105/9 105/13 106/21
**most [7]**  13/13 26/6 52/3
104/18 104/25 115/25
117/14
**mother [1]**  39/18
**motion [7]**  3/4 9/15 33/21
33/23 80/5 113/20 113/20
**motions [4]**  7/2 7/6 7/15
98/21
**mouth [1]**  110/16
**move [17]**  22/13 23/12 23/19
28/24 30/19 31/5 37/8 43/18
44/12 48/15 75/2 106/5
113/22 114/9 116/5 116/17
126/2
**moved [7]**  22/19 22/21
26/24 31/1 31/6 55/19 57/7
**movements [1]**  28/20
**mover [1]**  28/8
**mover-type [1]**  28/8
**movie [1]**  107/4

**Mr. [38]**  4/20 5/25 6/3 13/24
15/2 15/4 15/6 15/21 16/8 17/10
17/13 29/13 29/16 43/14
47/16 48/14 49/5 50/4 51/10
57/24 61/13 62/15 68/19
71/22 71/23 72/10 73/10
79/19 80/12 81/9 81/16
89/23 96/12 98/23 99/8
100/21 107/25 123/1 128/17
**Mr. [333]**
**Mr. Adam [1]**  101/23
**Mr. Adam's [1]**  119/7
**Mr. Andrew [1]**  72/1
**Mr. Besser [1]**  61/1
**Mr. Brown [1]**  118/11
**Mr. Charif [1]**  115/14
**Mr. Dabab [23]**  59/24 60/16
61/2 62/7 62/14 62/22 63/19
64/13 64/25 65/6 73/11
73/13 73/14 84/8 84/11
110/25 111/10 111/22 112/2
112/6 112/10 112/14 112/17
**Mr. David [160]**
**Mr. David's [20]**  24/23
28/15 35/15 37/1 38/2 43/8
47/15 53/18 53/25 56/14
62/16 62/17 62/23 67/15
74/23 94/14 95/8 101/7
104/2 123/14
**Mr. Fuentes [2]**  118/11
118/14
**Mr. Gebelin [4]**  6/2 6/10
8/23 10/18
**Mr. Hammond [27]**  12/15
13/7 13/9 13/14 13/19 13/20
14/11 14/19 15/10 15/22
16/10 16/14 16/15 16/17
16/23 16/25 17/2 17/3 17/7
17/8 17/11 17/22 18/1 18/13
18/19 20/6 29/17
**Mr. Hammond's [2]**  13/11
14/17
**Mr. Hatch [1]**  96/12
**Mr. Joe [1]**  87/10
**Mr. Joe Dabab [1]**  92/11
**Mr. Kazal [17]**  15/13 16/20
16/23 17/1 17/1 17/5 17/6

18/2 18/15 34/18 74/18
80/13 81/4 81/10 100/13
109/6 110/7
**Mr. Kazal's [1]**  16/24
**Mr. Kelly [4]**  36/24 48/5
49/3 49/4
**Mr. Kolesa [6]**  16/11 17/22
96/13 96/23 103/22 122/20
**Mr. Kolesa's [1]**  122/21
**Mr. Mark [1]**  67/18
**Mr. Martel [2]**  4/24 5/15
**Mr. Martel's [2]**  5/20 6/1
**Mr. Matt [1]**  67/16
**Mr. Mike [1]**  49/23
**Mr. Nicholson [1]**  65/9
**Mr. Parlato [1]**  80/9
**Mr. Paul Kolesa [1]**  67/17
**Mr. Price [2]**  67/19 68/12
**Mr. Richards [8]**  64/20 65/1
91/7 91/21 111/9 111/23
112/1 112/5
**Mr. Rodric [1]**  36/1
**Mr. Ronald [2]**  64/11 91/9
**Mr. Ryan [1]**  67/18
**Mr. Singh [7]**  46/6 46/15
61/8 61/14 72/5 99/22
104/24
**Mr. Taylor [11]**  5/11 8/22
12/11 19/4 33/18 48/12 79/1
81/2 83/7 113/1 113/19
**Mr. Taylor's [1]**  124/8
**Mr. Tony [2]**  118/13 118/16
**Mr. Wells [1]**  96/12
**Mr. Wiener [8]**  13/6 19/17
31/23 33/15 80/12 80/22
109/6 120/21
**Mr. Woodward [2]**  80/3
80/8
**MS [1]**  4/16
**much [9]**  10/22 28/8 33/2
33/4 75/20 97/21 99/2 99/18
101/21
**multi [1]**  37/23
**multi-million [1]**  37/23
**municipal [1]**  40/20
**music [1]**  100/12
**must [1]**  111/3

**M**

my [167]
myself [11] 39/16 42/12 50/4
 54/8 56/12 57/24 63/20
 82/22 83/11 87/25 90/19

**N**

name [28] 19/25 21/8 29/19
 34/9 37/12 39/22 49/18 52/9
 59/15 63/7 68/10 68/20
 68/23 69/22 69/24 81/13
 84/6 85/11 85/17 91/16
 101/24 106/17 107/7 107/19
 108/13 110/24 119/5 120/7
name's [1] 8/15
named [5] 84/18 86/2 97/17
 107/2 128/14
names [2] 51/5 81/12
national [1] 125/13
nationals [2] 126/10 126/16
nature [3] 5/13 5/14 6/4
nearly [3] 8/9 79/19 79/25
necessarily [2] 10/21 119/9
necessary [1] 93/14
need [12] 4/19 12/11 40/2
 41/14 41/14 48/12 65/17
 65/17 91/20 112/23 116/10
 127/13
needed [5] 8/11 38/14 38/14
 40/21 56/3
needs [2] 108/7 117/4
negative [3] 29/1 29/7 66/12
negotiation [1] 29/2
neighborhood [8] 14/17
 15/1 17/18 18/10 18/10 24/8
 24/16 119/19
neighbors [1] 53/7
network [2] 23/19 32/7
never [26] 32/16 42/1 42/1
 42/22 49/16 51/8 51/20 54/9
 54/9 58/10 62/16 65/25 66/3
 66/19 66/19 67/7 68/16
 68/17 69/12 74/4 74/7 74/10
 89/17 89/19 118/11 118/12
new [15] 13/2 23/8 28/22
 29/5 29/9 40/19 47/4 49/22
 53/7 55/12 55/13 71/21

82/16 83/2 83/19
news [3] 53/13 53/15 54/4
newspaper [9] 14/15 21/4
 48/2 48/3 55/4 55/5 55/7
 58/20 65/13
newspapers [1] 51/4
next [16] 19/17 24/6 33/15
 35/20 41/21 44/20 47/21
 47/22 48/21 54/2 57/16 59/3
 68/3 73/1 80/2 80/3
Nicholson [1] 65/9
niece [1] 52/7
nine [1] 106/9
Ninth [4] 123/2 127/6
 127/16 127/18
Ninth Circuit [3] 127/6
 127/16 127/18
no [102] 1/8 1/23 7/5 7/6
 8/24 9/6 9/18 10/2 10/24
 19/3 21/13 21/16 21/16
 23/16 25/8 25/11 25/17 26/8
 27/7 27/8 30/1 30/11 30/14
 31/5 32/11 32/15 32/18
 33/10 49/11 50/3 50/16
 50/18 54/18 54/19 55/6 60/1
 60/17 61/10 62/11 63/4
 63/20 64/1 65/17 65/17
 66/15 67/11 68/18 70/18
 71/6 73/20 75/10 77/2 78/2
 79/3 80/23 84/19 85/12
 85/19 86/7 87/19 92/15
 92/18 93/1 93/25 94/3 94/3
 95/18 95/20 95/21 95/25
 96/3 96/7 98/5 101/8 101/17
 106/8 108/16 108/20 109/10
 109/10 110/14 111/13
 111/19 111/23 112/23
 114/20 115/8 115/10 115/21
 115/21 117/4 117/7 117/17
 117/25 118/15 118/16
 120/24 121/9 121/17 123/3
 123/11 129/15
non [1] 52/14
none [4] 60/14 67/8 67/9
 82/2
nonresponsive [2] 43/19
 44/13

nonsense [2] 107/18 107/18
normal [2] 58/22 58/22
not [149]
noted [2] 19/9 82/23
notes [1] 79/14
nothing [11] 29/10 33/8
 62/19 81/3 94/12 107/20
 108/25 110/14 112/25 113/2
 115/16
notice [10] 42/12 44/4 64/7
 64/9 64/10 64/25 74/1 91/8
 91/8 91/19
notifications [3] 119/3 119/9
 119/10
notified [1] 42/15
notify [1] 42/16
November [2] 43/8 46/24
November 2009 [1] 43/8
November 2013 [1] 46/24
now [40] 7/16 7/17 9/19
 9/24 18/9 27/9 43/13 46/9
 47/3 48/10 48/20 50/24
 51/10 55/8 56/10 58/13
 62/25 63/10 66/7 67/1 67/14
 68/10 69/1 69/16 72/3 72/3
 72/15 88/17 91/4 92/5 93/23
 98/17 100/9 104/8 104/14
 110/12 112/9 116/10 118/7
 125/4
number [16] 10/25 11/12
 22/9 28/14 46/12 52/19 62/4
 70/18 78/10 83/8 86/7 86/16
 86/23 87/6 90/1 125/20
Number 3 [1] 87/6
Numerous [1] 21/2

**O**

o0o [1] 4/3
oath [4] 48/2 95/11 96/24
 114/11
object [3] 50/7 75/5 75/10
objection [10] 19/9 21/19
 45/19 50/10 50/19 53/23
 53/24 75/4 75/12 106/7
objection's [1] 50/22
objective [1] 89/8
obscenities [2] 128/10

# Q

obscenities... [1] 128/12
observations [1] 18/21
observe [2] 14/2 101/6
observed [5] 14/20 14/21
 17/19 18/20 28/15
obstructing [1] 128/9
obstructs [1] 17/1
obtain [1] 121/9
obtained [2] 96/17 98/14
obviously [14] 6/5 8/25
 12/17 18/4 35/2 40/15 40/25
 42/9 42/11 58/2 89/8 92/25
 93/19 97/15
occupation [1] 20/7
occurred [1] 14/2
October [12] 23/21 45/14
 45/25 67/4 70/14 70/15 71/4
 91/7 96/5 100/25 101/1
 101/4
October 2016 [3] 23/21 67/4
 91/7
October 26 [1] 100/25
odd [1] 52/20
off [4] 38/24 42/25 57/25
 66/1
offer [7] 31/17 46/8 46/17
 53/19 94/10 105/1 105/2
offered [9] 11/22 23/10
 31/12 31/16 46/11 59/16
 59/23 85/22 94/24
offering [2] 15/16 46/13
office [3] 35/21 53/18 64/22
officer [2] 77/22 77/23
OFFICES [1] 2/3
often [2] 30/6 72/17
oh [8] 9/22 22/3 25/14 36/3
 41/14 52/16 75/1 76/20
okay [7] 12/3 15/2 27/5
 33/24 121/20 122/17 127/3
old [4] 35/10 52/6 52/7
 78/11
once [3] 26/8 60/18 111/14
one [45] 5/7 7/5 10/20 11/7
 11/16 11/19 12/12 13/23
 14/25 15/21 15/24 16/11

16/13 17/18 17/25 23/24
 24/25 25/5 25/6 25/11 26/12
 38/13 43/7 47/12 55/3 55/3
 55/5 55/5 56/12 63/24 68/18
 71/23 71/23 71/24 76/22
 77/22 86/22 87/9 88/5 88/5
 90/1 98/21 118/21 123/3
 128/14
ones [4] 16/9 91/24 103/15
 109/17
online [8] 18/15 62/5 63/7
 63/8 91/16 93/22 102/21
 105/16
only [38] 18/12 42/8 42/14
 42/23 46/14 46/15 47/21
 47/23 47/24 54/11 55/3 55/5
 57/21 58/20 62/18 66/15
 66/22 66/24 68/21 68/21
 69/10 69/11 71/11 71/11
 86/21 90/17 95/2 95/3 98/25
 100/6 105/2 106/24 114/1
 114/5 115/14 121/17 123/5
 125/16
oOo [1] 128/25
open [1] 61/12
operandi [1] 15/18
operate [2] 37/22 56/1
operates [1] 52/19
operating [3] 62/11 70/10
 91/18
opinion [2] 78/18 113/9
opinions [1] 29/7
opportunities [2] 36/20
 37/10
opportunity [9] 29/2 29/8
 37/19 38/17 39/7 40/9 55/13
 99/5 100/19
opposing [4] 5/5 5/7 120/23
 123/1
optimistic [1] 113/10
option [2] 54/10 66/16
options [1] 92/20
Orange [1] 92/12
Orangewebsite.com [1]
 92/17
order [15] 45/24 56/7 66/17
 69/16 69/18 69/19 69/20

69/21 70/12 83/13 90/20
 90/21 104/6 107/12 120/23
ordered [2] 46/4 104/21
ordering [1] 103/23
orders [4] 45/13 70/8 70/9
 98/20
organization [5] 67/24 69/5
 94/16 107/11 123/17
organizations [4] 67/24
 67/25 68/15 69/2
organized [3] 67/12 68/4
 123/25
organizing [1] 67/5
original [2] 7/23 90/21
originally [2] 105/25 107/8
Orozco [1] 127/17
Orozco-Scintillian [1]
 127/17
Oscar [1] 97/21
Oscar's [1] 93/17
other [26] 8/18 10/2 11/25
 12/12 16/6 23/20 24/23 25/6
 25/23 26/25 35/4 48/6 55/2
 55/7 61/4 65/15 66/16 73/18
 81/10 81/12 91/25 96/20
 97/23 122/4 122/5 127/16
other team [1] 48/6
others [5] 12/5 27/13 62/1
 93/1 98/19
otherwise [3] 16/16 46/9
 125/13
our [46] 6/7 6/9 7/22 12/9
 12/20 12/24 20/12 20/13
 20/13 24/6 38/14 38/14
 38/14 39/3 40/10 41/3 41/10
 41/16 42/12 43/10 45/7 45/7
 45/8 49/11 52/6 53/18 54/10
 54/20 57/8 57/24 71/19 72/5
 78/16 80/5 87/19 91/15
 91/16 98/7 100/18 104/21
 107/14 108/12 113/7 121/22
 126/1 128/20
out [21] 5/22 6/17 18/4 18/5
 26/9 42/23 43/2 43/2 48/4
 49/18 57/5 58/14 59/6 67/6
 78/24 93/19 99/21 100/21
 104/25 113/18 128/5

**O**

outgoing [1]  28/19
outlets [1]  65/16
outrageous [1]  107/5
outside [5]  24/5 119/19
 126/10 126/16 126/20
over [15]  7/16 8/25 9/1 9/20
 17/24 21/14 24/3 24/8 26/8
 57/25 71/8 79/12 117/12
 118/25 119/14
overcharging [1]  99/10
overruled [4]  45/21 50/22
 75/12 83/24
overwhelming [3]  72/2 72/3
 99/24
own [2]  116/13 118/9
ownership [3]  21/11 40/12
 115/4

**P**

p.m [2]  1/17 128/23
page [21]  3/4 5/10 5/10 5/25
 5/25 6/21 11/1 51/4 74/24
 74/25 75/8 75/16 75/17
 75/19 75/21 77/12 83/4
 85/11 88/6 88/8 109/20
pages [3]  74/17 77/15 83/16
paid [4]  32/23 32/25 85/20
 93/11
pain [3]  70/19 71/17 101/21
painful [4]  52/11 52/22 53/2
 85/23
Palisade [1]  47/1
pamphlets [1]  25/4
paper [1]  59/1
papering [1]  18/9
paragraph [2]  83/12 88/20
paragraphs [1]  83/8
Parenthood [1]  127/7
parents [1]  29/5
Park [1]  2/11
Parkview [1]  36/4
Parlato [1]  80/9
Parliament [5]  49/22 50/5
 65/10 82/16 83/19
parsing [1]  11/2
part [27]  5/9 16/25 18/3

23/8 31/11 32/16 36/8 37/4
 39/3 43/4 43/18 46/19 47/13
 48/6 48/9 55/8 55/16 58/6
 77/7 91/4 98/17 103/16
 117/10 119/20 119/22
 125/12 125/14
particularly [1]  5/20
parties [1]  8/8
partner [11]  37/17 37/21
 39/17 56/6 56/21 57/3 57/9
 58/3 58/12 71/25 100/22
parts [1]  120/16
party [4]  11/8 13/24 98/23
 104/25
passage [1]  83/21
passed [1]  7/22
passport [2]  58/2 58/9
past [2]  7/25 62/11
pattern [4]  116/10 116/15
 119/20 119/23
Paul [3]  67/17 103/18 121/6
Pause [1]  19/12
pay [1]  41/19
payment [1]  59/24
payments [1]  56/20
Peace [2]  69/10 69/10
peaceably [2]  69/23 70/7
peaceful [4]  68/16 97/9
 97/12 107/11
peacefully [1]  108/13
pending [3]  9/22 12/7 72/7
people [33]  16/6 16/12 17/24
 20/20 26/25 28/8 29/1 29/6
 29/8 31/7 31/8 37/3 40/1
 52/16 52/25 53/7 54/20
 59/19 60/3 60/4 62/4 69/6
 70/19 70/21 77/8 77/10
 77/18 77/19 97/6 102/1
 116/13 125/11 128/16
people's [1]  72/22
percent [24]  37/20 38/2 38/4
 38/20 38/24 39/17 39/21
 39/21 40/5 40/20 42/13
 42/18 44/8 44/8 44/9 45/17
 46/24 56/21 61/8 61/11 99/1
 104/21 105/3 105/4
perform [1]  6/22

performed [2]  5/24 72/4
perhaps [2]  7/18 27/16
period [7]  49/19 53/11 66/6
 72/18 95/23 118/25 119/14
perpetrated [2]  61/13 62/18
person [22]  11/25 13/21
 28/19 49/7 55/14 55/14
 57/10 58/22 58/22 62/10
 68/16 68/17 76/25 78/3
 84/18 86/2 92/10 92/14
 103/21 111/4 127/19 127/21
person's [1]  52/9
persona [1]  52/14
personal [6]  12/19 19/6
 22/14 40/8 40/11 41/2
personally [4]  14/20 30/8
 66/1 66/20
persons [1]  125/12
perspective [1]  51/19
pertinent [1]  6/7
ph [2]  49/23 107/2
phase [8]  7/5 7/5 7/7 7/12
 7/19 8/21 9/10 9/10
phone [2]  62/11 119/3
photo [5]  28/10 48/5 48/6
 94/19 95/10
photographs [22]  24/10
 64/21 91/2 91/6 91/19 91/25
 103/14 103/19 110/13
 110/14 111/6 111/21 114/13
 115/3 115/12 115/18 116/1
 116/3 121/7 121/10 121/12
 122/7
photos [13]  24/7 48/4 63/10
 63/13 64/4 64/14 70/4 91/22
 97/4 103/5 103/5 111/2
 112/10
phrased [1]  21/21
phraseology [1]  89/3
physical [2]  127/20 127/24
pick [1]  23/19
picture [6]  75/23 76/4 76/12
 76/22 76/25 101/7
pictures [4]  24/3 65/23
 75/19 75/21
pinpoint [1]  126/6
Piper [1]  24/21

**P**

placards [1]  115/2

place [17]  23/10 30/9 43/3
47/25 67/10 67/13 68/5
69/10 70/15 71/11 94/1 98/4
108/9 117/8 117/9 118/22
119/14

placed [2]  24/15 25/7

plaintiff [5]  2/3 12/14 35/13
114/4 115/24

plaintiffs [9]  1/7 4/9 4/12
33/16 87/7 102/18 115/21
120/18 124/3

plaintiffs' [4]  3/7 19/23 88/3
114/21

plane [1]  32/23

Planned [1]  127/7

plastered [1]  24/7

platform [3]  66/3 66/11
71/11

please [25]  4/7 19/22 19/24
19/25 21/21 28/18 33/25
34/9 41/15 41/20 41/21
43/14 57/16 64/17 64/17
68/3 74/12 78/23 81/5 81/11
90/23 91/20 95/12 113/16
125/3

plenty [1]  9/21

plus [3]  88/11 88/24 117/13

point [33]  6/17 7/17 8/13
9/17 10/20 12/12 18/5 24/21
33/20 35/25 39/5 42/5 55/8
56/10 57/18 58/13 60/15
63/10 64/2 64/6 64/13 65/6
67/1 92/16 108/18 119/11
123/11 123/22 124/22 125/1
126/3 127/7 127/17

poisonous [1]  59/10

pole [3]  24/3 24/6 28/9

poles [3]  24/8 25/25 26/7

polled [1]  8/9

Poof [3]  116/9 122/24 123/2

portion [2]  88/15 101/16

portrayed [1]  97/5

poses [1]  78/3

position [1]  123/12

possession [2]  72/3 98/17

possible [2]  25/10 121/12

Possibly [3]  98/9 101/15
102/3

post [8]  7/2 7/6 7/15 9/14
61/4 86/5 87/18 98/6

post-trial [4]  7/2 7/6 7/15
9/14

posted [6]  23/22 62/14 62/22
119/6 121/5 122/12

poster [1]  24/12

posters [8]  14/20 23/22 24/9
24/14 25/22 26/5 28/9 101/6

posting [1]  73/16

posts [1]  18/16

potential [2]  38/25 127/11

pounds [1]  107/1

power [1]  82/21

powerful [1]  70/21

practical [1]  121/9

practice [5]  61/3 62/8 73/12
86/11 87/13

preceding [1]  11/20

preface [1]  13/11

prejudicial [5]  10/22 15/12
15/15 16/4 17/16

Premier [1]  49/23

premiere [1]  71/13

prepared [4]  38/15 40/4
40/6 80/21

presence [1]  119/18

present [6]  23/10 31/11 32/2
33/19 34/22 87/8

presented [7]  14/10 33/16
96/20 114/21 115/8 115/21
117/7

presents [1]  36/20

preserved [1]  33/23

president [3]  5/16 35/14
77/1

Presidential [1]  56/7

PRESIDING [1]  1/4

press [1]  53/13

pressuring [1]  55/10

pretrial [1]  124/19

pretty [2]  30/6 118/8

Price [4]  67/16 67/19 68/12

primarily [1]  96/25

print [1]  94/19

printed [5]  51/25 93/7 95/1
95/2 105/11

printout [2]  3/19 74/22

prior [5]  42/11 44/4 84/11
93/2 93/3

priority [1]  73/21

prison [3]  88/12 88/25 89/11

private [8]  46/25 108/21
120/9 120/12 120/13 123/25
124/4 124/10

probably [7]  6/3 8/10 10/22
72/19 80/6 100/20 113/6

probative [5]  10/21 15/12
15/15 16/5 17/16

problem [1]  40/17

problems [4]  39/5 40/14
40/25 58/5

procedural [1]  51/12

proceed [2]  20/2 34/13

proceeding [3]  31/12 45/13
51/17

proceedings [5]  3/3 19/12
81/1 128/23 129/8

proceeds [2]  17/4 98/14

process [1]  23/8

processed [1]  40/21

produce [2]  32/2 98/23

produced [3]  72/12 84/22
93/15

proffer [1]  13/6

profile [4]  76/5 76/5 76/12
76/15

profit [1]  65/22

profitable [1]  40/25

profited [1]  115/9

program [1]  23/3

programs [1]  32/2

project [8]  36/18 37/18
37/22 37/24 38/16 38/23
40/12 56/1

projections [1]  37/23

promise [2]  6/22 11/11

promises [1]  5/23

promising [3]  58/10 58/10

**P**

promising... [1]  58/10
promote [1]  122/8
promoting [1]  122/15
proof [1]  95/6
proper [2]  55/21 99/12
properties [1]  47/12
property [3]  6/1 36/21 55/25
protect [2]  58/11 127/5
protected [4]  119/22 124/24
 126/13 127/12
protection [7]  23/2 23/11
 27/22 31/13 31/15 31/18
 127/2
protest [18]  30/9 51/13
 51/13 69/23 69/23 70/15
 94/9 97/11 97/12 117/8
 118/7 118/21 119/1 119/17
 120/1 120/2 123/23 124/9
protest-type [1]  30/9
protested [1]  109/11
protesting [2]  70/7 70/11
protestors [3]  17/23 119/18
 128/8
protests [13]  67/1 67/6
 67/12 68/5 94/8 118/9
 118/19 119/15 123/17
 123/25 128/1 128/4 128/5
protocol [2]  50/6 65/11
proud [2]  49/1 98/7
prove [1]  120/18
proved [1]  96/18
proven [2]  48/10 49/12
proves [1]  46/9
provide [6]  40/8 41/24 93/14
 124/23 125/1 126/4
provided [4]  48/3 48/4 48/7
 54/12
providing [3]  14/12 95/9
 95/9
proviso [2]  38/22 38/22
psyche [1]  28/16
psychology [1]  30/13
public [14]  47/22 47/23
 47/24 48/21 49/21 49/24
 50/24 51/2 52/22 58/15
 58/23 58/23 59/6 77/17
publically [1]  121/9
publication [2]  21/8 121/8
publications [1]  55/2
publicity [1]  66/12
publicly [4]  88/11 88/24
 93/20 105/15
publish [1]  95/7
published [15]  20/25 21/6
 21/15 51/22 54/25 91/3 92/1
 92/9 93/4 105/5 105/8
 105/25 116/1 121/13 122/22
publishes [2]  18/14 21/7
pulled [1]  18/2
punitive [2]  7/24 9/11
purchased [1]  128/18
purpose [5]  12/1 65/11
 66/15 102/8 123/13
purposes [3]  6/7 11/19
 11/21
pursuant [1]  129/5
pursue [4]  71/9 92/20 93/2
 97/10
pursuing [1]  93/3
push [1]  125/19
put [28]  23/8 25/4 38/21
 39/1 39/15 40/4 40/6 41/5
 41/17 59/18 68/13 71/2
 71/18 72/24 76/20 76/21
 90/18 99/2 99/4 99/4 99/4
 99/6 99/8 99/14 109/16
 112/1 115/1 115/6
puts [3]  77/20 77/21 79/8
putting [4]  40/11 57/4 86/2
 110/16
pyschiatry [1]  30/12

**Q**

Qaddafi [1]  77/1
qualify [1]  110/19
quality [1]  97/6
question [18]  6/19 6/21 9/3
 10/25 13/1 41/21 44/16
 44/20 47/21 48/13 54/2
 57/16 59/3 68/3 68/4 73/1
 100/13 127/6
questioned [1]  43/16
questioning [1]  12/6
questions [3]  29/21 79/1
 81/11
quite [3]  11/3 51/3 51/3
quote [4]  87/11 98/7 98/8
 126/8

**R**

RAAL [3]  38/2 38/5 38/11
radio [2]  32/2 32/7
raise [1]  19/22
raising [1]  46/10
Ramon [1]  2/4
rather [1]  8/11
raw [1]  99/2
Ray [1]  84/14
reach [1]  127/13
reached [1]  92/24
reaction [1]  26/16
read [20]  5/1 6/5 18/18
 50/13 59/11 60/3 83/13
 86/22 88/3 88/8 88/20 90/7
 90/23 94/18 95/12 107/25
 115/15 117/14 119/9 125/20
reading [5]  54/23 66/11 88/9
 88/15 88/22
ready [2]  19/16 125/6
realize [3]  41/11 61/17 90/8
realized [2]  8/8 8/10
really [8]  71/5 72/20 77/20
 100/18 107/16 111/13
 117/10 123/11
realm [1]  108/13
reason [9]  35/16 44/5 44/8
 94/13 103/18 114/17 116/5
 116/17 118/4
reasonable [1]  127/19
reasonably [1]  84/9
reasons [2]  102/10 102/11
reassure [1]  27/6
recall [8]  4/22 28/2 95/23
 96/1 103/17 110/18 112/8
 128/13
receive [6]  25/3 64/2 73/9
 99/18 100/13 119/3
received [14]  3/18 35/20
 40/20 42/1 75/14 92/21

# R

received... [8]  99/20 100/2
100/4 101/10 106/11 110/25
112/8 119/8
receiving [5]  22/25 40/19
117/16 117/16 123/23
recess [6]  78/16 80/7 80/24
80/25 113/7 128/21
recipient [1]  127/10
reclaim [1]  45/8
recognize [2]  74/18 76/25
recollection [1]  5/12
recommend [2]  27/11 27/18
recommendations [1]  27/3
record [14]  5/2 6/15 12/7
19/25 21/5 34/10 47/20
47/24 58/8 60/21 69/20
106/22 107/10 115/16
recross [5]  3/7 3/12 109/1
110/3 110/5
RECROSS-EXAMINATIO
N [1]  110/5
redirect [7]  3/7 3/12 29/10
33/9 33/10 109/2 109/4
redrafting [1]  103/4
refer [4]  77/7 77/10 83/15
83/17
reference [5]  54/14 97/25
101/19 118/12 125/11
referral [2]  49/22 83/11
referred [3]  71/14 83/8 83/9
referring [7]  5/9 86/21
96/10 96/11 98/10 101/25
102/1
refers [1]  106/24
reflects [1]  97/5
refresh [1]  5/11
refusal [1]  99/12
refute [1]  102/5
regard [4]  90/3 94/5 94/8
102/9
regarding [3]  6/18 56/11
87/7
Regardless [2]  122/11
123/11
regards [1]  56/13

regenerated [1]  97/3
register [2]  56/18 116/14
registered [5]  55/24 64/21
81/25 82/6 123/5
registrant [1]  84/25
registrar [1]  43/1
registration [4]  116/2 121/5
122/23 123/6
registrations [2]  121/1
121/13
regulations [1]  129/9
reinstated [2]  45/16 104/21
reject [1]  69/8
rejected [1]  46/15
relate [2]  17/10 17/11
related [3]  6/6 11/5 32/12
relates [13]  6/13 7/2 10/5
10/7 12/4 12/6 12/9 13/7
15/20 16/16 18/20 79/6
124/7
relationship [10]  5/21 5/22
16/15 18/19 36/9 36/11
36/25 39/5 40/14 56/8
relentless [3]  26/25 27/10
27/10
relevance [1]  79/5
relevant [5]  14/13 14/17
14/23 14/24 15/10
reliable [2]  13/10 57/11
relief [6]  113/23 113/25
114/3 116/23 116/25 117/2
relocate [1]  55/9
remain [1]  42/16
remained [1]  20/17
remarkable [1]  87/21
remember [2]  23/24 24/10
remind [2]  7/1 80/19
removal [3]  103/24 104/6
111/15
remove [9]  26/7 64/13 64/17
90/12 101/18 101/18 111/1
111/18 112/10
removed [6]  14/5 14/21
90/15 91/23 111/7 111/21
removing [2]  25/22 26/5
Renewables [7]  46/22 61/7
98/15 99/3 99/15 99/17

100/17
reorganized [1]  97/4
repay [2]  88/10 88/23
repays [2]  89/14 89/21
repeat [4]  81/11 89/22 101/3
118/5
rephrase [2]  21/22 44/20
reply [1]  54/9
report [18]  47/12 49/21 50/8
50/12 50/20 52/1 52/2 52/2
58/11 65/8 71/17 82/15 83/4
83/7 83/18 92/22 97/23
106/24
reported [4]  94/20 94/23
117/16 129/7
Reporter [1]  129/15
reports [1]  50/22
represent [1]  84/22
representation [4]  6/20
11/14 11/15 87/14
representations [2]  5/19
11/10
representing [1]  8/24
reprint [2]  3/20 105/25
reprinted [1]  97/3
republished [2]  97/1 97/3
reputation [3]  20/19 68/20
72/22
request [4]  12/8 96/18
112/12 112/13
requested [1]  90/12
requirement [4]  10/11 39/25
41/1 41/3
requirements [1]  90/15
requiring [1]  66/17
resale [1]  61/7
research [2]  78/21 113/14
reside [3]  20/9 34/20 34/21
resident [1]  56/5
resort [1]  66/15
respect [28]  5/20 6/7 69/8
73/21 79/9 99/10 99/10
103/4 109/9 114/8 114/19
115/17 115/19 115/23 116/7
116/23 117/1 117/6 117/11
117/19 117/22 118/2 118/7
118/10 118/23 119/2 119/17

**R**

respect... [1] 120/5
respectfully [2] 15/19 16/7
respects [1] 9/18
respond [1] 74/3
response [10] 6/11 6/20 9/8
 10/25 74/5 87/5 87/9 87/9
 117/18 124/12
responses [2] 86/15 86/21
responsibilities [1] 110/23
responsibility [5] 84/15
 108/11 109/18 109/23 110/8
responsible [9] 70/19 70/23
 86/8 92/7 101/21 121/23
 122/1 122/6 122/10
rest [9] 33/17 88/10 88/23
 89/14 89/21 89/22 89/23
 120/1 128/3
restaurant [1] 22/11
restaurants [1] 52/20
restore [1] 45/7
result [4] 28/16 43/24 77/24
 97/7
resulted [4] 5/22 78/9
 104/16 108/12
resultingly [1] 14/11
resume [2] 19/16 81/5
resumed [1] 81/1
retain [1] 109/8
retained [1] 61/8
retrieve [1] 112/16
return [5] 38/20 58/1 58/1
 58/8 89/9
returned [2] 22/6 90/14
returns [1] 89/23
revenue [1] 37/23
reverse [1] 45/4
reversed [2] 44/7 44/7
review [1] 111/12
Richards [11] 64/11 64/20
 65/1 91/9 91/11 91/17 91/21
 111/9 111/23 112/1 112/5
ridiculous [1] 44/11
right [51] 9/21 9/24 10/18
 18/25 19/14 19/21 19/22
 20/2 22/18 33/13 33/18 34/5

34/13 34/22 35/5 44/1 44/3
 44/5 54/9 58/16 72/20 72/20
 72/21 72/22 74/2 74/2 74/25
 75/16 75/17 75/23 76/22
 80/7 81/4 81/6 93/22 97/10
 100/8 106/9 109/2 109/15
 110/3 113/3 113/19 116/10
 116/19 120/20 124/3 125/12
 126/21 127/15 128/20
rights [3] 45/8 71/9 124/25
rise [1] 120/2
risk [4] 40/10 77/21 77/21
 78/3
Rocks [4] 35/14 47/13 48/25
 49/10
Rod [1] 27/13
Rod's [1] 27/7
RODRIC [19] 1/6 4/10 6/22
 11/7 11/10 11/19 22/6 22/8
 22/11 24/3 24/7 26/14 28/10
 36/1 87/3 87/10 91/14
 106/18 114/4
Rodric David [3] 4/10 11/7
 11/19
Rodric's [5] 20/21 24/4
 24/11 24/25 26/2
role [1] 67/5
Ronald [3] 64/11 91/9 91/11
room [5] 16/24 17/2 18/4
 18/5 18/24
round [1] 33/6
rubbish [1] 54/24
ruckus [1] 17/25
rule [4] 10/5 10/10 50/9
 113/23
ruling [2] 12/4 19/10
run [3] 48/8 54/5 55/1
running [3] 23/25 24/2 55/7
runs [1] 52/19
Ryan [1] 67/18

**S**

S-I-L [1] 39/23
sadly [1] 104/23
Safe [1] 33/14
safely [1] 38/19
safety [3] 117/20 117/20

119/13
said [44] 9/21 15/2 15/9
 16/12 18/3 26/23 26/24
 27/15 28/7 30/15 30/19
 30/24 31/11 31/12 31/22
 35/19 37/25 41/14 42/2
 42/17 48/16 49/5 57/10 58/5
 59/14 59/17 60/1 61/20
 64/15 65/1 68/8 76/20 86/18
 94/24 99/24 100/19 103/10
 103/22 109/11 109/18 110/9
 110/21 124/2 126/15
sale [1] 98/14
same [20] 11/7 11/19 20/12
 24/24 28/9 50/19 59/1 59/1
 87/24 87/25 88/19 89/3 89/8
 101/11 102/15 102/18 117/5
 118/4 120/23 127/16
San [1] 2/4
satisfactory [1] 92/24
Saturday [1] 32/20
save [1] 99/16
saw [13] 14/25 15/23 15/25
 17/17 17/23 24/6 39/8 69/20
 70/9 70/14 77/15 114/13
 116/2
say [27] 6/11 9/13 9/16 9/17
 10/9 15/3 15/14 15/25 16/3
 17/23 21/16 24/9 26/18
 27/24 41/5 44/5 44/8 48/17
 68/19 71/5 72/24 76/2 76/12
 80/22 87/12 100/10 124/16
saying [13] 10/12 13/11 24/2
 41/14 55/10 58/4 67/25
 79/12 83/23 126/22 126/23
 126/24 128/2
says [3] 11/9 18/2 18/8
scared [3] 22/22 22/23 22/24
scenes [2] 32/3 98/20
school [8] 24/1 27/15 29/4
 52/6 52/8 69/25 70/3 78/11
Scintillian [1] 127/17
scrape [1] 121/18
search [4] 63/6 63/24 76/20
 103/15
searches [2] 103/6 103/9
seated [1] 19/24

# S

sec [1]  88/5
second [9]  7/10 7/12 13/23
 72/19 74/25 114/3 116/24
 117/1 124/22
secondary [1]  114/23
secondly [1]  125/23
secret [1]  31/9
secretive [1]  28/20
section [2]  87/9 129/5
sector [2]  36/21 39/9
secure [3]  36/18 37/17 40/9
security [8]  27/12 27/19
 28/1 40/2 40/5 40/6 128/6
 128/18
see [15]  15/10 28/5 63/9
 66/13 75/21 75/23 76/21
 76/22 77/12 85/11 93/21
 108/1 112/15 120/6 128/22
seeing [3]  26/8 36/20 79/4
seek [4]  53/9 53/10 78/8
 103/23
seeking [4]  44/14 58/8
 122/18 122/19
seem [1]  10/13
seemed [2]  58/16 58/16
seems [4]  8/3 10/6 10/23
 124/6
seen [5]  61/23 68/13 76/4
 109/13 120/8
sees [2]  17/22 37/9
self [2]  52/7 78/12
self-harm [2]  52/7 78/12
sell [1]  98/25
selling [2]  46/15 46/18
send [9]  60/24 62/6 62/8
 72/17 74/5 87/2 87/9 97/13
 112/16
sending [4]  55/12 73/3 73/5
 74/6
senior [1]  107/1
sense [4]  15/8 107/5 111/16
 120/4
sent [24]  41/4 47/9 62/5
 63/17 64/9 72/15 74/8 79/10
 87/3 87/10 101/12 103/11

109/21 110/9 110/22 110/23
 111/9 112/11 112/7 112/9
 117/12 118/13 119/6 123/9
separate [2]  11/14 16/24
separately [4]  114/6 114/18
 116/7 117/4
September [6]  37/16 54/5
 54/15 54/16 54/16 54/16
September 2008 [1]  37/16
September 2010 [3]  54/5
 54/15 54/16
series [5]  47/25 54/14 54/15
 117/12 118/3
serious [1]  78/6
serve [3]  88/12 88/25 89/11
service [1]  40/3
Services [1]  55/25
serving [1]  107/14
set [7]  8/18 8/20 37/16 39/6
 67/22 84/4 86/15
SETH [3]  2/3 2/3 4/9
Seth Wiener [1]  4/9
sets [1]  86/20
setting [2]  56/20 123/12
settled [2]  95/21 105/14
seven [2]  30/21 56/17
several [1]  97/24
shaken [1]  128/16
share [3]  53/4 102/8 104/21
shareholding [1]  42/13
shares [5]  43/3 43/10 57/8
 57/24 98/22
she [7]  23/25 53/9 53/9
 53/10 53/10 53/11 78/12
shed [1]  6/3
shelf [1]  40/1
shift [1]  123/18
shock [1]  26/8
shoes [1]  27/7
short [1]  5/21
short-lived [1]  5/21
shortly [5]  36/17 37/16
 59/13 83/15 83/17
should [5]  11/18 13/11
 27/16 27/22 115/11
show [5]  16/19 18/1 41/20
 105/17 105/22

showed [2]  18/9 117/3
shown [1]  108/17
shows [1]  123/23
shut [2]  65/18 104/8
shy [1]  110/22
sic [1]  25/9
sick [1]  59/11
sickening [1]  76/14
Sida [1]  107/2
side [12]  10/13 18/3 23/20
 26/25 54/10 58/14 59/17
 59/19 66/3 66/4 73/23 97/10
sidebar [1]  4/24
sides [1]  28/12
sign [2]  24/9 100/8
signature [1]  110/24
signatures [1]  100/10
signs [9]  23/22 101/6 101/9
 101/13 101/18 101/19 115/1
 119/24 122/15
SIL [1]  39/23
similar [3]  28/11 89/5 89/11
similarities [1]  87/21
similarity [1]  88/1
simple [1]  63/6
simplification [1]  12/1
simply [2]  40/15 127/14
since [8]  20/16 21/6 46/21
 53/22 53/22 65/14 104/8
 104/11
Singh [14]  39/22 40/5 41/4
 46/6 46/15 61/8 61/14 71/23
 72/5 87/3 87/11 98/23 99/22
 104/24
sinister [1]  46/19
sip [1]  74/12
sir [38]  29/18 29/22 29/24
 30/1 30/25 31/3 31/25 32/18
 32/22 33/1 33/13 34/5 35/7
 45/5 74/15 78/25 84/21
 86/24 88/1 88/5 88/7 88/14
 88/19 89/16 89/22 90/2
 90/19 90/24 91/24 93/23
 94/6 95/12 105/10 106/22
 107/18 109/10 110/15 113/3
sister [1]  59/9
sit [3]  66/7 83/8 83/20

**S**

situation [2]  46/3 90/8
six [3]  24/17 30/20 35/10
six-year-old [1]  35/10
small [2]  39/1 75/19
snapshot [1]  56/15
so [119]  5/2 6/3 6/10 6/12
 6/23 7/13 8/11 9/10 10/6
 11/24 11/25 12/7 12/25
 13/23 14/13 15/19 19/11
 19/17 20/12 24/19 25/1 25/1
 25/8 28/24 30/6 31/5 31/8
 32/21 33/4 33/22 36/13 39/3
 39/20 40/7 40/8 40/11 41/2
 42/5 42/14 42/22 43/11
 43/11 43/15 43/25 46/8
 46/18 47/1 48/7 48/23 48/23
 49/9 49/17 49/17 51/6 52/22
 53/2 53/2 53/8 54/22 55/17
 56/2 57/9 57/12 58/7 58/9
 59/12 59/18 60/17 60/22
 61/1 62/3 62/9 64/18 65/16
 65/16 65/19 65/21 68/22
 69/20 69/21 70/7 70/8 70/10
 70/12 71/4 72/14 75/19
 75/21 78/1 79/4 79/11 80/10
 80/13 80/15 80/20 82/1 82/2
 86/7 87/14 92/4 92/20 102/8
 102/10 110/12 112/5 112/20
 112/24 114/6 114/14 114/16
 116/5 116/12 116/17 116/24
 117/22 119/24 120/14 125/3
 126/22
social [3]  52/13 66/21 66/22
sold [3]  46/23 46/25 105/4
solictor [2]  43/12 43/16
some [53]  4/19 6/13 8/22
 9/18 10/16 11/14 11/25 14/2
 15/9 15/9 17/23 18/5 18/7
 18/24 27/22 35/16 35/25
 36/13 39/1 39/5 39/13 40/2
 42/5 46/25 49/3 51/8 52/10
 54/23 55/8 56/10 57/18 58/5
 58/13 61/23 63/10 64/6
 64/13 65/6 67/1 67/3 67/19
 69/16 69/23 70/2 76/19

77/24 92/16 95/21 103/3
111/17 114/16 119/11
127/16
somehow [4]  18/8 96/8
 98/13 115/11
someone [13]  9/5 17/21
 31/12 40/3 44/3 53/1 58/23
 61/10 66/11 77/10 78/14
 78/14 125/23
someone's [2]  63/7 126/19
something [29]  6/11 9/8
 10/1 18/11 35/18 43/25 44/3
 46/18 51/6 54/22 70/13 71/1
 72/21 73/15 77/9 77/17 78/2
 78/5 78/14 92/4 94/12
 101/10 101/12 102/23 107/3
 107/17 112/2 112/7 119/14
sometime [2]  60/10 61/6
somewhere [3]  52/24 60/10
 69/14
son [4]  23/25 35/19 35/22
 69/25
sons [1]  26/4
soon [8]  22/6 41/10 45/5
 53/16 90/14 91/20 99/25
 100/11
sorry [26]  8/3 8/15 14/15
 17/14 25/14 25/15 25/18
 25/19 42/17 74/12 75/1
 86/18 87/4 88/5 88/5 89/16
 89/16 92/5 94/6 101/1 101/2
 101/3 106/2 118/13 122/25
 126/14
sort [15]  10/20 11/14 13/1
 18/5 18/7 27/22 36/21 51/5
 54/17 54/22 63/16 80/10
 80/11 89/15 117/19
sort-of-facility-management
 [1]  36/21
sought [1]  104/6
sounds [2]  17/25 107/3
sources [1]  13/10
South [8]  23/8 40/19 47/4
 49/22 71/22 82/16 83/2
 83/19
space [4]  59/17 59/23 62/12
 92/14

Sparrow [1]  90/9
speaking [1]  71/5
Special [1]  86/15
specific [7]  17/9 27/18 83/12
 83/21 111/20 120/12 122/22
specifically [1]  104/6
speech [4]  119/25 126/9
 127/10 127/25
spell [2]  19/25 34/9
spelled [1]  34/11
spend [1]  26/5
spent [3]  41/19 79/11 99/13
Spiram [1]  90/16
spirit [1]  116/12
splashed [1]  51/4
sponsor [2]  38/17 58/4
sponsored [1]  57/22
sponsoring [1]  55/20
sprayed [1]  15/1
spraying [1]  14/16
squeeze [1]  8/12
staff [10]  52/20 57/6 67/15
 67/16 67/20 74/23 94/14
 96/12 104/2 117/15
stage [1]  27/6
stalking [17]  21/17 114/3
 116/20 117/18 117/23 118/6
 118/24 119/12 119/17
 119/21 120/1 120/2 120/15
 123/7 123/8 124/7 125/25
stalkings [1]  123/9
stamped [3]  88/3 88/18 97/4
stand [9]  4/23 49/19 50/13
 68/20 81/5 92/8 92/8 107/12
 107/13
standing [2]  6/10 119/24
standpoint [1]  52/13
stands [1]  12/4
star [1]  51/15
start [5]  18/9 20/13 29/2
 37/9 53/15
started [7]  25/24 36/12
 41/11 41/12 61/11 61/15
 63/13
starting [1]  79/21
starts [1]  5/9
state [11]  4/7 7/18 8/16 10/5

**S**

state... [7]  10/6 19/25 20/7 34/9 87/2 101/23 115/25
stated [2]  96/8 127/18
statement [2]  89/13 98/1
statements [4]  11/22 11/24 17/9 53/25
states [10]  1/1 88/9 125/9 125/17 126/12 126/17 126/20 127/17 129/6 129/10
status [3]  6/25 7/1 7/4
statute [4]  114/10 119/22 120/24 121/2
statutory [3]  115/23 116/15 122/19
steal [3]  43/10 72/22 98/22
stealing [1]  91/15
stenographically [1]  129/7
step [5]  26/10 33/14 34/5 78/25 113/4
steps [1]  45/7
STEVEN [2]  2/6 4/12
Steven Gebelin [1]  4/12
still [8]  7/5 7/7 8/22 9/14 12/4 55/11 61/8 125/25
stole [9]  68/8 88/10 88/24 89/9 89/14 89/23 96/8 102/13 102/16
stoled [1]  89/21
stolen [7]  57/24 67/15 67/21 69/22 69/24 94/14 96/13
stop [9]  14/6 24/17 27/1 27/2 70/10 74/6 95/11 104/1 104/3
stories [5]  53/13 53/14 53/15 54/4 55/1
story [16]  46/20 49/24 54/5 54/10 58/14 59/6 59/18 59/19 60/1 65/12 65/14 66/4 66/4 73/23 84/17 97/10
stray [1]  79/21
strayed [1]  79/22
street [9]  1/24 24/6 24/7 24/8 24/16 25/1 25/2 25/25 119/24
streets [2]  22/8 24/17

stress [1]  78/8
stressful [1]  51/3
stricken [4]  22/16 43/20 44/19 48/18
strike [5]  22/13 43/18 44/12 44/14 48/16
stripping [2]  99/21 100/21
strong [1]  65/15
structure [2]  37/15 41/13
structures [1]  31/7
struggling [2]  39/10 40/23
studio [1]  119/19
STUDIOS [31]  1/6 4/5 4/9 5/16 5/19 5/21 6/2 6/15 6/21 11/6 11/10 11/14 11/18 11/25 17/24 62/1 62/4 64/3 64/7 71/10 72/11 72/13 74/23 91/14 96/21 97/14 102/12 107/4 114/1 123/15 128/6
Studios' [5]  67/16 67/20 72/13 96/12 121/19
stuff [11]  15/1 15/23 15/23 52/17 54/23 62/10 70/4 70/6 77/20 79/22 111/18
stunned [1]  26/17
sub [1]  60/1
subject [4]  29/10 78/21 108/25 113/14
subjected [2]  127/20 127/24
submit [1]  127/13
submitted [3]  78/18 83/18 113/9
subpoena [1]  96/17
subsequent [3]  28/2 42/24 61/7
subsequently [3]  46/21 61/4 64/20
subsidiary [2]  18/14 32/9
substantial [7]  15/6 37/19 37/23 40/10 93/11 94/25 105/14
substantially [1]  40/7
suburb [1]  24/18
suburbs [2]  24/20 24/22
successful [1]  45/15
such [12]  10/11 55/7 67/25

76/14 77/10 78/1 82/1 92/13 94/16 107/10 108/2 112/16
such a [1]  78/1
suddenly [2]  44/2 58/24
sue [1]  93/9
sued [4]  72/9 93/10 102/14 102/16
suffered [3]  18/24 70/20 79/6
suffering [1]  101/22
suffice [1]  122/16
sufficient [1]  125/13
suggested [2]  23/1 27/22
suggesting [1]  79/24
suggestion [2]  10/16 121/4
suggests [4]  9/25 11/12 122/9 125/21
suing [4]  71/14 82/25 89/25 93/17
Suite [3]  1/24 2/7 2/11
Sunday [1]  94/20
Superior [1]  102/20
Supplemental [1]  86/14
support [14]  14/12 15/17 16/19 18/1 23/18 30/24 31/6 55/20 56/3 65/15 70/5 76/3 83/13 85/23
supporter [1]  70/4
supportive [1]  65/13
supposed [4]  12/23 38/9 38/12 92/10
supposedly [1]  106/13
Supreme [3]  71/21 83/2 125/10
sure [21]  9/5 12/9 14/7 16/23 19/5 25/11 41/8 41/23 62/3 79/18 87/12 93/16 97/15 97/16 101/25 102/24 103/25 104/9 111/19 112/11 128/11
surety [1]  111/24
surname [2]  34/11 81/13
surprising [1]  123/20
surveillance [4]  96/5 120/5 120/7 124/9
survive [1]  41/9
suspended [1]  68/11

## S

sustained [9] 21/21 22/15
43/20 44/19 48/18 50/10
54/1 81/22 82/3
SWORN [2] 19/23 34/6
Sydney [50] 13/10 18/14
20/10 20/25 21/3 21/6 21/7
21/15 22/7 22/9 23/22 24/14
24/20 25/17 27/16 28/5
28/14 29/23 30/20 31/2 32/8
34/21 35/15 47/13 48/1 48/8
49/6 51/22 52/1 53/14 55/6
58/19 61/9 70/11 93/5 93/7
93/9 93/18 93/21 94/23 95/3
95/6 95/10 97/1 101/5 105/6
105/9 105/13 106/21 117/10
Sydney's [1] 40/20
Syrian [1] 35/18
system [2] 30/24 128/18
systems [3] 11/11 11/16 28/1
SYVERSON [1] 2/6

## T

Tabet [1] 36/24
tabled [1] 49/21
tablets [1] 53/10
tactic [1] 99/22
tagged [1] 119/4
take [40] 5/2 5/4 5/8 26/12
34/24 38/22 44/3 45/4 45/7
46/14 46/18 47/25 49/19
57/12 64/4 64/7 65/7 66/18
67/10 72/21 73/25 74/1
74/11 74/12 74/16 78/16
80/24 84/15 90/1 91/17
91/18 97/8 98/24 104/25
109/15 109/18 109/23
110/23 113/7 128/20
take-down [1] 64/7
takedown [1] 91/8
taken [12] 40/10 40/24 43/3
44/25 49/3 55/22 56/17
69/23 80/25 103/6 103/19
121/15
taking [6] 23/9 44/9 90/3
92/25 98/11 108/10
talk [4] 78/19 78/20 113/12

talked [1] 52/15
talking [7] 6/15 12/16 52/9
54/13 73/18 76/17 101/20
tangential [1] 18/17
tape [1] 26/11
target [1] 58/25
TAYLOR [22] 2/9 2/10 4/14
4/20 5/11 6/12 8/22 12/11
19/4 29/13 29/16 29/19
33/18 48/12 48/14 79/1
79/19 80/12 81/2 83/7 113/1
113/19
Taylor's [1] 124/8
team [2] 48/6 112/23
tearful [1] 26/22
technical [12] 42/22 62/9
62/10 85/6 90/10 90/11
90/22 92/14 95/21 103/3
103/21 111/4
technically [2] 39/20 42/14
technology [1] 62/12
telegraph [2] 24/6 24/8
television [1] 32/2
tell [14] 16/21 27/5 43/5
51/20 52/15 53/1 61/18
64/13 66/3 67/14 84/25
101/18 108/8 108/24
telling [6] 35/17 37/8 73/23
89/20 97/10 125/23
tells [1] 16/24
ten [5] 24/18 51/1 57/25
58/7 70/20
tenants [1] 48/25
tender [4] 36/6 36/10 36/11
36/18
term [5] 28/15 31/15 37/21
56/5 119/4
terminate [1] 100/22
terms [4] 70/16 70/18 71/5
101/20
terrible [5] 51/7 53/3 55/4
70/2 77/24
terror [2] 69/12 126/25
terrorism [3] 69/6 77/16
108/3
terrorist [4] 68/14 69/2 70/4

terrorists [1] 68/1
tested [1] 6/24
testified [14] 5/15 19/7
29/23 38/9 50/21 86/8 92/6
103/5 110/18 114/11 117/13
119/8 121/24 128/17
testifies [1] 17/3
testify [16] 13/15 14/1 14/19
14/24 15/5 15/20 15/22 17/8
17/17 17/19 18/19 18/22
18/23 110/7 112/22 128/7
testimony [33] 12/18 12/18
13/2 13/7 13/12 13/17 14/11
14/17 14/22 15/4 31/22
48/16 50/8 50/20 57/13
69/16 79/22 83/22 89/6
90/16 92/19 93/25 95/8
96/21 102/4 103/19 112/5
121/6 122/21 123/24 124/2
127/22 128/12
Texas [1] 25/16
than [14] 7/23 8/10 8/11
15/12 15/15 16/4 17/16
73/18 79/24 96/20 99/7
114/15 121/5 128/3
Thank [15] 12/3 19/19 19/24
29/13 33/13 34/14 68/6
80/24 82/5 82/10 113/3
113/5 113/17 120/20 128/22
thankfully [1] 49/20
Thanksgiving [1] 30/5
that [595]
that's [82] 6/4 6/8 10/3 10/5
10/5 10/25 11/3 15/24 16/2
16/4 16/13 17/18 17/20
17/25 18/16 19/9 28/23
31/16 32/9 32/16 33/4 34/19
34/23 35/6 35/22 36/14
36/17 38/6 38/7 38/8 41/2
41/15 42/3 42/21 44/10
44/24 45/2 45/11 45/11
45/19 49/12 49/21 54/24
55/25 60/7 61/3 61/12 61/25
63/18 65/5 66/25 68/20
68/25 72/14 74/2 76/9 79/24
80/14 80/17 80/18 83/18

that's... [21]  83/22 83/23
92/22 94/12 97/12 100/16
102/23 103/8 103/12 104/1
110/16 111/8 114/14 116/22
117/10 120/3 120/3 122/21
123/3 123/16 125/21

theft [1]  102/21

their [23]  16/8 23/16 23/17
23/17 23/18 23/18 25/7
30/23 30/23 30/23 31/9
33/17 37/1 49/1 69/9 69/9
121/8 122/23 123/5 123/12
123/13 124/18 124/19

them [60]  14/21 20/17 23/15
24/21 25/2 25/7 26/9 26/10
26/12 30/21 31/4 36/9 36/10
36/11 36/18 36/20 36/22
37/3 37/4 38/18 52/21 60/15
62/3 62/5 63/17 66/13 67/16
69/7 69/7 69/8 69/8 70/9
70/12 71/23 71/23 71/24
75/20 76/19 83/9 83/16
83/17 86/9 86/11 86/12 91/4
93/10 93/17 95/12 95/12
97/16 101/7 110/24 114/6
114/22 117/5 117/14 117/16
121/18 121/18 123/15

themself [1]  78/14

themselves [2]  44/3 44/5

then [29]  6/20 11/5 16/19
17/3 18/5 24/18 26/9 36/15
36/19 43/1 43/2 45/24 58/4
61/1 61/4 61/9 61/11 61/15
62/6 62/14 65/1 73/9 80/2
80/8 80/8 80/9 119/10 120/2
127/11

there [107]  4/19 5/17 5/19
5/24 6/6 6/12 6/14 6/19 7/6
7/9 7/13 7/14 9/12 10/15
10/15 13/1 14/6 15/23 18/1
18/6 18/7 22/7 24/7 25/4
25/5 25/6 31/8 36/19 39/6
39/25 40/24 41/1 41/3 42/5
42/9 42/15 42/15 43/23
44/16 44/25 45/14 46/19

47/14 47/14 47/20 48/7 50/3
51/2 51/22 52/21 53/23
54/13 55/6 55/22 56/3 56/4
56/12 57/18 58/4 58/16 59/7
60/11 63/10 66/10 68/10
68/22 69/16 70/2 70/8 70/12
71/22 72/7 75/5 76/21 79/2
79/3 80/22 83/12 90/11 91/5
93/7 94/18 95/2 97/25 103/3
104/5 104/12 104/12 104/14
105/8 105/11 111/22 114/13
114/20 115/8 115/10 115/13
115/20 117/7 118/3 118/3
118/12 119/16 121/4 121/8
128/6 128/7

there's [33]  6/18 6/23 7/5
8/3 8/20 8/24 9/9 9/10 9/14
9/17 9/18 9/22 10/4 10/23
10/24 24/2 25/8 26/4 58/20
64/17 65/17 75/10 79/22
83/5 87/21 116/10 117/4
117/25 118/15 118/15
120/11 120/24 123/10

thereafter [1]  65/6

Thereupon [1]  128/23

these [22]  16/12 24/22 25/24
26/25 45/3 55/1 61/23 62/1
68/8 74/3 74/6 74/8 76/16
77/8 77/11 77/15 78/9 100/6
100/9 123/25 127/2 128/16

thesis [1]  82/18

they [82]  6/22 15/11 16/6
22/21 22/22 22/23 22/24
22/25 23/2 23/8 23/10 23/17
23/19 24/16 24/17 25/2 26/7
27/1 27/1 28/1 30/23 31/1
31/6 31/6 31/8 31/9 31/9
31/17 31/20 31/20 36/5 36/5
36/7 42/16 46/6 46/8 46/8
46/10 48/22 48/24 50/17
56/22 67/10 70/23 71/18
74/1 79/9 82/1 86/2 93/10
93/11 93/19 94/24 95/1
102/14 102/16 103/25 104/2
110/24 115/11 115/12 119/6
121/5 121/15 121/17 122/6
122/19 123/4 123/10 123/12

123/13 124/18 124/24
125/17 126/25 127/1 128/9
128/9 128/15 128/17 128/18
128/19

they're [9]  20/20 40/1 69/5
69/14 74/22 87/25 89/11
93/19 123/5

they've [8]  19/7 70/20 91/15
93/20 94/24 96/13 102/14
102/16

Thief [2]  24/11 28/11

thing [20]  15/24 16/2 16/11
16/13 17/18 17/20 17/25
24/10 55/11 66/24 68/18
68/19 68/21 69/11 72/23
73/24 74/2 92/13 112/16
117/5

things [14]  6/6 8/12 14/2
15/9 18/22 25/25 27/17 72/2
72/3 77/13 93/19 104/1
111/17 115/18

think [27]  6/8 13/2 15/14
16/4 30/24 31/12 38/9 61/6
64/9 64/23 70/14 74/1 76/19
79/19 79/25 80/18 83/7
86/24 94/18 96/23 103/2
107/16 110/16 111/17
112/18 113/6 117/3

third [6]  11/8 72/19 98/23
104/24 125/1 126/2

Thirty [1]  106/9

Thirty-nine [1]  106/9

this [205]

THOMAS [1]  2/6

those [33]  18/22 27/21 35/5
41/24 42/1 49/2 50/13 50/14
50/14 50/16 50/22 53/15
62/14 63/13 67/6 70/5 70/9
81/22 82/14 94/5 94/8 96/18
96/19 97/5 101/9 103/9
103/14 117/19 117/21
117/24 119/5 119/13 119/20

though [4]  83/20 89/6 121/4
123/20

thought [3]  11/8 25/12
123/12

thousand [1]  44/10

threat [8]  16/22 47/15 74/8
89/15 89/21 90/2 127/11
127/18
threaten [1]  16/8
threatened [8]  13/15 13/16
14/11 15/14 15/16 16/4
16/20 47/18
threats [7]  15/10 15/20
18/23 22/25 89/17 89/19
127/5
three [17]  5/6 8/7 8/7 26/4
57/5 57/13 62/23 74/14
86/20 114/2 114/5 114/10
114/15 116/1 121/2 121/22
123/7
through [35]  6/5 8/1 11/3
15/8 20/13 22/8 24/19 24/19
24/20 26/11 37/1 38/18 39/6
40/21 42/24 43/7 49/21
49/24 51/6 53/12 55/21
57/23 59/21 60/2 66/5 67/18
71/3 71/18 71/19 74/16
76/19 80/1 85/23 92/23
96/17
throughout [4]  11/7 37/24
47/3 56/25
THUNDER [37]  1/6 4/4 4/9
5/16 5/16 5/19 5/21 6/2 6/15
6/21 11/6 11/9 11/13 11/18
11/25 17/24 62/1 62/4 64/3
64/7 67/15 67/20 71/10
72/11 72/13 72/13 74/23
91/14 96/12 96/21 97/14
102/12 107/4 114/1 121/19
123/15 128/6
Thunder Studios [2]  97/14
123/15
Thunder Studios' [2]  72/13
96/12
Thunderstudios.com [1]
114/13
Thursday [2]  86/17 86/23
ticket [1]  32/23
ties [1]  94/21
till [1]  56/25

time [51]  8/9 8/11 12/20
12/20 12/23 12/24 16/17
20/17 29/9 30/2 33/17 33/19
39/15 40/6 46/12 47/6 47/7
47/19 49/4 49/19 51/15 56/4
56/19 58/16 59/12 62/25
62/25 63/22 63/23 65/2 67/3
70/17 79/11 80/15 81/24
82/6 88/12 88/25 89/11
95/23 97/20 101/11 106/5
110/12 113/6 114/12 114/16
114/19 118/25 121/12
122/22
time-barred [2]  114/16
114/19
timely [1]  116/14
times [8]  47/3 52/11 57/25
58/7 58/11 58/21 84/11
84/13
tired [1]  57/4
titan [1]  20/21
title [2]  125/20 129/6
to Mr. Taylor [1]  6/12
Tobin [3]  43/6 71/24 71/25
today [7]  12/20 12/25 63/1
66/7 80/20 112/17 113/10
together [4]  36/2 36/16
39/16 117/3
told [9]  16/25 22/11 27/25
66/23 78/11 88/12 88/25
91/20 95/10
toll [2]  18/21 19/7
ton [1]  40/21
TONY [81]  1/9 4/14 35/4
36/23 38/3 38/3 42/12 42/25
43/24 45/6 53/17 55/13
55/20 56/3 56/4 56/13 57/19
57/20 57/21 57/22 57/23
57/25 58/3 58/7 58/11 60/12
61/13 62/18 71/19 72/5 73/3
73/5 73/9 73/25 76/1 85/15
86/14 87/2 87/5 87/8 87/14
87/17 87/25 88/9 89/3 91/12
93/10 93/21 93/22 94/21
94/24 98/7 98/22 99/5
102/19 105/6 105/14 106/14
106/25 107/17 107/19

107/20 107/22 107/25
107/25 108/14 109/16
114/20 115/9 115/16 118/2
118/3 118/12 118/13 118/16
118/18 119/17 122/9 122/12
123/22 124/1
Tony Kazal [2]  88/9 119/17
Tony Kazal's [1]  124/1
Tony's [7]  67/21 73/7 76/5
77/22 78/10 86/9 96/14
too [8]  18/3 18/17 25/2 27/6
77/23 98/16 99/9 100/4
took [20]  18/22 26/12 30/9
64/12 67/12 68/5 70/15
92/19 92/21 94/1 98/4
103/14 108/9 110/8 117/8
117/9 117/17 118/8 118/22
119/14
top [3]  75/19 75/21 75/23
total [3]  51/1 86/6 99/14
totally [1]  50/17
Touma [1]  36/23
towards [3]  101/4 111/18
122/13
training [1]  30/12
transaction [2]  39/24 43/17
transcript [6]  4/25 6/5 12/10
95/13 129/7 129/9
transcripts [1]  95/12
transfer [1]  92/11
transferred [2]  92/17
106/25
transfers [1]  9/20
travel [1]  77/19
travels [2]  33/14 112/20
treated [1]  117/4
treatment [1]  78/8
trial [27]  1/16 4/6 7/2 7/6
7/10 7/11 7/12 7/15 7/15
7/22 7/25 8/1 8/7 8/19 8/21
9/14 10/14 11/7 11/20 11/20
11/21 12/7 19/16 34/22 47/4
63/1 108/6
trial's [2]  8/25 9/1
tried [2]  27/5 27/6
trip [6]  33/6 34/24 36/22
36/25 37/7 49/3

**T**

tripled [2]  100/16 100/18
trouble [4]  64/16 68/17 79/4
 105/19
true [6]  9/9 9/16 84/17 98/1
 127/18 129/6
trust [1]  98/18
trusted [1]  21/3
truth [1]  66/13
try [7]  8/12 28/24 39/8 45/4
 71/1 80/20 104/3
trying [5]  13/4 36/5 37/7
 79/18 101/23
turn [8]  36/15 74/24 84/20
 86/13 86/14 88/2 88/17
 124/13
TV [1]  5/16
tweet [3]  66/24 119/5 119/9
tweets [4]  118/25 119/2
 119/6 119/13
Twitter [3]  66/22 119/4
 119/7
two [27]  7/5 7/7 7/19 7/22
 7/23 8/21 9/10 9/11 31/1
 32/21 35/5 35/10 35/11 38/1
 43/22 46/24 50/1 51/14
 80/13 90/13 98/25 100/10
 104/14 105/3 105/18 122/4
 122/5
two-and-a-half [3]  46/24
 98/25 105/3
type [4]  28/8 30/9 36/21
 63/7
types [1]  55/1

**U**

U.S [6]  1/23 25/9 25/12
 125/10 125/24 129/15
UAE [21]  22/7 36/19 37/8
 37/11 38/19 39/9 49/3 55/19
 56/2 56/5 56/7 56/9 56/11
 57/6 81/21 81/23 81/25 82/1
 99/5 100/20 104/13
Unacceptable [1]  108/3
unbeknownst [1]  57/1
unbelievable [1]  78/13
Uncle [2]  24/3 24/3

under [18]  10/17 23/9 38/10
 38/12 39/23 48/2 82/1 96/17
 113/23 114/3 114/9 114/11
 115/24 116/8 117/24 119/20
 119/21 124/15
understand [12]  4/18 10/11
 18/16 19/8 41/18 44/25
 48/21 70/8 79/18 79/25
 118/24 124/6
understanding [28]  5/17
 5/18 6/4 12/14 30/19 38/11
 50/14 56/16 63/2 63/5 63/9
 63/23 68/22 69/3 70/11
 73/20 91/13 94/13 94/19
 95/20 103/8 110/10 110/21
 111/8 111/22 111/24 111/25
 112/4
understood [2]  19/1 126/14
undertook [1]  56/19
undischarged [2]  95/24 96/1
unequivocally [1]  121/24
unfounded [1]  77/14
UNITED [11]  1/1 31/2
 81/16 125/9 125/17 126/12
 126/17 126/20 127/17 129/6
 129/10
United States [4]  125/17
 126/12 126/17 126/20
unless [2]  10/4 46/19
unlike [1]  71/2
unprotected [1]  127/21
unsolicited [1]  46/8
until [12]  10/4 24/17 47/20
 68/11 78/18 88/10 88/23
 89/14 89/21 89/22 89/24
 113/9
untrue [3]  48/11 48/23
 77/14
untruthfullness [1]  10/17
unusual [1]  7/21
up [29]  6/10 7/1 7/19 14/25
 16/3 17/23 18/9 23/19 37/16
 38/15 39/6 40/4 49/19 53/6
 56/20 60/21 61/12 63/8
 67/22 72/20 72/24 76/21
 77/23 84/4 86/9 90/18 99/7
 102/23 108/1

updates [1]  123/23
upgrading [1]  27/25
upload [1]  60/24
uploading [2]  73/16 92/3
upon [3]  51/7 53/4 127/21
upset [3]  57/4 58/2 59/15
Urquidez, [1]  125/10
us [33]  4/25 8/12 27/1 35/19
 37/21 38/24 39/8 41/15
 41/16 41/17 41/19 41/20
 42/10 42/14 42/22 54/11
 54/19 55/23 56/17 56/21
 57/10 57/25 67/23 67/23
 77/7 89/9 89/10 91/14 91/16
 96/14 96/15 99/12 105/2
use [1]  70/21
used [3]  87/2 87/9 89/4
ushers [1]  16/23

**V**

Valeria [1]  24/21
valuable [2]  98/24 104/25
value [1]  41/12
valued [1]  47/1
van [5]  28/5 28/7 28/8 28/10
 28/12
vans [2]  70/10 101/6
various [1]  118/25
vehicle [4]  28/8 28/13 55/25
 56/23
veiled [2]  47/15 54/10
venting [1]  89/12
venture [12]  31/5 36/16
 37/12 37/14 38/10 38/22
 39/17 55/8 56/15 56/15
 56/22 100/22
verdict [14]  5/1 6/17 6/18
 6/24 7/7 7/13 7/19 7/23 9/13
 9/24 10/23 11/3 12/1 12/6
Verdugo [1]  125/10
Verdugo-Urquidez, 494 [1]
 125/10
verify [1]  111/6
version [2]  59/19 60/4
versus [6]  4/5 123/2 125/9
 126/5 127/8 127/17
very [55]  20/20 20/21 23/16

## V

very... [52]  26/22 28/19 28/22 28/25 29/5 38/13 40/15 43/4 43/4 45/14 47/9 49/1 49/1 49/1 49/18 49/21 51/23 52/10 52/10 52/10 53/11 53/11 53/19 55/15 57/4 57/4 58/2 59/7 59/21 62/12 65/13 66/5 66/5 73/24 77/23 78/5 78/5 78/5 78/6 78/6 89/5 89/11 90/9 90/23 97/9 99/20 101/21 105/10 105/11 107/24 110/15 123/15
vice [1]  5/16
victimized [1]  13/22
victims [1]  60/22
videos [1]  120/6
viewed [1]  114/11
viewers [1]  101/13
views [1]  29/7
violate [1]  125/24
violated [2]  90/21 90/22
violence [2]  127/20 127/24
visa [3]  55/21 58/1 58/9
visiting [2]  31/7 36/19
visitors [1]  66/8
voice [1]  87/22
voicing [1]  87/19
VOIR [2]  3/7 3/12
VOL [2]  3/7 3/12
vote [1]  44/25
voted [2]  42/25 57/25

## W

Wait [2]  16/10 125/19
waiting [2]  7/7 19/20
waived [3]  124/15 124/17 124/18
wake [1]  72/20
Wales [8]  23/8 40/19 47/4 49/22 71/22 82/16 83/2 83/19
walk [2]  15/8 53/20
Walkers [1]  47/9
walking [1]  22/10
want [19]  9/2 14/6 23/2 25/11 33/25 51/8 55/13 55/14 55/16 64/15 69/6 69/7 79/23 83/12 88/15 93/23 113/19 126/3
wanted [7]  35/19 37/8 37/9 41/13 55/15 70/25 72/19
wants [7]  5/2 12/25 15/22 15/25 17/18 80/4 116/13
wary [3]  27/16 28/21 28/25
was [381]
wasn't [17]  5/18 12/17 40/4 40/6 40/25 41/16 62/3 82/4 87/12 92/3 93/1 94/21 97/16 103/12 108/23 112/23 128/15
waste [7]  39/7 39/9 40/16 40/20 40/21 46/11 46/14
water [1]  74/12
way [14]  13/1 24/7 24/20 26/24 42/22 55/13 62/23 65/21 65/22 77/5 115/10 117/5 117/8 121/9
we [107]  4/19 4/24 7/2 8/8 8/9 8/10 8/10 8/11 9/24 12/11 13/1 16/11 19/16 20/12 20/18 33/20 36/9 37/20 38/3 38/16 38/17 39/3 39/6 39/8 39/16 39/17 40/2 40/16 40/16 41/10 41/13 41/14 41/15 42/1 42/14 46/9 46/13 46/20 47/18 52/10 53/19 54/8 54/9 54/13 54/20 55/4 56/20 57/18 58/4 58/5 58/17 58/17 58/18 61/10 64/15 67/18 67/19 67/19 68/1 68/1 68/12 70/14 71/24 72/2 76/22 77/19 77/19 78/12 78/16 78/23 80/3 80/7 80/10 81/3 83/16 83/20 84/14 86/22 87/19 89/8 93/3 99/4 99/4 99/4 99/20 100/4 100/15 100/18 101/10 102/19 106/5 107/9 107/11 107/13 108/12 114/9 116/2 116/5 116/9 116/17 118/7 118/16 120/3 120/6 120/16 122/9 122/15
we'd [2]  75/2 75/10
we'll [8]  19/19 33/22 38/24 75/5 80/6 90/25 123/24 128/20
we're [22]  6/15 7/6 9/13 12/16 17/14 17/15 19/11 39/18 40/9 41/17 52/24 52/24 56/1 60/22 63/1 64/16 68/1 77/18 79/7 79/21 79/25 89/12
we've [13]  7/24 10/3 13/2 13/3 47/3 61/23 71/20 72/15 73/18 74/18 76/17 109/12 120/7
wealthy [1]  40/8
website [86]  14/16 60/2 60/8 60/13 60/18 60/19 60/25 62/14 62/22 63/11 63/14 64/14 65/3 65/7 65/18 65/22 65/24 66/8 66/10 66/18 67/22 68/11 73/16 73/17 73/22 74/22 75/11 79/9 84/2 84/4 84/14 84/16 84/17 85/1 85/4 85/7 85/21 86/6 86/9 87/18 87/23 89/7 90/11 91/18 92/1 92/4 92/7 92/9 92/11 92/12 92/16 92/19 94/18 96/11 96/16 96/22 96/24 96/25 97/7 102/2 102/5 103/24 104/7 109/19 109/24 110/8 111/2 111/7 111/12 111/19 114/12 115/3 115/4 115/5 115/6 115/17 116/4 121/19 122/1 122/7 122/7 122/10 122/13 122/15 122/20 122/23
websites [10]  68/8 68/22 70/6 76/17 77/11 78/9 91/15 92/21 96/19 104/8
week [4]  35/2 50/13 57/18 69/16
weekend [1]  19/15
weeks [2]  30/3 30/3
well [39]  5/8 9/13 10/9 12/24 12/24 19/14 20/20 20/21 25/2 25/6 32/3 32/3 46/3 48/23 50/22 54/5 54/15 55/2

# W

well... [21]  55/19 57/19
59/21 61/5 68/10 72/8 72/14
73/5 79/7 84/8 84/9 94/19
98/16 99/9 102/17 102/19
115/19 116/6 116/18 121/2
127/5
well-known [1]  20/20
Wells [1]  96/12
went [8]  8/12 16/12 18/1
24/5 25/24 46/13 59/8 77/11
were [137]
weren't [3]  71/4 71/5 128/9
West [1]  1/24
WESTERN [1]  1/3
what [135]
what's [24]  9/8 13/6 16/13
16/15 20/19 21/14 24/19
27/15 43/2 50/13 50/20
52/16 57/9 59/18 63/8 66/25
76/5 76/6 76/20 76/21 79/13
106/13 108/23 124/12
whatever [8]  13/2 58/4
70/22 73/16 111/3 112/8
112/12 119/4
whatsoever [4]  67/8 67/9
115/22 118/18
when [43]  4/22 6/22 9/6
12/23 23/10 28/24 30/4 31/9
31/22 32/19 35/23 39/15
43/1 44/6 48/20 51/9 52/8
53/15 54/4 57/3 57/23 59/11
61/6 62/8 63/6 63/7 63/13
63/15 70/14 70/15 75/6
77/11 77/17 78/4 80/4 80/7
93/19 94/17 99/7 101/9
110/21 116/3 128/8
When's [1]  30/2
where [41]  5/1 10/3 14/14
16/10 20/9 22/7 24/22 27/14
27/14 31/12 34/20 36/22
37/8 41/4 42/12 42/25 43/8
45/11 45/16 46/10 48/4
52/24 68/11 69/13 71/11
71/22 83/4 95/16 96/13
100/25 101/2 112/20 112/21

115/12 123/4 125/10 126/7
126/19 126/22 127/18 127/19
whereabouts [1]  31/9
whether [8]  6/19 44/16
101/13 104/5 107/22 108/14
122/11 123/11
which [46]  9/11 14/23 15/6
17/4 18/14 18/15 23/7 31/9
37/18 37/22 38/1 38/3 39/22
43/13 48/1 48/10 56/22
62/13 62/22 65/1 67/23
70/14 83/4 86/16 86/20 88/3
88/5 88/8 91/8 91/24 105/24
105/25 113/10 114/10
114/19 116/13 117/13
117/17 118/4 118/5 119/13
121/2 121/6 123/21 126/4
126/6
while [3]  48/6 95/11 96/24
whilst [3]  23/9 56/20 98/24
who [44]  8/14 12/15 12/17
12/19 13/19 13/21 19/20
21/7 32/23 36/25 37/21
39/18 40/1 40/5 47/16 48/24
49/4 49/23 56/21 59/5 59/14
61/10 67/12 67/17 67/18
68/4 75/11 80/8 84/25 85/3
85/6 85/9 85/13 85/20 95/4
96/16 106/16 107/12 107/13
116/13 123/19 123/25
125/12 128/16
who's [9]  17/22 26/1 40/7
56/6 58/23 64/11 75/25 80/2
115/15
whoever [1]  73/24
whoever's [1]  91/18
whole [3]  23/17 55/11 99/20
whom [1]  67/15
whose [1]  120/7
why [19]  10/21 22/21 22/23
24/3 78/16 78/23 79/9 79/10
81/4 85/17 85/24 87/12 93/2
97/13 107/19 108/4 111/8
112/17 124/16
widespread [1]  24/14
WIENER [14]  2/3 2/3 4/9
13/6 17/13 19/17 31/23

33/15 80/12 80/22 81/9
109/6 120/21 123/1
wife [8]  53/4 62/15 70/2
70/3 76/19 78/10 78/10
128/17
will [37]  4/22 13/8 13/15
14/19 14/22 15/5 33/17 34/1
35/20 38/17 38/22 39/16
39/17 39/20 39/21 42/16
53/20 54/23 56/23 59/17
60/2 69/11 69/12 71/12
75/13 83/15 88/23 89/22
89/22 89/23 99/7 99/25
100/11 106/9 113/10 124/2
126/3
Williamette [1]  127/8
Willoughby [1]  36/24
Wills [1]  67/18
Wilshire [1]  2/7
wish [5]  6/11 10/19 33/18
51/7 80/22
wishes [1]  12/14
withdrawn [1]  103/3
within [4]  36/20 108/13
121/2 126/12
without [5]  42/11 44/4 54/7
55/20 55/22
witness [32]  3/7 3/12 12/9
12/17 12/19 14/10 15/14
19/5 19/18 19/23 23/2 23/6
23/10 25/13 25/20 30/8
31/12 31/15 31/17 33/11
33/15 33/25 34/6 42/21
47/16 50/21 51/15 67/17
80/2 81/5 86/21 124/4
witness's [1]  48/16
wits' [1]  26/23
woke [1]  14/25
won [1]  41/10
won't [5]  27/1 27/1 27/1
89/21 118/5
wonderful [1]  19/15
Woodward [3]  80/3 80/8
124/4
word [2]  107/13 110/18
words [11]  28/11 70/5 76/13
77/12 109/20 109/21 110/16

## W

**words...** [4] 110/20 122/2 128/15 128/19
**work** [10] 16/12 16/16 17/22 32/6 38/19 40/7 43/25 49/1 72/4 123/14
**worked** [4] 32/14 32/16 46/6 48/25
**working** [8] 26/9 32/4 39/18 43/5 43/6 98/19 98/20 106/16
**works** [4] 18/13 120/25 122/22 123/4
**world** [7] 23/20 26/25 36/8 37/5 55/16 69/10 69/11
**worldwide** [1] 77/18
**worry** [1] 15/11
**worse** [1] 51/7
**worth** [3] 38/25 40/2 44/10
**would** [69] 8/10 9/13 9/17 10/9 10/13 16/1 18/12 18/16 19/6 21/16 27/5 27/8 27/24 27/25 28/1 28/4 30/5 38/20 38/21 39/8 46/18 51/20 56/22 59/1 60/24 61/16 61/17 62/1 62/6 62/9 63/24 67/10 68/13 72/17 73/9 74/24 79/12 80/3 83/12 86/11 87/12 87/21 88/14 94/9 94/18 103/10 104/15 106/5 107/3 107/17 111/16 112/2 112/7 112/9 113/22 114/9 116/5 116/17 117/24 118/17 119/3 121/8 121/18 122/3 125/3 126/19 127/19 127/20 127/23
**wouldn't** [11] 18/4 51/7 62/10 66/10 69/6 69/7 73/14 92/5 111/5 112/21 128/19
**wrapped** [2] 26/11 28/10
**write** [4] 60/1 61/15 61/20 61/22
**writing** [5] 58/7 60/20 60/23 87/19 109/12
**written** [7] 43/9 54/18 58/19 59/7 59/11 109/23 118/15
**wrong** [10] 49/20 68/18 68/19 72/23 73/24 73/24 89/9 93/20 107/24 125/21
**wrongdoing** [2] 50/3 82/24
**wronged** [1] 50/2
**wrote** [7] 43/12 57/25 60/23 62/13 62/21 87/8 107/25
**www.kazalfamilystory.com** [1] 101/14
**www.lisamariecsr.com** [1] 1/25

## Y

**yeah** [13] 5/6 12/12 14/4 18/18 35/20 56/5 61/3 64/24 67/4 69/19 75/22 76/7 76/11
**year** [16] 7/16 7/17 7/20 35/10 35/23 47/20 47/22 48/21 52/6 52/7 60/8 68/11 71/21 78/11 83/3 117/13
**year-plus** [1] 117/13
**years** [20] 16/18 27/9 30/17 30/21 31/1 46/24 48/25 50/1 65/21 66/8 70/20 71/8 81/13 97/24 98/25 105/3 114/10 114/15 116/16 121/2
**years'** [1] 35/11
**yelling** [2] 128/10 128/12
**yes** [120] 4/21 6/20 6/23 20/18 21/2 21/10 22/3 22/3 22/20 23/4 23/24 24/25 25/4 25/23 25/23 26/20 27/17 27/20 28/4 28/4 28/6 28/17 29/24 30/7 30/22 30/25 31/3 31/14 31/16 31/25 32/22 33/1 33/12 34/1 35/3 35/8 35/10 36/3 42/4 42/21 45/14 46/23 48/14 51/12 61/6 61/22 62/3 62/5 63/12 63/22 64/15 64/23 65/5 65/18 65/20 67/3 68/6 72/9 73/5 73/6 73/8 73/12 74/14 74/15 74/20 75/18 75/22 75/24 76/5 76/24 77/14 81/17 81/21 82/9 82/13 83/15 84/3 84/5 84/17 84/21 86/4 86/12 87/16 87/24 88/7 88/20
**wrong** 88/22 89/5 89/12 90/17 91/1 91/4 91/10 91/16 91/21 92/9 93/10 94/9 97/18 97/25 98/2 98/9 99/17 100/15 100/15 102/19 103/8 104/2 104/4 104/18 109/14 109/21 109/22 109/25 110/11 110/24 112/12 113/21 116/21
**yet** [6] 6/24 7/6 7/11 7/13 8/20 116/22
**you** [497]
**you'd** [6] 61/1 61/1 61/20 61/20 63/6 82/7
**you'll** [3] 89/13 90/8 108/1
**you're** [36] 6/10 9/2 9/21 11/2 12/22 18/3 25/16 30/15 31/23 32/3 40/2 52/8 52/14 52/22 52/23 52/23 54/23 69/20 70/3 78/4 78/7 79/12 82/14 83/20 86/8 90/24 91/5 92/6 96/10 97/8 101/25 110/12 110/15 125/23 126/22 127/25
**you've** [20] 9/4 15/9 32/16 33/22 35/2 41/19 44/1 44/1 44/2 51/3 51/5 52/16 53/6 53/6 67/17 71/7 90/7 90/7 104/10 117/22
**young** [2] 35/10 35/19
**youngest** [1] 23/25
**your** [162]
**Your Honor** [39] 4/11 4/21 4/25 5/2 8/15 9/9 10/9 12/13 12/25 19/1 21/19 22/13 33/16 33/20 34/7 43/18 44/12 45/19 48/15 50/7 50/19 53/24 75/2 75/5 80/4 83/22 105/24 106/6 110/2 113/2 113/21 115/14 115/20 119/15 120/1 120/22 120/25 124/13 126/1
**Your Honor's** [1] 126/3
**yours** [1] 72/21
**yourself** [8] 32/25 52/5 52/15 52/18 52/21 52/21 53/1 103/9