1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3        WESTERN DIVISION

4     THE HON. JUDGE ANDRÉ BIROTTE JR., JUDGE PRESIDING

5

6   THUNDER STUDIOS, INC.;              )
    RODRIC DAVID,                       )
7                                       )
                     PlaintiffS,        )
8                                       )
          vs.                           ) NO. 17-CV-00871-AB
9                                       )
    CHARIF KAZAL; TONY KAZAL;           )
10   ADAM KAZAL; AND DOES 1 to 100,      )
    INCLUSIVE,                          )
11                                       )
                     Defendants.        )
12   _____)

13

14

15

16              JURY TRIAL - DAY 1

17            (1:20 p.m. to 4:50 p.m.)

18             Los Angeles, California

19           Tuesday, December 4, 2018

20

21

22

23         LISA M. GONZALEZ, CSR No. 5920, CCRR
               U.S. District Courthouse
24          350 West 1st Street - Suite 4455
              Los Angeles, California 90012
25                  213.894.2979
                 www.lisamariecsr.com

```
 1   APPEARANCES:


 2


 3   FOR THE PLAINTIFF:    LAW OFFICES OF SETH W. WIENER
                           BY:   SETH W. WIENER, ESQ.
 4                         609 Karina Court
                           San Ramon, California  94582
 5                         (925) 487-5607

 6                         SYVERSON, LESOWITZ AND GEBELIN LLP
                           BY:   STEVEN THOMAS GEBELIN, ESQ.
 7                         8383 Wilshire Boulevard Suite 520
                           Beverly Hills, CA 90211
 8                         (310) 341-3072


 9
     FOR THE DEFENDANT:    THE TAYLOR LAW FIRM
10                         BY:   BENJAMIN TAYLOR, ESQ.
                                 DIANE D. BANI-ESRAILI
11                         1880 Century Park East
                           Suite 714
12                         Los Angeles, California  90067
                           (310) 201-7600
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3   PROCEEDINGS:

4   Opening Statements

5    Plaintiffs                                    Page 12
     Defendants                                    Page 21
6

7

8   PLAINTIFFS'                                        VOIR
    WITNESS              DIRECT CROSS REDIRECT RECROSS DIRE VOL
9
    Rodric David             34    107
10

11

12

13

14

15                    Index of Exhibits

16   Exhibits                               Received

17   25           terms of use                 55

18   4            Records                       56

19   3            Document                      57

20   33           Terms of Service             58

21   23, 24       Certificates                 60

22   31           Copyrights                    60

23   32           Screenshots                  71

24   7            Videoclip                     79

25   2            Placard                       82

1

2                    I N D E X (Continued)

3

4                    Index of Exhibits

5   Exhibits                              Received

6   9          E-mail                      84

7   11         Tweet                       89

8   12         E-mail                      91

9   18         Court Order                 94

10  16         3 Photos                    97

11  30         Court Order                 100

12  35         Court Order                 102

13  36         Contempt Order              104

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            Los Angeles, California; Tuesday, December 4, 2018;

 2                            1:20 p.m.

 3                             -o0o-

 4            THE COURT:  So I understand there's an issue

 5   before opening.

 6            What is the issue?

 7            MR. WIENER:  The issue is that --

 8            I apologize.  I thought --

 9            THE COURT:  Not a good sign when the client tells

10   you what to do, but that's another story.

11            MR. WIENER:  And I apologize, Your Honor.

12            The issue is that the defendants have put together

13   approximately a 15-page PowerPoint presentation that was not

14   disclosed to plaintiffs until today, and it includes a

15   number of illustrations that are not part of any evidence

16   where -- just stock photos from a website; nor was the

17   content disclosed in any manner prior to today.

18            THE COURT:  Okay.  Can I see -- let me see this

19   exhibit or this demonstrative, and let's try to drill down

20   as to what are the objectionable pieces to it.

21            All right.  So, Mr. Wiener, can you tell me, first

22   off, or tell me what slides do you have the significant

23   objections to?

24            MR. WIENER:  Your Honor, the statement about what

25   is the case about.  I suppose the defendants are allowed to
```

1  advance the statement about what the case is about but

2  certainly putting it under a magnifying glass, a picture of

3  reputation is -- you know, it's simply not evidence in the

4  case.

5         There is a timeline that certainly is one entry,

6  and it just serves to promote confusion.  It is incomplete.

7         On the next -- two pages over, there's a picture

8  of Kazalfamilystory.com, and it shows a link to a WordPress

9  website.  There's no testimony or evidence as to how the

10  website was created.

11         So the reference to WordPress is misleading.  The

12  graphic is problematic.

13         On the next page says pictures of iphones.

14  There's no testimony or evidence whether iphones were

15  actually used for creating any of the harassing e-mails or

16  texts.

17         On the next page, it's literally an inflammatory

18  photograph of a match lighting other matches with heads on

19  them.  I don't know if it's meant to suggest violence or the

20  incendiary nature of the alleged statements but, again, it's

21  just a misleading graphic.

22         Then, there's a page that lists protestors hired

23  by Adam Kazal in October 2016.  Again, that's incomplete.

24  There was certainly harassment activities also ongoing

25  before that date and into November 2016.  There will be

 1    testimony in evidence that they did continue through that

 2    date.

 3          On the next page, there's what purports to be

 4    Rodric David walking towards protestors waving -- spelled

 5    incorrectly, w-a-i-v-i-n-g -- and applauding, giving them a

 6    thumbs up.  The picture simply doesn't reflect its content

 7    accurately.  Mr. David can testify as to -- there is a video

 8    depicting that event.

 9          THE COURT:  And is that video coming in during the

10    trial?

11          MR. WIENER:  It is one of the exhibits and can be

12    introduced by the plaintiffs or defendants if they elect.

13          THE COURT:  Okay.

14          MR. WIENER:  Finally, on the final page, police

15    are called out and take no action.  They did generate police

16    reports.  I don't know if the graphic is an actual police --

17    I don't believe it is.  I believe again it's a stock photo

18    of a police car.  There is no evidence that this was the

19    actual -- the specific police vehicle had any involvement in

20    it.

21          THE COURT:  All right.  Look, as I said earlier,

22    opening statements, closing arguments are not evidence, so

23    that as a backdrop.

24          Reputation -- I don't see that as particularly

25    prejudicial.

1           Arguably, the one -- the slide with WordPress --

2   I'm not sure if WordPress is an issue here, so I'm not sure

3   what the prejudice would be.

4           The Kazalfamilytruth -- I think there's some

5   problems with that graphic.  I'm not sure what the purpose

6   of that graphic is, but I see your point with respect to

7   that.

8           The walking towards the protestors -- I'm not sure

9   if the video is going to be shown or not, but clearly this

10  screenshot doesn't depict what is stated earlier -- what is

11  stated above.  So that seems to be problematic.

12          And having an LAPD police vehicle come out -- I'm

13  sorry, a picture of an LAPD car, I don't think that is

14  overly prejudicial.

15          Having said all that, I guess I'll turn to

16  Mr. Taylor to inquire:  Why wasn't this shared with the

17  defense before the trial?

18          MR. TAYLOR:  The PowerPoint was only recently

19  created, Your Honor.  As Your Honor knows preparing for

20  trial, decisions are made, strategy changes, and we decided

21  sort of at the last minute to create the PowerPoint.

22          THE COURT:  Let me probe further, then.

23          When was the Powerpoint created?

24          MR. TAYLOR:  I mean, I finished it last night so I

25  know when it was finished.  When did we start on it?  I

1   can't say for sure.  It's certainly in the last weak.

2            THE COURT:  When did you give this to the

3   plaintiff?

4            MR. TAYLOR:  I gave it to them this morning

5   because it was only finished last night.

6            THE COURT:  It seems a little bit problematic,

7   I'll tell you, Mr. Taylor, because I know you inquired

8   specifically of the Court's preference with regard to

9   sharing the Powerpoint.  And I don't know if it fits within

10  the spirit of the Court's intention when you share it

11  because you completed it the night before trial -- when

12  certainly there was an intention to use a PowerPoint -- and

13  the plaintiff for the first time sees the PowerPoint on the

14  day of trial.  So I'm not wild about it at all.

15           So let me ask more specifically, what's your

16  intent -- what's the purpose of these graphics?  The most

17  specific one is Kazalfamilytruth with matches that appear to

18  be the shapes of heads.

19           MR. TAYLOR:  We can certainly take out the

20  graphic, Your Honor.

21           THE COURT:  Let's do that, please.

22           WordPress and the Kazalfamilystory.  Is that just

23  having a computer image and that's just --

24           MR. TAYLOR:  It's a stock image of a computer.  We

25  can take it out.

```
1              THE COURT:  All right.  Let's take that out.

2              And what about this screenshot, if you will, of

3    Rodric David?

4              Are you intending on playing a video during the

5    opening?

6              MR. TAYLOR:  Yes, it's a 20-second clip or so of a

7    video that was produced in discovery.

8              THE COURT:  And does the video -- well, is this

9    video going to be introduced into evidence?

10             MR. TAYLOR:  It will be, yes.

11             THE COURT:  Through what witness?

12             MR. TAYLOR:  Through Mr. Woodward who produced it.

13             THE COURT:  Okay.  So you intend on playing this

14   video during the opening?

15             MR. TAYLOR:  This 20-second clip of it, yeah.  It

16   looks like a screenshot because, obviously, it's a PDF that

17   you're looking at, a printout, but it's a very brief video.

18             THE COURT:  And then how long -- you said what you

19   intend to play in opening is 20 seconds?

20             MR. TAYLOR:  Yes.  The clip that's reflected on

21   this slide is 20 seconds, or 30, at the most.

22             THE COURT:  What do you intend to introduce into

23   evidence?  How long is that video?

24             MR. TAYLOR:  That video -- the clip that this

25   video's taken from is about, I think, it's a minute -- it's
```

1    not a long video.  A minute.

2            THE COURT:  I just want to make sure that we're

3    not playing 30 seconds of a ten-minute video that we're

4    going to have to suffer through with this trial?

5            MR. TAYLOR:  No.  It's a very short video.

6            THE COURT:  And, then, the police car, on the last

7    slide, is that just a stock LAPD photo that you found on the

8    Internet, or is it the actual vehicle that showed up on the

9    scene?

10            MR. TAYLOR:  No, it's a stock photo.  We can take

11    it out if it's a problem, but that's what LAPD cars look

12    like.

13            THE COURT:  Some do, right.

14            MR. TAYLOR:  Some are SUVs, I guess.

15            THE COURT:  Right.  Right.  No, I worked there for

16    a number of years so I have a sense of what -- their fleet.

17    Let's take that out in the abundance of caution.

18            Look, over plaintiffs' objection, I'm going to

19    allow the PowerPoint to be introduced with the edits that

20    I've requested, but let's try to avoid any further surprises

21    in this trial, Mr. Taylor, please.

22            MR. TAYLOR:  Understood, Your Honor.  Thank you.

23            THE COURT:  Let's please bring in the jury and

24    begin with our opening statements.

25            (Pause in proceedings.)

```
 1              (Jury in.)
 2              THE COURT:  All right.  Ladies and gentlemen,
 3   welcome back.
 4              As promised, we are going to begin now with
 5   opening statement.
 6              Counsel, do you wish to make an opening statement
 7   at this time?
 8              MR. WIENER:  Yes, Your Honor.
 9              THE COURT:  All right.  You may proceed.
10
11                   OPENING STATEMENTS
12              MR. WIENER:  Good afternoon, Your Honor, jurors.
13   My name is Seth Wiener.  My co-counsel, Steve Gebelin, and I
14   will be trying this case for plaintiffs Thunder Studios,
15   Inc., and its chief executive officer, Rodric David, who is
16   sitting right there.
17              This lawsuit brought by the plaintiffs to recover
18   damages caused by the defendants, who are Charif Kazal,
19   Tony Kazal and Adam Kazal, by reason of infringement of
20   Thunder Studios' copyrighted photographs and stalking and
21   harassing Mr. David and his family.
22              Mr. David is an Australian-born businessman and
23   entrepreneur.  He previously owned a business venture based
24   in the United Arab Emirates with the Kazals.
25              Currently Mr. David is the president and chief
```

1    executive officer of Thunder Studios, which is a film

2    production studio, an integrative multi-media company based

3    in Long Beach, California.

4           Charif Kazal, Adam Kazal, and Tony Kazal who I'll

5    often refer to them by their first names, not out of

6    disrespect but just to avoid confusion between them, are

7    members of the Kazal family, which includes five more Kazal

8    brothers.  They are a family of Lebanese-born Australians.

9    They are featured in numerous articles in Australia that

10   report about their shady business dealings, ties to

11   Government corruption, extortion, harassment, false criminal

12   complaints, forgery, criminal contempt of court and willful

13   disregard for the law.

14          MR. TAYLOR:  Your Honor, I have to object to this

15   argument.  Mischaracterizes --

16          THE COURT:  Overruled.

17          You may proceed.

18          MR. WIENER:  These articles, which will be

19   introduced by both sides, also link the Kazals to Hezbollah,

20   which is a terror organization, and the Libyan regime of

21   Muammar al-Qaddafi.

22          Before bringing -- discussing the events that

23   bring us here today, I'll provide you some very brief

24   background about the parties' dealings.

25          In 2007, Mr. David was approached by Charif Kazal

1   and other members of the Kazal family about starting a

2   business in the United Arab Emirates for a housing complex.

3   They eventually entered into a deal where he and the Kazals

4   would co-own a company called Emergent Capital which was

5   going to be incorporated in the Cayman Islands.

6          Mr. David then moved from his homeland, Sydney,

7   Australia, to the United Arab Emirates to oversee this

8   company, Emergent Capital, and its investment in various

9   business projects.

10         Mr. David invested several million dollars in this

11   business venture and the Kazals didn't put any money into

12   Emergent Capital.  Instead what the Kazals did is they

13   loaned $600,000 to a company called Global Renewables

14   Limited which was a waste recycling business that had been

15   purchased by Emergent Capital.

16         Through 2009, the Kazals were still refusing to

17   put any money into Emergent Capital and Charif Kazal was

18   demanding that Mr. David pay him several million dollars to

19   make everything go away.  Mr. David refused to pay off

20   Charif Kazal and instead sought to protect his investment

21   against the Kazals' ongoing refusal to pay their share into

22   the business.

23         In retaliation, in 2010, Charif Kazal made a

24   criminal complaint against Mr. David in the United Arab

25   Emirates falsely alleging that Mr. David had embezzled

1   $939,000 from Emergent Capital, a company that Mr. David had

2   alone funded.

3           So essentially it was being claimed that Mr. David

4   embezzled money from his own company.  Eventually the United

5   Emirates court ruled that none of these criminal allegations

6   against Mr. David were true.

7           In making this conclusion, the United Arab

8   Emirates court found that Charif Kazal cannot be accepted as

9   a reliable or truthful witness.

10          Around the same time that these criminal charges

11  were being brought by Charif Kazal against Mr. David,

12  Tony Kazal also lodged an immigration complaint with the

13  United Arab Emirates immigration officials claiming that

14  Mr. David had absconded from his employment and was in

15  violation of a work visa.  In fact, there was no such

16  violation by Mr. David.  He had been in constant contact

17  with the Kazals and the complaint stemmed from his refusal

18  to hand over his visa to them.

19          The Kazals then moved forward with a plan against

20  Mr. David to end their joint venture in the Emergent Capital

21  business and take all the assets for themselves.  This

22  resulted in litigation in the Cayman Islands which did

23  eventually result in dissolution of Global Renewables and

24  the distribution of its assets.

25          Shortly after the Cayman Islands proceeding,

1    Mr. David also became involved in an Australia, New South

2    Wales, Independent Commission Against Corruption

3    investigation that was being conducted against Charif Kazal.

4    Mr. David did not initiate that proceeding, but it resulted

5    in findings that Mr. Charif Kazal had engaged in corruption

6    and committed perjury.

7            During that investigation, the Kazals used

8    intimidation, harassment techniques against Mr. David, his

9    family, his associates.  We'll present evidence that it

10   became necessary for Mr. David's elderly father to obtain a

11   violence restraining order against Adam Kazal, one of the

12   defendants in the case.  The harassment never ceased.

13           In order to get away from it, Mr. David moved his

14   family here to California and kept a low profile hoping to

15   avoid further harassment.  Unfortunately, it didn't work,

16   and that's what brings us here today.

17           The first claim that is being presented is for

18   copyright infringement, and I'll ask my co-counsel,

19   Mr. Gebelin to show you -- it will be introduced as

20   evidence, an exemplar of the copyright infringement that was

21   taking place.

22           Over an 18-month period, the Kazals sent daily

23   e-mails to Mr. David and his staff at Thunder Studios with

24   the used photographs of Mr. David and imposed -- these were

25   photographs straight from Thunder Studios' website and

1    imposed derogatory statements.  For example, this one is

2    "The Corporate Thief."  And this was sent in an effort to

3    harass Mr. David and embarrass him in front of his

4    professional colleagues.

5              In publishing these photographs, the Kazals

6    obviously never obtained authorization or consent from

7    Thunder Studios to use the photographs, and they ignored

8    numerous take-down requests that were lawfully made by the

9    plaintiff, Thunder Studios, to remove these photos.

10             Rather than take them down, what the Kazals did

11   is -- their website that was hosting these,

12   Kazalfamilystory.com, was originally hosted on GoDaddy.com.

13   When GoDaddy refused to host the website anymore due to the

14   copyright infringement, the Kazals then moved the website to

15   a different hosting called Orange website that's based in

16   Iceland and which states that it doesn't comply with

17   United States copyright law.

18             At least 13 photographs of Thunder Studios were

19   infringed in this matter, and Thunder Studios is seeking

20   damages of $150,000 for each of the intentional infringed

21   photographs.

22             The defendants may claim that the infringement was

23   not intentional, but in doing so they disregard the fact

24   that the takedown notices were specifically sent to them

25   regarding the photographs and they willfully chose not to

1    comply with them.  Instead, sought to evade the law by

2    transferring the hosting of the website.

3              MR. TAYLOR:  Object to argument, Your Honor.

4              THE COURT:  Overruled.

5              MR. WIENER:  The e-mails which I've shown you also

6    form part of the basis for the stalking claim that's being

7    brought by Mr. David against the Kazals.  It's important to

8    remember that this wasn't just a couple of e-mails.  This

9    was -- the e-mail that has been shown to you is labeled:

10   "E-mail 163."  That means that's 163 e-mails from

11   Charif Kazal alone.

12             Tony Kazal was also sending a number of e-mails,

13   and Adam Kazal was also publishing links to the website

14   where these e-mails were posted.

15             The e-mails contained a number of horrible

16   statements about Mr. David.  They accused him of having

17   committed despicable crimes and made desperate lies and

18   malicious threats.

19             Concurrently, part way into this e-mail campaign,

20   the Kazals decided to escalate their stalking.

21             In Sydney, Australia, where Mr. David originally

22   resided, though he now lived in California at that point,

23   the defendants began what they called a poster and pole

24   campaign where they placed 15,000 posters on the streets of

25   Sydney and deposited 30,000 flyers in mailboxes in the

1   community where Mr. David's family resided.  They accused

2   him of being a criminal.  They also drove vans through the

3   neighborhood doing the same thing.

4          Mr. David obtained a restraining order from the

5   federal court of Australia prohibiting these activities.

6   Charif Kazal was found in civil contempt of court.

7   Defendant Adam Kazal, also violated the restraining order,

8   was sentenced to 33 months in prison.

9          The judge had mentioned earlier about street

10  justice.  This was a case where the defendants had contempt

11  for the law and decided to take the law into their own

12  hands.

13         While this was going on in Australia, the

14  defendants decided to take the fight to Mr. David here in

15  California.  They drove vans through his neighborhood and

16  his children's school.  And I'll ask my co-counsel to show

17  you a brief video of the vans.  It's about one minute in

18  length.

19         (Video displayed.)

20         MR. WIENER:  And the reference you see,

21  www.kazalfamilystory.com, is the website that was hosted and

22  owned by the defendants.  These activities continued for

23  about three weeks.  In October and November, there was a

24  restraining order from the federal court of Australia and

25  that didn't put an immediate end to it, but the activities

1    did stop about a week after the restraining order issued.

2              Prior to stopping these activities, Adam Kazal

3    sent threats to Rodric David telling him his team was going

4    to expose Rodric wherever he goes, and that he would

5    continue these extortionate activities unless he was paid

6    the amount of $666,666.66.  We'll present the e-mail where

7    that threat was made.

8              As you can all imagine, being the father of

9    children, Mr. David was both concerned for his own safety

10   given the clear escalation of the activities and the fact

11   that the defendants had located where he lived and didn't

12   have any remorse about stalking him.  He was concerned and

13   he and his wife will testify about the adverse effects both

14   on their health and, more importantly, in their minds, their

15   children's well being.

16             Based on this evidence which will be presented,

17   more evidence, we're confident the jury will find in favor

18   of Mr. David both on the -- in favor of Thunder Studios on

19   the copyright infringement claim and Mr. David on the

20   stalking claim.  The undisputed evidence will show that the

21   defendants placed Mr. David and his family under

22   surveillance with the intent of harassing them and caused

23   them to reasonably fear for their safety, and they

24   reasonably believed there's a credible threat to their

25   safety.

1        What augmented this threat and will become readily

2   apparent is that the defendants would not cease this contact

3   even when ordered to do so by the police department and by

4   courts.  They simply had no willingness to comply with the

5   law.

6        It's imperative that the jury send a message to

7   the defendants that their illegal conduct won't be tolerated

8   and award damages to Mr. David and Thunder Studios to

9   compensate them for the harm they suffered and also to

10  hopefully deter the Kazals from repeating similar conduct in

11  the future.  Thank you.

12        THE COURT:  All right.  Thank you, Counsel.

13        Mr. Taylor, do you wish to make an opening

14  statement at this time?

15        MR. TAYLOR:  Yes, I do, Your Honor.

16        THE COURT:  All right.  You may proceed.

17        MR. TAYLOR:  Thank you.

18        Does it appear?

19        THE COURT:  It does appear.

20        MR. TAYLOR:  Very good.

21        Thank you, Your Honor.  Thank you, ladies and

22  gentlemen.  I want to briefly introduce myself and explain

23  to you what this case is about from the defendants'

24  perspective.

25        My name is Benjamin Taylor, and I, along with my

1    associate, Diane, are the attorneys for the defendants in

2    this case Charif Kazal, Adam Kazal and Tony Kazal.

3    Mr. Charif Kazal is here present in court with us, and he's

4    flown in from Sydney, Australia, to be here with us today.

5            Now, as you've probably discerned from the opening

6    statement by my colleague, this case involves a relationship

7    that goes back between these parties for over a decade.

8    This case, this lawsuit which is only about copyright

9    infringement as you've heard and about alleged stalking here

10   in California is actually a small piece in a much larger

11   dispute between these parties that goes back at least eight

12   years in terms of litigation, lawsuits between them, and has

13   actually spanned the globe, from the Cayman Islands where

14   the lawsuit about the ownership of Emergent Capital which

15   you heard about from my colleague a amount ago took place to

16   lawsuits in Australia, including two which are still

17   pending, to this lawsuit here in the United States.

18           So what is this case about from our perspective?

19   This case is about -- and you'll hear a lot of evidence

20   about this.  It's about the Kazals' efforts to reclaim their

21   names and their reputations, and I'll tell you more what I

22   mean by that in a moment.

23           Now, as you've heard -- and you'll hear the name

24   Emergent Capital throughout.  About ten years ago, after

25   being introduced, the Kazals, Charif and Tony on the one

1    hand, and Mr. David on the other hand, through entities they

2    owned formed a new joint venture called Emergent Capital.

3    The purpose of which was to explore and develop business

4    opportunities in the United Arab Emirates.

5            Things were going well; development was happening.

6    Mr. David, as you heard, contributed a certain amount of

7    capital, Mr. Kazal and his company contributed a loan of

8    personal guaranties and worked their contacts in the Middle

9    East and things were happening to bring these projects to

10   fruition.  When, as the Kazals later learned in 2009,

11   Mr. David began implementing his plan to remove the Kazals

12   entirely not only from the leadership of the company on the

13   board of directors, but also as shareholders and owners of

14   the company as well.

15           In early 2010, there were two board of directors

16   meetings called of Emergent Capital, and you'll hear about

17   this from Mr. Kazal as well, which neither he nor his

18   brother Tony could attend, given the short notice.  And

19   Mr. David, in those meetings, and an ally of his on the

20   board of directors, voted to first dilute the ownership of

21   the Kazals' company in Emergent Capital down from 50 percent

22   to less than 1 percent, and then subsequently to oust Charif

23   and Tony altogether from the board of directors.

24           Well, needless to say, the Kazals were not happy

25   about this development.  And very shortly thereafter, in mid

1   2010, filed a lawsuit in the Cayman Islands to undo what had

2   been done.

3        Around that same time, in mid 2010, in the context

4   of correspondence back and forth between his lawyer and

5   Mr. David's lawyer, Mr. Kazal learned in a letter from the

6   lawyer for Mr. David that there was some pending

7   governmental inquiry into him into alleged corruption.  This

8   was news to him.  He didn't know anything about it, and it

9   certainly didn't make sense because he's not a government

10  official and the whole purpose of this independent

11  commission in the state they live in Australia, New South

12  Wales, is to investigate corruption by public officials.

13        Well, as the inquiry became public in 2011,

14  Mr. David was the star witness during that inquiry.  And

15  although it took six years after the inspector of ICAC --

16  we'll use that acronym throughout the -- Independent

17  Commission Against Corruption -- eventually concluded in

18  2017, in a lengthy public report, Mr. Kazal,

19  Mr. Charif Kazal, was cleared of any wrongdoing.  And,

20  importantly, he was never charged with any crime by the

21  public prosecutor in New South Wales precisely because he

22  had done nothing wrong.

23        Now, around the same time, as he learned of this

24  pending inquiry from Mr. David's lawyer, he didn't have any

25  understanding of how Mr. David's lawyer would know about it

1   before his own lawyer would know about it, but a series of

2   news article began to appear in the Sydney Morning Herald,

3   starting in 2010, a very large widely circulated paper in

4   Australia, containing a lot of negative things about

5   Mr. Kazal; containing photographs that the paper had somehow

6   obtained.  In short, a series of articles which cast him in

7   a very negative light.  And not only him but members of his

8   family as well.

9           Well, as he later learned, Mr. David, shortly

10  after removing the Kazals from their joint company and

11  removing them as directors of the company, he gets sued for

12  what he did and starts feeding information to the media,

13  negative information about the Kazals.

14          Now, understandably, Mr. Kazal was very frustrated

15  by this governmental inquiry and all the negative publicity

16  that came along with it and, of course, by these negative

17  stories that were appearing in the Herald; but I think he

18  would tell you -- he'd probably be the first to admit that

19  he's not the most technologically savvy person on the

20  planet, and he also doesn't have access to reporters who

21  will publish stories that he tells them.  So he was feeling

22  frustrated by the lack of ability to get his side of the

23  story out.  People were calling him, people were asking

24  what's going on, and he didn't -- he didn't have a great way

25  to get his story out to the public in a meaningful way.

1          And in conversations with a friend of his named

2     Joe Dabab -- that's a name that you'll hear probably

3     throughout the testimony in this case -- the idea was borne

4     to create a website, the website that eventually became

5     Kazalfamilystory.com, whereby Mr. Kazal could get his side

6     of the story out in the public.  So that when people asked

7     him what was going on when he heard misinformation being

8     shared about him, he could direct people to the website so

9     they could at least see something else besides the

10    maliciously false articles that were appearing about him

11    online and that people were finding when they Googled his

12    name.

13         And so in 2013, the domain Kazalfamilystory.com

14    was registered by Mr. Dabab.  Mr. Dabab is an I.T.

15    professional, and he works in computers.  And he offered, as

16    a friend, to help Mr. Kazal get his story out there.  It was

17    a very simple blog-style website which Mr. Kazal would not

18    have had any idea of how to create, but Mr. Dabab offered to

19    do as a favor to a friend of his.

20         And we'll see some images from the website, but

21    what the website consisted of primarily was e-mails from

22    Mr. Kazal to the journalist at the Herald who was publishing

23    these articles and significantly to Mr. David, with a cc to

24    other employees, to his coworkers and employees at

25    Thunder Studios.

1    Now, the way the website worked was that Mr. Dabab

2    actually created the site, registered the domain, renewed

3    the domain, created the layout and decided what photos would

4    appear on the site. And Mr. Kazal, for his part, being

5    primarily concerned about the content, the words that

6    appeared on the site reached the public, was the one who was

7    authoring what eventually appeared on the site. His

8    concern, of course, was not the way the site looked, but

9    what was written on the site. That was what Mr. Kazal was

10   interested in and what he contributed to the website.

11   Now, in 2013 and 2014, as the website was being

12   created by Mr. Dabab, Charif did what a lot of people do

13   when they want to find a picture of someone. He Googled --

14   Google-image searched Rodric David and actually he found

15   many, many photos online. He sent a few links to Mr. Dabab

16   by e-mail in 2013, links to these photographs that were

17   contained on different websites online.

18   Now, Mr. Kazal will testify, and we'll see as well

19   among the documents that we look at as evidence that these

20   photographs did not contain any indication that they were

21   copyrighted. And being a lay person, Mr. Kazal assumed,

22   like I think many people do, that images that are available

23   through public searches, through Google that are available

24   in the public domain are available to be used, to be viewed

25   and to be sent around.

1          Now, Mr. Kazal, for his part was not involved in

2    the ultimate decision about whether to include any certain

3    photograph, where any certain photograph would go, what the

4    the website ultimately looked like and what it contained in

5    terms of the visual display.  Again, that wasn't important

6    to him.  What was important were the words that appeared on

7    the page.  One thing he does know from visiting the site

8    throughout is that the photographs remain largely unchanged.

9    And from 2015 and prior, the photographs were posted to the

10   site by Mr. Dabab and remained there until the site was

11   eventually closed down in 2017.

12          Now, my colleague has repeatedly lumped the

13   defendants together:  Defendants did this, defendants did

14   that, but as you'll hear throughout the testimony in this

15   case, each of the defendants against whom the claims for

16   relief sought in this lawsuit are alleged did different

17   things, one from the other.

18          Mr. Charif Kazal will acknowledge that he, along

19   with Mr. Dabab, was the one who was behind the website but

20   Charif and Tony, his brothers, had absolutely nothing to do

21   with the website whatsoever.  Tony did author certain

22   e-mails that Charif had Mr. Dabab post to the site, but

23   Mr. Tony Kazal and Mr. Adam Kazal had absolutely nothing to

24   do with the creation, maintenance, oversight, development or

25   creation of the site in any way -- in any way whatsoever.

1            Now, in around early 2016, a series of websites

2     appeared online, rather out of the blue from the Kazals'

3     perspective, five websites bearing their names.  Websites

4     bearing names like Kazalfamilytruth.com, Charifkazal.com,

5     Adamkazal.com, Tonykazal.com and Karlkazal.com.

6            Well, naturally when a series of websites appear

7     in your name containing content about your family,

8     especially false and defamatory content, you wonder who's

9     putting up that stuff, who's posting websites about me,

10    who's using my name without my permission.

11           So after a little bit of investigation, they found

12    that the websites were all created and registered by one

13    Matthew Price.  Matthew Price at the time was none other

14    than the chief technology officer of the plaintiff in this

15    lawsuit, Thunder Studios.

16           As the Kazals later learned, not only was

17    Mr. Price creating and developing these websites, but his

18    colleague at Thunder Studio, Paul Kolesa who was and remains

19    the director of content security at Thunder Studios, as well

20    as Thunder Studios then social media manager Michael Hatch,

21    were also involved in the sites and assisted in their

22    development.

23           These websites were very simple.  They contained

24    photographs of the Kazals.  Photographs upon which many of

25    their faces were imposed with words like:  "Criminal,"

1    "Briber," "Forger," "terrorist Supporter."

2         And here's one such image which we'll see during

3    testimony in this case.  A picture of Tony Kazal, which

4    Mr. Price posted on the Kazalfamilytruth website with the

5    words "Support Hezbollah" above his head.

6         Now, as you can imagine, the public association of

7    your family name with such a reviled internationally known

8    terror organization like Hezbollah creates a lot of fear and

9    anxiety for the Kazals and a lot of angst for their own

10   well-being and their own security, not to mention the

11   defamatory nature of such an allegation.

12        Now, around the same time period starting in 2015,

13   Tony and Charif, as you heard from Mr. Wiener, sent a series

14   of e-mails to Mr. David and certain Thunder Studios

15   employees.

16        Now, the goal of these e-mails in the first

17   instance was to get Mr. David to acknowledge the wrongdoing

18   he had done and to rectify that wrongdoing.  What gave rise

19   to it was the Kazals learned in 2015 that the company that

20   you heard about a moment ago, Global Renewables, which they

21   had an ownership interest in and from which they were ousted

22   of any control when the ownership changes happened in

23   Emergent Capital, later sold -- half of it sold for some

24   $80 million.  Then they realized the scope of the wrongdoing

25   and the value from which they had been deprived by what had

1    happened several years earlier.

2            So they started this e-mail campaign in the hopes

3    of convincing Mr. David to acknowledge what he had done and

4    to alert those who work with him as to who they were dealing

5    with.

6            At the same time, Mr. Kazal's goal was to get

7    Thunder Studios to take down the Kazalfamilytruth website.

8            Now, you'll hear from Mr. David himself that he

9    had his I.T. department block these e-mails, install a

10   firewall to prevent his employees from receiving these

11   e-mails from the Kazals, but he allowed himself to continue

12   to receive those e-mails, although he'll testify that he

13   only read about 20 to 30 percent of them.

14           Now, in late 2016, Adam Kazal -- again, you'll

15   hear testimony that he acted entirely on his own -- who had

16   nothing to do with the dispute between Charif and Tony on

17   the one hand and Mr. David -- hired a group of protestors

18   through a private investigator in Australia who interacted

19   with a private investigator here, who you'll also hear from,

20   to have a group of protestors, some of whom you saw in the

21   videoclip that Mr. Gebelin played, to appear in Mr. David's

22   neighborhood and to appear at Thunder Studios.  The goal

23   being again to take down the Kazalfamilytruth website and

24   Adamkazal.com, both of which contained those negative and

25   defamatory statements that I referenced a moment ago.

1        Now, Mr. David, you'll see video and hear from

2   him, himself interacted with the protestors not only near

3   his home but near Thunder Studios.  He walked towards the

4   protestors when he saw -- when he saw them appear outside

5   the studio for the first time, waving, applauding, giving a

6   thumbs up.  He even sent an employee who you saw on that

7   videoclip as well to take pictures right in among the

8   protestors.

9        Now, Mr. David will testify that he didn't have

10  any fear for his safety when he saw the protestors in his

11  neighborhood because they seemed like Hispanic laborers who

12  didn't have any idea what they were doing, let alone

13  understand English.  Here's a brief video clip of Mr. David

14  arriving the day of the protestors, the first day at Thunder

15  Studios.

16        (Video displayed.)

17        MR. TAYLOR:  You'll hear testimony that the police

18  were called to the area of the house and to the studio and

19  in both instances, the LAPD at the house and the sheriff's

20  department at the studio, they confirmed that the protests

21  were lawful, they made no arrest, they did not disperse the

22  protestors, they didn't confiscate any of their signs.

23        The LAPD, in its own internal notes of the

24  incident, noted that there was no crime that had taken

25  place.  In short, they allowed the protest to continue.

1   They allowed the vans that you saw in the video to continue

2   to circulate and they simply told the Davids to steer clear

3   and stay away.  And that's what they did.

4              At the end of the day, ladies and gentlemen, after

5   you've heard from the witnesses, the parties, after you've

6   seen the videoclips that you're going to see and documents

7   that we'll share with you, we're going to ask you to find

8   that there's no liability at all on the part of the Kazals

9   for copyright infringement, there's no liability at all for

10  stalking.

11             I'm sure Mr. David didn't like having protestors

12  appear in his neighborhood, he didn't like having protestors

13  standing outside the gate of his studio, but that's not

14  unlawful stalking, ladies and gentlemen.  And we'll ask you

15  to find in favor of the defense on both claims.

16             Thank you for your attention, and thank you for

17  your time.

18             THE COURT:  All right.  Thank you, Mr. Taylor.

19             Mr. Wiener, do you want to call your first

20  witness, please.

21             MR. WIENER:  I do.  And I will call Mr. David as

22  my first witness.

23             THE COURT:  All right.  Mr. David, please step

24  forward and be sworn.

25  ///

```
 1              RODRIC DAVID, PLAINTIFFS' WITNESS, SWORN

 2              THE CLERK:  Please state and spell your name for

 3   the record.

 4              THE WITNESS:  I'm sorry.  State and --

 5              THE CLERK:  Spell.

 6              THE WITNESS:  Rodric, R-o-d-r-i-c, David,

 7   D-a-v-i-d.

 8              THE COURT:  All right.  Counsel, you may proceed.

 9

10                      DIRECT EXAMINATION

11   BY MR. WIENER:

12   Q    Good afternoon, Mr. David.

13              Could you tell me where you were born?

14   A    Sydney, Australia.

15   Q    And how long did you reside in Sydney, Australia, for?

16   A    Seventeen-and-a-half odd years.

17   Q    Where do you currently reside?

18   A    Here in Los Angeles.

19   Q    And who resides with you at your home in Los Angeles?

20   A    My wife and my son and daughter.

21   Q    What is your wife's name?

22   A    Elizabeth.

23   Q    And I understand you don't want to disclose the names

24   of your children; is that --

25   A    My preference, yes.
```

1  Q    You have a son and daughter -- they're both minors; is

2  that correct?

3  A    I'm sorry?

4  Q    You have a minor son and a minor daughter?

5  A    My daughter is now 12; my son 15.

6  Q    Right.  What was the name of your father?

7  A    John David.

8  Q    And did John David reside in Australia?

9  A    Born and raised, yes, and lived there.  Educated here

10  in Davis, California.

11  Q    And you're currently the chief executive officer and

12  president of Thunder Studios?

13  A    I am.

14  Q    Can you briefly tell me what Thunder Studios is?

15  A    Thunder Studios is a production services and business,

16  movie studio in Long Beach, California.  We manufacture and

17  provide services to some of the most iconic commercials,

18  music videos that you would see on a day-to-day basis.  We

19  do about a thousand production days a year.  We manufacture

20  a large volume of digital media content and very much

21  specific at the moment to video games and e-sports, and we

22  have our own e-sports arena where we produce content about

23  four or five days a week.

24  Q    How did you first come to know the Kazals?

25  A    I met the Kazals through my father mid early 2006, I

1  believe, sometime around there.

2  Q    Did they approach you with the idea of developing a

3  housing complex in the United Arab Emirates?

4  A    They did.

5  Q    What was the business plan behind that if you can

6  briefly describe it?

7  A    The Kazals had a relationship with a group that owned

8  and built a labor camp for 40,000 blue-collar workers in the

9  UAE.  That group was in need of some western-style

10  management that could ensure that the facility was run in

11  accordance with the regulations of housing of foreign

12  workers in lands such as the UAE

13  Q    And did you eventually enter into an agreement with the

14  Kazals to form a company called Emergent Capital?

15  A    Yes.  In about early 2008, I entered into an agreement

16  with three brothers, Karl, Tony, and Charif, hence their

17  company named KTC, to enter into a joint venture.  That

18  joint venture was to be headquartered in the UAE.  It was a

19  private equity group that would make investments in the UAE

20  and elsewhere, take advantage of the tax structure of the

21  UAE, but because of corporate regulations in the UAE, the

22  incorporation had to occur actually in the Cayman Islands.

23  So the UAE was really the domicile of where we located

24  ourselves and represented in the onshore joint venture that

25  we had for this labor camp.

1  Q    And did you move to the United Arab Emirates to oversee

2  this?

3  A    Once the joint venture agreement was signed with the

4  local partner, I moved my family and children to the city of

5  Abu Dhabi in the UAE.  I want to say that was about mid

6  2008, maybe April, May.

7  Q    And did you fund Emergent Capital?

8  A    I did.  Emergent Capital was ultimately incorporated in

9  late 2008, I want to say about September.  I have a nature

10  of being a very trusting person.  Unfortunately, that can be

11  taken advantage of by unscrupulous people.  That's what's

12  occurred here.  On a promise of co-funding, I allowed them

13  to have their equity upfront in the company rather than have

14  it more structured that they got their equity once they put

15  their funding in.

16  Q    Was one of the businesses under Emergent Capital a

17  waste management named Global Renewables Limited?

18  A    There -- I don't want to make this too complicated.

19  The Cayman company was Emergent Capital, and it was

20  negotiating, I want to say, in early 2009 for the potential

21  to purchase a defunct waste business in Sydney, Australia,

22  called Global Renewables.  In order to facilitate that

23  purchase, we registered a subsidiary in the Cayman Islands

24  to Emergent Capital and that was called Global Renewables

25  Limited.

1              And ultimately once our offer to purchase the

2    Australian assets was accepted by the seller, we purchased

3    those from the Cayman Island company called Global

4    Renewables Limited, and the Australian subsidiaries all

5    share that name but have different -- obviously registered

6    in Australia.

7    Q    When did things begin to sour between you and the

8    Kazals?

9    A    I would say mid to late 2009, when I got fed up with

10   the constant drawl of inshallah, which is an Arabic word for

11   God willing.  I allowed them to lie to me for a long period

12   of time that the money was coming, and it never came.  And I

13   kept putting in my money, month in, month out, and the money

14   never came.

15             And, then, by late 2009, they started refuting

16   they even had any an obligation to put any money in, that

17   they didn't agree to any of the shareholder agreements, that

18   they didn't agree with anything.  They didn't agree with the

19   amounts of money that I loaned the company.  I knew the

20   writing was on the wall.

21   Q    Did you take any steps to protect the business against

22   the Kazals?

23   A    Not protect the business.  I took steps to protect my

24   investment.  What do you do when you have a significant loan

25   to a company, and there's only two shareholders in that

1  company and neither shareholder is agreeing to provide any

2  more money to the company, but the company needs money?

3       So what you do is you go to your shareholders and

4  say, "Put in some money, otherwise we can't survive

5  anymore."  I wasn't prepared to put any money in, unless I

6  had the equity that I was funding.  So we went through a

7  process to convert my debt to equity, and that alternately

8  was the dilution that occurred in the Cayman Islands that

9  clearly infuriated the Kazals.

10 Q   And did Charif, as a result, make a criminal complaint

11 against you in the United Arab Emirates?

12 A   He did.  He did that in May of 2010.  I suspect that

13 was done because he needed to create some tenets under

14 Cayman law to have a reason to make an ex parte application

15 to seize the assets of the company without me knowing about

16 it.

17 Q   What happened with that criminal complaint?

18 A   He made allegations that I had embezzled money from a

19 company that I was sole funder of, which is quite strange,

20 and a company in the Cayman Islands, but he made a complaint

21 in the UAE.  And let me tell you, it's scary to live in a

22 country like the UAE when someone makes an unfounded

23 complaint like that.

24       I was called out by the police and asked to come

25 to the police station for some questioning.  That went for

1   about half-an-hour.  The police told me they saw no merit in

2   the complaint.

3         And then they said there was also an absconding

4   complaint on my visa.  And so they actually held me in that

5   police station for two days, in the jail of the police

6   station, so that they could, in essence, deport me to the

7   neighboring emirate, which is Dubai, which was where my visa

8   was actually held.

9         And then I had to present my passport to the

10  immigration authorities while they investigated the

11  absconding complaint.  The absconding complaint was found

12  unfounded, and Tony Kazal, the guy who made the complaint,

13  was found -- fined for making an unlawful complaint.

14        In the criminal complaint made against me about

15  fraud, I flew back to the Cayman Island -- the UAE,

16  Abu Dhabi, at risk to my long-term detention, four times to

17  sit in an Arabic-language courtroom not knowing what was

18  going on, just defending my name.  And the allegations were

19  found baseless and unfounded.

20        The allegations were investigated by a panel put

21  together by the court of accounting experts.  Their finding

22  was that the general manager of the local subsidiary of our

23  joint venture was responsible for some sort of accounting

24  irregularities.

25        You will hear later on that that individual's name

1    is Andrew Kelly, and you'll hear later on that Andrew Kelly

2    has a prior relationship with Charif Kazal which predates my

3    knowledge of Charif Kazal.  And that ultimately the

4    Independent Commission Against Corruption in New South Wales

5    made findings of corruption against Charif Kazal and

6    Andrew Kelly that pre dates Andrew Kelly joining the UAE

7    business, which was Charif's appointment.

8    Q    You mentioned there is a lawsuit in the Cayman Islands.

9    Can you briefly tell the jury what that lawsuit was about

10   and its outcome.

11   A    Yeah.  So the original lawsuit was lodged, I think, in

12   around June of 2010.  Again, Charif Kazal and his brothers

13   made all sorts of unfounded allegations in support of

14   whatever they were trying to do in terms of stealing assets.

15          I should tell you that my passport was held by the

16   UAE immigration people for about 40 days, so I was unable to

17   travel.  Neither was my family.  The coordination with the

18   UAE complaint was also then in coordination with the

19   ex parte application in the Cayman Islands -- and that means

20   the application without the other party knowing about it --

21   to wind up the company and give them control of it.  So it

22   was necessary for me to -- that was done at the same time.

23          I got served while sitting in the reception area

24   of the main jail of Dubai when I was released to immigration

25   authorities.  The Cayman case -- I stepped down as the

1    director as of June, and then that case processed for about

2    80 months, give or take, which required the appointment of

3    Ernst and Young as the joint official liquidators of the

4    company.  The allegations were subsequently withdrawn.  The

5    parties agreed to liquidate the company and sell the assets.

6          And then the parties -- myself, Kazals, others who

7    had claims against the company for debts -- were asked by

8    the official liquidators to lodge what they call "proofs of

9    debts," make your claims with supporting evidence.  And at

10   the same time, because we still had this valuable asset in

11   Australia called Global Renewables -- you'll hear a lot

12   about it in this trial, I believe -- and so the Court

13   validated an order to allow me to accept offers to sell the

14   asset.

15         An offer was made by an Australian private equity

16   firm called Iron Bridge Capital.  That offer was distributed

17   to the shareholders, including the Kazals, and the Kazals

18   sought to make a counteroffer for that asset.  They

19   ultimately made an offer on the same terms of Iron Bridge

20   Capital.

21         I said earlier that the Kazals failed to put their

22   money in.  So the term impecuniosity will come up a few

23   times today at least.  They have no money.  They have no

24   assets.  So I didn't take with much validity an offer from

25   the Kazals that they could afford a commercial price of

1   about 25 million for the asset, and that's the net price.

2           I think the enterprise value at the time was about

3   65 million because it had about 30-odd million in

4   project-specific debt associated with the company.  So the

5   net return to the shareholders on the side was about

6   25 million.

7           The offer that the Kazals made came surprisingly

8   contingent with a letter of financial support by the Libyan

9   Investment Authority.  And that letter required due

10  diligence on the Kazals themselves.

11          So when I did a search at the time on the

12  signatory to the letter of offer, you would be -- you will

13  be surprised on what you hear in this trial, but the name of

14  the individual I believe is Surravanti (ph).  The Google

15  search at the time showed that he was wanted by the Hague

16  for crimes against humanity.  An extraordinary experience

17  over the last decade.

18  Q   One final piece of this puzzle, in 2011, you became

19  involved in what my colleague referred to as the ICAC

20  investigation; is that correct?

21  A    I was subpoenaed to give testimony and evidence to the

22  Independent Commission Against Corruption investigating

23  corruption between -- let me rephrase that.  I should give

24  you a bit more background.

25          The Independent Commission Against Corruption is a

1  New South Wales Government statutory body created to provide

2  oversight of corrupt practices between government,

3  government officials, businesses and persons.  It's not the

4  Department of Public Prosecution.  It's sort of a judicial

5  branch.  It's an independent one set up by the Parliament in

6  New South Wales.

7         So I was subpoenaed to provide testimony for that

8  because they were investigating irregularities in a

9  Government business called the Sydney Harbor Foreshore

10  Authority.  The Sydney Harbor Foreshore Authority is a

11  Government entity that controls a lot of Government-owned

12  real estate that goes to the public to tender leases

13  periodically.  The Kazals, you'll hear all about it,

14  control, through entities they have, a number of leases with

15  Government.

16         And as far as I can independently determine

17  through just doing a Google search, you'll see that both the

18  ICAC, the New South Wales Government and the Kazals have

19  been in a fairly long-term debate as to whether there is any

20  corruption with their leases dating back to at least 2009 as

21  far as I can tell.

22  Q    Did you, in any way, initiate the ICAC investigation?

23  A    No.

24  Q    What was the outcome of the ICAC investigation?

25  A    I can't tell you specifically.  I can tell you

1  specifically as it pertains to Charif Kazal and Andrew

2  Kelly, the individual that was running the UAE joint

3  venture.  They were both found guilty of corruption and

4  perjury is my understanding.

5  Q    What was the basis for the finding of corruption?

6  A    You'll have to read the report specifically, but I

7  believe it goes to corrupt practices in the tendering of

8  leases that didn't go out to public tender.

9          So Andrew Kelly, the individual we talked about

10 that supported Charif's allegations against me in the UAE

11 was a senior director of the Sydney Harbor Foreshore

12 Authority predating 2008, I believe.

13         For the record, I think there's a lot of

14 misunderstanding by the Kazals themselves --

15         THE COURT:  Counsel, you need to ask a question.

16         MR. TAYLOR:  I would move to strike that,

17 Your Honor.

18         THE COURT:  Stricken.

19 BY MR. WIENER:

20 Q    Is it sufficient to say that you believe that the ICAC

21 body in 2011 was adverse to Charif Kazal?

22 A    Most definitely.

23 Q    Do you know if ICAC has ever exonerated Charif Kazal

24 from the findings it made in 2011?

25 A    The findings still stands.  I heard in the opening

1  statement about the inspector general report.  There's been

2  subsequent reports that refute that one.  But if you go on

3  to the website today, the findings of the ICAC stand today.

4  Q    Did the Kazals take any actions against you after the

5  ICAC Commission finding in 2011, in the period shortly

6  thereafter?

7            THE REPORTER:  Excuse me.  Could I have your

8  question again.

9  BY MR. WIENER:

10  Q    Sure.  Did the Kazals, any of the Kazals, take any

11  action against you in the period around 2011, 2012, after

12  the ICAC Commission made its finding?

13  A    Yes.  I was -- in 2011, I got a frantic phone call from

14  my wife.  She was at the police station because she drove

15  straight there because she was being followed.  So I met her

16  there, and then we subsequently went together to our

17  children's elementary school to pick up the kids.  And that

18  car was parked at the front of our children's elementary

19  school.

20            I approached the car, I took out my phone at the

21  time to take a photo of the driver.  He made some vulgar

22  comments, stole my phone, revved the engine in the street,

23  forcing me to jump on to the bonnet and he went down the

24  street with me on his car for a hundred meters until I fell

25  off with the windshield wiper in my hand.  Yeah.

```
 1              That was an individual employed by Tony Kazal is

 2   my understanding.   My phone was stolen, and it's my

 3   understanding the Kazals have used documents and

 4   communications on that phone as part of their campaign

 5   against me.

 6   Q    Did Adam Kazal ever take any violent actions towards

 7   your father?

 8              MR. TAYLOR:   Objection, Your Honor.   Lacks

 9   foundation.

10              THE COURT:   What's the foundation, Counsel?

11              MR. WIENER:   I'm going to introduce Exhibit

12   Number 1 which is a Provisional Order, Ex Parte, Apprehended

13   Personal Violence Order that --

14              THE COURT:   Hold on one second.   Let me take a

15   look at this.

16              What does that have to do with this witness?

17              THE WITNESS:   My dad.

18              THE COURT:   Hold on, Counsel.

19              What does that have to do with this witness?

20              MR. WIENER:   The person seeking protection is

21   John David, Mr. David's father, and the order seeks --

22              THE COURT:   Is Mr. David going to testify?

23              MR. WIENER:   Unfortunately, Your Honor, Mr. -- the

24   elder Mr. David is deceased, so he'll not be testifying.

25              THE COURT:   So this witness knows about this how?
```

1          MR. WIENER:  Because he's one of the persons being

2    protected by the personal violence order which is issued

3    against Adam Kazal.

4          THE COURT:  All right.  You may proceed.

5    BY MR. WIENER:

6    Q    Mr. David, I would like you to turn to Exhibit 1 in the

7    exhibit binder in front of you.

8          MR. TAYLOR:  I'm sorry, Your Honor.  I would

9    object that the protected person is Mr. David Senior.

10          THE COURT:  Counsel, you need to approach and

11    please bring the exhibit with you, a copy of the exhibit,

12    please.

13          (Sidebar conference.)

14          THE COURT:  Mr. Wiener, do you want to join us?

15          MR. WIENER:  Yes.

16          THE COURT:  All right.  While I have you here at

17    sidebar, maybe you all do things differently, but I did not

18    anticipate this trial was going to be a witness going on for

19    hours and hours with a narrative.  I thought there was going

20    to be a question and answer.  If it continues, I'm going to

21    start to interpose my own objections for calling for

22    narrative, number 1.

23          Number two, this exhibit that you're talking about

24    is an exhibit that is a protection order for this witness,

25    or is it for his father?

1          MR. WIENER:  It was for his father.

2          THE COURT:  I thought you said earlier it was for

3    this witness.

4          How is this witness going to testify about a

5    protection order for his father?

6          MR. WIENER:  He can testify about his discussions

7    with the father.  The order also makes extensive

8    references --

9          THE COURT:  Lower your voice, please.

10         MR. WIENER:  -- to Rodric David.  That this

11   harassment stemmed from Rodric David having given evidence

12   in the ICAC public hearing.

13         THE COURT:  I guess, maybe I'm missing something

14   here.  How is that not hearsay, any conversations between

15   this witness and his father that's referenced in a document

16   in Australia?  Tell me, what am I missing here?

17         And, I guess, related to that if you could, how is

18   that relevant to the stalking claim here?

19         MR. WIENER:  It's part of the pattern and conduct.

20   In looking at whether there's harassment, you can look at

21   members of the family which include his father.

22         THE COURT:  All right.  So, then, help me then

23   understand.  Is there some exception to the hearsay rule

24   that somehow gets this document into evidence?

25         MR. WIENER:  It's an official -- the parties have

1    stipulated to the authenticity of the order.

2           MR. TAYLOR:  The stipulation was not without

3    reserving right to object.  It is hearsay.

4           THE COURT:  This is the issue that we talked about

5    this morning.  There's not a meeting of the minds apparently

6    on this.  It seems to me, Mr. Wiener, he can testify that my

7    father got an order of protection stemming from the

8    interaction with the Kazals, but going into all these

9    documents, I think that's a big problem.  I mean, this is

10   not an order that protects this witness.  I thought you said

11   earlier that it was, that's why I allowed the question to

12   continue.

13          This is an order that protects the father.  He may

14   know about it.  He can testify that he became aware of it,

15   and that his father got an order of protection from the

16   Kazals, but to introduce this document, I think, there's

17   some big problems because it contains a boat load of hearsay

18   of the contents contained therein.  And you all don't seem

19   to agree on whether or not this document should be

20   introduced for the truth of the matter.

21          MR. WIENER:  Your Honor, it actually does protect

22   John David, any person who has a domestic relationship.

23          THE COURT:  Were they living together at the time

24   of this?

25          MR. WIENER:  I don't believe so.  I'm not

```
 1    positive.

 2            THE COURT:  That's not a -- so, then, what's the

 3    evidence of the domestic relationship?

 4            MR. GEBELIN:  Your Honor --

 5            THE COURT:  Can you state your name for the

 6    record, please.

 7            Steven Gebelin, co-counsel for plaintiffs.

 8            The order also requires defendant not to engage in

 9    any other conduct that intimidates the protected person.

10            THE COURT:  Who's the protected person?

11            MR. GEBELIN:  The protected person is John David

12    Senior, the father.  Conduct that would intimidate

13    Mr. David -- intimidating family members would be conduct

14    that would intimidate Mr. David Senior, John David.

15            THE COURT:  I'm confused.

16            MR. GEBELIN:  Attempting to intimidate a family

17    member, such as Rodric David, the reason why this order says

18    John David was being intimidated would also fall within the

19    scope of this.

20            THE COURT:  Well, look, respectfully, I'm going to

21    disagree.  This witness can testify that his father got an

22    order, a protective order against the Kazals based on

23    conduct that the father had or based on conduct between him

24    and the Kazals, but this document is not going to come into

25    evidence.
```

```
 1              So that's the Court's ruling on this.

 2              All right.  Thank you.

 3              (Sidebar concluded.)

 4   BY MR. WIENER:

 5   Q    Mr. David, it's correct that your father, John David,

 6   obtained a provisional order ex parte against Adam Kazal in

 7   2013?

 8   A    It's my understanding that it's the New South Wales

 9   Police that took out the protective order for my family

10   against Adam Kazal.

11   Q    And was the order to protect your father or the entire

12   family?

13   A    The entire family.  I mean, up until this time, my

14   father was physically assaulted, verbally harassed by more

15   than one Kazal family member.  My uncle Peter, my brothers,

16   my sisters-in-laws with threats and intimidation.  I think

17   the -- some of the text messages and what-have-you received

18   by my brothers and father are here.

19   Q    All right.  Let's turn to the copyright infringement.

20              Is Thunder Studios the owner of certain

21   copyrighted photographs?

22   A    Yes, it is.

23   Q    And does it display those photographs on its websites?

24   A    I'm sorry?

25   Q    Does it display those photographs on its website,
```

1   Thunderstudios.com?

2   A     Yes, it does.

3   Q     What was the purpose of the photographs?

4   A     The -- we're a production facility and studio, right,

5   so we have to promote our work.  And so it's -- as a young

6   company trying to build our resume, we take photos of me as

7   the chief executive with individuals of renown, or some of

8   the signature commercials we do, like automotive and alike,

9   and use that to promote the quality of the content that's

10  made at our studio.

11  Q     I'd like you to turn to Exhibit 25 in the binder.

12  A     Yeah.

13  Q     Is this a true and correct copy of the terms of use on

14  Thunder Studios' website as they appeared in 2016?

15  A     I believe so.

16  Q     And does it, on the second page of the terms of use

17  under:  "No reproduction of materials," does it say that the

18  material on this site is protected under federal and state

19  copyright and trademark laws?

20  A     I believe so.

21  Q     What was the purpose of providing that notification?

22  A     To ensure that our ownership and copyright was

23  protected to the fullest extent we do, we can.

24  Q     Did the photographs on the website have commercial

25  value to Thunder Studios?

1    A    Most certainly from a reputational commercial value,

2    yes.

3    Q    Did you eventually -- when did you discover these

4    photographs were being published on Kazalfamilystory.com?

5    A    To the best of my recollection, it was late '16.

6    Q    And did somebody at Thunder Studios file what's called

7    a Digital Millenium Copyright Act complaint with the hosting

8    company for Kazalfamilystory.com?

9    A    We lodged a DMCA takedown request to GoDaddy.

10   Q    Who was the person who lodged that complaint?

11   A    I believe it was Mr. Kolesa.

12   Q    Who is Mr. Kolesa?

13   A    He's our security officer.

14   Q    I'd like you to turn to Exhibit 4 in the binder.

15        Are these records produced by GoDaddy?  Do they

16   reflect the communications that Mr. Kolesa had with GoDaddy

17   regarding the infringed photographs?

18   A    Yes.

19   Q    Do you know if the Kazals responded to this complaint

20   through their attorney?

21   A    Not to us as the complainant, but it shows here that he

22   responded to GoDaddy.

23   A    And how did the Kazals respond to the complaint?

24   A    It's my understanding that they didn't.  The DMCA

25   requires you to make a counterclaim and then go through the

1  normal lawful process of dispute on copyright infringement.

2  That's what the DMCA requires.  They didn't do that.  They

3  actually sought to change Internet service providers.  And

4  it's my understanding, they changed that to a provider on

5  the East Coast.

6           So Paul did another DMCA take-down notice, and

7  then off the back of that they then rechanged the ISP to an

8  ISP in Iceland which claims it doesn't -- anyone who uses

9  their services are protected from U.S. and European

10 copyright laws.

11 Q    I'd like you to turn to Exhibit 3 in the binder.

12          MR. WIENER:  Your Honor, I'd like to move

13 Exhibit 25 into evidence.

14          THE COURT:  Which exhibit?

15          MR. WIENER:  25.  The terms of use of

16 Thunderstudios.com

17          THE COURT:  All right.  Any objection?

18          MR. TAYLOR:  No objection, Your Honor.

19          THE COURT:  All right.  Twenty-five will be

20 admitted into evidence.

21          (Exhibit 25 received in evidence.)

22          MR. WIENER:  And I'd like to move Exhibit 4 into

23 evidence, Your Honor.

24          THE COURT:  Any objection?

25          MR. TAYLOR:  No objection, Your Honor.

```
 1              THE COURT:  All right.  Exhibit 4 will be
 2   admitted.
 3              (Exhibit 4 received in evidence.)
 4   BY MR. WIENER:
 5   Q    All right.  Mr. David, have you had a chance to review
 6   Exhibit Number 3?
 7   A    I have.
 8   Q    And does this reflect that the Kazalfamilystory.com
 9   website was transferred from GoDaddy.com to
10   Orangewebsite.com?
11              MR. TAYLOR:  Objection.  Lacks foundation.
12              THE COURT:  If he knows, he may answer.
13              THE WITNESS:  Yes.
14   BY MR. WIENER:
15   Q    Is Orangewebsite.com hosted by an Icelandic company, to
16   your knowledge?
17   A    I believe it is an Icelandic company.
18   Q    And looking at Exhibit 3, who does it list as the
19   registrant of the website?
20   A    The name is Jean Ghalo of Jeddah Beirut, Lebanon.
21   Q    Do you know any person by the name Jean Ghalo?
22   A    No.
23   Q    Do you know why the website was registered to someone
24   named Jean Ghalo?
25   A    I have no idea.
```

1  Q    Is it possible that the name Jean Ghalo was invented by

2  the Kazals?

3          MR. TAYLOR:  Calls for speculation, Your Honor.

4          THE COURT:  Sustained.

5          Next question.

6          MR. WIENER:  I'd like to move Exhibit 3 into

7  evidence, Your Honor.

8          THE COURT:  Any objection?

9          MR. TAYLOR:  No objection, Your Honor.

10         THE COURT:  All right.  Three will be admitted.

11         (Exhibit 3 received in evidence.)

12  BY MR. WIENER:

13  Q    I'd like you to turn to Exhibit 33, Mr. David.

14  A    Thirty-three.  I'm sorry?

15  Q    Correct.  Is this the terms of service for

16  Orangewebsite.com?

17  A    It is.

18  Q    And based on the date in the upper left-hand corner,

19  are these the terms of service that were on the website,

20  Orange Website on March 20th, 2017?

21  A    They were.

22  Q    Can you read the first sentence of section two of this

23  document?

24  A    (Reading)  Sites hosted by Orangewebsite.com service

25  are regulated only by Icelandic law.  Orangewebsite.com is

1    not in a position to investigate and validate or invalidate

2    the veracity of individual defamation claims which is why we

3    rely on the legal system and courts to determine whether or

4    not material is indeed considered defamatory.  In any case

5    in which an Icelandic court order indicates material is

6    defamatory, libelous or slanderous in nature, we will comply

7    and remove or disable access to the material in question.

8    Q    In December of 2016, did Thunder Studios register

9    copyrights for its photographs?

10   A    Yes.

11        MR. WIENER:  And, Your Honor, I'd like to move

12   Exhibit 33 into evidence.

13        THE COURT:  Any objection?

14        MR. TAYLOR:  No objection, Your Honor.

15        THE COURT:  All right.  Thirty-three will be

16   admitted.

17        (Exhibit 33 received in evidence.)

18   BY MR. WIENER:

19   Q    Mr. David, can you turn to Exhibit 23?

20   A    Yes.

21   Q    Is this a certificate of registration number

22   VA2-024-205, dated December 9th, 2016, registered with the

23   United States Copyright Office?

24   A    It is.

25   Q    And does it list 67 photos that were owned by Thunder

1    Studios and published for the first time between

2    February 19, 2016, to November 25th, 2016?

3    A     Yes.

4    Q     And are you prominently featured in many of these

5    photos?

6    A     Yes.

7    Q     And I'd like you to turn to the next exhibit, which is

8    Exhibit 24.

9            Is this a certificate of registration number

10   VA2-024-116 registered December 12th, 2016, with the

11   United States Copyright Office?

12   A     Yes.

13   Q     And does it list approximately 15 photos that were

14   first published between August 26th, 2015, and

15   December 13th, 2015?

16   A     It does.

17   Q     All right.

18            MR. WIENER:  Your Honor, I'd like to move both

19   Exhibits 24 and 25 into evidence.

20            THE COURT:  Any objection?  You mean 23 and 24?

21            MR. WIENER:  Twenty-three and 24.  Thank you for

22   the correction, Your Honor.

23            MR. TAYLOR:  No objection.

24            THE COURT:  All right.  Twenty-three and 24 will

25   be admitted.

```
 1              (Exhibit 23 and 24 received in evidence.)

 2   BY MR. WIENER:

 3   Q    And after these photographs were copyrighted, did they

 4   appear on the Kazalfamilystory.com website?

 5   A    Some of them did, yes.

 6   Q    I'd like you to turn to Exhibit 31.

 7              Are these true and correct copyrights of printouts

 8   from the Kazalfamilystory.com website?

 9   A    Yes.

10              MR. WIENER:  Your Honor, I'd like to move

11   Exhibit 31 into evidence.

12              THE COURT:  All right.  Any objection?

13              MR. TAYLOR:  No objection, Your Honor.

14              THE COURT:  Thirty-one will be admitted.

15              (Exhibit 31 received in evidence.)

16   BY MR. WIENER:

17   Q    Is this a printout from the Kazalfamilystory.com

18   website with photo of you?

19   A    Yes.

20   Q    It's dated March 2nd, 2017?

21   A    Yes.

22   Q    And it has below it what appears to be an e-mail

23   that -- well, first of all, the page is labeled:

24   "Rodric David Reminded the Kazal Family Refused his Family's

25   Witness Tampering Attempts - Day 163"?
```

1   A     That's correct.  That's what it says.

2   Q     What does the Day 163 refer, to your understanding?

3   A     It's the 163rd day in a row that I've received an

4   e-mail from this author.

5   Q     And who's the author of the e-mail?

6   A     Tony Kazal.

7   Q     How are you able to tell that?

8   A     He signed it at the bottom.

9   Q     And did he obtain your permission to use the

10  photograph?

11  A     No.

12  Q     And this is one of the copyrighted photographs?

13  A     Yes.

14  Q     And it was published after the date it was copyrighted?

15  A     Yes.

16  Q     Can you read the last paragraph of this e-mail?   It's

17  on the page Bates-stamped Plaintiffs' 1873.

18  A     (Reading)  I will not rest until -- excuse me.  I will

19  not rest until you repay what you stole, plus damages,

20  apologize publicly for the lies you told and serve time in

21  prison for the despicable crimes you committed against me

22  and my entire family.

23  Q     I'd like you to turn to the two pages over, which is

24  the document Plaintiffs' 1875, in the lower right-hand

25  corner.

1    A     Yes.

2    Q     Is this a picture of you?

3    A     It is.

4    Q     And that's another copyrighted photograph?

5    A     It is.

6    Q     Is this another e-mail from Tony Kazal?

7    A     Yes.

8    Q     I'd like you to turn to the third page of this e-mail

9    which is Bates-stamped Plaintiffs' 1877.

10   A     Yes.

11   Q     Could you read the sentence beginning at the bottom of

12   the page:  "The evidence of your crimes..."

13   A     (Reading)  The evidence of your crimes is outlined on

14   Charif's website www.kazalfamilystory.com which something

15   with you and highlights the many crimes committed by you and

16   your co-conspirators against Charif and I.

17   Q     Were there ever any finding that you committed any

18   crimes against Charif Kazal or Tony Kazal?

19   A     No.

20   Q     Were you ever found guilty by any court of stealing

21   from Charif and Tony Kazal?

22   A     No.

23   Q     Did you have Fairfax Media write malicious articles

24   about Charif and Tony Kazal?

25   A     No.

1   Q     What is Fairfax Media?

2   A     Fairfax Media is a very large publishing organization,

3   Australia's version of say the New York Times, a very

4   well-respected journalistic organization.

5   Q     Do you have any ownership, interest or control in

6   Fairfax Media?

7   A     No.

8   Q     Do you have any ability to influence what they publish?

9   A     No.

10  Q     Did you somehow cost the Kazal family in excess of

11  $3 billion over the past seven years?

12  A     No.

13  Q     Do you have any idea why the Kazals believe that you

14  cost them $3 billion?

15  A     You'd have to ask them.  I have no idea.

16  Q     I'd like you to turn to the document Bates-stamped

17  Plaintiffs' 1880.

18  A     Yes.

19  Q     Is this another copyrighted photograph?

20  A     It is.

21  Q     And this was published on March 6th, 2017?

22  A     Correct.

23  Q     The woman who's next to you whose face is grayed out,

24  do you know who that person is?

25  A     Yes.

1    Q    Who is that?

2    A    Chanel West Coast.  She's a famous singer.

3    Q    And when Thunder Studios published these photographs,

4    did it include the label:  "The Corporate Thief"?

5    A    No.

6    Q    Did you consent to the Kazals super imposing those

7    labels on the photographs?

8    A    No.

9    Q    I'd like you to turn to the document Bates-stamped

10   plaintiffs' 1885.

11   A    Yes.

12   Q    Is this another copyrighted photograph?

13   A    It is.

14   Q    Did you ever authorize the Kazals to publish it on

15   their website?

16   A    No.

17   Q    Did they ever request permission to do so?

18   A    No.

19   Q    And if you turn to page Bates-stamped Plaintiffs' 1887,

20   does this e-mail state that it's from Charif Kazal?

21   A    It does.

22   Q    Can you read the last paragraph.

23   A    (Reading)  I will not rest until you pay what you

24   stole, plus damages, apologize publicly for the lies you

25   told and serve time in prison for the despicable crimes you

1    committed against me and my entire family.

2    Q    Is that similar to the content that Tony Kazal

3    published?

4    A    Near identical, to me.

5    Q    I'd like you to turn to the document Bates-stamped

6    Plaintiffs' 1893.

7           Is this another copyrighted photograph of you?

8    A    It is.

9    Q    And did you consent to its publication on

10   Kazalfamilystory.com?

11   A    No.

12   Q    Looking at this e-mail, it's addressed to several

13   people.  As a cc, it lists Tony Kazal, and then it lists

14   about several other names at Thunder Studios.

15          Can you tell the jury who those people are?

16   A    They're all employees of Thunder Studios.

17   Q    Is one of the persons Matthew Price?

18   A    Yes.

19   Q    Did Thunder Studios make any efforts to block these

20   e-mails from getting into its employees' in-boxes?

21   A    We attempted to, yes.

22   Q    Was that effort successful?

23   A    In part, yes.

24   Q    Before it was implemented, did the employees receive

25   some of these e-mails?

1  A    Every employee has received many e-mails.  Firewalls

2  are only as good as your ability to know how they're being

3  attacked.   So they come in with a different protocol, you

4  pick it up, it goes through, then you have to replace it and

5  add a new component to the firewall.

6  Q    I'd like you to turn to the document Bates-stamped

7  Plaintiffs' 1897.

8          Is this another copyrighted photograph?

9  A    Yes.

10  Q    And it's published on Kazalfamilystory.com on

11  March 8th, 2017?

12  A    Yes.

13  Q    Besides -- did the original photograph include the

14  label:  "Catch Me If You Can"?

15  A    No.

16  Q    Did it include the sign:  "Rodric David, the Corporate

17  Thief"?

18  A    No.

19  Q    I'd like to turn to the document Bates-stamped

20  Plaintiffs' 1902.

21          Is this another copyrighted photograph of you that

22  was published on Kazalfamilystory.com on March 9th, 2017?

23  A    Yes.

24  Q    Is the content of this e-mail generally similar to the

25  other e-mails we've discussed?

```
 1   A    Yes.  It's all outrageous.

 2   Q    I'd like you to turn to the document Bates-stamped

 3   Plaintiffs' 1906.

 4        Is this another copyrighted photograph of you?

 5   A    It is.

 6   Q    And nobody at Thunder Studios ever consented to its

 7   publication on Kazalfamilystory.com?

 8   A    No.

 9   Q    I'd like you to turn to the document Bates-stamped

10   Plaintiffs' 1910.

11        There's another copyrighted photograph of you.

12   A    Yes.

13   Q    It's different than the other image we saw of the

14   orange sports car; correct?

15   A    Same car, different image.

16   Q    What kind of car is that?

17   A    McClaren.

18   Q    And the second to the last photograph I'll show you, if

19   you can turn to Plaintiffs' 1915?

20   A    Yes.

21   Q    Is this another copyrighted photograph of you?

22   A    It is.

23   Q    And it was published on Kazalfamilystory.com on

24   March 25, 2017?

25   A    Yes.
```

1   Q    And did Thunder Studios consent to this publication?

2   A    No, but it did cause great angst because that's

3   Whoopi Goldberg in the photo, and so her agents weren't

4   happy.

5   Q    Where does Whoopi Goldberg appear in the photograph?

6   A    To the left, behind --

7   Q    And one of the photographs that prompted the original

8   DMCA complaint that was before the copyrights were

9   registered was -- had a photo of Whoopi Goldberg too.

10          Were there multiple photos of Whoopi Goldberg?

11  A    Yes.

12  Q    And, to your knowledge, was this photograph first

13  published for the first time after the copyrights were

14  registered?

15  A    Yes.

16  Q    And the last photograph.  If you turn to the document

17  Bates-stamped Plaintiffs' 1919 --

18  A    Yes.

19  Q    -- is this another copyrighted Thunder Studios'

20  photograph?

21  A    It is.

22  Q    And it was published on May 4th, 2017?

23  A    On their website, yes.

24  Q    And it's an e-mail published by Tony Kazal?

25  A    Yes.  You'll see the links below that one to all of the

1  names.  You can see how there's a lot of different ones.

2  Q    Are you referring to Adam Kazal, Charif Kazal, John

3  David, Karl Kazal?

4  A    They're the meta tags.  But, no, you got the Minister

5  for Communications in Australia, the federal minister, and

6  people with addresses to Fairfax Media.

7  Q    Do you have an understanding of what the purpose of the

8  meta tags is?

9  A    It's to promote ranking on -- it's part of

10 search-engine optimization.

11 Q    If somebody did a search for Adam Kazal, the search

12 would result in there being a meta tag with Adam Kazal's

13 name in it?

14 A    It would help the page ranking on a generic Google

15 search, yes.

16            THE COURT:  Counsel, why don't we take a 15-minute

17 recess.

18            Ladies and gentlemen, do not form or express any

19 opinion about the case until the matter is finally submitted

20 to you.

21            Do not talk with anyone about the case, do not

22 allow anyone to talk to you about the case.

23            And do not conduct any research of any kind on any

24 subject matter connected with this case.

25            We'll have you come back at 3:20, and then we'll

```
 1  go probably until a quarter to 5:00 today.

 2          All right.  Thank you.

 3          (Jury out.)

 4          THE COURT:  Sir, you may step down.

 5          All right.  We'll take 15 minutes.

 6          Again, I'm going to remind counsel, you've got to

 7  ask questions and get answers.  We cannot have continuing

 8  narratives as it relates to this testimony.  That's how we

 9  do things in this courtroom.  All right.

10          MR. WIENER:  Yes.

11          (Recess taken at 3:08 p.m.; proceedings

12                  resumed at 3:28 p.m.)

13          THE COURT:  All right.  Counsel, you may resume.

14  BY MR. WIENER:

15  Q    Mr. David, I'd like you to turn to Exhibit 32 in the

16  binder.

17  A    Yes.

18  Q    Are these true and correct copies of screenshots from

19  the Kazalfamilystory.com website?

20  A    Yes.

21          MR. WIENER:  All right.  I'd like to move

22  Exhibit 32 into evidence, Your Honor.

23          THE COURT:  Any objection?

24          MR. TAYLOR:  No objection, Your Honor.

25          THE COURT:  Thirty-two will be admitted.
```

```
 1              (Exhibit 32 received in evidence.)

 2   BY MR. WIENER:

 3   Q    Mr. David, in about 2012, did you and your family move

 4   to California?

 5   A    Very early 2012, yes.

 6   Q    What prompted that move?

 7   A    Up until that time, we -- my family, myself, my wife,

 8   my parents, my brothers, my sisters-in-laws, my uncles,

 9   friends I have associations with, business associates have

10   had repeated run-ins with the Kazals over the course of the

11   prior two years leading up to some outrageous behavior

12   exhibited towards my father.

13          And so we thought that if we moved and relocated

14   -- I'm married to my college sweetheart, an American woman,

15   so my children are duo citizens, and so is my wife.

16          So we thought if we moved to the United States, we

17   could potentially deescalate the amplification of the

18   Kazals' harassment and victimization of my broader family.

19   Q    Was that successful?

20   A    Clearly not.

21   Q    I'd like you to turn to Exhibit 45 in the binder.

22   A    Yes.

23   Q    Are these text messages that you and all your family

24   members received?

25   A    Thirty-five?
```

1  Q    Forty-five.

2  A    Sorry.

3           Yes, they are.

4           MR. WIENER:  I'd like to move Exhibit 45 into

5  evidence, Your Honor.

6           THE COURT:  Any objection?

7           MR. TAYLOR:  Just as far as authentication and

8  this witness's personal knowledge.  It's unclear who the

9  texts are between, Your Honor.

10          THE COURT:  Let's lay a little foundation, please.

11          MR. WIENER:  Sure.

12  BY MR. WIENER:

13  Q    Do the texts list the name Adam Kazal at the bottom of

14  them?

15  A    Yes.

16  Q    Do you recognize the phone number at the top of the

17  text messages?

18  A    This could be from my father's phone.

19  Q    All right.  So the 61 414 440 209 phone number is

20  John David's telephone number?

21  A    I could be wrong on that.  We're talking, you know --

22  Q    Did you receive any text messages from Adam Kazal?

23  A    So my brothers, my dad and myself, we received the

24  identical ones, yes.

25  Q    And they're identical to the text contained in

1   Exhibit 45?

2   A     I believe so.

3   Q     And these text messages accuse you of having stolen

4   money from the Kazal family?

5   A     They do.

6   Q     All right.  I'd like you to turn to the page

7   Bates-stamped Plaintiffs' 144, three pages from the end.

8   A     Yes.

9   Q     Can you read the first text message?

10  A     (Reading)  Time is running out and interest is accruing

11  from today at 12 percent compounded daily, make sure the

12  payment is made without delay.  You must pay to avoid

13  further action.  Adam Kazal.

14  Q     Did you understand what the further action that

15  Adam Kazal was referring to?

16          MR. TAYLOR:  Objection, Your Honor.  Lack of

17  personal knowledge.

18          THE COURT:  He may answer.  Overruled.

19          THE WITNESS:  Given it's Adam Kazal, my automatic

20  thought is it's going to be violence of some sort.

21          MR. WIENER:  Your Honor, I'd like to move

22  Exhibit 45 into evidence.

23          THE COURT:  Counsel, I need you to approach,

24  please.

25          (Sidebar conference, reported.)

```
 1              THE COURT:  Again, maybe I didn't prepare this.
 2    This is your case, but I'm concerned.  These are text
 3    messages that these -- I'm just going to ask:  Did you not
 4    discuss this with your client before his testimony?  I'm
 5    just troubled that we have a witness who continually says,
 6    "I think it's this.  I think it's that."
 7              Was this just based on your reliance that the
 8    stipulation would take care of all of that?  I'm concerned.
 9              MR. WIENER:  These are in connection with the
10    apprehended items order.  He didn't maintain text messages
11    as far as I'm aware of from five years.
12              THE COURT:  But the question that jumps into my
13    mind is:  Did you not show these documents to your client
14    before he testified today?  I mean, why does he continually
15    say, "I think it's this.  I think it's that"?  That leads me
16    to believe he may not be sure.  But maybe that's just his
17    dialect?
18              MR. WIENER -- I think was texts that he received
19    five years ago --
20              THE COURT:  I'm sorry.  I'm going to interrupt
21    you.  You're saying these texts he received.  These are not
22    texts that he received.  These are text messages to a number
23    he doesn't recognize.  I'm just having a lot of difficulty
24    saying these documents -- he says he received similar text
25    messages.  He can say what the text messages he received
```

1   said if they're the same --

2          MR. WIENER:  All right.  I won't seek to admit

3   this.

4          (Sidebar concluded.)

5   BY MR. WIENER:

6   Q    Mr. David, in the 2013 timeframe, did you personally

7   receive any text messages from Adam Kazal?

8   A    I did.

9   Q    To the best of your recollection, what was the content

10  of those text messages?

11  A    I believe it was identical to what my brothers were

12  receiving.

13  Q    Do you recall if you received payment demands from

14  Adam Kazal?

15  A    Yes.

16  Q    Do you recall if you received threats of further

17  action?

18  A    Similar to this one, yes.

19  Q    What caused you to believe that further action was a

20  threat to possible violence?

21  A    Because he physically assaulted my father.

22  Q    How do you know Adam Kazal physically assaulted your

23  father?

24  A    Because my father has a New South Wales Police order

25  against him.

1    Q    What was the basis for the order you're referring?

2              MR. TAYLOR:  Lacks personal knowledge, Your Honor.

3              THE COURT:  If he knows the contents.  If he

4    doesn't know the contents, let's move on.

5              THE WITNESS:  My father and brothers were

6    harassed, and my father was assaulted repeatedly.

7    BY MR. WIENER:

8    Q    How do you know your father was assaulted repeatedly?

9    A    Because he and my brothers, my family, told me about

10   it.  And also it's embedded in the police report, some of

11   the activities.  And there are other police reports that

12   they submitted.

13             At the time, my father was 82.

14             MR. TAYLOR:  Move to strike as nonresponsive.

15             THE COURT:  Sustained.  Stricken.

16   BY MR. WIENER:

17   Q    You left your homeland, Sydney, in 2012 to come to

18   California?

19   A    Yes.

20   Q    Did you try to keep a low-public profile when you moved

21   to California?

22   A    Yes.  We did everything we could to try and protect our

23   address, where our children went to school, all the normal

24   courses to try and ensure that hopefully by us being so far

25   away from Sydney, that it would potentially all die down.

1   They'd get on with their lives.

2   Q    All right.  And did the Kazals in October of 2016 begin

3   what I'll refer to as a harassment campaign against you in

4   Sydney?

5   A    They did, and here.

6   Q    Can you describe what that consisted of?

7   A    You've seen the evidence submitted, the series of

8   expletive e-mails to me and my staff.  They're day one and

9   they go, I think, up to three hundred and something.  So I

10  estimate we've received at least a few hundred e-mails over

11  the course of a year or more from multiple Kazal family

12  brothers.  And all expressing outrageous statements.  That

13  I'm a criminal.  I've stolen something.  That all of my

14  employees are criminals doing criminal behavior.

15          And, then, in -- on October 26th, I believe the

16  day is, the day that you saw a video before of a van and

17  protestors, that video was actually in November, but on the

18  26th of October, I received huge swaths of phone calls and

19  messages and texts and e-mails from friends and family,

20  associates, lawyers and alike that they'd woken up in Sydney

21  and my whole neighborhood where my family lives and friends

22  where I also used to live, every street pole is covered with

23  my photograph and a photograph of a former business

24  associate saying that we're corporate thieves, that we've

25  stolen, I think it was $180 million.  Go to the

1   Kazalfamilystory website for more.

2          Subsequently, there was 30,000 flyers with the

3   same message distributed throughout the neighborhood.  There

4   were four vans similar to the one you saw in the video

5   driving around the city for a period of months with also

6   having protestors doing the same thing.  That was on the

7   26th.

8          Here in L.A., on the 26th, approximately 7:00 in

9   the morning, there was half a dozen men holding up the

10  banners, the flyers that you saw in the photos with my

11  photo, the photo of my former business associate, again with

12  the same messaging, that I'm a thief, a criminal, and I've

13  stolen $180 million.  Banners on some of my neighbors' homes

14  and property and the street furniture.

15  Q   All right.  I'd like to play --

16         MR. TAYLOR:  Your Honor, I'm sorry to interpose an

17  objection.  I would just move to strike that part of the

18  answer that was based on what his friends in Australia told

19  him as inadmissible hearsay.

20         THE COURT:  Sustained.

21         MR. WIENER:  Your Honor, to address that

22  objection, I would like to play a video of the events that

23  was taken in Australia and posted on the

24  Kazalfamilystory.com website, which is Exhibit 7.

25         THE COURT:  All right.  You may proceed.

```
 1              MR. WIENER:  I'd move Exhibit 7 into evidence.

 2              THE COURT:  All right.  Any objection to

 3   Exhibit 7?

 4              MR. WIENER:  Exhibit 7, Your Honor, consists of

 5   one video of the events in Sydney, Australia, and the other

 6   video that we played during the opening statement.  I'll

 7   show both videos concurrently.  They're both approximately

 8   one minute in length.

 9              THE COURT:  Any objection?

10              MR. TAYLOR:  We would object, Your Honor.  This

11   witness is lacking personal knowledge.

12              THE COURT:  The objection's noted but overruled.

13              You may proceed.

14              (Exhibit 7 received in evidence.)

15              (Video played.)

16              THE COURT:  I'm not sure we need the music,

17   Counsel.

18              (Video played.)

19   BY MR. WIENER:

20   Q    All right.  Mr. David, did you see this video on the

21   Kazalfamilystory.com?

22   A    I did.

23   Q    Is it a true and correct copy of the video that you

24   saw?

25   A    It is.
```

1   Q    Did you recognize the neighborhood that was shown in

2   the video?

3   A    I did.

4   Q    What neighborhood is that?

5   A    It's Point Harbor in Sydney, and then also at the end

6   there, those protestors are outside the prime minister of

7   Australia's Sydney office.

8   Q    Do you have family or business acquaintances in that

9   neighborhood?

10  A    So that house that was depicted I believe is the home

11  of David Singh, the former business associate on the -- on

12  the placards.

13  Q    And did either you or Mr. Singh steal $180 million --

14  A    Absurd, absolutely absurd.  Random conspiracy theories

15  that Kazals had for decades.

16          MR. TAYLOR:  Move to strike as nonresponsive,

17  Your Honor.  Yes-or-no question.

18          THE COURT:  Overruled.

19          MR. WIENER:  I'd like to show the second video

20  which was shown during the opening statement which is

21  Exhibit 7 labeled "California Protest Video."

22          (Video played.)

23  BY MR. WIENER:

24  Q    And this video was also posted on Kazalfamilystory.com?

25  A    No.

1    Q    Did you witness any of the events that are shown in the

2    video?

3    A    Yes.

4    Q    Where did this take place?

5    A    There's two locations that I observed.  The beginning

6    of it is the cross street from my residential street and the

7    main street leading into my children's elementary school,

8    and the other section is out in front of my business at

9    Thunder Studios.

10   Q    And concurrently with this, was there also -- you

11   mentioned that there were posters and flyers that were

12   circulated in Australia?

13   A    Yes.

14        MR. WIENER:  Your Honor, I'd like to move both of

15   the videos -- they're Exhibit 7 into evidence.

16        THE COURT:  They're already in evidence.

17   BY MR. WIENER:

18   Q    I'd like you to turn to Exhibit 2.

19   A    Yes.

20   Q    Do you see the colored photograph labeled:  "Expose the

21   Corporate Thieves"?  It's the second page.

22   A    I do.

23        MR. WIENER:  Your Honor, I'd like to move

24   Exhibit 2 into evidence.

25        Let me lay a foundation.

1    BY MR. WIENER:

2    Q    Had you seen this flyer before?

3    A    Yes.

4    Q    When did you first see it?

5    A    I first saw it through a text that was sent to me from

6    Australia of the campaign that occurred there, and then I

7    subsequently saw it within 24 hours on the placards that the

8    guys were holding that you saw in the video.

9    Q    And by "the placards," are you referring to the video

10   of events in Sydney or in California, or both?

11   A    Both.

12   Q    And this is the exact placard you saw them carrying?

13   A    It's exact, yes.

14        MR. WIENER:  Your Honor, I'd like to move

15   Exhibit 2, just the first colored placard into evidence.

16        THE COURT:  The photograph Bates-stamped

17   Kazal 000002?

18        MR. WIENER:  Correct.

19        THE COURT:  Any objection to that, a part of

20   Exhibit 2, being introduced into evidence?

21        MR. TAYLOR:  Not to that page.

22        THE COURT:  That page, and that page only, will be

23   introduced into evidence.

24        (Exhibit 2, page Bates-stamped Kazal 000002 only,

25                    received.)

1  BY MR. WIENER:

2  Q    All right.  Do you see on the bottom of that page it

3  refers to:  Read the full story www.kazalfamilystory.com?

4  A    Yes.

5  Q    What does it say beneath that?

6  A    It says the symbol "care of" Adam Kazal.

7  Q    What did you understand that symbol to mean?

8  A    This is a message to me from him.

9  Q    Did you understand that Adam was involved in some way

10 with the Kazalfamilystory.com website?

11 A    Can you repeat the question, please.

12 Q    Did you understand from that message that Adam Kazal

13 was somehow involved with the Kazalfamilystory.com website?

14 A    Yes.

15 Q    Did you take any actions to request that the conduct

16 desist?

17 A    So we immediately contacted our lawyers both in

18 Australia and in the United States to get an

19 understanding -- contemporaneously, we didn't know what was

20 going on, right?  Who these people are holding signs, what

21 have you.  Imagine waking up to that in the morning?

22       So we contacted the lawyers.  We had our

23 Australian attorney immediately send a cease and desist

24 letter to all the Kazals, I believe, the same day.

25 Q    I'd like you to turn to Exhibit 9 in the binder.

1    A     Yes.

2    Q     Is this an e-mail you received from Adam Kazal on

3    October 27, 2016?

4    A     It is.

5    Q     Is that date possibly October 26th because of Australia

6    being in a separate time zone?

7    A     Quite possibly.

8    Q     Can you read Exhibit 9, the entirety of the e-mail to

9    the jury.

10          And I'd like to mark this -- move Exhibit 9 into

11   evidence.

12          THE COURT:  Any objection?

13          MR. TAYLOR:  No objection, Your Honor.

14          THE COURT:  All right.  Nine is admitted.

15          (Exhibit 9 received in evidence.)

16          THE WITNESS:  (Reading)  Adam Kazal Demands

17   Answers from the Online Identity Thief, Rodric David -

18   Day One.

19          Rodric David you defrauded companies you owned

20   with my brothers Charif and Tony, you admitted under oath to

21   being one of the Sydney Morning Herald -- being the one the

22   Sydney Morning Herald wrote their lies for to fabricate an

23   ICAC inquiry.

24          You used the Herald articles to avoid prosecution

25   and steal the $180 million company you owned with Charif and

1    Tony, Global Renewables, with help on the theft from the CEO

2    David Singh.

3              You had the Herald write an article attacking all

4    of our family members and Oscar is suing them for that.

5              Now, I find for at least the six months -- the

6    last six months you have stolen my identity to publish

7    disgusting lies to embarrass me and my family just because I

8    am Charif and Tony's brother.

9              You also stole the identity of Charif, Tony and

10   Karl.

11             You made it personal, and I will show you that I'm

12   not going to put up with the crap you tried to dish out to

13   my brothers.

14             My team in L.A. are going to expose you wherever

15   you go until you are charged with your crimes, and my team

16   in Sydney will expose all of the spineless thieves who

17   thought they could help themselves to steal from my family.

18             Getting your Hyena to scream at the L.A. Police

19   like she did yesterday exposing how the disgustingly racist

20   elements of your family are not restricted just to your

21   Syrian David blood is not going to stop me and my crew.

22             I will show the good people of L.A. what scum they

23   have allowed into their city that Australia is glad to be

24   rid of.

25             Let's see how you like having the truth of what

```
 1   you did reported for the world to see your true colors.

 2               You and your crime Lord father, John David, might

 3   be used to stealing white-collar style with the help from

 4   your family's ex-politician lap dog, but I don't really care

 5   about any of that.

 6               You start a fight with me, I'll show you how Adam

 7   Kazal is different than the rest of the family.

 8               See you around, grub.

 9   BY MR. WIENER:

10   Q    What did you understand the Adam Kazal team in L.A. to

11   be?

12   A    At the time I had no idea.  I thought it could be a

13   hitman.

14   Q    What did you understand the reference to "your hyena"

15   to be?

16   A    My wife.

17   Q    Do you understand what the term "hyena" means?

18   A    I'm assuming it's some derogatory term that he's used.

19   Q    Do you know why he's saying your family is racist?

20   A    I have no idea.

21               MR. TAYLOR:  Calls for speculation, Your Honor.

22               THE COURT:  Sustained.

23   BY MR. WIENER:

24   Q    Do you have Syrian blood?

25   A    That's the funny thing, no.
```

1   Q    Was your father a crime lord of any sort?

2   A    No.  My father's one of the most respected former

3   business leaders of the late last century.  He took over

4   from his father seven corner stores and built the largest

5   wholesaler in the world which is now one of the top 50th

6   largest companies in the Australian market.  He's revered in

7   Australian business circles.

8   Q    When did your father pass away?

9   A    A little under two years ago.

10  Q    Do you recall if it was before or after this e-mail?

11  A    It was after.

12  Q    Was he aware -- did you ever discuss this e-mail with

13  him?

14  A    I discussed a lot of things with my dad.  One of his

15  great pains for me personally was the harassment we were all

16  going through as a family from these people.

17            MR. TAYLOR:  Objection, Your Honor.

18  Nonresponsive.

19            THE COURT:  Sustained.

20            MR. WIENER:  What's the basis for the objection?

21            THE COURT:  It was nonresponsive to the question

22  that you asked.

23            MR. WIENER:  All right.

24            THE WITNESS:  Yes.  He was aware of the e-mail.

25            MR. WIENER:  Right.

1   BY MR. WIENER:

2   Q    Did you have any sense what your father's emotional

3   reaction was upon learning of the e-mail?

4   A    This e-mail and others, what he saw, what we all saw as

5   a family was an acceleration, an increasing nature of -- of

6   terroristic-style harassment caused us to share great fear

7   as a family and caused him great anxiety, great pain, great

8   emotional distress in the last few months of his life.

9           MR. TAYLOR:  I would object to the first part as

10  nonresponsive, Your Honor.

11          THE COURT:  I'll allow it.  Overruled.

12          Next question, please.

13  BY MR. WIENER:

14  Q    What did you understand the statement to be that Adam

15  Kazal -- he'll show you how Adam Kazal is different to the

16  rest of the family?

17  A    The next action was not going to be in words.

18  Q    And did the fact that he told you, "See you around,

19  grub" contribute to your understanding?

20  A    Yes.

21  Q    I'd like you to turn to Exhibit 11.

22          Is this a true and correct copy of a Tweet that

23  you received from Adam Kazal?

24  A    Yes.

25          MR. WIENER:  I'd like to move Exhibit 11 into

1    evidence, Your Honor.

2              THE COURT:  Any objection?

3              MR. TAYLOR:  No objection, Your Honor.

4              THE COURT:  All right.  It will be admitted.

5              (Exhibit 11 received in evidence.)

6    BY MR. WIENER:

7    Q    Can you read this Tweet into evidence, Mr. David.

8    A    (Reading)  Hey, Rodric David, my team in L.A. are going

9    to expose you wherever you go - Day 1.

10             And then it's got some handles.

11   Q    Do you recognize the photograph in the upper left-hand

12   corner?

13   A    I do.

14   Q    Do you know what that's an image of?

15   A    It's a common image used to express criminal intent.

16   Q    And what is the caption or slogan that's written

17   underneath that?

18   A    (Reading)  Revenge is sweet and not fattening.  Albert

19   Hitchcock hobbies:  Hunting pigs, catching thieves.

20   Q    What did you understand that slogan to mean?

21   A    I understood it to be apt of Adam Kazal being the

22   Standover Man that we believe him to be.

23   Q    Did you have your attorney send a letter to the Kazals

24   asking them to cease and desist their conduct?

25   A    Yes, immediately.

1   Q     And what is the name of your attorney who sent the

2   letter?

3   A     That was Walter MacCallum of Akin lawyers in Sydney.

4   Q     I'd like you to turn to Exhibit 12.

5   A     Yes.

6   Q     Is this a true and correct copy of the e-mail from

7   Adam Kazal to Walter MacCallum?

8   A     It is.

9             MR. TAYLOR:  Lacks foundation, Your Honor.

10            THE COURT:  Let's see if he can lay a foundation.

11  BY MR. WIENER:

12  Q     Did Walter MacCallum forward this e-mail to you?

13  A     Yes.

14  Q     Did he tell you it was an e-mail he received from

15  Adam Kazal?

16  A     Yes.  And it was also published on his Twitter page.

17            THE COURT:  On whose Twitter page?

18            THE WITNESS:  Adam Kazal's

19            THE COURT:  Go ahead.

20            THE WITNESS:  So it was handed to me.

21  BY MR. WIENER:

22  Q     You saw this exact e-mail on his Twitter page?

23  A     Yes.

24            MR. WIENER:  I'd like to move Exhibit 12 into

25  evidence, Your Honor.

```
 1              THE COURT:  Any further objection?
 2              MR. TAYLOR:  No objection, Your Honor.
 3              THE COURT:  All right.  Twelve will be admitted.
 4              (Exhibit 12 received in evidence.)
 5   BY MR. WIENER:
 6   Q    This will be the last lengthy e-mail I ask you to read,
 7   but given it's significance, I would like you to read the
 8   entire e-mail.
 9   A    Sure.
10              This is from Adam Kazal to Walter MacCallum,
11   Sunday, October 30th, I'm assuming Australian time.
12              (Reading)  I received your letter that appears to
13   be trying to link me back to a case I was removed from at
14   the outset when I removed the content your client claimed
15   offense to from my Twitter feed.
16              I therefore do not recognize your threat as
17   related to the case involving my brother Charif, which is
18   now a separate issue.  I responded to you a long time ago
19   and that case is ended for me.
20              Regarding the van, do you seriously claim to be a
21   lawyer?
22              You are the same person as I recall that
23   orchestrated and fabricated the ICAC case with Rodric David
24   just to create a smokescreen for his highway robbery.  That
25   makes you nothing more than a common thug and liar,
```

1  fabricating claims to enable this man to steal from innocent
2  victims.
3          Is that what a lawyer does?  I don't think so.
4          You want me to cease using the van.  Are you
5  serious?
6          You're aware your client has been identified
7  through subpoenas in Los Angeles as behind the identity
8  theft of me and three of my brothers.  Thunder Studios'
9  employees registered these websites and defamed me and my
10  entire family and a series of other innocent victims.  So if
11  you think I'm going to stop, then clearly you aren't a very
12  good lawyer.
13          So just so we are clear, your client stole my
14  online identity.
15          Your client has been defaming me for more than six
16  months and has not taken down the site, despite being served
17  papers from lawyers in America.
18          Your client previously admitted to supplying the
19  Sydney Morning Herald with misleading information used to
20  defame my family in more than 30 articles.  Several of these
21  articles were written about me personally.
22          Unless your client removes the offensive website
23  and transfers the domain www.adamkazal.com to me as the
24  lawful owner, pays my costs of 666,666.66 for legal and
25  marketing costs, pain and disruption, to the bank account

1  mentioned below and issues a written public policy by

2  4:00 p.m. tomorrow, I reserve the right to not only continue

3  using the van but to also increase the size of my fleet.

4          He provides a bank account.  The account name --

5  Q    You don't have to read the account number.

6  A    (Reading)  If you fail to meet my demands and include a

7  copy of any EFT confirmation issued by the bank, then I

8  reserve the right to do whatever is necessary to expose the

9  corporate fraudsters, Rodric David and David Singh, who

10 stole 180 million from my family, as well as all other

11 persons that have intentionally aided and abetted these

12 fraudsters in the process.  Feel free to warn all involved

13 to ensure they have a good digital image online if they want

14 to look their best on the side of my growing fleet of vans.

15         For the avoidance of any doubt, that includes you

16 too, sir.  Adam Kazal.

17 Q    Did you view this as an attempt to extort money from

18 you?

19 A    Yes.

20 Q    Did the number of $666,666.66 have any particular

21 connotations for you?

22 A    Well, you know, I think everyone recognizes that the

23 666 is the sign of the devil.

24 Q    Did you instruct your attorneys to seek a restraining

25 order against the Kazals?

1  A    Yes, immediately sought to seek injunctive relief.

2  Q    I'd like you to turn to Exhibit 18.

3          Is this a true and correct copy of an order from

4  the federal court of Australia dated November 11th, 2016?

5  A    It is.

6  Q    And does it bear the seal of the federal court of

7  Australia?

8  A    It does.

9  Q    And who are the persons who applied for this order?

10  A    Thunder Studios and myself as it pertains to an action

11  that is current in the federal court of Australia for an

12  action brought in 2014 for defamation and other actions

13  against Charif Kazal and Tony Kazal in regards to this

14  Kazalfamilystory website.

15  Q    Is this a true and correct copy of the order entered by

16  the court?

17  A    Yes.

18          MR. WIENER:  I'd like to move Exhibit 18 into

19  evidence, Your Honor.

20          THE COURT:  Any objection?

21          MR. TAYLOR:  Not to its admissibility, just to the

22  extent that the witness has mischaracterized the document.

23          THE COURT:  The objection is noted but overruled.

24  It will be admitted.

25          (Exhibit 18 received in evidence.)

1  BY MR. WIENER:

2  Q    And did paragraph 1 of this order prohibit Adam Kazal

3  from posting the image that's shown as Plaintiffs' 1186?

4  A    Yes.

5  Q    Did paragraph 1b of this order restrain Adam Kazal from

6  making statements that you are a corporate thief, stole

7  $180 million, were guilty of fraud, a con man, conspired

8  with David Singh to steal $180 million or any imputation to

9  the same or similar effect?

10  A    Yes.

11  Q    Did Adam Kazal comply with this order?

12  A    No, he did not.

13  Q    And what is the basis for your statement that

14  Adam Kazal did not comply with the order?

15  A    Because the Australian federal court found him

16  criminally guilty of contempt of this order.

17  Q    Were there any activities similar to the harassment

18  that were conducted after November 11th?

19  A    When we spoke about it before, I mentioned that when I

20  woke up there were protestors outside my house on the 26th

21  of October.  Subsequent to this order in November, the

22  protests continued, and that's when the van arrived for the

23  first time in Los Angeles.

24  Q    I'd like you to turn to Exhibit 16.

25  A    Yes.

1    Q    Looking at the images here, are these similar to the

2    van that you saw in California?

3    A    It is the van I saw in California.  But it's -- it

4    subsequently had some decals added to it, I believe.

5              MR. WIENER:  Your Honor, I'd like to move

6    Exhibit 16 into evidence, just the three images of the van

7    that Mr. David testified he saw in California.

8              THE COURT:  All right.  Any objection to the

9    images depicted in Exhibit 16?

10             MR. TAYLOR:  That's page three of the document?

11             THE COURT:  There are three pages.  I assume

12   Mr. Wiener is talking about those three pages of 16.

13             MR. TAYLOR:  I thought it was just page 3.

14             MR. WIENER:  It's -- there's three images that are

15   pages four, five, and six of the document.  I'm not moving

16   the invoices into the record at this moment.

17             THE COURT:  Any objection?

18             MR. TAYLOR:  I think we're looking at different

19   exhibits, Your Honor.

20             THE COURT:  Sixteen?

21             MR. TAYLOR:  Can I look at counsel's binder?

22             THE COURT:  Yes.

23             MR. TAYLOR:  No objections to the last three

24   pages.

25             THE COURT:  So the three photographs in 16 will be

1   admitted.

2          (Exhibit 16, three photographs only, received in

3                       evidence.)

4   BY MR. WIENER:

5   Q    And what days did you see this van appear in your

6   neighborhood and by Thunder Studios?

7   A    I want to say the van arrived mid November, drove

8   around my neighborhood in the mornings, and then drove

9   around my business in the afternoons and the evenings for at

10  least a week.

11  Q    Do you recall during what times of day the van

12  appeared?

13  A    To the best of my recollection, it was always parked in

14  between my house and my children's elementary school by at

15  least 7:00 o'clock in the morning.  It was there, you know

16  for at least a few hours because I observed it.  You know,

17  by around 10:30, 11:00, around Thunder Studios.

18  Q    What time does your children's elementary school

19  commence?

20  A    Drop off usually is about a 45-minute process between

21  about 7:30 and 8:15.

22  Q    To your knowledge, was the van present during the

23  drop-off process?

24  A    Yes.

25  Q    Did you receive any complaints from anyone other than

1    your family members regarding the van?

2    A    Yes.  We received, obviously, complaints from our

3    neighbors, as well as other parents from the children's

4    school.

5    Q    Was it personally embarrassing to you to be labeled as

6    a corporate thief?

7    A    Incredibly embarrassing.  Absolutely.  I wasn't

8    concerned for myself as much as I was for my children at the

9    time.

10   Q    Did you observe the activity upset your children?

11   A    My wife, my children, my employees.  Even -- I mean,

12   ramifications to this day are severe.

13   Q    Can you describe the ramifications?

14   A    So my family -- my children, they're slightly different

15   today.  They're not -- if a car door slams out on the

16   street, it wakes them up at night.  Some -- my wife has

17   obviously gone through a very emotional, distraught period.

18   It kills me to see the stress and anxiety and the pain and

19   what have you.  I mean, I'm -- you know, people taking the

20   law into their own hands is just something I don't

21   understand.  This outrageous behavior is just extraordinary.

22            I'm very sad, very sad this has happened and my

23   wife was put through this and my children have had what we

24   fear could be long-term social impact on it, on them because

25   of it.

1   Q    Did you also install a new security system at your --

2   A    Immediately.  Two keys locked, armed security.  We now

3   have a security service that will have armed guards at our

4   house in less than three minutes on call and at work.

5   Q    And did you also hire guards at Thunder Studios?

6   A    Immediately.

7   Q    Would you have done that if you believed it was just

8   going to be words?

9   A    No, no.  The message is clear.  Adam Kazal is

10  different.

11  Q    Did the federal court of Australia make any findings

12  that Adam Kazal was in contempt of the court's orders?

13           MR. TAYLOR:  Lacks foundation, Your Honor.

14           THE COURT:  If he knows.

15           THE WITNESS:  I definitely know.  Adam Kazal was

16  found guilty of criminal contempt of court in a civil matter

17  and was sentenced to in excess of 30 months in jail.

18  BY MR. WIENER:

19  Q    I'd like you to turn to Exhibit 35.

20           Is this a true and correct copy of an order of the

21  federal court of Australia, dated July 31st, 2017?

22  A    Sorry.  Excuse me.  It is.

23  Q    And is this the order that sentences Adam Kazal to

24  33 months in prison?

25  A    I believe this is actually the appeal order.  It's my

1    understanding that Adam Kazal appealed the first order and

2    this is the final order sentencing him to jail, yes.

3    Q    Let me back up before I introduce this order.

4              I'd like you to turn to Exhibit 30.

5    A    Yes.

6    Q    Is this a true and correct copy of the order of the

7    federal court of Australia dated February 27, 2017?

8    A    It is.  It is.

9              MR. WIENER:  Your Honor, I'd like to move

10   Exhibit 30 into evidence.

11             THE COURT:  All right.  Any objection?

12             MR. TAYLOR:  No objection, Your Honor.

13             THE COURT:  All right.  Thirty will be admitted.

14             (Exhibit 30 received in evidence.)

15   BY MR. WIENER:

16   Q    Did this order make a finding that Adam Kazal had

17   breached the November 11th, 2016, restraining order?

18   A    Yes.

19   Q    And did it find that he violated by making posts and

20   republishing posts?

21   A    In part, I believe, yes.

22   Q    I'd like you to read on reasons for the judgment, which

23   is Plaintiffs' page 1738, paragraphs two, three, and four.

24   A    (Reading)  The Power to Punish for Contempt.

25              I found the contemnor guilty of four counts of

1    contempt (charges 3, 5, 6, and 7) for breaching orders (the

2    four breaches) that I made with his consent on 11

3    November 2016 (the 11 November orders), and on two further

4    counts of contempt (charges 8 and 9) committed because he

5    had made public statements that were both intended and

6    calculated to influence Rodric David, the second applicant,

7    as a party, in the conduct of the principal proceedings and

8    that exposed him to the risk of prejudgment of the issues or

9    merits of those proceedings (the two interferences).

10            Three, the nature of the two categories of

11   contempt that I found is different in the sense that each of

12   the four breaches involved personal disobedience to an order

13   that directly bound the contemnor as a party to the

14   proceedings to do, or refrain from doing, some act, while

15   each of the two interferences involved acts or conduct that,

16   as a matter of practical reality, had a tendency to

17   interfere with the due administration of justice in these

18   proceedings.  However, the four breaches and the two

19   interferences were all contempts of the court because they

20   interfered in the due administration of justice.

21            Four, our society is structured on the basis that

22   the courts of law must be accessible to all persons rich or

23   poor, weak or strong, popular or unpopular, and whose cases

24   may or may not be considered by others or the public to be

25   good or bad.  It is essential that everyone knows that the

1    courts are independent, not only of Government but also of

2    other influences, and that the courts are also seen to be

3    entirely free from outside influences, including public

4    pressure.

5           It is also fundamental that persons must obey, and

6    cannot be allowed to ignore, orders that the courts make.

7    The due administration of justice requires that everyone be

8    able to access the courts to hear and determine disputes,

9    that all persons in our society accept that the orders made

10   by the courts reflect the application of the law by which

11   all are governed and that those orders must be obeyed while

12   they are in force.

13   Q    And did the court -- did Adam Kazal appeal this order?

14   A    He did.

15   Q    And did that result in the order that we previously

16   spoke about marked Exhibit 35?

17   A    It was.

18           MR. WIENER:  I'd like to move Exhibit 35 into

19   evidence, Your Honor.

20           THE COURT:  Any objection?

21           MR. TAYLOR:  No, Your Honor.

22           THE COURT:  Thirty-five will be admitted.

23           (Exhibit 35 received in evidence.)

24   BY MR. WIENER:

25   Q    And that's the order that sentenced Adam Kazal to

1   prison?

2   A     Yes.

3   Q     Who's David Singh again?

4   A     David Singh was the chief executive -- he may still be,

5   I'm not sure, of Global Renewables, the Australian waste

6   processing plant we talked about earlier.  And he was the

7   co-shareholder with ECL of the Global Renewables business.

8   Q     And did he also seek a restraining order against

9   Charif Kazal?

10  A     He runs -- I'm sorry.  It's my understanding that

11  there's an alternative court case in Australia for injurious

12  falsehood brought by Mr. Singh and Global Renewables against

13  Mr. Kazal.  And in that action, Mr. Kazal, for publishing a

14  website, was found guilty of contempt, yes.  Of these same

15  allegations.

16  Q     I'd like you to turn to Exhibit 36.

17        Is this a true and correct copy of the civil

18  contempt order against Charif Kazal?

19  A     It is, yes.

20        MR. TAYLOR:  Lacks foundation, Your Honor.

21        THE COURT:  If he knows, he may answer.

22        THE WITNESS:  Yes, it is.

23  BY MR. WIENER:

24  Q     And did --

25        MR. WIENER:  Your Honor, I'd like to move

 1   Exhibit 36 into evidence.

 2              THE COURT:  Any objection?

 3              MR. TAYLOR:  We would object, Your Honor.  He has

 4   no personal knowledge of this.

 5              THE COURT:  The objection is noted, but overruled.

 6              (Exhibit 36 received in evidence.)

 7   BY MR. WIENER:

 8   Q    Did the court find that Charif was in civil contempt

 9   for making statements that -- about crimes that were

10   committed by stealing from Charif Kazal and Tony Kazal?

11   A    Yes.

12   Q    Did it find that Charif Kazal was in contempt for

13   making statements that $180 million were stolen from

14   Charif Kazal and Tony Kazal?

15   A    Yes.

16   Q    Thank you.

17              Are you confident that Adam Kazal and Charif Kazal

18   will not violate the orders in the future?

19   A    No.

20   Q    Why is that?

21   A    Because they continuously do so.  They have contempt

22   for the court of law.  They don't accept judgments of

23   courts.  They won't listen to anything.  They won't listen

24   to the advice or the findings of independent bodies.

25   Q    And can you briefly summarize the emotional distress

1  that you've suffered as a result of this?

2  A    It's -- I believe, in the rule of law.  I believe that

3  commercial disputes are resolved in courts of law.  I've had

4  a circumstance for the last ten years where those that

5  sought to dispute a commercial business relationship with me

6  has sought to take the law into their own hands around the

7  world, make outrageous allegations.

8           It doesn't matter how many times I defend myself

9  in court, they won't accept the findings of courts of law,

10  judges, independent forensic examinations of accounts.  They

11  won't accept injunctions preventing them from doing

12  outlandish behavior.

13          So it's extraordinarily emotionally difficult for

14  me from a guy who has that basis of foundation in the -- in

15  the -- whilst the law can be an ass and work slowly, it's

16  the law that actually defines us in society.  And it's just

17  -- I have a very, very difficult time emotionally coming to

18  grips with the fact that because of jurisdictional issues or

19  what have you, certain behavior can be accorded to people,

20  and they can seemingly get away with it.

21          You know, I lodge -- when the website came out

22  initially, I lodged a defamation case in Australia.  That's

23  what you do to deal with your concerns.  You don't send

24  people to your home, paid protestors.  You don't disrupt

25  people's businesses.

1          As a father, as a business owner, as an employer,

2    I hold to the greatest concern the responsibility I have to

3    those that I most care about:  My employees, my wife, my

4    children, my friends, their friends, people entrusted to my

5    care when their kids come to my house.  Who does that?  It's

6    an outlandish -- I don't know how I can prove an untruth

7    when it's just so absolutely crazy.

8          Even on the surface, this thing, it says I stole

9    $180 million.  But in the evidence you have in front of you,

10   you have the fact that the business that was sold that

11   they're making that claim on, they themselves only offered

12   25 million for.  How the hell did I steal anything of value

13   from them?  That was done under a validation order of the

14   judge under the court of law for the liquidation of the

15   company.

16          I don't mean to digress, but the emotional stress

17   upon me -- I have to be the strong one for my kids, my wife.

18   You know, it's hard for me to show it in front of you, him,

19   them.

20          They seek to make this distinction that they're

21   all independent, but the website is the Kazalfamilystory,

22   it's not the Adamkazalstory.  It doesn't matter how many

23   judgments I get against them, it comes again to great

24   personal, financial, emotional cost to me.  But I must stay

25   strong for those that I most care about, for those that are

1  entrusted in my care.

2         But I can tell you, it's -- I honestly -- I

3  honestly hold them responsible for the death of my father

4  recently.  He died of myeloblastic leukemia.  It came on

5  very sudden, soon after the escalation had occurred.  The

6  doctors told me and my family that myeloblastic leukemia in

7  older men, older persons, the contributing factor is stress.

8         MR. TAYLOR:  I move to strike most of this as

9  nonresponsive to the question --

10        THE COURT:  The objection is overruled.

11        Question, please, counsel.

12        THE WITNESS:  I'm sorry, Your Honor.

13        MR. WIENER:  Thank you.  I don't think I have

14  anything further, Your Honor.  Thank you.

15        THE COURT:  Cross-examination.

16        MR. TAYLOR:  Thank you, Your Honor.

17

18                    CROSS-EXAMINATION

19  BY MR. TAYLOR:

20  Q    Mr. David, you have a degree in acting from the U.S.C.

21  School of Theatre; isn't that true?

22  A    No, I have a degree in theatre from U.S.C.

23  Q    A degree of theatre from the U.S.C. school of --

24  A    No, I have a degree in theatre from U.S.C.

25  Q    I see.  So is it fair to say that you're trained in

1 acting?

2 A    No, I have a theatre degree, so I did some acting

3 courses, yes.  I focused on the business of theatre.

4 Q    To this day, you've never met Adam Kazal personally;

5 correct?

6 A    No.

7 Q    But you know of Charif Kazal and Tony Kazal; right?

8 A    I do.

9 Q    You testified earlier about a lawsuit in the

10 Cayman Islands that was launched there around June 2010.

11        Do you recall that testimony?

12 A    Yes.

13 Q    That lawsuit was filed by the -- on behalf of the

14 Kazals; correct?

15 A    By K.T.C.

16 Q    That's their company; right?

17 A    Well, it was at the time.  It was Charif, Karl and Tony

18 at the time.

19 Q    Right.  I'm talking about at the time, 2010.

20        And in that lawsuit, among other things, they

21 sought to undo the votes of the board of directors that had

22 taken place earlier that year with respect to their

23 ownership in Emergent Capital; isn't that right?

24 A    No, that lawsuit was -- I'm sorry.  That lawsuit was

25 withdrawn.

1  Q    Which lawsuit was withdrawn?

2  A    The lawsuit in June of 2010.  In the Cayman

3  proceedings, the lawsuits were withdrawn both -- the

4  shareholders both signed a winding up agreement.  It was

5  placed into a liquidation and provided -- not provided --

6  handed to the nominated joint official liquidators, which

7  was Ernst & Young Cayman Islands; and then it became a

8  liquidation hearing.  So it's different, legally different.

9  Q    But there was a finding, was there not, by the judge in

10 the Cayman Islands that the ownership interest in ECL had to

11 be restored to KTC?

12 A    No.  He reversed the conversion of debt to equity.  It

13 had the effect of putting back onto the balance sheet a debt

14 to me and reinstalling their percentage.

15 Q    Right.

16 A    It didn't adjust their number of shares in any way.

17 Q    You mentioned earlier during your direct examination

18 testimony that there was an offer on behalf of the Kazals to

19 purchase -- was it Global Renewables?

20 A    Global Renewables Limited, yes.

21 Q    Purchase Global Renewables Limited for around the same

22 amount as the offer by Iron Bridge; isn't that right?

23 A    Yes.  To my recollection, there was about four or five

24 offers they made all within a 24-hour window, I think.

25 Q    Four or five offers that who made?

1   A      KTC.

2   Q      And KTC's best offer was actually several million

3   dollars more than Iron Bridge's offer, wasn't it?

4   A      To the best of my recollection, in dollar terms, their

5   best offer was half a million more than Iron Bridge Capital,

6   yes.

7   Q      You mentioned an individual who was affiliated with the

8   Libyan Investment Fund.  I believe it was -- was it

9   Mr. Serrati?

10  A      Zotti, I think.

11  Q      Have you ever met this individual?

12  A      No.

13  Q      Have you ever communicated with him?

14  A      I don't believe so.

15  Q      Did you ever go to Libya for the purpose of seeking

16  funding for your own business ventures?

17  A      No.  I went to a waste conference there.

18  Q      To a what?

19  A      A waste conference.

20  Q      You testified earlier that you got a call from your

21  wife in 2011 saying that she was at the police station and

22  she had been followed?

23  A      Yes.

24  Q      You have no specific information about who followed her

25  or who sent that person?

```
 1  A     I do.

 2  Q     But you said earlier that you believed that it may have

 3  been associated with Adam Kazal; isn't that true?

 4  A     No, I said someone engaged or employed by Adam Kazal --

 5  not Adam Kazal -- sorry, Tony Kazal.

 6  Q     But you have no documents or other evidence that proves

 7  that, do you?

 8  A     You might in evidence right now.

 9  Q     I'm asking what you have.

10  A     Well, I have documents not in evidence, but I think you

11  do.

12  Q     You also mentioned earlier that there was an ICAC

13  inquiry and you believed that the ICAC inquiry concluded

14  that Mr. Kazal was guilty of various wrongdoings; isn't that

15  right?

16  A     Well, it made factual findings.

17  Q     But the ICAC inquiry was not a criminal proceeding, was

18  it?

19  A     That's not what ICAC is.  ICAC is an independent body

20  that investigates corruption between private enterprise and

21  government officials or governmental agencies.

22  Q     So they don't reach criminal conclusion, like guilty or

23  innocent; right?

24  A     I'm not the ICAC, so you might want to go to their

25  specific charter.
```

1   Q    I'm using the term that you used.  Mr. Kazal was never

2   found guilty of any crime, was he?

3   A    Your terms.  He was found guilty by the ICAC of

4   corruption and perjury.

5   Q    Now, there was a 2017 inspector report that you also

6   mentioned earlier which exonerated Mr. Kazal and you said

7   there were some subsequent reports that reversed that

8   report; is that fair to say?  Is that correct?

9   A    No, that's not correct.

10  Q    What am I missing?

11  A    The report doesn't exonerate Mr. Kazal.

12  Q    What's the subsequent report that you're talking about?

13  A    There was, I think, in September of this year, there

14  was an independent report done on the debate that was being

15  had in the media and elsewhere and with certain

16  parlamentarians as to should there be a change to the

17  charter of the ICAC.

18          And so this was an independent review by legal

19  experts, a panel of them, and it went into lengths on

20  debasing the document you're referring to that you put into

21  evidence.

22  Q    But that proceeding, whoever conducted it, had nothing

23  to do --

24  A    It was not a proceeding, it was a review.

25  Q    I'll ask you to let me finish my question.  That review

113

1   or proceeding, or whatever you want to call it, had nothing

2   to do with the allegations of wrongdoing by Mr. Kazal; isn't

3   that true?

4   A    I believe it goes into great detail on it.

5   Q    But you don't know, do you?

6   A    I do.  I read it.  But I can't -- if it was tendered

7   into evidence --

8   Q    Well, it wasn't produced to us, was it?

9   A    Well, it's available to anyone online.  You can

10  download it.

11  Q    Who authored it?

12  A    I don't recall it off the top of my head.  The

13  Australian Institute of Legal Professions or something of

14  that nature.

15  Q    What was your purpose in reading it?

16  A    I was reading a review of the ICAC's review by the

17  inspector general.

18  Q    So you just take a general interest in ICAC as a body,

19  as a proceeding in general?

20  A    I take a -- I take a general interest in things that

21  may have a ramification upon Mr. Kazal and my ongoing legal

22  disputes with him, yes.

23  Q    Now, you mentioned that in 2011, you were subpoenaed

24  and you testified before ICAC?

25  A    I did.

1  Q    And you said that when you were served with the

2  subpoena, that was the first time you learned about this

3  inquiry?

4  A    Yes.

5  Q    Do you have any understanding of how it is your lawyer

6  would know about an ICAC inquiry and mention it to the

7  lawyer for Mr. Kazal a year beforehand?

8              MR. WIENER:  I'm going to object.  It calls --

9              THE COURT:  I'm sorry, Counsel.  I can't hear a

10  word you're saying from where you're sitting.

11              MR. WIENER:  I'm going to object.  It calls for

12  possibly attorney-client communication.

13              THE COURT:  Sustained.

14  BY MR. TAYLOR:

15  Q    Well, you are aware, are you not, that your attorney

16  sent a letter to Mr. Kazal's attorney in July 2010

17  referencing the ICAC inquiry before it was a matter of

18  public record?

19  A    I don't recall any specific letters.  I do definitely

20  recall lots and lots and lots of communication on all sorts

21  of things at that period of time, though.

22  Q    So if your lawyer had sent such a letter, he would have

23  done so without your knowledge, is that what you're saying?

24  A    Lawyers communicate the way they do.  You're making

25  reference to a generic letter that you haven't shown me, so

1    it would help if you would show me.

2    Q    Now, it is true that you testified in that ICAC inquiry

3    and was under oath -- the testimony you gave; right?

4    A    I was.

5    Q    And when was that testimony given?

6    A    I think the inquiry was in 2011, so I'm -- to the best

7    of my recollection, I think it was the middle of the year,

8    maybe July.

9    Q    And that was while litigation was pending between you

10   and the Kazals; isn't that right?

11   A    I don't know specifically as it pertains to the date.

12   I do know -- I mean, Charif may better recall, but the

13   signed agreement for the liquidation may precede it.  I just

14   don't recall.

15   Q    Over the course of what period did you testify?  How

16   many hours and days?

17   A    I may have been held over a day.  I just don't recall.

18   Maybe two days.  I don't actually recall how long.

19   Q    Were you involved with any of the Kazal family's

20   dealings with respect to the leases that you referenced

21   earlier?

22   A    No, never.

23   Q    Do you know how it is that the body conducting this

24   inquiry into leasing would have any idea that you would know

25   anything about it and call you to testify?

```
1              MR. WIENER:  Objection.  Calls for speculation.

2              THE COURT:  Sustained.

3   BY MR. TAYLOR:

4   Q    Did you ever learn how it is that whoever issued that

5   subpoena to you knew to call upon you as a witness?

6   A    Yes.

7   Q    What did you learn in that regard?

8   A    I can only assume.  I can't talk for the ICAC.  I can

9   only assume because I'm one of the principal characters

10  talked about in the -- in the press releases -- not press

11  releases.  Sorry -- articles regarding Andrew Kelly and

12  Charif Kazal, myself.  I can only assume that that piqued

13  the interest of the ICAC.

14  Q    But you had nothing to do with the allegations that

15  they were looking into?

16  A    No, I knew nothing about leases.  Never did.

17  Q    You mentioned press articles.  You're talking about

18  articles that appeared in places like the Sydney Morning

19  Herald?

20  A    Yes.

21  Q    And it's true, is it not, that you provided information

22  to a reporter at the Sydney Morning Herald as it relates to

23  Mr. Kazal?

24  A    It is true that I spoke to journalists at the Sydney

25  Morning Herald, yes.
```

```
 1  Q    And that would be Mr. Besser, the reporter?

 2  A    Yes.

 3  Q    And you spoke to him on the phone?

 4  A    Yes.

 5  Q    You spoke to him a few times on the phone?

 6  A    I got a call from him when I was living in Abu Dhabi

 7  and my passport was held by the Dubai immigration

 8  authorities.

 9  Q    And you exchanged text messages with Mr. Besser?

10  A    I don't recall, but I'm assuming I did.

11  Q    And you e-mailed with him?

12  A    Possibly.

13  Q    In fact, you e-mailed with him over the course of

14  several years into 2013; isn't that true?

15  A    Periodically.  I remember in '13, I got an e-mail from

16  him letting him know that one of his sources had told him

17  that the Kazals knew where my children went to school here

18  in L.A.

19  Q    Did you ever provide any inaccurate or misleading

20  information to Mr. Besser?

21  A    I don't believe so, no.

22  Q    Did you ever provide any inaccurate or misleading

23  information about Mr. Kazal to any reporter?

24  A    No, I don't believe so.

25  Q    Did you have communications with any other reporter
```

1   about Mr. Kazal aside from Mr. Besser?

2   A     Probably, yes.

3   Q     Because they called you for information; right?

4   A     In life when you're involved in items or legal disputes

5   of public interest, journalists do call you.

6   Q     And you were more than willing to provide --

7   A     I didn't say that.  You asked if I'd communicated with

8   journalists.  I'm saying, yes, I had.

9   Q     And you didn't say to them, "I have no comment."  You

10  told them what you wanted to tell them?

11  A     No.  Many times I instructed them to speak to my

12  lawyers.

13  Q     Isn't it true that you provided Mr. Besser with a copy

14  of a photograph of you and Mr. Kelly and Mr. Kazal standing

15  outside, photograph which you had cropped to exclude

16  yourself?

17  A     It's true that I provided a photograph of Andrew Kelly

18  and Charif Kazal with me removed from that photograph, yes.

19  Q     Why did you remove yourself from the photograph?

20  A     Because I didn't want to be in it.

21           THE COURT:  Why don't we take our evening recess.

22           Ladies and gentlemen, we will adjourn for the

23  evening.  As I indicated to you, because of the national day

24  of mourning, the court will be dark tomorrow.

25           I ask that you all come back 9:00 a.m. sharp on

1   Thursday.  We cannot start unless you are all here and so --

2   and it's supposed to rain, I think, on Thursday so you might

3   want to take that into account as well.  So do your best to

4   get here on time.

5            As I said, I want to make sure we get as much

6   testimony as possible so we can meet our deadline.  If any

7   one of you is late, we can't start.

8            So I will see you all on Thursday, 9:00 a.m.

9            Have a good day off tomorrow from this trial, and

10  we'll see you bright and early on Thursday.  Thank you.

11            (Jury out.)

12            THE COURT:  Sir, you may step down.

13            All right.  So, Mr. Wiener, just a couple things.

14  I just want to get a sense of the run of the show, if you

15  will, for Thursday.

16            MR. WIENER:  We're likely to be calling

17  Elizabeth David.

18            THE COURT:  Counsel, I have to assume your

19  practice is only in state court, but I'm going to say it

20  again.  You have to rise when you address the Court.  Those

21  are the rules.  Okay?

22            MR. WIENER:  And, Your Honor, there's no

23  disrespect --

24            THE COURT:  I'm not suggesting there is, I'm just

25  advising you again.  These are the rules here.

1           MR. WIENER:  I should be able to get it right,

2    it's not difficult.

3           THE COURT:  There are some incentives that I can

4    apply, but I'm trying not to.

5           So let's go for the run of the show for Thursday.

6           MR. WIENER:  If you sanction me a $1 each time,

7    just don't do it in front of the jury --

8           THE COURT:  This is 2018, Counsel.  A dollar is

9    not going to do it.

10          MR. WIENER:  So it will be Elizabeth David,

11   Paul Kolesa.  I would expect we can present our entire case

12   on Thursday.  And Mike Hammond.

13          THE COURT:  I'm sorry?

14          MR. WIENER:  An individual named Mike Hammond will

15   be coming from Australia.  Will likely be in the afternoon.

16          THE COURT:  Those three witnesses, that's who you

17   intend for Thursday?

18          MR. WIENER:  That's correct.  The one

19   accommodation which I'm willing to offer if opposing counsel

20   requires it, I understand that Mr. Kazal is coming from

21   Australia.  If he's not able to stay on Monday, I'm

22   certainly willing to swap witnesses out of order if needed.

23          THE COURT:  So, Mr. Taylor, you need to talk with

24   your client about that before making that decision.

25          MR. TAYLOR:  Yes, I do, Your Honor.  But I believe

1  he's scheduled to travel this weekend, so it will be a

2  little difficult to extend it till next week.  But can we

3  figure this out tonight and let the Court know first thing

4  on Thursday.

5           THE COURT:  Well, you probably need to let counsel

6  know before you let me know.  I'm going to be here.  It's

7  just -- I'm just letting you know we're not continuing this

8  trial.  So if you need to get your witness on, do what you

9  need to do on Thursday to do it.

10           In fairness to Mr. Wiener who is being reasonable

11  here, if you need to tell him:  Hey, don't call -- I don't

12  know who -- pick the witness -- Paul Kolesa or whomever who

13  may be local to swap out with Mr. Kazal, then you should do

14  that.

15           MR. TAYLOR:  We'll figure it out tonight, and I'll

16  be in touch with counsel in the morning.

17           MR. WIENER:  Yeah, please -- let me know tomorrow.

18  I do have to tell Mr. Hammond when to get on a plane.

19           THE COURT:  You said Mr. Hammond is coming from

20  Australia?

21           MR. WIENER:  Correct.

22           THE COURT:  Is he in the states already or --

23           MR. WIENER:  He is not.  If he leaves on Thursday,

24  he'll be here on Thursday our time.  I would like to give

25  him a day -- if you can tell me tonight, that would be

1  fabulous.

2          THE COURT:  Why don't we do this.  I think you

3  should be able to find out an answer no later than 7:00 p.m.

4  this evening.  Let counsel know, so that he can stop the

5  trains from moving for a witness that is flying in from

6  Australia.

7          Does that sound reasonable to you, Mr. Taylor?

8          MR. TAYLOR:  That's fine, Your Honor.

9          THE COURT:  Mr. Taylor, let Mr. Wiener know by

10  7:00 p.m.

11          And, then, Mr. Taylor, do you anticipate only

12  calling Mr. Kazal on Thursday?

13          MR. TAYLOR:  That's another thing we need to talk

14  about because I have two third-party witnesses who I had

15  previously told would probably be on on Thursday before I

16  knew about last night's closure.

17          And then we have transcripts -- a little bit of

18  deposition testimony to read into the record, which we can

19  do to fill in the time there, but probably only Mr. Kazal

20  Thursday because it sounds like Mr. Wiener has to continue

21  with his witnesses, and then I'd have to push mine off to

22  Monday then.

23          THE COURT:  Fair enough.  I just want to get a

24  sense of where we're going.

25          Just so you all know.  Mr. Wiener, you have five

1   hours, 21 minutes and 22 seconds.

2           Mr. Taylor, you have six hours, 43 minutes and

3   21 seconds.

4           All right.  Anything further before we adjourn for

5   the evening?

6           MR. WIENER:  Your Honor, is there a clock I should

7   be watching up there, in terms of tracking time?

8           THE COURT:  Unless you have a mirror that can look

9   at my chest clock, no.  So that's why I will always tell you

10  at lunch and at the end of the day where you stand.

11          So what other lawyers who have appeared in this

12  court have done is they've utilized their trusty aide to

13  keep a running clock of how much time they're taking as a

14  guide.

15          But again to be clear, this court, this timer

16  controls.  But you can ask counsel to assist you.  You now

17  know you have five hours, 21 minutes and 22 seconds.

18          MR. WIENER:  Got it.

19          THE COURT:  Anything further, Mr. Taylor?

20          MR. TAYLOR:  Not from me, Your Honor.

21          THE COURT:  I will see you all on Thursday.  If

22  you can get here at 8:45, just in case there are any issues

23  we need to discuss before the jury gets here.

24          Thank you.  Have a good evening.

25      (Thereupon, at 4:50 p.m., proceedings adjourned.)

1

2                              -oOo-

3

4                           CERTIFICATE

5

6          I hereby certify that pursuant to Section 753,

7    Title 28, United States Code, the foregoing is a true and

8    correct transcript of the stenographically reported

9    proceedings held in the above-entitled matter and that the

10   transcript format is in conformance with the regulations of

11   the Judicial Conference of the United States.

12

13   Date:  February 13, 2019

14

15                              /s/ Lisa M. Gonzalez

16                              _____
                                Lisa M. Gonzalez, U.S. Court Reporter
                                CSR No. 5920
17

18

19

20

21

22

23

24

25

**BY MR. TAYLOR: [3]**
107/18 114/13 116/2
**BY MR. WIENER: [26]**
34/10 45/18 48/4 52/3 56/3
56/13 57/11 58/17 60/1
70/13 71/1 79/18 81/16
82/25 87/25 88/12 89/5
90/10 90/20 94/25 97/3
99/17 100/14 102/23 103/22
104/6
**MR. GEBELIN: [2]** 51/3
51/10
**MR. TAYLOR: [57]** 8/17
8/23 9/3 9/18 9/23 10/5 10/9
10/11 10/14 10/19 10/23
11/4 11/9 11/21 13/13 18/2
21/14 21/16 47/7 48/7 50/1
55/17 55/24 56/10 57/2 57/8
58/13 59/22 60/12 70/23
72/6 80/15 82/20 84/12
86/20 87/16 88/8 89/2 90/8
91/1 94/20 96/9 96/12 96/17
96/20 96/22 99/12 100/11
102/20 103/19 104/2 107/7
120/24 121/14 122/7 122/12
123/19
**MR. WIENER: [63]** 5/6
5/10 5/23 7/10 7/13 12/7
12/11 13/17 18/4 33/20
47/10 47/19 47/22 47/25
48/14 48/25 49/5 49/9 49/18
49/24 50/20 50/24 55/11
55/14 55/21 57/5 58/10
59/17 59/20 60/9 70/9 70/20
72/3 72/10 73/20 80/18
81/13 81/22 82/13 82/17
87/22 87/24 88/24 90/23
96/4 96/13 100/8 102/17
103/24 107/12 114/10
115/25 119/15 119/21
119/25 120/5 120/9 120/17
121/16 121/20 121/22 123/5
123/17
**THE CLERK: [2]** 34/1
34/4

**THE COURT: [127]**
**THE WITNESS: [12]** 34/3
34/5 47/16 56/12 73/18
84/15 87/23 90/17 90/19
99/14 103/21 107/11

**$**
$1 [1] 120/6
$150,000 [1] 17/20
$180 [8] 77/25 78/13 80/13
84/25 95/7 95/8 104/13
106/9
$180 million [6] 80/13 84/25
95/7 95/8 104/13 106/9
$3 [2] 63/11 63/14
$3 billion [1] 63/11
$600,000 [1] 14/13
$666,666.66 [2] 20/6 93/20
$80 [1] 30/24
$80 million [1] 30/24
$939,000 [1] 15/1

**'**
'13 [1] 117/15
'16 [1] 54/5

**-**
-o0o [1] 5/3
-oOo [1] 124/2

**/**
/s [1] 124/15

**0**
000002 [2] 82/17 82/24

**1**
1 percent [1] 23/22
100 [2] 1/10 4/11
102 [1] 4/12
104 [1] 4/13
107 [1] 3/9
10:30 [1] 97/17
11 [6] 4/7 88/21 88/25 89/5
101/2 101/3
116 [1] 59/10
1186 [1] 95/3
11:00 [1] 97/17

**11th [3] 94/4 95/18 100/17**
12 [6] 3/5 4/8 35/5 90/4
90/24 91/4
12 percent [1] 73/11
12th [1] 59/10
13 [2] 17/18 124/13
13th [1] 59/15
144 [1] 73/7
15 [3] 35/5 59/13 70/5
15,000 [1] 18/24
15-minute [1] 69/16
15-page [1] 5/13
16 [7] 4/10 95/24 96/6 96/9
96/12 96/25 97/2
163 [4] 18/10 18/10 60/25
61/2
163rd [1] 61/3
17-CV-00871-AB [1] 1/8
1738 [1] 100/23
18 [4] 4/9 94/2 94/18 94/25
18-month [1] 16/22
180 million [1] 93/10
1873 [1] 61/17
1875 [1] 61/24
1877 [1] 62/9
1880 [2] 2/11 63/17
1885 [1] 64/10
1887 [1] 64/19
1893 [1] 65/6
1897 [1] 66/7
19 [1] 59/2
1902 [1] 66/20
1906 [1] 67/3
1910 [1] 67/10
1915 [1] 67/19
1919 [1] 68/17
1:20 [2] 1/17 5/2
1b [1] 95/5
1st [1] 1/24

**2**
20 [3] 10/19 10/21 31/13
20-second [2] 10/6 10/15
2006 [1] 35/25
2007 [1] 13/25
2008 [4] 36/15 37/6 37/9
45/12

**2**

2009 [6]  14/16 23/10 37/20
 38/9 38/15 44/20
201-7600 [1]  2/12
2010 [11]  14/23 23/15 24/1
 24/3 25/3 39/12 41/12
 108/10 108/19 109/2 114/16
2011 [10]  24/13 43/18 45/21
 45/24 46/5 46/11 46/13
 110/21 113/23 115/6
2012 [4]  46/11 71/3 71/5
 76/17
2013 [6]  26/13 27/11 27/16
 52/7 75/6 117/14
2014 [2]  27/11 94/12
2015 [5]  28/9 30/12 30/19
 59/14 59/15
2016 [15]  6/23 6/25 29/1
 31/14 53/14 58/8 58/22 59/2
 59/2 59/10 77/2 84/3 94/4
 100/17 101/3
2017 [12]  24/18 28/11 57/20
 60/20 63/21 66/11 66/22
 67/24 68/22 99/21 100/7
 112/5
2018 [3]  1/19 5/1 120/8
2019 [1]  124/13
205 [1]  58/22
209 [1]  72/19
20th [1]  57/20
21 [3]  3/5 123/1 123/17
21 seconds [1]  123/3
213.894.2979 [1]  1/25
22 [2]  123/1 123/17
23 [4]  3/21 58/19 59/20 60/1
24 [8]  3/21 59/8 59/19 59/20
 59/21 59/24 60/1 82/7
24-hour [1]  109/24
25 [7]  3/17 53/11 55/13
 55/15 55/21 59/19 67/24
25 million [3]  43/1 43/6
 106/12
25th [1]  59/2
26th [7]  59/14 77/15 77/18
 78/7 78/8 84/5 95/20
27 [2]  84/3 100/7

**28 [1]  124/7**
2nd [1]  60/20

**3**

30 [8]  4/11 10/21 11/3 92/20
 99/17 100/4 100/10 100/14
30 percent [1]  31/13
30,000 [2]  18/25 78/2
30-odd [1]  43/3
3072 [1]  2/8
30th [1]  91/11
31 [4]  3/22 60/6 60/11 60/15
310 [2]  2/8 2/12
31st [1]  99/21
32 [4]  3/23 70/15 70/22 71/1
33 [5]  3/20 19/8 57/13 58/12
 58/17
33 months [1]  99/24
34 [1]  3/9
341-3072 [1]  2/8
35 [5]  4/12 99/19 102/16
 102/18 102/23
350 [1]  1/24
36 [4]  4/13 103/16 104/1
 104/6
3:08 [1]  70/11
3:20 [1]  69/25
3:28 [1]  70/12

**4**

40 [1]  41/16
40,000 [1]  36/8
414 [1]  72/19
43 [1]  123/2
440 [1]  72/19
4455 [1]  1/24
45 [4]  71/21 72/4 73/1 73/22
45-minute [1]  97/20
487-5607 [1]  2/5
4:00 p.m [1]  93/2
4:50 [2]  1/17 123/25
4th [1]  68/22

**5**

50 percent [1]  23/21
50th [1]  87/5
520 [1]  2/7

**55 [1]  3/17**
56 [1]  3/18
5607 [1]  2/5
57 [1]  3/19
58 [1]  3/20
5920 [2]  1/23 124/16
5:00 [1]  70/1

**6**

60 [2]  3/21 3/22
609 [1]  2/4
61 [1]  72/19
65 million [1]  43/3
666 [1]  93/23
666,666.66 [1]  92/24
67 [1]  58/25
6th [1]  63/21

**7**

71 [1]  3/23
714 [1]  2/11
753 [1]  124/6
7600 [1]  2/12
79 [1]  3/24
7:00 [1]  78/8
7:00 o'clock [1]  97/15
7:00 p.m [2]  122/3 122/10
7:30 [1]  97/21

**8**

80 [1]  42/2
82 [2]  3/25 76/13
8383 [1]  2/7
84 [1]  4/6
89 [1]  4/7
8:15 [1]  97/21
8:45 [1]  123/22
8th [1]  66/11

**9**

90012 [1]  1/24
90067 [1]  2/12
90211 [1]  2/7
91 [1]  4/8
925 [1]  2/5
94 [1]  4/9
94582 [1]  2/4
97 [1]  4/10

**9**

9:00 a.m [2] 118/25 119/8
9th [2] 58/22 66/22

**A**

a.m [2] 118/25 119/8
AB [1] 1/8
abetted [1] 93/11
ability [3] 25/22 63/8 66/2
able [5] 61/7 102/8 120/1
120/21 122/3
about [102] 5/24 5/25 6/1
6/1 9/14 10/2 10/25 13/10
13/24 14/1 18/16 19/9 19/17
19/23 20/1 20/12 20/13
21/23 22/8 22/9 22/14 22/15
22/18 22/19 22/20 22/20
22/24 23/16 23/25 24/8
24/25 25/1 25/4 25/13 26/8
26/10 27/5 28/2 29/7 29/9
30/20 31/13 35/19 35/22
36/15 37/5 37/9 39/15 40/1
40/14 41/9 41/16 41/20 42/1
42/12 43/1 43/2 43/3 43/5
44/13 45/9 46/1 47/25 48/23
49/4 49/6 50/4 50/14 62/24
65/14 69/19 69/21 69/22
71/3 76/9 86/5 92/21 95/19
96/12 97/20 97/21 102/16
103/6 104/9 106/3 106/25
108/9 108/19 109/23 110/24
112/12 114/2 114/6 115/25
116/10 116/16 116/17
117/23 118/1 120/24 122/14
122/16
above [3] 8/11 30/5 124/9
above-entitled [1] 124/9
absconded [1] 15/14
absconding [3] 40/3 40/11
40/11
absolutely [5] 28/20 28/23
80/14 98/7 106/7
absurd [2] 80/14 80/14
Abu [3] 37/5 40/16 117/6
Abu Dhabi [1] 40/16
abundance [1] 11/17
acceleration [1] 88/5

accept [5] 42/13 102/9
104/22 105/9 105/11
accepted [2] 15/8 38/2
access [3] 25/20 58/7 102/8
accessible [1] 101/22
accommodation [1] 120/19
accordance [1] 36/11
accorded [1] 105/19
account [5] 92/25 93/4 93/4
93/5 119/3
accounting [2] 40/21 40/23
accounts [1] 105/10
accruing [1] 73/10
accurately [1] 7/7
accuse [1] 73/3
accused [2] 18/16 19/1
acknowledge [3] 28/18
30/17 31/3
acquaintances [1] 80/8
acronym [1] 24/16
act [2] 54/7 101/14
acted [1] 31/15
acting [3] 107/20 108/1
108/2
action [10] 7/15 46/11 73/13
73/14 75/17 75/19 88/17
94/10 94/12 103/13
actions [4] 46/4 47/6 83/15
94/12
activities [9] 6/24 19/5 19/22
19/25 20/2 20/5 20/10 76/11
95/17
activity [1] 98/10
acts [1] 101/15
actual [1] 7/16 7/19 11/8
actually [15] 6/15 22/10
22/13 27/2 27/14 36/22 40/4
40/8 50/21 55/3 77/17 99/25
105/16 110/2 115/18
ADAM [59] 1/10 6/23 12/19
13/4 16/11 18/13 19/7 20/2
22/2 28/23 31/14 47/6 48/3
52/6 52/10 69/2 69/11 69/12
72/13 72/22 73/13 73/15
73/19 75/7 75/14 75/22 83/6
83/9 83/12 84/2 84/16 86/6
86/10 88/14 88/15 88/23

89/21 90/7 90/15 90/18
91/10 93/16 95/2 95/5 95/11
95/14 99/9 99/12 99/15
99/23 100/1 100/16 102/13
102/25 104/17 108/4 111/3
111/4 111/5
Adam Kazal [4] 73/15 75/14
90/15 95/14
Adam Kazal to [1] 90/7
Adamkazal.com [2] 29/5
31/24
Adamkazalstory [1] 106/22
add [1] 66/5
added [1] 96/4
address [3] 76/23 78/21
119/20
addressed [1] 65/12
addresses [1] 69/6
adjourn [2] 118/22 123/4
adjourned [1] 123/25
adjust [1] 109/16
administration [3] 101/17
101/20 102/7
admissibility [1] 94/21
admit [2] 25/18 75/2
admitted [16] 55/20 56/2
57/10 58/16 59/25 60/14
70/25 84/14 84/20 89/4 91/3
92/18 94/24 97/1 100/13
102/22
advance [1] 6/1
advantage [2] 36/20 37/11
adverse [2] 20/13 45/21
advice [1] 104/24
advising [1] 119/25
affiliated [1] 110/7
afford [1] 42/25
after [17] 15/25 20/1 22/24
24/15 25/10 29/11 33/4 33/5
46/4 46/11 60/3 61/14 68/13
87/10 87/11 95/18 107/5
afternoon [3] 12/12 34/12
120/15
afternoons [1] 97/9
again [16] 6/20 6/23 7/17
28/5 31/14 31/23 41/12 46/8
70/6 74/1 78/11 103/3

**A**

again... [4]  106/23 119/20
119/25 123/15
against [41]  14/21 14/24
15/6 15/11 15/19 16/2 16/3
16/8 16/11 18/7 24/17 28/15
38/21 39/11 40/14 41/4 41/5
42/7 43/16 43/22 43/25
45/10 46/4 46/11 47/5 48/3
51/22 52/6 52/10 61/21
62/16 62/18 65/1 75/25 77/3
93/25 94/13 103/8 103/12
103/18 106/23
agencies [1]  111/21
agents [1]  68/3
ago [7]  22/15 22/24 30/20
31/25 74/19 87/9 91/18
agree [4]  38/17 38/18 38/18
50/19
agreed [1]  42/5
agreeing [1]  39/1
agreement [5]  36/13 36/15
37/3 109/4 115/13
agreements [1]  38/17
ahead [1]  90/19
aide [1]  123/12
aided [1]  93/11
Akin [1]  90/3
al [1]  13/21
al-Qaddafi [1]  13/21
Albert [1]  89/18
alert [1]  31/4
alike [2]  53/8 77/20
all [90]  5/21 7/21 8/15 9/14
10/1 12/2 12/9 15/21 20/8
21/12 21/16 25/15 29/12
33/8 33/9 33/18 33/23 34/8
38/4 41/13 44/13 48/4 48/16
48/17 49/22 50/8 50/18 52/2
52/19 55/17 55/19 56/1 56/5
57/10 58/15 59/17 59/24
60/12 60/23 65/16 67/1
68/25 70/2 70/5 70/9 70/13
70/21 71/23 72/19 73/6 74/8
75/2 76/23 76/25 77/2 77/12
77/13 78/15 78/25 79/2

79/20 83/2 83/24 84/14 85/3
85/16 87/12 87/23 88/4 89/4
91/3 93/10 93/12 96/8
100/11 100/13 101/19
101/22 102/9 102/11 106/21
109/24 114/20 118/25 119/1
119/8 119/13 122/25 123/4
123/21
allegation [1]  30/11
allegations [11]  15/5 39/18
40/18 40/20 41/13 42/4
45/10 103/15 105/7 113/2
116/14
alleged [4]  6/20 22/9 24/7
28/16
alleging [1]  14/25
allow [4]  11/19 42/13 69/22
88/11
allowed [9]  5/25 31/11 32/25
33/1 37/12 38/11 50/11
85/23 102/6
ally [1]  23/19
alone [3]  15/2 18/11 32/12
along [3]  21/25 25/16 28/18
already [2]  81/16 121/22
also [36]  6/24 13/19 15/12
16/1 18/5 18/12 18/13 19/2
19/7 21/9 23/13 25/20 29/21
31/19 40/3 41/18 49/7 51/8
51/18 76/10 77/22 78/5 80/5
80/24 81/10 85/9 90/16 93/3
99/1 99/5 102/1 102/2 102/5
103/8 111/12 112/5
alternately [1]  39/7
alternative [1]  103/11
although [2]  24/15 31/12
altogether [1]  23/23
always [2]  97/13 123/9
am [4]  35/13 49/16 85/8
112/10
America [1]  92/17
American [1]  71/14
among [3]  27/19 32/7
108/20
amount [4]  20/6 22/15 23/6
109/22
amounts [1]  38/19

amplification [1]  71/17
Andrew [8]  41/1 41/1 41/6
41/6 45/1 45/9 116/11
118/17
Andrew Kelly [1]  41/6
ANDRÉ [1]  1/4
Angeles [8]  1/18 1/24 2/12
5/1 34/18 34/19 92/7 95/23
angst [2]  30/9 68/2
another [14]  5/10 55/6 62/4
62/6 63/19 64/12 65/7 66/8
66/21 67/4 67/11 67/21
68/19 122/13
answer [6]  48/20 56/12
73/18 78/18 103/21 122/3
answers [2]  70/7 84/17
anticipate [2]  48/18 122/11
anxiety [3]  30/9 88/7 98/18
any [95]  5/15 5/17 6/15 7/19
11/20 14/11 14/17 20/12
24/19 24/20 24/24 26/18
27/20 28/2 28/3 28/25 28/25
30/22 32/10 32/12 32/22
38/16 38/16 38/17 38/21
39/1 39/5 44/19 44/22 46/4
46/10 46/10 47/6 49/14
50/22 51/9 55/17 55/24
56/21 57/8 58/4 58/13 59/20
60/12 62/17 62/17 62/20
63/5 63/8 63/13 65/19 69/18
69/23 69/23 69/23 70/23
72/6 72/22 75/7 79/2 79/9
81/1 82/19 83/15 84/12 86/5
87/1 88/2 89/2 91/1 93/7
93/15 93/20 94/20 95/8
95/17 96/8 96/17 97/25
99/11 100/11 102/20 104/2
109/16 112/2 114/5 114/19
115/19 115/24 117/19
117/22 117/23 117/25 119/6
123/22
anymore [2]  17/13 39/5
anyone [5]  55/8 69/21 69/22
97/25 113/9
anything [8]  24/8 38/18
104/23 106/12 107/14
115/25 123/4 123/19

**A**

apologize [4]  5/8 5/11 61/20
 64/24
apparent [1]  21/2
apparently [1]  50/5
appeal [2]  99/25 102/13
appealed [1]  100/1
appear [13]  9/17 21/18
 21/19 25/2 27/4 29/6 31/21
 31/22 32/4 33/12 60/4 68/5
 97/5
APPEARANCES [1]  2/1
appeared [8]  27/6 27/7 28/6
 29/2 53/14 97/12 116/18
 123/11
appearing [2]  25/17 26/10
appears [2]  60/22 91/12
applauding [2]  7/5 32/5
applicant [1]  101/6
application [4]  39/14 41/19
 41/20 102/10
applied [1]  94/9
apply [1]  120/4
appointment [2]  41/7 42/2
apprehended [2]  47/12
 74/10
approach [3]  36/2 48/10
 73/23
approached [2]  13/25 46/20
approximately [4]  5/13
 59/13 78/8 79/7
April [1]  37/6
apt [1]  89/21
Arab [10]  12/24 14/2 14/7
 14/24 15/7 15/13 23/4 36/3
 37/1 39/11
Arabic [2]  38/10 40/17
Arabic-language [1]  40/17
are [72]  5/15 5/20 5/25 7/15
 7/22 8/20 10/4 11/14 12/4
 12/18 13/6 13/8 13/9 22/1
 22/16 27/22 27/23 27/24
 28/16 52/18 54/15 55/9
 57/19 57/25 59/4 60/7 61/7
 65/15 66/2 69/2 70/18 71/15
 71/23 72/3 72/9 74/2 74/9

74/21 74/22 76/11 77/14
 80/6 81/12 82/9 83/20 85/14
 85/15 85/20 89/8 91/22 92/4
 92/13 94/9 95/6 96/1 96/11
 96/14 98/12 102/1 102/2
 102/11 102/12 104/17 105/3
 106/25 114/15 114/15 119/1
 119/21 119/25 120/3 123/22
area [2]  32/18 41/23
aren't [1]  92/11
arena [1]  35/22
Arguably [1]  8/1
argument [2]  13/15 18/3
arguments [1]  7/22
armed [2]  99/2 99/3
around [19]  15/10 24/3
 24/23 27/25 29/1 30/12 36/1
 41/12 46/11 78/5 86/8 88/18
 97/8 97/9 97/17 97/17 105/6
 108/10 109/21
arrest [1]  32/21
arrived [2]  95/22 97/7
arriving [1]  32/14
article [2]  25/2 85/3
articles [12]  13/9 13/18 25/6
 26/10 26/23 62/23 84/24
 92/20 92/21 116/11 116/17
 116/18
as [108]  5/20 6/9 7/7 7/21
 7/23 7/24 8/19 12/4 15/8
 16/19 20/8 22/5 22/9 22/23
 23/6 23/10 23/13 23/14
 23/17 24/13 24/23 25/8 25/9
 25/11 26/15 26/19 27/11
 27/18 27/19 28/14 29/16
 29/19 29/20 30/6 30/13 31/4
 32/7 33/21 36/12 39/10
 41/25 42/1 42/3 43/19 44/16
 44/16 44/19 44/20 44/21
 45/1 47/4 51/17 53/5 53/6
 53/14 54/21 56/18 65/13
 66/2 66/2 70/8 72/7 72/7
 74/11 74/11 76/14 77/3
 78/19 80/16 87/16 88/4 88/7
 88/9 91/16 91/22 92/7 92/23
 93/10 93/10 93/17 94/10
 95/3 98/3 98/3 98/5 98/8

98/8 101/7 101/13 101/16
 105/1 106/1 106/1 106/1
 107/8 109/22 112/16 113/18
 113/19 115/11 116/5 116/22
 118/23 119/3 119/5 119/5
 119/6 123/13
aside [1]  118/1
ask [13]  9/15 16/18 19/16
 33/7 33/14 45/15 63/15 70/7
 74/3 91/6 112/25 118/25
 123/16
asked [5]  26/6 39/24 42/7
 87/22 118/7
asking [3]  25/23 89/24 111/9
ass [1]  105/15
assaulted [5]  52/14 75/21
 75/22 76/6 76/8
asset [4]  42/10 42/14 42/18
 43/1
assets [7]  15/21 15/24 38/2
 39/15 41/14 42/5 42/24
assist [1]  123/16
assisted [1]  29/21
associate [4]  22/1 77/24
 78/11 80/11
associated [2]  43/4 111/3
associates [3]  16/9 71/9
 77/20
association [1]  30/6
associations [1]  71/9
assume [5]  96/11 116/8
 116/9 116/12 119/18
assumed [1]  27/21
assuming [3]  86/18 91/11
 117/10
attacked [1]  66/3
attacking [1]  85/3
attempt [1]  93/17
attempted [1]  65/21
Attempting [1]  51/16
Attempts [1]  60/25
attend [1]  23/18
attention [1]  33/16
attorney [7]  54/20 83/23
 89/23 90/1 114/12 114/15
 114/16
attorney-client [1]  114/12

## A

attorneys [2]  22/1 93/24
augmented [1]  21/1
August [1]  59/14
August 26th [1]  59/14
Australia [40]  13/9 14/7
16/1 18/21 19/5 19/13 19/24
22/4 22/16 24/11 25/4 31/18
34/14 34/15 35/8 37/21 38/6
42/11 49/16 69/5 78/18
78/23 79/5 81/12 82/6 83/18
84/5 85/23 94/4 94/7 94/11
99/11 99/21 100/7 103/11
105/22 120/15 120/21
121/20 122/6
Australia for [1]  103/11
Australia's [2]  63/3 80/7
Australian [11]  12/22 38/2
38/4 42/15 83/23 87/6 87/7
91/11 95/15 103/5 113/13
Australian-born [1]  12/22
Australians [1]  13/8
authentication [1]  72/7
authenticity [1]  50/1
author [3]  28/21 61/4 61/5
authored [1]  113/11
authoring [1]  27/7
authorities [3]  40/10 41/25
117/8
Authority [4]  43/9 44/10
44/10 45/12
authorization [1]  17/6
authorize [1]  64/14
automatic [1]  73/19
automotive [1]  53/8
available [4]  27/22 27/23
27/24 113/9
avoid [5]  11/20 13/6 16/15
73/12 84/24
avoidance [1]  93/15
award [1]  21/8
aware [6]  50/14 74/11 87/12
87/24 92/6 114/15
away [6]  14/19 16/13 33/3
76/25 87/8 105/20

## B

back [12]  12/3 22/7 22/11
24/4 40/15 44/20 55/7 69/25
91/13 100/3 109/13 118/25
backdrop [1]  7/23
background [2]  13/24 43/24
bad [1]  101/25
balance [1]  109/13
BANI [1]  2/10
BANI-ESRAILI [1]  2/10
bank [3]  92/25 93/4 93/7
banners [2]  78/10 78/13
based [9]  12/23 13/2 17/15
20/16 51/22 51/23 57/18
74/7 78/18
baseless [1]  40/19
basis [8]  18/6 35/18 45/5
76/1 87/20 95/13 101/21
105/14
Bates [14]  61/17 62/9 63/16
64/9 64/19 65/5 66/6 66/19
67/2 67/9 68/17 73/7 82/16
82/24
Bates-stamped [14]  61/17
62/9 63/16 64/9 64/19 65/5
66/6 66/19 67/2 67/9 68/17
73/7 82/16 82/24
be [97]  6/25 7/3 7/11 8/3 8/9
8/11 9/18 10/9 10/10 11/19
12/14 13/18 14/5 15/8 16/19
20/16 21/7 22/4 25/18 27/24
27/24 27/25 33/24 36/18
37/10 43/12 43/13 47/24
48/18 48/20 50/19 51/13
55/19 56/1 57/10 58/15
59/25 60/14 60/22 70/25
72/18 72/21 73/20 74/16
82/22 85/23 86/3 86/11
86/12 86/15 88/14 88/17
89/4 89/21 89/22 91/3 91/6
91/13 91/20 94/24 96/25
98/5 98/24 99/8 100/13
101/22 101/24 101/24 102/2
102/6 102/7 102/11 102/22
103/4 105/15 105/19 106/17
109/11 112/16 117/1 118/20

118/24 119/16 120/1 120/10
120/15 120/15 121/1 121/6
121/13 121/16 121/24
121/25 122/3 122/15 123/7
123/15
Beach [2]  13/3 35/16
bear [1]  94/6
bearing [2]  29/3 29/4
became [7]  16/1 16/10 24/13
26/4 43/18 50/14 109/7
because [35]  9/5 9/7 9/11
10/16 24/9 24/21 32/11
36/21 39/13 42/10 43/3 44/8
46/14 46/15 48/1 50/17 68/2
75/21 75/24 76/9 84/5 85/7
95/15 97/16 98/24 101/4
101/19 104/21 105/18 116/9
118/3 118/20 118/23 122/14
122/20
become [1]  21/1
been [12]  14/14 15/16 18/9
24/2 30/25 44/19 46/1 92/6
92/15 110/22 111/3 115/17
before [22]  5/5 6/25 8/17
9/11 13/22 25/1 65/24 68/8
74/4 74/14 77/16 82/2 87/10
95/19 100/3 113/24 114/17
120/24 121/6 122/15 123/4
123/23
beforehand [1]  114/7
began [3]  18/23 23/11 25/2
begin [4]  11/24 12/4 38/7
77/2
beginning [2]  62/11 81/5
behalf [2]  108/13 109/18
behavior [5]  71/11 77/14
98/21 105/12 105/19
behind [4]  28/19 36/5 68/6
92/7
being [31]  15/3 15/11 16/3
16/17 18/6 19/2 20/8 20/15
22/25 26/7 27/4 27/11 27/21
30/10 31/23 37/10 46/15
48/1 51/18 54/4 66/2 69/12
76/24 82/20 84/6 84/21
84/21 89/21 92/16 112/14
121/10

**B**

Beirut [1]  56/20
believe [33]  7/17 7/17 36/1
 42/12 43/14 45/7 45/12
 45/20 50/25 53/15 53/20
 54/11 56/17 63/13 73/2
 74/16 75/11 75/19 77/15
 80/10 83/24 89/22 96/4
 99/25 100/21 105/2 105/2
 110/8 110/14 113/4 117/21
 117/24 120/25
believed [4]  20/24 99/7
 111/2 111/13
below [3]  60/22 68/25 93/1
beneath [1]  83/5
BENJAMIN [2]  2/10 21/25
besides [2]  26/9 66/13
Besser [5]  117/1 117/9
 117/20 118/1 118/13
best [9]  54/5 75/9 93/14
 97/13 110/2 110/4 110/5
 115/6 119/3
better [1]  115/12
between [18]  13/6 22/7
 22/11 22/12 24/4 31/16 38/7
 43/23 44/2 49/14 51/23 59/1
 59/14 72/9 97/14 97/20
 111/20 115/9
Beverly [1]  2/7
big [2]  50/9 50/17
billion [2]  63/11 63/14
binder [8]  48/7 53/11 54/14
 55/11 70/16 71/21 83/25
 96/21
BIROTTE [1]  1/4
bit [4]  9/6 29/11 43/24
 122/17
block [2]  31/9 65/19
blog [1]  26/17
blog-style [1]  26/17
blood [2]  85/21 86/24
blue [2]  29/2 36/8
blue-collar [1]  36/8
board [5]  23/13 23/15 23/20
 23/23 108/21
boat [1]  50/17

bodies [1]  104/24
body [5]  46/1 45/21 111/19
 113/18 115/23
bonnet [1]  46/23
born [4]  12/22 13/8 34/13
 35/9
borne [1]  26/3
both [20]  13/19 20/9 20/13
 20/18 31/24 32/19 33/15
 35/1 44/17 45/3 59/18 79/7
 79/7 81/14 82/10 82/11
 83/17 101/5 109/3 109/4
both minors [1]  35/1
bottom [4]  61/8 62/11 72/13
 83/2
Boulevard [1]  2/7
bound [1]  101/13
boxes [1]  65/20
branch [1]  44/5
breached [1]  100/17
breaches [3]  101/2 101/12
 101/18
breaching [1]  101/1
Briber [1]  30/1
Bridge [4]  42/16 42/19
 109/22 110/5
Bridge's [1]  110/3
brief [4]  10/17 13/23 19/17
 32/13
briefly [5]  21/22 35/14 36/6
 41/9 104/25
bright [1]  119/10
bring [4]  11/23 13/23 23/9
 48/11
bringing [1]  13/22
brings [1]  16/16
broader [1]  71/18
brother [3]  23/18 85/8 91/17
brothers [15]  13/8 28/20
 36/16 41/12 52/15 52/18
 71/8 72/23 75/11 76/5 76/9
 77/12 84/20 85/13 92/8
brought [5]  12/17 15/11
 18/7 94/12 103/12
build [1]  53/6
built [2]  36/8 87/4
business [31]  12/23 13/10

14/2 14/9 14/11 14/14 14/22
 15/21 23/3 35/15 36/5 37/21
 38/21 38/23 41/7 44/9 71/9
 77/23 78/11 80/8 80/11 81/8
 87/3 87/7 97/9 103/7 105/5
 106/1 106/10 108/3 110/16
businesses [3]  37/16 44/3
 105/25
businessman [1]  12/22

**C**

CA [1]  2/7
calculated [1]  101/6
CALIFORNIA [21]  1/2
 1/18 1/24 2/4 2/12 5/1 13/3
 16/14 18/22 19/15 22/10
 35/10 35/16 71/4 76/18
 76/21 80/21 82/10 96/2 96/3
 96/7
call [12]  33/19 33/21 42/8
 46/13 99/4 110/20 113/1
 115/25 116/5 117/6 118/5
 121/11
called [18]  7/15 14/4 14/13
 17/15 18/23 23/2 23/16
 32/18 36/14 37/22 37/24
 38/3 39/24 42/11 42/16 44/9
 54/6 118/3
calling [4]  25/23 48/21
 119/16 122/12
calls [6]  57/3 77/18 86/21
 114/8 114/11 116/1
came [6]  25/16 38/12 38/14
 43/7 105/21 107/4
camp [2]  36/8 36/25
campaign [6]  18/19 18/24
 31/2 47/4 77/3 82/6
can [60]  5/18 5/21 7/7 7/11
 9/19 9/25 11/10 20/8 30/6
 35/14 36/5 37/10 41/9 44/16
 44/21 44/25 49/6 49/20 50/6
 50/14 51/5 51/21 53/23
 57/22 58/19 61/16 64/22
 65/15 66/14 67/19 69/1 73/9
 74/25 77/6 83/11 84/8 89/7
 90/10 96/21 98/13 104/25
 105/15 105/19 105/20 106/6

can... [15] 107/2 113/9 116/8
116/8 116/12 119/6 120/3
120/11 121/2 121/25 122/4
122/18 123/8 123/16 123/22
can't [7] 9/1 39/4 44/25
113/6 114/9 116/8 119/7
cannot [4] 15/8 70/7 102/6
119/1
capital [24] 14/4 14/8 14/12
14/15 14/17 15/1 15/20
22/14 22/24 23/2 23/7 23/16
23/21 30/23 36/14 37/7 37/8
37/16 37/19 37/24 42/16
42/20 108/23 110/5
caption [1] 89/16
car [10] 7/18 8/13 11/6
46/18 46/20 46/24 67/14
67/15 67/16 98/15
care [7] 74/8 83/6 86/4
106/3 106/5 106/25 107/1
carrying [1] 82/12
cars [1] 11/11
case [31] 5/25 6/1 6/4 12/14
16/12 19/10 21/23 22/2 22/6
22/8 22/18 22/19 26/3 28/15
30/3 41/25 42/1 58/4 69/19
69/21 69/22 69/24 74/2
91/13 91/17 91/19 91/23
103/11 105/22 120/11
123/22
cases [1] 101/23
cast [1] 25/6
Catch [1] 66/14
catching [1] 89/19
categories [1] 101/10
cause [1] 68/2
caused [5] 12/18 20/22
75/19 88/6 88/7
caution [1] 11/17
Cayman [20] 14/5 15/22
15/25 22/13 24/1 36/22
37/19 37/23 38/3 39/8 39/14
39/20 40/15 41/8 41/19
41/25 108/10 109/2 109/7
109/10

Cayman Islands [1] 108/10
cc [2] 26/2 26/5
CCRR [1] 1/23
cease [4] 21/2 83/23 89/24
92/4
ceased [1] 16/12
CENTRAL [1] 1/2
century [2] 2/11 87/3
CEO [1] 85/1
certain [8] 23/6 28/2 28/3
28/21 30/14 52/20 105/19
112/15
certainly [9] 6/2 6/5 6/24
9/1 9/12 9/19 24/9 54/1
120/22
certificate [3] 58/21 59/9
124/4
Certificates [1] 3/21
certify [1] 124/6
chance [1] 56/5
Chanel [1] 64/2
change [2] 55/3 112/16
changed [1] 55/4
changes [2] 8/20 30/22
characters [1] 116/9
charged [2] 24/20 85/15
charges [3] 15/10 101/1
101/4
CHARIF [57] 1/9 12/18
13/4 13/25 14/17 14/20
14/23 15/8 15/11 16/3 16/5
18/11 19/6 22/2 22/3 22/25
23/22 24/19 27/12 28/18
28/20 28/22 30/13 31/16
36/16 39/10 41/2 41/3 41/5
41/12 45/1 45/21 45/23
62/16 62/18 62/21 62/24
64/20 69/2 84/20 84/25 85/8
85/9 91/17 94/13 103/9
103/18 104/8 104/10 104/12
104/14 104/17 108/7 108/17
115/12 116/12 118/18
Charif Kazal [4] 16/3 18/11
103/9 104/14
Charif's [3] 41/7 45/10
62/14
Charifkazal.com [1] 29/4

charter [2] 111/25 112/17
chest [1] 123/9
chief [6] 12/15 12/25 29/14
35/11 53/7 103/4
children [12] 20/9 34/24
37/4 71/15 76/23 98/8 98/10
98/11 98/14 98/23 106/4
117/17
children's [8] 19/16 20/15
46/17 46/18 81/7 97/14
97/18 98/3
chose [1] 17/25
circles [1] 87/7
circulate [1] 33/2
circulated [2] 25/3 81/12
circumstance [1] 105/4
citizens [1] 71/15
city [3] 37/4 78/5 85/23
civil [4] 19/6 99/16 103/17
104/8
claim [8] 16/17 17/22 18/6
20/19 20/20 49/18 91/20
106/11
claimed [2] 15/3 91/14
claiming [1] 15/13
claims [7] 28/15 33/15 42/7
42/9 55/8 58/2 92/1
clear [5] 20/10 33/2 92/13
99/9 123/15
cleared [1] 24/19
clearly [4] 8/9 39/9 71/20
92/11
client [11] 5/9 74/4 74/13
91/14 92/6 92/13 92/15
92/18 92/22 114/12 120/24
clip [5] 10/6 10/15 10/20
10/24 32/13
clock [3] 123/6 123/9 123/13
closed [1] 28/11
closing [1] 7/22
closure [1] 122/16
co [8] 12/13 14/4 16/18
19/16 37/12 51/7 62/16
103/7
co-conspirators [1] 62/16
co-counsel [4] 12/13 16/18
19/16 51/7

# C

co-funding [1]  37/12
co-own [1]  14/4
co-shareholder [1]  103/7
Coast [2]  55/5 64/2
Code [1]  124/7
collar [2]  36/8 86/3
colleague [5]  22/6 22/15
 28/12 29/18 43/19
colleagues [1]  17/4
college [1]  71/14
colored [2]  81/20 82/15
colors [1]  86/1
come [10]  8/12 35/24 39/24
 42/22 51/24 66/3 69/25
 76/17 106/5 118/25
comes [1]  106/23
coming [6]  7/9 38/12 105/17
 120/15 120/20 121/19
commence [1]  97/19
comment [1]  118/9
comments [1]  46/22
commercial [5]  42/25 53/24
 54/1 105/3 105/5
commercials [2]  35/17 53/8
commission [8]  16/2 24/11
 24/17 41/4 43/22 43/25 46/5
 46/12
committed [8]  16/6 18/17
 61/21 62/15 62/17 65/1
 101/4 104/10
common [2]  89/15 91/25
communicate [1]  114/24
communicated [2]  110/13
 118/7
communication [2]  114/12
 114/20
communications [4]  47/4
 54/16 69/5 117/25
community [1]  19/1
companies [2]  84/19 87/6
company [38]  13/2 14/4
 14/8 14/13 15/1 15/4 23/7
 23/12 23/14 23/21 25/10
 25/11 30/19 36/14 36/17
 37/13 37/19 38/3 38/19

38/25 39/1 39/2 39/2 39/15
 39/19 39/25 41/21 42/4 42/5
 42/7 43/4 53/6 54/8 56/15
 56/17 84/25 106/15 108/16
compensate [1]  21/9
complainant [1]  54/21
complaint [20]  14/24 15/12
 15/17 39/10 39/17 39/20
 39/23 40/2 40/4 40/11 40/11
 40/12 40/13 40/14 41/18
 54/7 54/10 54/19 54/23 68/8
complaints [3]  13/12 97/25
 98/2
completed [1]  9/11
complex [2]  14/2 36/3
complicated [1]  37/18
comply [6]  17/16 18/1 21/4
 58/6 95/11 95/14
component [1]  66/5
compounded [1]  73/11
computer [2]  9/23 9/24
computers [1]  26/15
con [1]  95/7
concern [2]  27/8 106/2
concerned [6]  20/9 20/12
 27/5 74/2 74/8 98/8
concerns [1]  105/23
concluded [4]  24/17 52/3
 75/4 111/13
conclusion [2]  15/7 111/22
concurrently [3]  18/19 79/7
 81/10
conduct [13]  21/7 21/10
 49/19 51/9 51/12 51/13
 51/23 51/23 69/23 83/15
 89/24 101/7 101/15
conducted [3]  16/3 95/18
 112/22
conducting [1]  115/23
conference [5]  48/13 73/25
 110/17 110/19 124/11
confident [2]  20/17 104/17
confirmation [1]  93/7
confirmed [1]  32/20
confiscate [1]  32/22
conformance [1]  124/10
confused [1]  51/15

confusion [2]  6/6 13/6
connected [1]  69/24
connection [1]  74/9
connotations [1]  93/21
consent [5]  17/6 64/6 65/9
 68/1 101/2
consented [1]  67/6
considered [2]  58/4 101/24
consisted [2]  26/21 77/6
consists [1]  79/4
conspiracy [1]  80/14
conspirators [1]  62/16
conspired [1]  95/7
constant [2]  15/16 38/10
contact [2]  15/16 21/2
contacted [2]  83/17 83/22
contacts [1]  23/8
contain [1]  27/20
contained [7]  18/15 27/17
 28/4 29/23 31/24 50/18
 72/25
containing [3]  25/4 25/5
 29/7
contains [1]  50/17
contemnor [2]  100/25
 101/13
contemporaneously [1]
 83/19
contempt [16]  4/13 13/12
 19/6 19/10 95/16 99/12
 99/16 100/24 101/1 101/4
 101/11 103/14 103/18 104/8
 104/12 104/21
contempts [1]  101/19
content [13]  5/17 7/6 27/5
 29/7 29/8 29/19 35/20 35/22
 53/9 65/2 66/24 75/9 91/14
contents [3]  50/18 76/3 76/4
context [1]  24/3
contingent [1]  43/8
continually [2]  74/5 74/14
continue [8]  7/1 20/5 31/11
 32/25 33/1 50/12 93/2
 122/20
continued [3]  4/2 19/22
 95/22
continues [1]  48/20

## C

continuing [2] 70/7 121/7
continuously [1] 104/21
contribute [1] 88/19
contributed [3] 23/6 23/7 27/10
contributing [1] 107/7
control [4] 30/22 41/21 44/14 63/5
controls [2] 44/11 123/16
conversations [2] 26/1 49/14
conversion [1] 109/12
convert [1] 39/7
convincing [1] 31/3
coordination [2] 41/17 41/18
copies [1] 70/18
copy [12] 48/11 53/13 79/23 88/22 90/6 93/7 94/3 94/15 99/20 100/6 103/17 118/13
copyright [15] 16/18 16/20 17/14 17/17 20/19 22/8 33/9 52/19 53/19 53/22 54/7 55/1 55/10 58/23 59/11
copyrighted [16] 12/20 27/21 52/21 60/3 61/12 61/14 62/4 63/19 64/12 65/7 66/8 66/21 67/4 67/11 67/21 68/19
copyrights [5] 3/22 58/9 60/7 68/8 68/13
corner [4] 57/18 61/25 87/4 89/12
corporate [9] 17/2 36/21 64/4 66/16 77/24 81/21 93/9 95/6 98/6
correct [26] 35/2 43/20 52/5 53/13 57/15 60/7 61/1 63/22 67/14 70/18 79/23 82/18 88/22 90/6 94/3 94/15 99/20 100/6 103/17 108/5 108/14 112/8 112/9 120/18 121/21 124/8
correct copy [1] 79/23
correction [1] 59/22
correspondence [1] 24/4

corrupt [2] 44/2 45/7
corruption [16] 13/11 16/2 16/5 24/7 24/12 24/17 41/4 41/5 43/22 43/23 43/25 44/20 45/3 45/5 111/20 112/4
cost [3] 63/10 63/14 106/24
costs [2] 92/24 92/25
could [18] 23/18 26/5 26/8 26/9 34/13 36/10 40/6 42/25 46/7 49/17 62/11 71/17 72/18 72/21 76/22 85/17 86/12 98/24
counsel [25] 12/6 12/13 16/18 19/16 21/12 34/8 45/15 47/10 47/18 48/10 51/7 69/16 70/6 70/13 73/23 79/17 107/11 114/9 119/18 120/8 120/19 121/5 121/16 122/4 123/16
counsel's [1] 96/21
counterclaim [1] 54/25
counteroffer [1] 42/18
country [1] 39/22
counts [2] 100/25 101/4
couple [2] 18/8 119/13
course [6] 25/16 27/8 71/10 77/11 115/15 117/13
courses [2] 76/24 108/3
court [57] 1/1 2/4 4/9 4/11 4/12 11/15 13/12 13/16 15/5 15/8 19/5 19/6 19/24 22/3 40/21 42/12 51/5 51/15 56/1 58/5 62/20 74/1 74/12 74/20 76/3 76/15 78/20 78/25 79/2 79/9 79/12 90/10 94/4 94/6 94/11 94/16 95/15 99/11 99/16 99/21 100/7 101/19 102/13 103/11 104/8 104/22 105/9 106/14 118/24 119/18 119/19 119/20 120/13 121/3 123/12 123/15 124/16
court's [4] 9/8 9/10 52/1 99/12
Courthouse [1] 1/23
courtroom [2] 40/17 70/9
courts [11] 21/4 58/3 101/22

102/1 102/2 102/6 102/8 102/10 104/23 105/3 105/9
covered [1] 77/22
coworkers [1] 26/24
crap [1] 85/12
crazy [1] 106/7
create [5] 8/21 26/4 26/18 39/13 91/24
created [8] 6/10 8/19 8/23 27/2 27/3 27/12 29/12 44/1
creates [1] 30/8
creating [2] 6/15 29/17
creation [2] 28/24 28/25
credible [1] 20/24
crew [1] 85/21
crime [5] 24/20 32/24 86/2 87/1 112/2
crimes [10] 18/17 43/16 61/21 62/12 62/13 62/15 62/18 64/25 85/15 104/9
criminal [17] 13/11 13/12 14/24 15/5 15/10 19/2 29/25 39/10 39/17 40/14 77/13 77/14 78/12 89/15 99/16 111/17 111/22
criminally [1] 95/16
criminals [1] 77/14
cropped [1] 118/15
cross [4] 3/8 81/6 107/15 107/18
Cross-examination [2] 107/15 107/18
CSR [2] 1/23 124/16
current [1] 94/11
currently [3] 12/25 34/17 35/11
CV [1] 1/8

## D

D-a-v-i-d [1] 34/7
Dabab [10] 26/2 26/14 26/14 26/18 27/1 27/12 27/15 28/10 28/19 28/22
dad [3] 47/17 72/23 87/14
daily [2] 16/22 73/11
damages [5] 12/18 17/20 21/8 61/19 64/24

# D

**dark** [1] 118/24
**date** [7] 6/25 7/2 57/18 61/14 84/5 115/11 124/13
**dated** [5] 58/22 60/20 94/4 99/21 100/7
**dates** [1] 41/6
**dating** [1] 44/20
**daughter** [4] 34/20 35/1 35/4 35/5
**DAVID** [111] 1/6 3/9 7/4 7/7 10/3 12/15 12/21 12/22 12/25 13/25 14/6 14/10 14/18 14/19 14/24 14/25 15/1 15/3 15/6 15/11 15/14 15/16 15/20 16/1 16/4 16/8 16/13 16/23 16/24 17/3 18/7 18/16 18/21 19/4 19/14 20/3 20/9 20/18 20/19 20/21 21/8 23/1 23/6 23/11 23/19 24/6 24/14 25/9 26/23 27/14 30/14 30/17 31/3 31/8 31/17 32/1 32/9 32/13 33/11 33/21 33/23 34/1 34/6 34/12 35/7 35/8 47/21 47/22 47/24 48/6 48/9 49/10 49/11 50/22 51/11 51/13 51/14 51/14 51/17 51/18 52/5 52/5 56/5 57/13 58/19 60/24 66/16 69/3 70/15 71/3 75/6 79/20 80/11 84/17 84/19 85/2 85/21 86/2 89/7 89/8 91/23 93/9 93/9 95/8 96/7 101/6 103/3 103/4 107/20 119/17 120/10
**David's** [8] 16/10 19/1 24/5 24/24 24/25 31/21 47/21 72/20
**Davids** [1] 33/2
**Davis** [1] 35/10
**day** [24] 1/16 9/14 32/14 32/14 33/4 35/18 35/18 60/25 61/2 61/3 77/8 77/16 77/16 83/24 84/18 89/9 97/11 98/12 108/4 115/17 118/23 119/9 121/25 123/10

**Day One** [1] 84/18
**day-to-day** [1] 35/18
**days** [7] 35/19 35/23 40/5 41/16 97/5 115/16 115/18
**deadline** [1] 119/6
**deal** [2] 14/3 105/23
**dealing** [1] 31/4
**dealings** [3] 13/10 13/24 115/20
**death** [1] 107/3
**debasing** [1] 112/20
**debate** [2] 44/19 112/14
**debt** [4] 39/7 43/4 109/12 109/13
**debts** [2] 42/7 42/9
**decade** [2] 22/7 43/17
**decades** [1] 80/15
**decals** [1] 96/4
**deceased** [1] 47/24
**December** [6] 1/19 5/1 58/8 58/22 59/10 59/15
**December 12th** [1] 59/10
**December 13th** [1] 59/15
**December 9th** [1] 58/22
**decided** [5] 8/20 18/20 19/11 19/14 27/3
**decision** [2] 28/2 120/24
**decisions** [1] 8/20
**deescalate** [1] 71/17
**defamation** [3] 58/2 94/12 105/22
**defamatory** [5] 29/8 30/11 31/25 58/4 58/6
**defame** [1] 92/20
**defamed** [1] 92/9
**defaming** [1] 92/15
**defend** [1] 105/8
**defendant** [3] 2/9 19/7 51/8
**defendants** [21] 1/11 3/5 5/12 5/25 7/12 12/18 16/12 17/22 18/23 19/10 19/14 19/22 20/11 20/21 21/2 21/7 22/1 28/13 28/13 28/13 28/15
**defendants'** [1] 21/23
**defending** [1] 40/18
**defense** [2] 8/17 33/15

**defines** [1] 105/16
**definitely** [3] 45/22 99/15 114/19
**defrauded** [1] 84/19
**defunct** [1] 37/21
**degree** [5] 107/20 107/22 107/23 107/24 108/2
**delay** [1] 73/12
**demanding** [1] 14/18
**demands** [3] 75/13 84/16 93/6
**demonstrative** [1] 5/19
**department** [4] 21/3 31/9 32/20 44/4
**depict** [1] 8/10
**depicted** [2] 80/10 96/9
**depicting** [1] 7/8
**deport** [1] 40/6
**deposited** [1] 18/25
**deposition** [1] 122/16
**deprived** [1] 30/25
**derogatory** [2] 17/1 86/18
**describe** [3] 36/6 77/6 98/13
**desist** [3] 83/16 83/23 89/24
**desperate** [1] 18/17
**despicable** [3] 18/17 61/21 64/25
**despite** [1] 92/16
**detail** [1] 113/4
**detention** [1] 40/16
**deter** [1] 21/10
**determine** [3] 44/16 58/3 102/8
**develop** [1] 23/3
**developing** [2] 29/17 36/2
**development** [4] 23/5 23/25 28/24 29/22
**devil** [1] 93/23
**Dhabi** [3] 37/5 40/16 117/6
**dialect** [1] 74/17
**DIANE** [2] 2/10 22/1
**did** [135]
**didn't** [28] 14/11 16/15 19/25 20/11 24/8 24/9 24/24 25/24 25/24 32/9 32/12 32/22 33/11 33/12 38/17 38/18 38/18 42/24 45/8

**D**

didn't... [9]  54/24 55/2 74/1 74/10 83/19 109/16 118/7 118/9 118/20
die [1]  76/25
died [1]  107/4
different [16]  17/15 27/17 28/16 38/5 66/3 67/13 67/15 69/1 86/7 88/15 96/18 98/14 99/10 101/11 109/8 109/8
differently [1]  48/17
difficult [4]  105/13 105/17 120/2 121/2
difficulty [1]  74/23
digital [3]  35/20 54/7 93/13
digress [1]  106/16
diligence [1]  43/10
dilute [1]  23/20
dilution [1]  39/8
DIRE [1]  3/8
direct [4]  3/8 26/8 34/10 109/17
directly [1]  101/13
director [3]  29/19 42/1 45/11
directors [6]  23/13 23/15 23/20 23/23 25/11 108/21
disable [1]  58/7
disagree [1]  51/21
discerned [1]  22/5
disclose [1]  34/23
disclosed [2]  5/14 5/17
discover [1]  54/3
discovery [1]  10/7
discuss [3]  74/4 87/12 123/23
discussed [2]  66/25 87/14
discussing [1]  13/22
discussions [1]  49/6
disgusting [1]  85/7
disgustingly [1]  85/19
dish [1]  85/12
disobedience [1]  101/12
disperse [1]  32/21
display [3]  28/5 52/23 52/25
displayed [2]  19/19 32/16

dispute [4]  22/11 31/16 55/1 105/5
disputes [4]  102/8 105/3 113/22 118/4
disregard [2]  13/13 17/23
disrespect [2]  13/6 119/23
disrupt [1]  105/24
disruption [1]  92/25
dissolution [1]  15/23
distinction [1]  106/20
distraught [1]  98/17
distress [2]  88/8 104/25
distributed [2]  42/16 78/3
distribution [1]  15/24
DISTRICT [3]  1/1 1/2 1/23
DIVISION [1]  1/3
DMCA [5]  54/9 54/24 55/2 55/6 68/8
do [99]  5/10 5/22 9/21 10/22 11/13 12/6 21/13 21/13 21/15 26/19 27/12 27/22 28/20 28/24 31/16 33/19 33/21 34/17 35/19 38/24 38/24 39/3 41/14 45/23 47/16 47/19 48/14 48/17 53/8 53/23 54/15 54/19 55/2 56/21 56/23 63/5 63/8 63/13 63/24 64/17 69/7 69/18 69/21 69/21 69/23 70/9 72/13 72/16 73/5 75/13 75/16 75/22 76/8 80/8 81/20 81/22 83/2 86/17 86/19 86/24 87/10 89/11 89/13 89/14 91/16 91/20 93/8 97/11 101/14 104/21 105/23 108/8 108/11 111/1 111/7 111/11 112/23 113/2 113/5 113/6 114/5 114/19 114/24 115/12 115/23 116/14 118/5 119/3 120/7 120/9 120/25 121/8 121/9 121/9 121/13 121/18 122/2 122/11 122/19
doctors [1]  107/6
document [20]  3/19 49/15 49/24 50/16 50/19 51/24 57/23 61/24 63/16 64/9 65/5 66/6 66/19 67/2 67/9 68/16

94/22 96/10 96/15 112/20
documents [8]  27/19 33/6 47/3 50/9 74/13 74/24 111/6 111/10
does [30]  1/10 10/8 21/18 21/19 28/7 47/16 47/19 50/21 52/23 52/25 53/2 53/16 53/17 56/8 56/18 58/25 59/13 59/16 61/2 64/20 64/21 68/5 74/14 83/5 92/3 94/6 94/8 97/18 106/5 122/7
doesn't [10]  7/6 8/10 17/16 25/20 55/8 74/23 76/4 105/8 106/22 112/11
dog [1]  86/4
doing [8]  17/23 19/3 32/12 44/17 77/14 78/6 101/14 105/11
dollar [2]  110/4 120/8
dollars [3]  14/10 14/18 110/3
domain [5]  26/13 27/2 27/3 27/24 92/23
domestic [2]  50/22 51/3
domicile [1]  36/23
don't [38]  6/19 7/16 7/17 7/24 8/13 9/9 34/23 37/18 50/18 50/25 69/16 86/4 92/3 93/5 98/20 104/22 105/23 105/24 106/6 106/16 107/13 110/14 111/22 113/5 113/12 114/19 115/11 115/14 115/17 115/18 117/10 117/21 117/24 118/21 120/7 121/11 121/11 122/2
done [11]  24/2 24/22 30/18 31/3 39/13 41/22 99/7 106/13 112/14 114/23 123/12
door [1]  98/15
doubt [1]  93/15
down [14]  5/19 17/8 17/10 23/21 28/11 31/7 31/23 41/25 46/23 55/6 70/4 76/25 92/16 119/12
download [1]  113/10

**D**

dozen [1]  78/9
drawl [1]  38/10
drill [1]  5/19
driver [1]  46/21
driving [1]  78/5
drop [2]  97/20 97/23
drop-off [1]  97/23
drove [5]  19/2 19/15 46/14
 97/7 97/8
Dubai [3]  40/7 41/24 117/7
due [5]  17/13 43/9 101/17
 101/20 102/7
duo [1]  71/15
during [11]  7/9 10/4 10/14
 16/7 24/14 30/2 79/6 80/20
 97/11 97/22 109/17

**E**

e-mail [32]  4/6 4/8 18/9
 18/10 18/19 20/6 27/16 31/2
 60/22 61/4 61/5 61/16 62/6
 62/8 64/20 65/12 66/24
 68/24 84/2 84/8 87/10 87/12
 87/24 88/3 88/4 90/6 90/12
 90/14 90/22 91/6 91/8
 117/15
e-mailed [2]  117/11 117/13
e-mails [22]  6/15 16/23 18/5
 18/8 18/10 18/12 18/14
 18/15 26/21 28/22 30/14
 30/16 31/9 31/11 31/12
 65/20 65/25 66/1 66/25 77/8
 77/10 77/19
e-sports [2]  35/21 35/22
each [5]  17/20 28/15 101/11
 101/15 120/6
earlier [16]  7/21 8/10 19/9
 31/1 42/21 49/2 50/11 103/6
 108/9 108/22 109/17 110/20
 111/2 111/12 112/6 115/21
early [7]  23/15 29/1 35/25
 36/15 37/20 71/5 119/10
East [3]  2/11 23/9 55/5
ECL [2]  103/7 109/10
edits [1]  11/19
Educated [1]  35/9

effect [2]  95/9 109/13
effects [1]  24/1
effort [2]  17/2 65/22
efforts [2]  22/20 65/19
EFT [1]  93/7
eight [1]  22/11
either [1]  80/13
elder [1]  47/24
elderly [1]  16/10
elect [1]  7/12
elementary [5]  46/17 46/18
 81/7 97/14 97/18
elements [1]  85/20
Elizabeth [3]  34/22 119/17
 120/10
Elizabeth David [1]  119/17
else [1]  26/9
elsewhere [2]  36/20 112/15
embarrass [2]  17/3 85/7
embarrassing [2]  98/5 98/7
embedded [1]  76/10
embezzled [3]  14/25 15/4
 39/18
Emergent [20]  14/4 14/8
 14/12 14/15 14/17 15/1
 15/20 22/14 22/24 23/2
 23/16 23/21 30/23 36/14
 37/7 37/8 37/16 37/19 37/24
 108/23
emirate [1]  40/7
Emirates [11]  12/24 14/2
 14/7 14/25 15/5 15/8 15/13
 23/4 36/3 37/1 39/11
emotional [6]  88/2 88/8
 98/17 104/25 106/16 106/24
emotionally [2]  105/13
 105/17
employed [2]  47/1 111/4
employee [2]  32/6 66/1
employees [10]  26/24 26/24
 30/15 31/10 65/16 65/24
 77/14 92/9 98/11 106/3
employees' [1]  65/20
employer [1]  106/1
employment [1]  15/14
enable [1]  92/1
end [6]  15/20 19/25 33/4

73/7 80/5 123/10
ended [1]  91/19
engage [1]  51/8
engaged [2]  16/5 111/4
engine [2]  46/22 69/10
English [1]  32/13
enough [1]  122/23
ensure [4]  36/10 53/22
 76/24 93/13
enter [2]  36/13 36/17
entered [3]  14/3 36/15 94/15
enterprise [2]  43/2 111/20
entire [7]  52/11 52/13 61/22
 65/1 91/8 92/10 120/11
entirely [3]  23/12 31/15
 102/3
entirety [1]  84/8
entities [2]  23/1 44/14
entitled [1]  124/9
entity [1]  44/11
entrepreneur [1]  12/23
entrusted [2]  106/4 107/1
entry [1]  6/5
equity [7]  36/19 37/13 37/14
 39/6 39/7 42/15 109/12
Ernst [2]  42/3 109/7
escalate [1]  18/20
escalation [2]  20/10 107/5
especially [1]  29/8
ESQ [3]  2/3 2/6 2/10
ESRAILI [1]  2/10
essence [1]  40/6
essential [1]  101/25
essentially [1]  15/3
estate [1]  44/12
estimate [1]  77/10
European [1]  55/9
evade [1]  18/1
even [5]  21/3 32/6 38/16
 98/11 106/8
evening [5]  118/21 118/23
 122/4 123/5 123/24
evenings [1]  97/9
event [1]  7/8
events [5]  13/22 78/22 79/5
 81/1 82/10
eventually [9]  14/3 15/4

**E**

eventually... [7]  15/23 24/17
26/4 27/7 28/11 36/13 54/3
ever [14]  45/23 47/6 62/17
62/20 64/14 64/17 67/6
87/12 110/11 110/13 110/15
116/4 117/19 117/22
every [2]  66/1 77/22
everyone [3]  93/22 101/25
102/7
everything [2]  14/19 76/22
evidence [73]  5/15 6/3 6/9
6/14 7/1 7/18 7/22 10/9
10/23 16/9 16/20 20/16
20/17 20/20 22/19 27/19
42/9 43/21 49/11 49/24 51/3
51/25 55/13 55/20 55/21
55/23 56/3 57/7 57/11 58/12
58/17 59/19 60/1 60/11
60/15 62/12 62/13 70/22
71/1 72/5 73/22 77/7 79/1
79/14 81/15 81/16 81/24
82/15 82/20 82/23 84/11
84/15 89/1 89/5 89/7 90/25
91/4 94/19 94/25 96/6 97/3
100/10 100/14 102/19
102/23 104/1 104/6 106/9
111/6 111/8 111/10 112/21
113/7
ex [5]  39/14 41/19 47/12
52/6 86/4
ex parte [1]  41/19
ex-politician [1]  86/4
exact [3]  82/12 82/13 90/22
examination [4]  34/10
107/15 107/18 109/17
examinations [1]  105/10
example [1]  17/1
exception [1]  49/23
excess [2]  63/10 99/17
exchanged [1]  117/9
exclude [1]  118/15
excuse [3]  46/7 61/18 99/22
executive [5]  12/15 13/1
35/11 53/7 103/4
exemplar [1]  16/20

exhibit [77]  5/19 47/11 48/6
48/7 48/12 48/11 48/23
48/24 53/11 54/14 55/11
55/13 55/14 55/21 55/22
56/1 56/3 56/6 56/18 57/6
57/11 57/13 58/12 58/17
58/19 59/7 59/8 60/1 60/6
60/11 60/15 70/15 70/22
71/1 71/21 72/4 73/1 73/22
78/24 79/1 79/3 79/4 79/14
80/21 81/15 81/18 81/24
82/15 82/20 82/24 83/25
84/8 84/10 84/15 88/21
88/25 89/5 90/4 90/24 91/4
94/2 94/18 94/25 95/24 96/6
96/9 97/2 99/19 100/4
100/10 100/14 102/16
102/18 102/23 103/16 104/1
104/6
Exhibit 16 [1]  96/6
Exhibit 2 [2]  81/24 82/15
Exhibit 25 [1]  55/13
Exhibit 30 [1]  100/10
Exhibit 31 [1]  60/11
Exhibit 32 [1]  70/22
Exhibit 36 [1]  104/1
Exhibit 45 [2]  73/1 73/22
Exhibit 7 [1]  79/3
exhibited [1]  71/12
exhibits [7]  3/15 3/16 4/4
4/5 7/11 59/19 96/19
exonerate [1]  112/11
exonerated [2]  45/23 112/6
expect [1]  120/11
experience [1]  43/16
experts [2]  40/21 112/19
explain [1]  21/22
expletive [1]  77/8
explore [1]  23/3
expose [6]  20/4 81/20 85/14
85/16 89/9 93/8
exposed [1]  101/8
exposing [1]  85/19
express [2]  69/18 89/15
expressing [1]  77/12
extend [1]  121/2
extensive [1]  49/7

extent [2]  53/23 94/22
extort [1]  93/17
extortion [1]  13/11
extortionate [1]  20/5
extraordinarily [1]  105/13
extraordinary [2]  43/16
98/21

**F**

fabricate [1]  84/22
fabricated [1]  91/23
fabricating [1]  92/1
fabulous [1]  122/1
face [1]  63/23
faces [1]  29/25
facilitate [1]  37/22
facility [2]  36/10 53/4
fact [7]  15/15 17/23 20/10
88/18 105/18 106/10 117/13
factor [1]  107/7
factual [1]  111/16
fail [1]  93/6
failed [1]  42/21
fair [3]  107/25 112/8 122/23
Fairfax [5]  62/23 63/1 63/2
63/6 69/6
fairly [1]  44/19
fairness [1]  121/10
fall [1]  51/18
false [3]  13/11 26/10 29/8
falsehood [1]  103/12
falsely [1]  14/25
family [50]  12/21 13/7 13/8
14/1 16/9 16/14 19/1 20/21
25/8 29/7 30/7 37/4 41/17
49/21 51/13 51/16 52/9
52/12 52/13 52/15 60/24
61/22 63/10 65/1 71/3 71/7
71/18 71/23 73/4 76/9 77/11
77/19 77/21 80/8 85/4 85/7
85/17 85/20 86/7 86/19
87/16 88/5 88/7 88/16 92/10
92/20 93/10 98/1 98/14
107/6
family's [3]  60/24 86/4
115/19
famous [1]  64/2

# F

far [5]  44/16 44/21 72/7 74/11 76/24
father [36]  16/10 20/8 35/6 35/25 47/7 47/21 48/25 49/1 49/5 49/7 49/15 49/21 50/7 50/13 50/15 51/12 51/21 51/23 52/5 52/11 52/14 52/18 71/12 75/21 75/23 75/24 76/5 76/6 76/8 76/13 86/2 87/1 87/4 87/8 106/1 107/3
father's [3]  72/18 87/2 88/2
fattening [1]  89/18
favor [4]  20/17 20/18 26/19 33/15
fear [5]  20/23 30/8 32/10 88/6 98/24
featured [2]  13/9 59/4
February [3]  59/2 100/7 124/13
February 19 [1]  59/2
February 27 [1]  100/7
fed [1]  38/9
federal [11]  19/5 19/24 53/18 69/5 94/4 94/6 94/11 95/15 99/11 99/21 100/7
feed [1]  91/15
feeding [1]  25/12
Feel [1]  93/12
feeling [1]  25/21
fell [1]  46/24
few [6]  27/15 42/22 77/10 88/8 97/16 117/5
fight [2]  19/14 86/6
figure [2]  121/3 121/15
file [1]  54/6
filed [2]  24/1 108/13
fill [1]  122/19
film [1]  13/1
final [3]  7/14 43/18 100/2
finally [2]  7/14 69/19
financial [2]  43/8 106/24
find [9]  20/17 27/13 33/7 33/15 85/5 100/19 104/8 104/12 122/3

finding [8]  26/11 40/21 45/5 46/5 46/11 72/17 100/16 109/9
findings [9]  16/5 41/5 45/24 45/25 46/3 99/11 104/24 105/9 111/16
fine [1]  122/8
fined [1]  40/13
finish [1]  112/25
finished [3]  8/24 8/25 9/5
firewall [2]  31/10 66/5
Firewalls [1]  66/1
firm [2]  2/9 42/16
first [27]  5/21 9/13 13/5 16/17 23/20 25/18 30/16 32/5 32/14 33/19 33/22 35/24 57/22 59/1 59/14 60/23 68/12 68/13 73/9 82/4 82/5 82/15 88/9 95/23 100/1 114/2 121/3
fits [1]  9/9
five [14]  13/7 29/3 35/23 55/19 71/25 72/1 74/11 74/19 96/15 102/22 109/23 109/25 122/25 123/17
fleet [3]  11/16 93/3 93/14
flew [1]  40/15
flown [1]  22/4
flyer [1]  82/2
flyers [4]  18/25 78/2 78/10 81/11
flying [1]  122/5
focused [1]  108/3
followed [3]  46/15 110/22 110/24
force [1]  102/12
forcing [1]  46/23
foregoing [1]  124/7
foreign [1]  36/11
forensic [1]  105/10
Foreshore [3]  44/9 44/10 45/11
Forger [1]  30/1
forgery [1]  13/12
form [3]  18/6 36/14 69/18
format [1]  124/10
formed [1]  23/2

former [4]  77/23 78/11 80/11 87/2
forth [1]  24/4
Forty [1]  72/1
Forty-five [1]  72/1
forward [3]  15/19 33/24 90/12
found [17]  11/7 15/8 19/6 27/14 29/11 40/11 40/13 40/19 45/3 62/20 95/15 99/16 100/25 101/11 103/14 112/2 112/3
foundation [10]  47/9 47/10 56/11 72/10 81/25 90/9 90/10 99/13 103/20 105/14
four [12]  35/23 40/16 78/4 96/15 100/23 100/25 101/2 101/12 101/18 101/21 109/23 109/25
frantic [1]  46/13
fraud [2]  40/15 95/7
fraudsters [2]  93/9 93/12
free [2]  93/12 102/3
friend [3]  26/1 26/16 26/19
friends [6]  71/9 77/19 77/21 78/18 106/4 106/4
front [7]  17/3 46/18 48/7 81/8 106/9 106/18 120/7
fruition [1]  23/10
frustrated [2]  25/14 25/22
full [1]  83/3
fullest [1]  53/23
fund [2]  37/7 110/8
fundamental [1]  102/5
funded [1]  15/2
funder [1]  39/19
funding [4]  37/12 37/15 39/6 110/16
funny [1]  86/25
furniture [1]  78/14
further [12]  8/22 11/20 16/15 73/13 73/14 75/16 75/19 91/1 101/3 107/14 123/4 123/19
future [2]  21/11 104/18

## G

gate [1]  33/13
gave [3]  9/4 30/18 115/3
GEBELIN [7]  2/6 2/6 12/13
 16/19 31/21 51/7 51/16
general [6]  40/22 46/1
 113/17 113/18 113/19
 113/20
generally [1]  66/24
generate [1]  7/15
generic [2]  69/14 114/25
gentlemen [6]  12/2 21/22
 33/4 33/14 69/18 118/22
get [20]  16/13 25/22 25/25
 26/5 26/16 30/17 31/6 70/7
 77/1 83/18 105/20 106/23
 119/4 119/5 119/14 120/1
 121/8 121/18 122/23 123/22
gets [3]  25/11 49/24 123/23
getting [2]  65/20 85/18
Ghalo [4]  56/20 56/21 56/24
 57/1
give [6]  9/2 41/21 42/2 43/21
 43/23 121/24
given [6]  20/10 23/18 49/11
 73/19 91/7 115/5
giving [2]  7/5 32/5
glad [1]  85/23
glass [1]  6/2
Global [15]  14/13 15/23
 30/20 37/17 37/22 37/24
 38/3 42/11 85/1 103/5 103/7
 103/12 109/19 109/20
 109/21
globe [1]  22/13
go [15]  14/19 28/3 39/3 45/8
 46/2 54/25 70/1 77/9 77/25
 85/15 89/9 90/19 110/15
 111/24 120/5
goal [3]  30/16 31/6 31/22
God [1]  38/11
GoDaddy [5]  17/13 54/9
 54/15 54/16 54/22
GoDaddy.com [2]  17/12
 56/9
goes [7]  20/4 22/7 22/11

44/12 45/7 66/4 113/4
going [43]  8/3 8/3 10/9 11/4
 11/18 12/4 14/5 19/13 20/3
 23/5 25/24 26/7 33/6 33/7
 40/18 47/11 47/22 48/18
 48/18 48/19 48/20 49/4 50/8
 51/20 51/24 70/6 73/20 74/3
 74/20 83/20 85/12 85/14
 85/21 87/16 88/17 89/8
 92/11 99/8 114/8 114/11
 119/19 120/9 121/6 122/24
Goldberg [4]  68/3 68/5 68/9
 68/10
gone [1]  98/17
GONZALEZ [3]  1/23
 124/15 124/16
good [11]  5/9 12/12 21/20
 34/12 66/2 85/22 92/12
 93/13 101/25 119/9 123/24
Google [5]  27/14 27/23
 43/14 44/17 69/14
Google-image [1]  27/14
Googled [2]  26/11 27/13
got [14]  37/14 38/9 41/23
 46/13 50/7 50/15 51/21 69/4
 70/6 89/10 110/20 117/6
 117/15 123/18
governed [1]  102/11
government [12]  13/11 24/9
 44/1 44/2 44/3 44/9 44/11
 44/11 44/15 44/18 102/1
 111/21
Government-owned [1]
 44/11
governmental [3]  24/7
 25/15 111/21
graphic [6]  6/12 6/21 7/16
 8/5 8/6 9/20
graphics [1]  9/16
grayed [1]  63/23
great [9]  25/24 68/2 87/15
 88/6 88/7 88/7 88/7 106/23
 113/4
greatest [1]  106/2
grips [1]  105/18
group [5]  31/17 31/20 36/7
 36/9 36/19

growing [1]  93/14
grub [2]  86/8 88/19
guaranties [1]  23/8
guards [2]  99/3 99/5
guess [4]  8/15 11/14 49/13
 49/17
guide [1]  123/14
guilty [11]  45/3 62/20 95/7
 95/16 99/16 100/25 103/14
 111/14 111/22 112/2 112/3
guy [2]  40/12 105/14
guys [1]  82/8

## H

had [66]  7/19 14/14 14/25
 15/1 15/14 15/16 16/5 19/9
 19/10 20/11 21/4 24/1 24/22
 25/5 26/18 28/20 28/22
 28/23 30/18 30/21 30/25
 30/25 31/3 31/9 31/15 32/24
 36/7 36/22 36/25 38/16 39/6
 39/18 40/9 42/7 42/10 43/3
 51/23 54/16 56/5 68/9 71/10
 80/15 82/2 83/22 85/3 86/12
 96/4 98/23 100/16 101/5
 101/16 105/3 107/5 108/21
 109/10 109/13 110/22
 112/15 112/22 113/1 114/22
 116/14 117/16 118/8 118/15
 122/14
Hague [1]  43/15
half [5]  30/23 34/16 40/1
 78/9 110/5
half-an-hour [1]  40/1
Hammond [4]  120/12
 120/14 121/18 121/19
hand [8]  15/18 23/1 23/1
 31/17 46/25 57/18 61/24
 89/11
handed [2]  90/20 109/6
handles [1]  89/10
hands [3]  19/12 98/20 105/6
happened [4]  30/22 31/1
 39/17 98/22
happening [2]  23/5 23/9
happy [2]  23/24 68/4
harass [1]  17/3

**H**

harassed [2]  52/14 76/6
harassing [3]  6/15 12/21
20/22
harassment [12]  6/24 13/11
16/8 16/12 16/15 49/11
49/20 71/18 77/3 87/15 88/6
95/17
Harbor [4]  44/9 44/10 45/11
80/5
hard [1]  106/18
harm [1]  21/9
has [19]  18/9 22/12 28/12
41/2 45/23 50/22 60/22 66/1
75/24 92/6 92/15 92/16
94/22 98/16 98/22 104/3
105/6 105/14 122/20
Hatch [1]  29/20
have [109]  5/12 5/22 11/4
11/16 13/14 20/12 24/24
25/20 25/24 26/18 31/20
32/9 32/12 35/1 35/4 35/22
37/9 37/13 37/13 38/5 38/24
39/14 42/23 42/23 44/14
44/18 45/6 46/7 47/3 47/16
47/19 48/16 49/25 52/17
53/5 53/24 56/5 56/7 56/25
62/23 63/5 63/8 63/13 63/15
63/15 66/4 69/7 69/25 70/7
71/9 71/9 74/5 80/8 83/21
85/6 85/23 86/20 86/24 88/2
89/23 93/5 93/11 93/13
93/20 98/19 98/23 99/3 99/3
99/7 104/21 105/17 105/19
106/2 106/9 106/10 106/17
107/13 107/20 107/22
107/24 108/2 110/11 110/13
110/24 111/2 111/6 111/9
111/10 113/21 114/5 114/22
115/17 115/24 117/25 118/9
119/9 119/18 119/20 121/18
122/14 122/17 122/21
122/25 123/2 123/8 123/11
123/12 123/17 123/24
haven't [1]  114/25
having [11]  8/12 8/15 9/23

18/16 33/11 33/12 49/11
73/3 74/23 76/6 85/25
he [114]  12/23 14/3 15/16
18/22 20/4 20/4 20/5 20/11
20/12 20/13 23/17 24/8
24/20 24/21 24/23 24/24
25/9 25/11 25/12 25/17
25/20 25/21 25/21 25/24
25/24 26/7 26/8 26/15 26/15
27/10 27/13 27/14 27/15
28/7 28/18 30/18 31/3 31/8
31/11 31/12 31/15 32/3 32/4
32/4 32/6 32/9 32/10 33/12
39/12 39/12 39/13 39/18
39/20 43/15 46/21 46/23
49/6 50/6 50/13 50/14 50/14
54/21 56/12 56/12 61/8 61/9
73/18 74/10 74/14 74/14
74/16 74/18 74/21 74/22
74/23 74/24 74/24 74/25
74/25 75/21 76/3 76/3 76/9
87/3 87/12 87/24 88/4 88/18
90/10 90/14 90/14 93/4
95/12 96/7 99/14 100/19
101/4 102/14 103/4 103/6
103/8 103/10 103/21 103/21
104/3 107/4 109/12 112/2
112/3 114/22 121/22 121/23
121/23 122/4
he'd [1]  25/18
he'll [4]  31/12 47/24 88/15
121/24
he's [10]  22/3 24/9 25/19
48/1 54/13 86/18 86/19 87/6
120/21 121/1
head [2]  30/5 113/12
headquartered [1]  36/18
heads [2]  6/18 9/18
health [1]  20/14
hear [17]  22/19 22/23 23/16
26/2 28/14 31/8 31/15 31/19
32/1 32/17 40/25 41/1 42/11
43/13 44/13 102/8 114/9
heard [9]  22/9 22/15 22/23
23/6 26/7 30/13 30/20 33/5
45/25
hearing [2]  49/12 109/8

hearsay [5]  49/14 49/23
50/3 50/17 78/19
held [6]  40/4 40/8 41/15
115/17 117/7 124/9
hell [1]  106/12
help [7]  26/16 49/22 69/14
85/1 85/17 86/3 115/1
hence [1]  36/16
her [3]  46/15 68/3 110/24
Herald [11]  25/2 25/17
26/22 84/21 84/22 84/24
85/3 92/19 116/19 116/22
116/25
here [31]  8/2 13/23 16/14
16/16 19/14 22/3 22/4 22/9
22/17 31/19 34/18 35/9
37/12 48/16 49/14 49/16
49/18 52/18 54/21 77/5 78/8
96/1 117/17 119/1 119/4
119/25 121/6 121/11 121/24
123/22 123/23
here's [2]  30/2 32/13
hereby [1]  124/6
Hey [2]  89/8 121/11
Hezbollah [3]  13/19 30/5
30/8
highlights [1]  62/15
highway [1]  91/24
Hills [1]  2/7
him [40]  14/18 17/3 18/16
19/2 20/3 20/12 24/7 24/8
25/6 25/7 25/23 26/7 26/8
26/10 28/6 31/4 32/2 51/23
75/25 78/19 83/8 87/13 88/7
89/22 95/15 100/2 101/8
106/18 110/13 113/22 117/3
117/5 117/6 117/11 117/13
117/16 117/16 117/16
121/11 121/25
himself [3]  31/8 31/11 32/2
hire [1]  99/5
hired [2]  6/22 31/17
his [70]  12/21 14/6 14/20
15/4 15/14 15/17 15/18 16/8
16/9 16/13 16/23 17/3 19/15
19/16 20/3 20/9 20/13 20/21
23/7 23/11 23/17 23/19 24/4

# H

his... [47] 25/1 25/7 25/22
25/25 26/1 26/5 26/11 26/16
26/19 26/24 27/4 27/7 28/1
28/20 29/17 30/5 31/9 31/10
31/15 32/3 32/10 32/10
33/12 33/13 41/12 46/24
48/25 49/1 49/5 49/6 49/15
49/21 50/15 51/21 60/24
74/4 74/16 78/18 87/4 87/14
88/8 90/16 90/22 91/24
101/2 117/16 122/21
Hispanic [1] 32/11
Hitchcock [1] 89/19
hitman [1] 86/13
hobbies [1] 89/19
hold [4] 47/14 47/18 106/2
107/3
holding [3] 78/9 82/8 83/20
home [4] 32/3 34/19 80/10
105/24
homeland [2] 14/6 76/17
homes [1] 78/13
HON [1] 1/4
honestly [2] 107/2 107/3
Honor [74] 5/11 5/24 8/19
8/19 9/20 11/22 12/8 12/12
13/14 18/3 21/15 21/21
45/17 47/8 47/23 48/8 50/21
51/4 55/12 55/18 55/23
55/25 57/3 57/7 57/9 58/11
58/14 59/18 59/22 60/10
60/13 70/22 70/24 72/5 72/9
73/16 73/21 76/2 78/16
78/21 79/4 79/10 80/17
81/14 81/23 82/14 84/13
86/21 87/17 88/10 89/1 89/3
90/9 90/25 91/2 94/19 96/5
96/19 99/13 100/9 100/12
102/19 102/21 103/20
103/25 104/3 107/12 107/14
107/16 119/22 120/25 122/8
123/6 123/20
hopefully [2] 21/10 76/24
hopes [1] 31/2
hoping [1] 16/14

horrible [1] 18/15
host [1] 47/13
hosted [4] 17/12 19/21 56/15
57/24
hosting [4] 17/11 17/15 18/2
54/7
hour [2] 40/1 109/24
hours [8] 48/19 48/19 82/7
97/16 115/16 123/1 123/2
123/17
house [7] 32/18 32/19 80/10
95/20 97/14 99/4 106/5
housing [3] 14/2 36/3 36/11
how [32] 6/9 10/18 10/23
24/25 26/18 34/15 35/24
47/25 49/4 49/14 49/17
54/23 61/7 66/2 69/1 70/8
75/22 76/8 85/19 85/25 86/6
88/15 105/8 106/6 106/12
106/22 114/5 115/15 115/18
115/23 116/4 123/13
However [1] 101/18
huge [1] 77/18
humanity [1] 43/16
hundred [3] 46/24 77/9
77/10
Hunting [1] 89/19
hyena [3] 85/18 86/14 86/17

# I

I'd [53] 53/11 54/14 55/11
55/12 55/22 57/6 57/13
58/11 59/7 59/18 60/6 60/10
61/23 62/8 63/16 64/9 65/5
66/6 66/19 67/2 67/9 70/15
70/21 71/21 72/4 73/6 73/21
78/15 79/1 80/19 81/14
81/18 81/23 82/14 83/25
84/10 88/21 88/25 90/4
90/24 94/2 94/18 95/24 96/5
99/19 100/4 100/9 100/22
102/18 103/16 103/25 118/7
122/21
I'll [14] 8/15 9/7 13/4 13/23
16/18 19/16 22/21 67/18
77/3 79/6 86/6 88/11 112/25
121/15

I'm [64] 8/2 8/2 8/5 8/8 8/12
9/14 11/18 33/11 34/4 35/3
47/11 48/8 48/20 49/13
50/25 51/15 51/20 52/24
57/14 70/6 71/14 74/2 74/3
74/4 74/8 74/11 74/20 74/20
74/23 77/13 78/12 78/16
79/16 85/11 86/18 91/11
92/11 96/15 98/19 98/22
103/5 103/10 107/12 108/19
108/24 111/9 111/24 112/1
114/8 114/9 114/11 115/6
116/9 117/10 118/8 119/19
119/24 119/24 120/4 120/13
120/19 120/21 121/6 121/7
I've [6] 11/20 18/5 61/3
77/13 78/12 105/3
I.T [2] 26/14 31/9
ICAC [28] 24/15 43/19
44/18 44/22 44/24 45/20
45/23 46/3 46/5 46/12 49/12
84/23 91/23 111/12 111/13
111/17 111/19 111/19
111/24 112/3 112/17 113/18
113/24 114/6 114/17 115/2
116/8 116/13
ICAC's [1] 113/16
Iceland [2] 17/16 55/8
Icelandic [4] 56/15 56/17
57/25 58/5
iconic [1] 35/17
idea [10] 26/3 26/18 32/12
36/2 56/25 63/13 63/15
86/12 86/20 115/24
identical [4] 65/4 72/24
72/25 75/11
identified [1] 92/6
identity [5] 84/17 85/6 85/9
92/7 92/14
ignore [1] 102/6
ignored [1] 17/7
illegal [1] 21/7
illustrations [1] 5/15
image [10] 9/23 9/24 27/14
30/2 67/13 67/15 89/14
89/15 93/13 95/3
images [6] 26/20 27/22 96/1

I

images... [3] 96/6 96/9 96/14
imagine [3] 20/8 30/6 83/21
immediate [1] 19/25
immediately [6] 83/17 83/23
 89/25 94/1 99/2 99/6
immigration [6] 15/12 15/13
 40/10 41/16 41/24 117/7
impact [1] 98/24
impecuniosity [1] 42/22
imperative [1] 21/6
implemented [1] 65/24
implementing [1] 23/11
important [3] 18/7 28/5
 28/6
importantly [2] 20/14 24/20
imposed [3] 16/24 17/1
 29/25
imposing [1] 64/6
imputation [1] 95/8
in-boxes [1] 65/20
inaccurate [2] 117/19
 117/22
inadmissible [1] 78/19
INC [2] 1/6 12/15
incendiary [1] 6/20
incentives [1] 120/3
incident [1] 32/24
include [6] 28/2 49/21 64/4
 66/13 66/16 93/6
includes [3] 5/14 13/7 93/15
including [3] 22/16 42/17
 102/3
INCLUSIVE [1] 1/10
incomplete [2] 6/6 6/23
incorporated [2] 14/5 37/8
incorporation [1] 36/22
incorrectly [1] 7/5
increase [1] 93/3
increasing [1] 88/5
Incredibly [1] 98/7
indeed [1] 58/4
independent [14] 16/2 24/10
 24/16 41/4 43/22 43/25 44/5
 102/1 104/24 105/10 106/21
 111/19 112/14 112/18

independently [1] 44/16
Index [2] 2/15 4/4
indicated [1] 118/23
indicates [1] 58/5
indication [1] 27/20
individual [8] 43/14 45/2
 45/9 47/1 58/2 110/7 110/11
 120/14
individual's [1] 40/25
individuals [1] 53/7
inflammatory [1] 6/17
influence [2] 63/8 101/6
influences [2] 102/2 102/3
information [8] 25/12 25/13
 92/19 110/24 116/21 117/20
 117/23 118/3
infringed [3] 17/19 17/20
 54/17
infringement [10] 12/19
 16/18 16/20 17/14 17/22
 20/19 22/9 33/9 52/19 55/1
infuriated [1] 39/9
initially [1] 105/22
initiate [2] 16/4 44/22
injunctions [1] 105/11
injunctive [1] 94/1
injurious [1] 103/11
innocent [3] 92/1 92/10
 111/23
inquire [1] 8/16
inquired [1] 9/7
inquiry [15] 24/7 24/13
 24/14 24/24 25/15 84/23
 111/13 111/13 111/17 114/3
 114/6 114/17 115/2 115/6
 115/24
ins [1] 71/10
inshallah [1] 38/10
inspector [4] 24/15 46/1
 112/5 113/17
install [2] 31/9 99/1
instance [1] 30/17
instances [1] 32/19
instead [3] 14/12 14/20 18/1
Institute [1] 113/13
instruct [1] 93/24
instructed [1] 118/11

integrative [1] 13/2
intend [4] 10/13 10/19 10/22
 120/17
intended [1] 101/5
intending [1] 10/4
intent [3] 9/16 20/22 89/15
intention [1] 9/10 9/12
intentional [2] 17/20 17/23
intentionally [1] 93/11
interacted [2] 31/18 32/2
interaction [1] 50/8
interest [8] 30/21 63/5 73/10
 109/10 113/18 113/20
 116/13 118/5
interested [1] 27/10
interfere [1] 101/17
interfered [1] 101/20
interferences [3] 101/9
 101/15 101/19
internal [1] 32/23
internationally [1] 30/7
Internet [2] 11/8 55/3
interpose [2] 48/21 78/16
interrupt [1] 74/20
intimidate [3] 51/12 51/14
 51/16
intimidated [1] 51/18
intimidates [1] 51/9
intimidating [1] 51/13
intimidation [2] 16/8 52/16
introduce [5] 10/22 21/22
 47/11 50/16 100/3
introduced [9] 7/12 10/9
 11/19 13/19 16/19 22/25
 50/20 82/20 82/23
invalidate [1] 58/1
invented [1] 57/1
invested [1] 14/10
investigate [2] 24/12 58/1
investigated [2] 40/10 40/20
investigates [1] 111/20
investigating [2] 43/22 44/8
investigation [6] 16/3 16/7
 29/11 43/20 44/22 44/24
investigator [2] 31/18 31/19
investment [5] 14/8 14/20
 38/24 43/9 110/8

**I**

investments [1]  36/19
invoices [1]  96/16
involved [11]  16/1 28/1
 29/21 43/19 83/9 83/13
 93/12 101/12 101/15 115/19
 118/4
involvement [1]  7/19
involves [1]  22/6
involving [1]  91/17
iphones [2]  6/13 6/14
Iron [5]  42/16 42/19 109/22
 110/3 110/5
irregularities [2]  40/24 44/8
is [256]
Island [2]  38/3 40/15
Islands [14]  14/5 15/22
 15/25 22/13 24/1 36/22
 37/23 39/8 39/20 41/8 41/19
 108/10 109/7 109/10
isn't [9]  107/21 108/23
 109/22 111/3 111/14 113/2
 115/10 117/14 118/13
ISP [2]  55/7 55/8
issue [7]  5/4 5/6 5/7 5/12 8/2
 50/4 91/18
issued [4]  20/1 48/2 93/7
 116/4
issues [4]  93/1 101/8 105/18
 123/22
it [242]
it's [78]  6/3 6/17 6/19 6/20
 7/17 9/1 9/24 10/6 10/16
 10/17 10/25 10/25 11/5
 11/10 11/11 18/7 19/17 21/6
 22/20 39/21 44/3 44/4 44/5
 47/2 49/19 49/25 52/5 52/8
 52/8 53/5 54/24 55/4 60/20
 61/3 61/16 64/20 65/12
 66/10 67/1 67/13 68/24 69/9
 69/9 72/8 73/19 73/20 74/6
 74/6 74/15 74/15 76/10 80/5
 81/21 82/13 86/18 89/10
 89/15 91/7 96/3 96/14 99/25
 103/10 105/2 105/13 105/15
 105/16 106/5 106/7 106/18
 106/22 107/2 109/8 113/9
 116/21 118/17 119/2 120/2
 121/6
items [2]  74/10 118/4
its [14]  7/6 12/15 14/8 15/24
 32/23 41/10 46/12 52/23
 52/25 58/9 65/9 65/20 67/6
 94/21

**J**

jail [4]  40/5 41/24 99/17
 100/2
Jean [4]  56/20 56/21 56/24
 57/1
Jeddah [1]  56/20
Joe [1]  26/2
John [11]  35/7 35/8 47/21
 50/22 51/11 51/14 51/18
 52/5 69/2 72/20 86/2
John David [1]  47/21
John David's [1]  72/20
join [1]  48/14
joining [1]  41/6
joint [11]  15/20 23/2 25/10
 36/17 36/18 36/24 37/3
 40/23 42/3 45/2 109/6
journalist [1]  26/22
journalistic [1]  63/4
journalists [3]  116/24 118/5
 118/8
JR [1]  1/4
judge [5]  1/4 1/4 19/9
 106/14 109/9
judges [1]  105/10
judgment [1]  100/22
judgments [2]  104/22
 106/23
judicial [2]  44/4 124/11
July [3]  99/21 114/16 115/8
July 2010 [1]  114/16
July 31st [1]  99/21
jump [1]  46/23
jumps [1]  74/12
June [4]  41/12 42/1 108/10
 109/2
June 2010 [1]  108/10
jurisdictional [1]  105/18
jurors [1]  12/12
jury [12]  1/16 11/23 12/1
 20/17 21/6 41/9 65/15 70/3
 84/9 119/11 120/7 123/23
just [43]  5/16 6/6 6/21 9/22
 9/23 11/2 11/7 13/6 18/8
 40/18 44/17 72/7 74/3 74/5
 74/7 74/16 74/23 78/17
 82/15 85/7 85/20 91/24
 92/13 94/21 96/6 96/13
 98/20 98/21 99/7 105/16
 106/7 113/18 115/13 115/17
 119/13 119/14 119/24 120/7
 121/7 121/7 122/23 122/25
 123/22
justice [4]  19/10 101/17
 101/20 102/7

**K**

K.T.C [1]  108/15
Karina [1]  2/4
Karl [4]  36/16 69/3 85/10
 108/17
Karlkazal.com [1]  29/5
KAZAL [160]
Kazal 000002 [1]  82/17
Kazal and [1]  104/17
Kazal appeal [1]  102/13
Kazal appealed [1]  100/1
Kazal being [1]  89/21
Kazal comply [1]  95/11
Kazal personally [1]  108/4
Kazal to [3]  91/10 99/23
 102/25
Kazal was [2]  99/12 99/15
Kazal's [4]  31/6 69/12 90/18
 114/16
Kazalfamilystory [4]  9/22
 78/1 94/14 106/21
Kazalfamilystory.com [21]
 6/8 17/12 26/5 26/13 54/4
 54/8 56/8 60/4 60/8 60/17
 65/10 66/10 66/22 67/7
 67/23 70/19 78/24 79/21
 80/24 83/10 83/13
Kazalfamilytruth [5]  8/4
 9/17 30/4 31/7 31/23

## K

Kazalfamilytruth.com [1] 29/4

Kazals [69] 12/24 13/19 14/3 14/11 14/12 14/16 15/17 15/19 16/7 16/22 17/5 17/10 17/14 18/7 18/20 21/10 22/25 23/10 23/11 23/24 25/10 25/13 29/16 29/24 30/9 30/19 31/11 33/8 35/24 35/25 36/7 36/14 38/8 38/22 39/9 42/6 42/17 42/17 42/21 42/25 43/7 43/10 44/13 44/18 45/14 46/4 46/10 46/10 47/3 50/8 50/16 51/22 51/24 54/19 54/23 57/2 63/13 64/6 64/14 71/10 77/2 80/15 83/24 89/23 93/25 108/14 109/18 115/10 117/17

Kazals' [5] 14/21 22/20 23/21 29/2 71/18

keep [2] 76/20 123/13

Kelly [9] 41/1 41/1 41/6 41/6 45/2 45/9 116/11 118/14 118/17

kept [2] 16/14 38/13

keys [1] 99/2

kids [3] 46/17 106/5 106/17

kills [1] 98/18

kind [2] 67/16 69/23

knew [5] 38/19 116/5 116/16 117/17 122/16

know [51] 6/3 6/19 7/16 8/25 9/7 9/9 24/8 24/25 25/1 28/7 35/24 45/23 50/14 54/19 56/21 56/23 63/24 66/2 72/21 75/22 76/4 76/8 83/19 86/19 89/14 93/22 97/15 97/16 98/19 99/15 105/21 106/6 106/18 108/7 113/5 114/6 115/11 115/12 115/23 115/24 117/16 121/3 121/6 121/6 121/7 121/12 121/17 122/4 122/9 122/25 123/17

knowing [3] 39/15 40/17 41/20

knowledge [10] 41/3 56/16 68/12 72/8 73/17 76/2 79/11 97/22 104/4 114/23

known [1] 30/7

knows [7] 8/19 47/25 56/12 76/3 99/14 101/25 103/21

Kolesa [6] 29/18 54/11 54/12 54/16 120/11 121/12

KTC [3] 36/17 109/11 110/1

KTC's [1] 110/2

## L

L.A [7] 78/8 85/14 85/18 85/22 86/10 89/8 117/18

label [2] 64/4 66/14

labeled [5] 18/9 60/23 80/21 81/20 98/5

labels [1] 64/7

labor [2] 36/8 36/25

laborers [1] 32/11

lack [2] 25/22 73/16

lacking [1] 79/11

Lacks [6] 47/8 56/11 76/2 90/9 99/13 103/20

ladies [6] 12/2 21/21 33/4 33/14 69/18 118/22

lands [1] 36/12

language [1] 40/17

lap [1] 86/4

LAPD [6] 8/12 8/13 11/7 11/11 32/19 32/23

large [3] 25/3 35/20 63/2

largely [1] 28/8

larger [1] 22/10

largest [2] 87/4 87/6

last [17] 8/21 8/24 9/1 9/5 11/6 43/17 61/16 64/22 67/18 68/16 85/6 87/3 88/8 91/6 96/23 105/4 122/16

late [7] 31/14 37/9 38/9 38/15 54/5 87/3 119/7

later [7] 23/10 25/9 29/16 30/23 40/25 41/1 122/3

launched [1] 108/10

law [21] 2/3 2/9 13/13 17/17 18/1 19/11 19/11 21/5 39/14 57/25 98/20 101/22 102/10 104/22 105/2 105/3 105/6 105/9 105/15 105/16 106/14

lawful [3] 32/21 55/1 92/24

lawfully [1] 17/8

laws [4] 52/16 53/19 55/10 71/8

lawsuit [17] 12/17 22/8 22/14 22/17 24/1 28/16 29/15 41/8 41/9 41/11 108/9 108/13 108/20 108/24 108/24 109/1 109/2

lawsuits [3] 22/12 22/16 109/3

lawyer [12] 24/4 24/5 24/6 24/24 24/25 25/1 91/21 92/3 92/12 114/5 114/7 114/22

lawyers [8] 77/20 83/17 83/22 90/3 92/17 114/24 118/12 123/11

lay [4] 27/21 72/10 81/25 90/10

layout [1] 27/3

leaders [1] 87/3

leadership [1] 23/12

leading [2] 71/11 81/7

leads [1] 74/15

learn [2] 116/4 116/7

learned [7] 23/10 24/5 24/23 25/9 29/16 30/19 114/2

learning [1] 88/3

leases [6] 44/12 44/14 44/20 45/8 115/20 116/16

leasing [1] 115/24

least [10] 17/18 22/11 26/9 42/23 44/20 77/10 85/5 97/10 97/15 97/16

leaves [1] 121/23

Lebanese [1] 13/8

Lebanese-born [1] 13/8

Lebanon [1] 56/20

left [4] 57/18 68/6 76/17 89/11

left-hand [2] 57/18 89/11

legal [6] 58/3 92/24 112/18 113/13 113/21 118/4

## L

legally [1] 109/8
length [2] 19/18 79/8
lengths [1] 112/19
lengthy [2] 24/18 91/6
LESOWITZ [1] 2/6
less [2] 23/22 99/4
let [16] 5/18 8/22 9/15 32/12 39/21 43/23 47/14 81/25 100/3 112/25 121/3 121/5 121/6 121/17 122/4 122/9
let's [12] 5/19 9/21 10/1 11/17 11/20 11/23 52/19 72/10 76/4 85/25 90/10 120/5
letter [11] 24/5 43/8 43/9 43/12 83/24 89/23 90/2 91/12 114/16 114/22 114/25
letters [1] 114/19
letting [2] 117/16 121/7
leukemia [2] 107/4 107/6
liability [2] 33/8 33/9
liar [1] 91/25
libelous [1] 58/6
Libya [1] 110/15
Libyan [3] 13/20 43/8 110/8
lie [1] 38/11
lies [5] 18/17 61/20 64/24 84/22 85/7
life [2] 88/8 118/4
light [1] 25/7
lighting [1] 6/18
like [72] 10/16 11/12 27/22 28/4 29/4 29/25 30/8 32/11 33/11 33/12 39/22 39/23 48/6 53/8 53/11 54/14 55/11 55/12 55/22 57/6 57/13 58/11 59/7 59/18 60/6 60/10 61/23 62/8 63/16 64/9 65/5 66/6 66/19 67/2 67/9 70/15 70/21 71/21 72/4 73/6 73/21 78/15 78/22 80/19 81/14 81/18 81/23 82/14 83/25 84/10 85/19 85/25 88/21 88/25 90/4 90/24 91/7 94/2 94/18 95/24 96/5 99/19

100/4 100/9 100/22 102/18 103/16 103/25 111/22 116/18 121/24 122/20
likely [2] 119/16 120/15
Limited [6] 14/14 37/17 37/25 38/4 109/20 109/21
link [3] 6/8 13/19 91/13
links [4] 18/13 27/15 27/16 68/25
liquidate [1] 42/5
liquidation [4] 106/14 109/5 109/8 115/13
liquidators [3] 42/3 42/8 109/6
LISA [3] 1/23 124/15 124/16
list [4] 56/18 58/25 59/13 72/13
listen [2] 104/23 104/23
lists [3] 6/22 65/13 65/13
literally [1] 6/17
litigation [3] 15/22 22/12 115/9
little [6] 9/6 29/11 72/10 87/9 121/2 122/17
live [3] 24/11 39/21 77/22
lived [3] 18/22 20/11 35/9
lives [2] 77/1 77/21
living [2] 50/23 117/6
LLP [1] 2/6
load [1] 50/17
loan [2] 23/7 38/24
loaned [2] 14/13 38/19
local [3] 37/4 40/22 121/13
located [2] 20/11 36/23
locations [1] 81/5
locked [1] 99/2
lodge [2] 42/8 105/21
lodged [5] 15/12 41/11 54/9 54/10 105/22
long [12] 10/18 10/23 11/1 13/3 34/15 35/16 38/11 40/16 44/19 91/18 98/24 115/18
long-term [3] 40/16 44/19 98/24
look [10] 7/21 11/11 11/18

27/19 47/15 49/20 51/20 93/14 96/21 123/8
looked [2] 27/8 28/4
looking [7] 10/17 49/20 56/18 65/12 96/1 96/18 116/15
looks [1] 10/16
lord [2] 86/2 87/1
Los [8] 1/18 1/24 2/12 5/1 34/18 34/19 92/7 95/23
Los Angeles [4] 34/18 34/19 92/7 95/23
lot [11] 22/19 25/4 27/12 30/8 30/9 42/11 44/11 45/13 69/1 74/23 87/14
lots [3] 114/20 114/20 114/20
low [2] 16/14 76/20
low-public [1] 76/20
lower [2] 49/9 61/24
lumped [1] 28/12
lunch [1] 123/10

## M

MacCallum [4] 90/3 90/7 90/12 91/10
made [27] 8/20 14/23 17/8 18/17 20/7 32/21 39/18 39/20 40/12 40/14 41/5 41/13 42/15 42/19 43/7 45/24 46/12 46/21 53/10 73/12 85/11 101/2 101/5 102/9 109/24 109/25 111/16
magnifying [1] 6/2
mail [32] 4/6 4/8 18/9 18/10 18/19 20/6 27/16 31/2 60/22 61/4 61/5 61/16 62/6 62/8 64/20 65/12 66/24 68/24 84/2 84/8 87/10 87/12 87/24 88/3 88/4 90/6 90/12 90/14 90/22 91/6 91/8 117/15
mailboxes [1] 18/25
mailed [2] 117/11 117/13
mails [22] 6/15 16/23 18/5 18/8 18/10 18/12 18/14 18/15 26/21 28/22 30/14 30/16 31/9 31/11 31/12

# M

mails... [7]  65/20 65/25 66/1 66/25 77/8 77/10 77/19
main [2]  41/24 81/7
maintain [1]  74/10
maintenance [1]  28/24
make [20]  11/2 12/6 14/19 21/13 24/9 36/19 37/18 39/10 39/14 42/9 42/18 54/25 65/19 73/11 99/11 100/16 102/6 105/7 106/20 119/5
makes [3]  39/22 49/7 91/25
making [9]  15/7 40/13 95/6 100/19 104/9 104/13 106/11 114/24 120/24
malicious [2]  18/18 62/23
maliciously [1]  26/10
man [3]  89/22 92/1 95/7
management [2]  36/10 37/17
manager [2]  29/20 40/22
manner [1]  5/17
manufacture [2]  35/16 35/19
many [11]  27/15 27/15 27/22 29/24 59/4 62/15 66/1 105/8 106/22 115/16 118/11
March [6]  57/20 60/20 63/21 66/11 66/22 67/24
March 20th [1]  57/20
March 25 [1]  67/24
March 2nd [1]  60/20
March 6th [1]  63/21
March 8th [1]  66/11
March 9th [1]  66/22
mark [1]  84/10
marked [1]  102/16
market [1]  87/6
marketing [1]  92/25
married [1]  71/14
match [1]  6/18
matches [2]  6/18 9/17
material [4]  53/18 58/4 58/5 58/7
materials [1]  53/17

matter [10]  17/19 50/20 69/19 69/23 99/16 101/16 105/8 106/22 114/17 124/9
Matthew [3]  29/13 29/13 65/17
may [28]  12/9 13/17 17/22 21/16 34/8 37/6 39/12 48/4 50/13 56/12 68/22 70/4 70/13 73/18 74/16 78/25 79/13 101/24 101/24 103/4 103/21 111/2 113/21 115/12 115/13 115/17 119/12 121/13
maybe [7]  37/6 48/17 49/13 74/1 74/16 115/8 115/18
McClaren [1]  67/17
me [71]  5/18 5/21 5/22 8/22 9/15 29/9 34/13 35/14 38/11 39/15 39/21 40/1 40/4 40/6 40/14 41/22 42/13 43/23 45/10 46/7 46/23 46/24 47/5 47/14 49/16 49/22 50/6 53/6 61/18 61/21 65/1 65/4 66/14 74/15 76/9 77/8 81/25 82/5 83/8 85/7 85/21 86/6 87/15 90/20 91/13 91/19 92/4 92/8 92/9 92/15 92/21 92/23 98/18 99/22 100/3 105/5 105/14 106/17 106/18 106/24 107/6 109/14 112/25 114/25 115/1 118/18 120/6 121/6 121/17 121/25 123/20
mean [12]  8/24 22/22 50/9 52/13 59/20 74/14 83/7 89/20 98/11 98/19 106/16 115/12
meaningful [1]  25/25
means [3]  18/10 41/19 86/17
meant [1]  6/19
media [10]  13/2 25/12 29/20 35/20 62/23 63/1 63/2 63/6 69/6 112/15
meet [2]  93/6 119/6
meeting [1]  50/5
meetings [2]  23/16 23/19
member [2]  51/17 52/15
members [8]  13/7 14/1 25/7

49/21 51/13 71/24 85/4 98/1
men [2]  78/9 107/7
mention [2]  30/10 114/6
mentioned [11]  19/9 41/8 81/11 93/1 95/19 109/17 110/7 111/12 112/6 113/23 116/17
merit [1]  40/1
merits [1]  101/9
message [6]  21/6 73/9 78/3 83/8 83/12 99/9
messages [14]  52/17 71/23 72/17 72/22 73/3 74/3 74/10 74/22 74/25 74/25 75/7 75/10 77/19 117/9
messaging [1]  78/12
met [4]  35/25 46/15 108/4 110/11
meta [3]  69/4 69/8 69/12
meters [1]  46/24
Michael [1]  29/20
Michael Hatch [1]  29/20
mid [6]  23/25 24/3 35/25 37/5 38/9 97/7
middle [2]  23/8 115/7
might [4]  86/2 111/8 111/24 119/2
Mike [2]  120/12 120/14
Millenium [1]  54/7
million [19]  14/10 14/18 30/24 43/1 43/3 43/3 43/6 77/25 78/13 80/13 84/25 93/10 95/7 95/8 104/13 106/9 106/12 110/2 110/5
mind [1]  74/13
minds [2]  20/14 50/5
mine [1]  122/21
minister [3]  69/4 69/5 80/6
minor [2]  35/4 35/4
minors [1]  35/1
minute [8]  8/21 10/25 11/1 11/3 19/17 69/16 79/8 97/20
minutes [5]  70/5 99/4 123/1 123/2 123/17
mirror [1]  123/8
mischaracterized [1]  94/22
Mischaracterizes [1]  13/15

**M**

misinformation [1]  26/7
misleading [5]  6/11 6/21
92/19 117/19 117/22
missing [3]  49/13 49/16
112/10
misunderstanding [1]  45/14
moment [5]  22/22 30/20
31/25 35/21 96/16
Monday [2]  120/21 122/22
money [17]  14/11 14/17
15/4 38/12 38/13 38/13
38/16 38/19 39/2 39/2 39/4
39/5 39/18 42/22 42/23 73/4
93/17
month [3]  16/22 38/13 38/13
months [9]  19/8 42/2 78/5
85/5 85/6 88/8 92/16 99/17
99/24
more [17]  9/15 13/7 20/14
20/17 22/21 37/14 39/2
43/24 52/14 77/11 78/1
91/25 92/15 92/20 110/3
110/5 118/6
morning [13]  9/4 25/2 50/5
78/9 83/21 84/21 84/22
92/19 97/15 116/18 116/22
116/25 121/16
mornings [1]  97/8
most [10]  9/16 10/21 25/19
35/17 45/22 54/1 87/2 106/3
106/25 107/8
mourning [1]  118/24
move [30]  37/1 45/16 55/12
55/22 57/6 58/11 59/18
60/10 70/21 71/3 71/6 72/4
73/21 76/4 76/14 78/17 79/1
80/16 81/14 81/23 82/14
84/10 88/25 90/24 94/18
96/5 100/9 102/18 103/25
107/8
moved [8]  14/6 15/19 16/13
17/14 37/4 71/13 71/16
76/20
movie [1]  35/16
moving [2]  96/15 122/5

**Mr** [55]  5/21 11/14 14/24
15/1 19/20 20/21 21/20
26/14 26/17 26/18 27/12
27/15 28/10 28/19 28/22
30/14 31/3 31/21 32/17
34/12 45/16 46/9 47/23
51/14 51/16 60/16 72/12
73/16 74/9 74/18 75/2 75/5
75/6 76/2 76/7 76/14 76/16
78/16 78/21 79/1 79/4 79/10
80/23 82/1 86/9 86/23 87/20
91/5 94/18 107/16 113/2
114/8 120/14 121/13 123/2
Mr. [148]
Mr. Adam [1]  28/23
Mr. Besser [5]  117/1 117/9
117/20 118/1 118/13
Mr. Charif [3]  16/5 22/3
28/18
Mr. Charif Kazal [1]  24/19
Mr. Dabab [2]  26/14 27/1
Mr. David [63]  7/7 12/21
12/22 12/25 13/25 14/6
14/10 14/18 14/19 14/25
15/3 15/6 15/11 15/14 15/16
15/20 16/1 16/4 16/8 16/13
16/23 16/24 17/3 18/7 18/16
18/21 19/4 19/14 20/9 20/19
21/8 23/1 23/6 23/11 23/19
24/6 24/14 25/9 26/23 30/17
31/8 31/17 32/1 32/9 32/13
33/11 33/21 33/23 47/22
47/24 48/6 48/9 51/13 52/5
56/5 57/13 58/19 70/15 71/3
79/20 89/7 96/7 107/20
Mr. David both [1]  20/18
Mr. David's [7]  16/10 19/1
24/5 24/24 24/25 31/21
47/21
Mr. Gebelin [1]  16/19
Mr. Hammond [2]  121/18
121/19
Mr. Kazal [29]  23/7 23/17
24/5 24/18 25/5 25/14 26/5
26/16 26/22 27/4 27/9 27/18
27/21 28/1 103/13 103/13
111/14 112/1 112/6 112/11

113/21 114/7 116/23 117/23
118/1 118/14 120/20 122/12
122/19
Mr. Kazal's [2]  31/6 114/16
Mr. Kelly [1]  118/14
Mr. Kolesa [3]  54/11 54/12
54/16
Mr. Price [2]  29/17 30/4
Mr. Serrati [1]  110/9
Mr. Singh [2]  80/13 103/12
Mr. Taylor [10]  8/16 9/7
11/21 21/13 33/18 120/23
122/7 122/9 122/11 123/19
Mr. Tony [1]  28/23
Mr. Wiener [10]  30/13
33/19 48/14 50/6 96/12
119/13 121/10 122/9 122/20
122/25
Mr. Woodward [1]  10/12
Muamar [1]  13/21
much [6]  22/10 35/20 42/24
98/8 119/5 123/13
multi [1]  13/2
multi-media [1]  13/2
multiple [2]  68/10 77/11
music [2]  35/18 79/16
must [5]  73/12 101/22 102/5
102/11 106/24
my [150]
myeloblastic [2]  107/4 107/6
myself [8]  21/22 42/6 71/7
72/23 94/10 98/8 105/8
116/12

**N**

name [23]  12/13 21/25
22/23 26/2 26/12 29/7 29/10
30/7 34/2 34/21 35/6 38/5
40/18 40/25 43/13 51/5
56/20 56/21 57/1 69/13
72/13 90/1 93/4
named [5]  26/1 36/17 37/17
56/24 120/14
names [7]  13/5 22/21 29/3
29/4 34/23 65/14 69/1
narrative [2]  48/19 48/22
narratives [1]  70/8

# N

national [1]  118/23
naturally [1]  29/6
nature [7]  6/20 30/11 37/9
 58/6 88/5 101/10 113/14
near [3]  32/2 32/3 65/4
necessary [3]  16/10 41/22
 93/8
need [12]  36/9 45/15 48/10
 73/23 79/16 120/23 121/5
 121/8 121/9 121/11 122/13
 123/23
needed [2]  39/13 120/22
needless [1]  23/24
needs [1]  39/2
negative [6]  25/4 25/7 25/13
 25/15 25/16 31/24
negotiating [1]  37/20
neighborhood [12]  19/3
 19/15 31/22 32/11 33/12
 77/21 78/3 80/1 80/4 80/9
 97/6 97/8
neighboring [1]  40/7
neighbors [1]  98/3
neighbors' [1]  78/13
neither [3]  23/17 39/1 41/17
net [2]  43/1 43/5
never [9]  16/12 17/6 24/20
 38/12 38/14 108/4 112/1
 115/22 116/16
new [13]  16/1 23/2 24/11
 24/21 41/4 44/1 44/6 44/18
 52/8 63/3 66/5 75/24 99/1
news [2]  24/8 25/2
next [10]  6/7 6/13 6/17 7/3
 57/5 59/7 63/23 88/12 88/17
 121/2
night [4]  8/24 9/5 9/11 98/16
night's [1]  122/16
Nine [1]  84/14
no [86]  1/8 1/23 6/9 6/14
 7/15 7/18 11/5 11/10 11/15
 15/15 21/4 32/21 32/24 33/8
 33/9 40/1 42/23 42/23 44/23
 53/17 55/18 55/25 56/22
 56/25 57/9 58/14 59/23

60/13 61/11 62/19 62/22
62/25 63/7 63/9 63/12 63/15
64/5 64/8 64/16 64/18 65/11
66/15 66/18 67/8 68/2 69/4
70/24 80/17 80/25 84/13
86/12 86/20 86/25 87/2 89/3
91/2 95/12 96/23 99/9 99/9
100/12 102/21 104/4 104/19
107/22 107/24 108/2 108/6
108/24 109/12 110/12
110/17 110/24 111/4 111/6
112/9 115/22 116/16 117/21
117/24 118/9 118/11 119/22
122/3 123/9 124/16
nobody [1]  67/6
nominated [1]  109/6
none [2]  15/5 29/13
nonresponsive [6]  76/14
 80/16 87/18 87/21 88/10
 107/9
normal [2]  55/1 76/23
not [101]  5/9 5/13 5/15 6/3
 7/22 8/2 8/2 8/5 8/8 8/9 9/14
 11/1 11/3 13/5 16/4 17/23
 17/25 21/2 23/12 23/24 24/9
 25/7 25/19 26/17 27/8 27/20
 28/1 29/16 30/10 32/2 32/21
 33/13 38/23 40/17 44/3
 47/24 48/17 49/14 50/2 50/5
 50/10 50/19 50/25 51/2 51/8
 51/24 54/21 58/1 58/4 61/18
 61/19 64/23 69/18 69/21
 69/21 69/23 71/20 74/3
 74/13 74/16 74/21 79/16
 82/21 85/12 85/20 85/21
 88/17 89/18 91/16 92/16
 93/2 94/21 95/12 95/14
 96/15 98/15 101/24 102/1
 103/5 104/18 106/22 109/5
 109/9 111/5 111/10 111/17
 111/19 111/24 112/9 112/24
 114/15 116/10 116/21
 119/24 120/2 120/4 120/9
 120/21 121/7 121/23 123/20
noted [4]  32/24 79/12 94/23
 104/5
notes [1]  32/23

nothing [9]  24/22 28/20
 28/23 31/16 91/25 112/22
 113/1 116/14 116/16
notice [2]  23/18 55/6
notices [1]  17/24
notification [1]  53/21
November [11]  6/25 19/23
 59/2 77/17 94/4 95/18 95/21
 97/7 100/17 101/3 101/3
November 11th [3]  94/4
 95/18 100/17
November 2016 [2]  6/25
 101/3
November 25th [1]  59/2
now [29]  12/4 18/22 22/5
 22/23 24/23 25/14 27/1
 27/11 27/18 28/1 28/12 29/1
 30/6 30/12 30/16 31/8 31/14
 32/1 32/9 35/5 85/5 87/5
 91/18 99/2 111/8 112/5
 113/23 115/2 123/16
number [18]  5/15 11/16
 18/12 18/15 44/14 47/12
 48/22 48/23 56/6 58/21 59/9
 72/16 72/19 72/20 74/22
 93/5 93/20 109/16
Number 1 [1]  47/12
numerous [2]  13/9 17/8

---

# O

o'clock [1]  97/15
o0o [1]  5/3
oath [2]  84/20 115/3
obey [1]  102/5
obeyed [1]  102/11
object [9]  13/14 18/3 48/9
 50/3 79/10 88/9 104/3 114/8
 114/11
objection [43]  11/18 47/8
 55/17 55/18 55/24 55/25
 56/11 57/8 57/9 58/13 58/14
 59/20 59/23 60/12 60/13
 70/23 70/24 72/6 73/16
 78/17 78/22 79/2 79/9 82/19
 84/12 84/13 87/17 87/20
 89/2 89/3 91/1 91/2 94/20
 94/23 96/8 96/17 100/11

**O**

objection... [6]  100/12
102/20 104/2 104/5 107/10
116/1
objection's [1]  79/12
objectionable [1]  5/20
objections [3]  5/23 48/21
96/23
obligation [1]  38/16
observe [1]  98/10
observed [2]  81/5 97/16
obtain [2]  16/10 61/9
obtained [4]  17/6 19/4 25/6
52/6
obviously [5]  10/16 17/6
38/5 98/2 98/17
occur [1]  36/22
occurred [4]  37/12 39/8
82/6 107/5
October [9]  6/23 19/23 77/2
77/15 77/18 84/3 84/5 91/11
95/21
October 26th [1]  84/5
October 27 [1]  84/3
October 30th [1]  91/11
odd [2]  34/16 43/3
off [9]  5/22 14/19 46/25 55/7
97/20 97/23 113/12 119/9
122/21
offense [1]  91/15
offensive [1]  92/22
offer [13]  38/1 42/15 42/16
42/19 42/24 43/7 43/12
109/18 109/22 110/2 110/3
110/5 120/19
offered [3]  26/15 26/18
106/11
offers [3]  42/13 109/24
109/25
office [3]  58/23 59/11 80/7
officer [5]  12/15 13/1 29/14
35/11 54/13
OFFICES [1]  2/3
official [5]  24/10 42/3 42/8
49/25 109/6
officials [4]  15/13 24/12

often [1]  118/5
Okay [4]  5/18 7/13 10/13
119/21
older [2]  107/7 107/7
once [3]  37/3 37/14 38/1
one [43]  6/5 7/11 8/1 9/17
16/11 17/1 19/17 22/25 27/6
28/7 28/17 28/19 29/12 30/2
31/17 37/16 43/18 44/5 46/2
47/14 48/1 52/15 60/14
61/12 65/17 68/7 68/25
75/18 77/8 78/4 79/5 79/8
84/18 84/21 84/21 87/2 87/5
87/14 106/17 116/9 117/16
119/7 120/18
ones [2]  69/1 72/24
ongoing [3]  6/24 14/21
113/21
online [8]  26/11 27/15 27/17
29/2 84/17 92/14 93/13
113/9
only [23]  8/18 9/5 22/8
23/12 25/7 29/16 31/13 32/2
38/25 57/25 66/2 82/22
82/24 93/2 97/2 102/1
106/11 116/8 116/9 116/12
119/19 122/11 122/19
onshore [1]  36/24
oOo [1]  124/2
opening [15]  3/4 5/5 7/22
10/5 10/14 10/19 11/24 12/5
12/6 12/11 21/13 22/5 45/25
79/6 80/20
opinion [1]  69/19
opportunities [1]  23/4
opposing [1]  120/19
optimization [1]  69/10
orange [3]  17/15 57/20
67/14
Orangewebsite.com [5]
56/10 56/15 57/16 57/24
57/25
orchestrated [1]  91/23
order [62]  4/9 4/11 4/12
4/13 16/11 16/13 19/4 19/7
19/24 20/1 37/22 42/13

47/12 47/13 47/21 48/2
48/24 49/5 49/7 50/1 50/7
50/10 50/13 50/15 51/8
51/17 51/22 51/22 52/6 52/9
52/11 58/5 74/10 75/24 76/1
93/25 94/3 94/9 94/15 95/2
95/5 95/11 95/14 95/16
95/21 99/20 99/23 99/25
100/1 100/2 100/3 100/6
100/16 100/17 101/12
102/13 102/15 102/25 103/8
103/18 106/13 120/22
ordered [1]  21/3
orders [7]  99/12 101/1 101/3
102/6 102/9 102/11 104/18
organization [4]  13/20 30/8
63/2 63/4
original [3]  41/11 66/13
68/7
originally [2]  17/12 18/21
Oscar [1]  85/4
other [24]  6/18 14/1 23/1
26/24 28/17 29/13 41/20
51/9 65/14 66/25 67/13
76/11 79/5 81/8 92/10 93/10
94/12 97/25 98/3 102/2
108/20 111/6 117/25 123/11
others [3]  42/6 88/4 101/24
otherwise [1]  39/4
our [25]  11/24 22/18 35/22
38/1 40/22 46/16 46/18 53/5
53/6 53/10 53/22 54/13
76/22 76/23 83/17 83/22
85/4 98/2 99/3 101/21 102/9
118/21 119/6 120/11 121/24
ourselves [1]  36/24
oust [1]  23/22
ousted [1]  30/21
out [31]  7/15 8/12 9/19 9/25
10/1 11/11 11/17 13/5 25/23
25/25 26/6 26/16 29/2 38/13
39/24 45/8 46/20 52/9 63/23
70/3 73/10 81/8 85/12 98/15
105/21 119/11 120/22 121/3
121/13 121/15 122/3
outcome [2]  41/10 44/24
outlandish [2]  105/12 106/6

**O**

outlined [1]  62/13
outrageous [5]  67/1 71/11
77/12 98/21 105/7
outset [1]  91/14
outside [6]  32/4 33/13 80/6
95/20 102/3 118/15
over [14]  6/7 11/18 15/18
16/22 22/7 43/17 61/23
63/11 71/10 77/10 87/3
115/15 115/17 117/13
overly [1]  8/14
overruled [9]  13/16 18/4
73/18 79/12 80/18 88/11
94/23 104/5 107/10
oversee [2]  14/7 37/1
oversight [2]  28/24 44/2
own [14]  14/4 15/4 19/11
20/9 25/1 30/9 30/10 31/15
32/23 35/22 48/21 98/20
105/6 110/16
owned [8]  12/23 19/22 23/2
36/7 44/11 58/25 84/19
84/25
owner [3]  52/20 92/24 106/1
owners [1]  23/13
ownership [8]  22/14 23/20
30/21 30/22 53/22 63/5
108/23 109/10

**P**

p.m [9]  1/17 1/17 5/2 70/11
70/12 93/2 122/3 122/10
123/25
page [29]  3/5 3/5 5/13 6/13
6/17 6/22 7/3 7/14 28/7
53/16 60/23 61/17 62/8
62/12 64/19 69/14 73/6
81/21 82/21 82/22 82/22
82/24 83/2 90/16 90/17
90/22 96/10 96/13 100/23
pages [7]  6/7 61/23 73/7
96/11 96/12 96/15 96/24
paid [2]  20/5 105/24
pain [3]  88/7 92/25 98/18
pains [1]  87/15
panel [2]  40/20 112/19

paper [2]  25/3 25/5
papers [1]  12/24
paragraph [4]  61/16 64/22
95/2 95/5
paragraphs [1]  100/23
parents [2]  71/8 98/3
Park [1]  2/11
parked [2]  46/18 97/13
parlamentarians [1]  112/16
Parliament [1]  44/5
part [14]  5/15 18/6 18/19
27/4 28/1 33/8 47/4 49/19
65/23 69/9 78/17 82/19 88/9
100/21
parte [4]  39/14 41/19 47/12
52/6
particular [1]  93/20
particularly [1]  7/24
parties [6]  22/7 22/11 33/5
42/5 42/6 49/25
parties' [1]  13/24
partner [1]  37/4
party [4]  41/20 101/7
101/13 122/14
pass [1]  87/8
passport [3]  40/9 41/15
117/7
past [1]  63/11
pattern [1]  49/19
Paul [4]  29/18 55/6 120/11
121/12
Paul Kolesa [1]  120/11
Pause [1]  11/25
pay [5]  14/18 14/19 14/21
64/23 73/12
payment [2]  73/12 75/13
pays [1]  92/24
PDF [1]  10/16
pending [4]  22/17 24/6
24/24 115/9
people [19]  25/23 25/23 26/6
26/8 26/11 27/12 27/22
37/11 41/16 65/13 65/15
69/6 83/20 85/22 87/16
98/19 105/19 105/24 106/4
people's [1]  105/25
percent [4]  23/21 23/22

percentage [1]  109/14
period [9]  16/22 30/12 38/11
46/5 46/11 78/5 98/17
114/21 115/15
periodically [2]  44/13
117/15
perjury [3]  16/6 45/4 112/4
permission [3]  29/10 61/9
64/17
person [14]  25/19 27/21
37/10 47/20 48/9 50/22 51/9
51/10 51/11 54/10 56/21
63/24 91/22 110/25
personal [11]  23/8 47/13
48/2 72/8 73/17 76/2 79/11
85/11 101/12 104/4 106/24
personally [5]  75/6 87/15
92/21 98/5 108/4
persons [9]  44/3 48/1 65/17
93/11 94/9 101/22 102/5
102/9 107/7
perspective [3]  21/24 22/18
29/3
pertains [3]  45/1 94/10
115/11
Peter [1]  52/15
ph [1]  43/14
phone [11]  46/13 46/20
46/22 47/2 47/4 72/16 72/18
72/19 77/18 117/3 117/5
photo [9]  7/17 11/7 11/10
46/21 60/18 68/3 68/9 78/11
78/11
photograph [29]  6/18 28/3
28/3 61/10 62/4 63/19 64/12
65/7 66/8 66/13 66/21 67/4
67/11 67/18 67/21 68/5
68/12 68/16 68/20 77/23
77/23 81/20 82/16 89/11
118/14 118/15 118/17
118/18 118/19
photographs [30]  12/20
16/24 16/25 17/5 17/7 17/18
17/21 17/25 25/5 27/16
27/20 28/8 28/9 29/24 29/24
52/21 52/23 52/25 53/3

**P**

photographs... [11]  53/24
54/4 54/17 58/9 60/3 61/12
64/3 64/7 68/7 96/25 97/2
photos [11]  4/10 5/16 17/9
27/3 27/15 53/6 58/25 59/5
59/13 68/10 78/10
physically [3]  52/14 75/21
75/22
pick [3]  46/17 66/4 121/12
picture [7]  6/2 6/7 7/6 8/13
27/13 30/3 62/2
pictures [2]  6/13 32/7
piece [2]  22/10 43/18
pieces [1]  5/20
pigs [1]  89/19
piqued [1]  116/12
placard [3]  3/25 82/12 82/15
placards [3]  80/12 82/7 82/9
place [5]  16/21 22/15 32/25
81/4 108/22
placed [3]  18/24 20/21 109/5
places [1]  116/18
plaintiff [5]  2/3 9/3 9/13
17/9 29/14
plaintiffs [7]  1/7 3/5 5/14
7/12 12/14 12/17 51/7
plaintiffs' [19]  3/8 11/18
34/1 61/17 61/24 62/9 63/17
64/10 64/19 65/6 66/7 66/20
67/3 67/10 67/19 68/17 73/7
95/3 100/23
plan [3]  15/19 23/11 36/5
plane [1]  121/18
planet [1]  25/20
plant [1]  103/6
play [3]  10/19 78/15 78/22
played [5]  31/21 79/6 79/15
79/18 80/22
playing [3]  10/4 10/13 11/3
please [16]  9/21 11/21 11/23
33/20 33/23 34/2 48/11
48/12 49/9 51/6 72/10 73/24
83/11 88/12 107/11 121/17
plus [2]  61/19 64/24
point [3]  8/6 18/22 80/5

pole [2]  18/23 77/22
police [24]  6/14 7/15 7/16
7/18 7/19 8/12 11/6 21/3
32/17 39/24 39/25 40/1 40/5
40/5 46/14 52/9 75/24 76/10
76/11 85/18 110/21
policy [1]  93/1
politician [1]  86/4
poor [1]  101/23
popular [1]  101/23
position [1]  58/1
positive [1]  51/1
possible [3]  57/1 75/20
119/6
possibly [4]  84/5 84/7
114/12 117/12
post [1]  28/22
posted [5]  18/14 28/9 30/4
78/23 80/24
poster [1]  18/23
posters [2]  18/24 81/11
posting [2]  29/9 95/3
posts [2]  100/19 100/20
potential [1]  37/20
potentially [2]  71/17 76/25
Power [1]  100/24
PowerPoint [8]  5/13 8/18
8/21 8/23 9/9 9/12 9/13
11/19
practical [1]  101/16
practice [1]  119/19
practices [2]  44/2 45/7
pre [1]  41/6
precede [1]  115/13
precisely [1]  24/21
predates [1]  41/2
predating [1]  45/12
preference [2]  9/8 34/25
prejudgment [1]  101/8
prejudice [1]  8/3
prejudicial [2]  7/25 8/14
prepare [1]  74/1
prepared [1]  39/5
preparing [1]  8/19
present [6]  16/9 20/6 22/3
40/9 97/22 120/11
presentation [1]  5/13

presented [2]  16/17 20/16
president [2]  12/25 35/12
PRESIDING [1]  1/4
press [3]  116/10 116/10
116/17
pressure [1]  102/4
prevent [1]  31/10
preventing [1]  105/11
previously [4]  12/23 92/18
102/15 122/15
price [7]  29/13 29/13 29/17
30/4 42/25 43/1 65/17
primarily [2]  26/21 27/5
prime [1]  80/6
principal [2]  101/7 116/9
printout [2]  10/17 60/17
printouts [1]  60/7
prior [5]  5/17 20/2 28/9 41/2
71/11
prison [5]  19/8 61/21 64/25
99/24 103/1
private [5]  31/18 31/19
36/19 42/15 111/20
probably [8]  22/5 25/18
26/2 70/1 118/2 121/5
122/15 122/19
probe [1]  8/22
problem [2]  11/11 50/9
problematic [3]  6/12 8/11
9/6
problems [2]  8/5 50/17
proceed [7]  12/9 13/17
21/16 34/8 48/4 78/25 79/13
proceeding [7]  15/25 16/4
111/17 112/22 112/24 113/1
113/19
proceedings [10]  3/3 11/25
70/11 101/7 101/9 101/14
101/18 109/3 123/25 124/9
process [5]  39/7 55/1 93/12
97/20 97/23
processed [1]  42/1
processing [1]  103/6
produce [1]  35/22
produced [4]  10/7 10/12
54/15 113/8
production [4]  13/2 35/15

## P

production... [2]  35/19 53/4
professional [2]  17/4 26/15
Professions [1]  113/13
profile [2]  16/14 76/20
prohibit [1]  95/2
prohibiting [1]  19/5
project [1]  43/4
project-specific [1]  43/4
projects [2]  14/9 23/9
prominently [1]  59/4
promise [1]  37/12
promised [1]  12/4
promote [4]  6/6 53/5 53/9 69/9
prompted [2]  68/7 71/6
proofs [1]  42/8
property [1]  78/14
prosecution [2]  44/4 84/24
prosecutor [1]  24/21
protect [7]  14/20 38/21 38/23 38/23 50/21 52/11 76/22
protected [8]  48/2 48/9 51/9 51/10 51/11 53/18 53/23 55/9
protection [5]  47/20 48/24 49/5 50/7 50/15
protective [2]  51/22 52/9
protects [2]  50/10 50/13
protest [2]  32/25 80/21
protestors [18]  6/22 7/4 8/8 31/17 31/20 32/2 32/4 32/8 32/10 32/14 32/22 33/11 33/12 77/17 78/6 80/6 95/20 105/24
protests [2]  32/20 95/22
protocol [1]  66/3
prove [1]  106/6
proves [1]  111/6
provide [8]  13/23 35/17 39/1 44/1 44/7 117/19 117/22 118/6
provided [5]  109/5 109/5 116/21 118/13 118/17
provider [1]  55/4
providers [1]  55/3
provides [1]  103/4
providing [1]  53/21
provisional [2]  47/12 52/6
public [21]  24/12 24/13 24/18 24/21 25/25 26/6 27/6 27/23 27/24 30/6 44/4 44/12 45/8 49/12 76/20 93/1 101/5 101/24 102/3 114/18 118/5
publication [3]  65/9 67/7 68/1
publicity [1]  25/15
publicly [2]  61/20 64/24
publish [4]  25/21 63/8 64/14 85/6
published [14]  54/4 59/1 59/14 61/14 63/21 64/3 65/3 66/10 66/22 67/23 68/13 68/22 68/24 90/16
publishing [5]  17/5 18/13 26/22 63/2 103/13
Punish [1]  100/24
purchase [5]  37/21 37/23 38/1 109/19 109/21
purchased [2]  14/15 38/2
purports [1]  7/3
purpose [9]  8/5 9/16 23/3 24/10 53/3 53/21 69/7 110/15 113/15
pursuant [1]  124/6
push [1]  122/21
put [13]  5/12 14/11 14/17 19/25 37/14 38/16 39/4 39/5 40/20 42/21 85/12 98/23 112/20
putting [4]  6/2 29/9 38/13 109/13
puzzle [1]  43/18

## Q

Qaddafi [1]  13/21
quality [1]  53/9
quarter [1]  70/1
question [14]  45/15 46/8 48/20 50/11 57/5 58/7 74/12 80/17 83/11 87/21 88/12 107/9 107/11 112/25
questioning [1]  39/25
questions [1]  70/7
quite [2]  39/19 84/7

## R

R-o-d-r-i-c [1]  34/6
racist [2]  85/19 86/19
rain [1]  119/2
raised [1]  35/9
ramification [1]  113/21
ramifications [2]  98/12 98/13
Ramon [1]  2/4
Random [1]  80/14
ranking [2]  69/9 69/14
rather [3]  17/10 29/2 37/13
reach [1]  111/22
reached [1]  27/6
reaction [1]  88/3
read [16]  31/13 45/6 57/22 61/16 62/11 64/22 73/9 83/3 84/8 89/7 91/6 91/7 93/5 100/22 113/6 122/18
readily [1]  21/1
reading [13]  57/24 61/18 62/13 64/23 73/10 84/16 89/8 89/18 91/12 93/6 100/24 113/15 113/16
real [1]  44/12
reality [1]  101/16
realized [1]  30/24
really [2]  36/23 86/4
reason [3]  12/19 39/14 51/17
reasonable [2]  121/10 122/7
reasonably [2]  20/23 20/24
reasons [1]  100/22
recall [14]  75/13 75/16 87/10 91/22 97/11 108/11 113/12 114/19 114/20 115/12 115/14 115/17 115/18 117/10
receive [5]  31/12 65/24 72/22 75/7 97/25
received [38]  3/16 4/5 52/17 55/21 56/3 57/11 58/17 60/1 60/15 61/3 66/1 71/1 71/24

**R**

**60/24**

**103/7 103/12 109/19 109/20 109/21**

received... [25]  72/23 74/18 74/21 74/22 74/24 74/25 75/13 75/16 77/10 77/18 79/14 82/25 84/2 84/15 88/23 89/5 90/14 91/4 91/12 94/25 97/2 98/2 100/14 102/23 104/6
received payment [1]  75/13
receiving [2]  31/10 75/12
recently [2]  8/18 107/4
reception [1]  41/23
recess [3]  69/17 70/11 118/21
rechanged [1]  55/7
reclaim [1]  22/20
recognize [5]  72/16 74/23 80/1 89/11 91/16
recognizes [1]  93/22
recollection [6]  54/5 75/9 97/13 109/23 110/4 115/7
record [6]  34/3 45/13 51/6 96/16 114/18 122/18
records [2]  3/18 54/15
recover [1]  12/17
RECROSS [1]  3/8
rectify [1]  30/18
recycling [1]  14/14
REDIRECT [1]  3/8
refer [3]  13/5 61/2 77/3
reference [4]  6/11 19/20 86/14 114/25
referenced [3]  31/25 49/15 115/20
references [1]  49/8
referencing [1]  114/17
referred [1]  43/19
referring [5]  69/2 73/15 76/1 82/9 112/20
refers [1]  83/3
reflect [4]  7/6 54/16 56/8 102/10
reflected [1]  10/20
refrain [1]  101/14
refusal [2]  14/21 15/17
refused [3]  14/19 17/13

refusing [2]  74/16
refute [1]  46/2
refuting [1]  38/15
regard [2]  9/8 116/7
regarding [5]  17/25 54/17 91/20 98/1 116/11
regards [1]  94/13
regime [1]  13/20
register [1]  58/8
registered [11]  26/14 27/2 29/12 37/23 38/5 56/23 58/22 59/10 68/9 68/14 92/9
registrant [1]  56/19
registration [2]  58/21 59/9
regulated [1]  57/25
regulations [3]  36/11 36/21 124/10
reinstalling [1]  109/14
related [2]  49/17 91/17
relates [2]  70/8 116/22
relationship [6]  22/6 36/7 41/2 50/22 51/3 105/5
released [1]  41/24
releases [2]  116/10 116/11
relevant [1]  49/18
reliable [1]  15/9
reliance [1]  74/7
relief [2]  28/16 94/1
relocated [1]  71/13
rely [1]  58/3
remain [1]  28/8
remained [1]  28/10
remains [1]  29/18
remember [2]  18/8 117/15
remind [1]  70/6
Reminded [1]  60/24
remorse [1]  20/12
remove [4]  17/9 23/11 58/7 118/19
removed [3]  91/13 91/14 118/18
removes [1]  92/22
removing [2]  25/10 25/11
Renewables [15]  14/13 15/23 30/20 37/17 37/22 37/24 38/4 42/11 85/1 103/5

renewed [1]  27/2
renown [1]  53/7
repay [1]  61/19
repeat [1]  83/11
repeated [1]  71/10
repeatedly [3]  28/12 76/6 76/8
repeating [1]  21/10
rephrase [1]  43/23
replace [1]  66/4
report [10]  13/10 24/18 45/6 46/1 76/10 112/5 112/8 112/11 112/12 112/14
reported [3]  73/25 86/1 124/8
reporter [6]  46/7 116/22 117/1 117/23 117/25 124/16
reporters [1]  25/20
reports [4]  7/16 46/2 76/11 112/7
represented [1]  36/24
reproduction [1]  53/17
republishing [1]  100/20
reputation [2]  6/3 7/24
reputational [1]  54/1
reputations [1]  22/21
request [3]  54/9 64/17 83/15
requested [1]  11/20
requests [1]  17/8
required [2]  42/2 43/9
required due [1]  43/9
requires [5]  51/8 54/25 55/2 102/7 120/20
research [1]  69/23
reserve [2]  93/2 93/8
reserving [1]  50/3
reside [3]  34/15 34/17 35/8
resided [2]  18/22 19/1
residential [1]  81/6
resides [1]  34/19
resolved [1]  105/3
respect [3]  8/6 108/22 115/20
respected [2]  63/4 87/2
respectfully [1]  51/20

## R

respond [1] 54/23
responded [3] 54/19 54/22
91/18
responsibility [1] 106/2
responsible [2] 40/23 107/3
rest [5] 61/18 61/19 64/23
86/7 88/16
restored [1] 109/11
restrain [1] 95/5
restraining [8] 16/11 19/4
19/7 19/24 20/1 93/24
100/17 103/8
restricted [1] 85/20
result [5] 15/23 39/10 69/12
102/15 105/1
resulted [2] 15/22 16/4
resume [2] 53/6 70/13
resumed [1] 70/12
retaliation [1] 14/23
return [1] 43/5
Revenge [1] 89/18
revered [1] 87/6
reversed [2] 109/12 112/7
review [6] 56/5 112/18
112/24 112/25 113/16
113/16
reviled [1] 30/7
revved [1] 46/22
rich [1] 101/22
rid [1] 85/24
right [73] 5/21 7/21 10/1
11/13 11/15 11/15 12/2 12/9
12/16 21/12 21/16 32/7
33/18 33/23 34/8 35/6 48/4
48/16 49/22 50/3 52/2 52/19
53/4 55/17 55/19 56/1 56/5
57/10 58/15 59/17 59/24
60/12 61/24 70/2 70/5 70/9
70/13 70/21 72/19 73/6 75/2
77/2 78/15 78/25 79/2 79/20
83/2 83/20 84/14 87/23
87/25 89/4 91/3 93/2 93/8
96/8 100/11 100/13 108/7
108/16 108/19 108/23
109/15 109/22 111/8 111/15

111/23 115/3 115/10 118/3
119/13 120/13 123/4
right-hand [1] 61/24
rise [2] 30/18 119/20
risk [2] 40/16 101/8
robbery [1] 91/24
RODRIC [21] 1/6 3/9 7/4
10/3 12/15 20/3 20/4 27/14
34/1 34/6 49/10 49/11 51/17
60/24 66/16 84/17 84/19
89/8 91/23 93/9 101/6
Rodric David [1] 60/24
row [1] 61/3
rule [2] 49/23 105/2
ruled [1] 15/5
rules [2] 119/21 119/25
ruling [1] 52/1
run [4] 36/10 71/10 119/14
120/5
run-ins [1] 71/10
running [3] 45/2 73/10
123/13
runs [1] 103/10

## S

sad [2] 98/22 98/22
safety [4] 20/9 20/23 20/25
32/10
said [14] 7/21 8/15 10/18
40/3 42/21 49/2 50/10 75/1
111/2 111/4 112/6 114/1
119/5 121/19
same [19] 15/10 19/3 24/3
24/23 30/12 31/6 41/22
42/10 42/19 67/15 75/1 78/3
78/6 78/12 83/24 91/22 95/9
103/14 109/21
San [1] 2/4
sanction [1] 120/6
savvy [1] 25/19
saw [22] 31/20 32/4 32/4
32/6 32/10 33/1 40/1 67/13
77/16 78/4 78/10 79/24 82/5
82/7 82/8 82/12 88/4 88/4
90/22 96/2 96/3 96/7
say [19] 9/1 23/24 37/5 37/9
37/20 38/9 39/4 45/20 53/17

63/3 74/15 74/25 83/5 97/7
107/25 112/8 118/7 118/9
119/19
saying [8] 74/21 74/24 77/24
86/19 110/21 114/10 114/23
118/8
says [7] 6/13 51/17 61/1 74/5
74/24 83/6 106/8
scary [1] 39/21
scene [1] 11/9
scheduled [1] 121/1
school [11] 19/16 46/17
46/19 76/23 81/7 97/14
97/18 98/4 107/21 107/23
117/17
scope [2] 30/24 51/19
scream [1] 85/18
screenshot [3] 8/10 10/2
10/16
screenshots [2] 3/23 70/18
scum [1] 85/22
seal [1] 94/6
search [7] 43/11 43/15 44/17
69/10 69/11 69/11 69/15
search-engine [1] 69/10
searched [1] 27/14
searches [1] 27/23
second [8] 10/6 10/15 47/14
53/16 67/18 80/19 81/21
101/6
seconds [6] 10/19 10/21 11/3
123/1 123/3 123/17
section [3] 57/22 81/8 124/6
security [6] 29/19 30/10
54/13 99/1 99/2 99/3
see [30] 5/18 5/18 7/24 8/6
19/20 26/9 26/20 27/18 30/2
32/1 33/6 35/18 44/17 68/25
69/1 79/20 81/20 82/4 83/2
85/25 86/1 86/8 88/18 90/10
97/5 98/18 107/25 119/8
119/10 123/21
seek [5] 75/2 93/24 94/1
103/8 106/20
seeking [3] 17/19 47/20
110/15
seeks [1] 47/21

**S**

seem [1] 50/18
seemed [1] 32/11
seemingly [1] 105/20
seems [3] 8/11 9/6 50/6
seen [4] 33/6 77/7 82/2
 102/2
sees [1] 9/13
seize [1] 39/15
sell [2] 42/5 42/13
seller [1] 38/2
send [4] 21/6 83/23 89/23
 105/23
sending [1] 18/12
senior [4] 45/11 48/9 51/12
 51/14
sense [6] 11/16 24/9 88/2
 101/11 119/14 122/24
sent [13] 16/22 17/2 17/24
 20/3 27/15 27/25 30/13 32/6
 82/5 90/1 110/25 114/16
 114/22
sentence [2] 57/22 62/11
sentenced [3] 19/8 99/17
 102/25
sentences [1] 99/23
sentencing [1] 100/2
separate [2] 84/6 91/18
September [2] 37/9 112/13
series [7] 25/1 25/6 29/1
 29/6 30/13 77/7 92/10
serious [1] 92/5
seriously [1] 91/20
Serrati [1] 110/9
serve [2] 61/20 64/25
served [3] 41/23 92/16 114/1
serves [1] 6/6
service [6] 3/20 55/3 57/15
 57/19 57/24 99/3
services [3] 35/15 35/17
 55/9
set [1] 44/5
SETH [3] 2/3 2/3 12/13
seven [2] 63/11 87/4
Seventeen [1] 34/16
Seventeen-and-a-half [1]

34/16 207
several [8] 26/4 10 14/18 31/1
 65/12 65/14 92/20 110/2
 117/14
severe [1] 98/12
shady [1] 13/10
shapes [1] 9/18
share [5] 9/10 14/21 33/7
 38/5 88/6
shared [2] 8/16 26/8
shareholder [3] 38/17 39/1
 103/7
shareholders [6] 23/13
 38/25 39/3 42/17 43/5 109/4
shares [1] 109/16
sharing [1] 9/9
sharp [1] 118/25
she [6] 46/14 46/14 46/15
 85/19 110/21 110/22
She's [1] 64/2
sheet [1] 109/13
sheriff's [1] 32/19
short [4] 11/5 23/18 25/6
 32/25
shortly [4] 15/25 23/25 25/9
 46/5
should [8] 41/15 43/23
 50/19 112/16 120/1 121/13
 122/3 123/6
show [15] 16/19 19/16 20/20
 67/18 74/13 79/7 80/19
 85/11 85/22 86/6 88/15
 106/18 115/1 119/14 120/5
showed [2] 11/8 43/15
shown [8] 8/9 18/5 18/9 80/1
 80/20 81/1 95/3 114/25
shows [2] 6/8 54/21
side [4] 25/22 26/5 43/5
 93/14
sidebar [5] 48/13 48/17 52/3
 73/25 75/4
sides [1] 13/19
sign [3] 5/9 66/16 93/23
signatory [1] 43/12
signature [1] 53/8
signed [4] 37/3 61/8 109/4
 115/13

significance [1] 91/7
significant [2] 5/22 38/24
significantly [1] 26/23
signs [2] 32/22 83/20
similar [9] 21/10 65/2 66/24
 74/24 75/18 78/4 95/9 95/17
 96/1
simple [2] 26/17 29/23
simply [4] 6/3 7/6 21/4 33/2
singer [1] 64/2
Singh [8] 80/11 80/13 85/2
 93/9 95/8 103/3 103/4
 103/12
sir [3] 70/4 93/16 119/12
sisters [2] 52/16 71/8
sisters-in-laws [2] 52/16
 71/8
sit [1] 40/17
site [13] 27/2 27/4 27/6 27/7
 27/8 27/9 28/7 28/10 28/10
 28/22 28/25 53/18 92/16
sites [2] 29/21 57/24
sitting [3] 12/16 41/23
 114/10
six [6] 24/15 85/5 85/6 92/15
 96/15 123/2
Sixteen [1] 96/20
size [1] 93/3
slams [1] 98/15
slanderous [1] 58/6
slide [3] 8/1 10/21 11/7
slides [1] 5/22
slightly [1] 98/14
slogan [2] 89/16 89/20
slowly [1] 105/15
small [1] 22/10
smokescreen [1] 91/24
so [103] 5/4 5/21 6/11 7/22
 8/2 8/11 8/24 9/14 9/15 10/6
 10/13 11/16 15/3 17/23 21/3
 22/18 25/21 26/6 26/8 26/13
 29/11 31/2 36/23 39/3 39/6
 40/4 40/6 41/11 41/16 41/21
 42/12 42/22 42/24 43/4
 43/11 44/7 45/9 46/15 47/24
 47/25 49/22 50/25 51/2 52/1
 53/5 53/5 53/15 53/20 55/6

# S

so... [54]  64/17 66/3 68/3
71/13 71/15 71/15 71/16
72/19 72/23 73/2 76/24 77/9
80/10 83/17 83/22 90/20
92/3 92/10 92/13 92/13
96/25 98/14 104/21 105/13
106/7 107/25 108/2 109/8
110/14 111/22 111/24
112/18 113/18 114/22
114/23 114/25 115/6 117/21
117/24 119/1 119/2 119/3
119/6 119/8 119/13 120/5
120/10 120/23 121/1 121/8
122/4 122/25 123/9 123/11
social [2]  29/20 98/24
society [3]  101/21 102/9
105/16
sold [3]  30/23 30/23 106/10
sole [1]  39/19
some [34]  8/4 11/13 11/14
13/23 24/6 26/20 30/23
31/20 35/17 36/9 39/4 39/13
39/25 40/23 46/21 49/23
50/17 52/17 53/7 60/5 65/25
71/11 73/20 76/10 78/13
83/9 86/18 89/10 96/4 98/16
101/14 108/2 112/7 120/3
somebody [2]  54/6 69/11
somehow [4]  25/5 49/24
63/10 83/13
someone [4]  27/13 39/22
56/23 111/4
something [7]  26/9 49/13
62/14 77/9 77/13 98/20
113/13
sometime [1]  36/1
son [4]  34/20 35/1 35/4 35/5
soon [1]  107/5
sorry [17]  8/13 34/4 35/3
48/8 52/24 57/14 72/2 74/20
78/16 99/22 103/10 107/12
108/24 111/5 114/9 116/11
120/13
sort [5]  8/21 40/23 44/4
73/20 87/1

sorts [2]  41/13 114/20
sought [1]  2/21
sought [9]  16/20 18/1 28/16
42/18 55/3 94/1 105/5 105/6
108/21
sound [1]  122/7
sounds [1]  122/20
sour [1]  38/7
sources [1]  117/16
South [9]  16/1 24/11 24/21
41/4 44/1 44/6 44/18 52/8
75/24
spanned [1]  22/13
speak [1]  118/11
specific [7]  7/19 9/17 35/21
43/4 110/24 111/25 114/19
specifically [7]  9/8 9/15
17/24 44/25 45/1 45/6
115/11
speculation [3]  57/3 86/21
116/1
spell [2]  34/2 34/5
spelled [1]  7/4
spineless [1]  85/16
spirit [1]  9/10
spoke [5]  95/19 102/16
116/24 117/3 117/5
sports [3]  35/21 35/22 67/14
staff [2]  16/23 77/8
stalking [9]  12/20 18/6
18/20 20/12 20/20 22/9
33/10 33/14 49/18
stamped [14]  61/17 62/9
63/16 64/9 64/19 65/5 66/6
66/19 67/2 67/9 68/17 73/7
82/16 82/24
stand [2]  46/3 123/10
standing [2]  33/13 118/14
Standover [1]  89/22
stands [1]  45/25
star [1]  24/14
start [5]  8/25 48/21 86/6
119/1 119/7
started [2]  31/2 38/15
starting [3]  14/1 25/3 30/12
starts [1]  25/12
state [7]  24/11 34/2 34/4
51/5 53/18 64/20 119/19

stated [2]  8/10 8/11
statement [11]  5/24 6/1 12/5
12/6 21/14 22/6 46/1 79/6
80/20 88/14 95/13
statements [13]  3/4 6/20
7/22 11/24 12/11 17/1 18/16
31/25 77/12 95/6 101/5
104/9 104/13
states [11]  1/1 17/16 17/17
22/17 58/23 59/11 71/16
83/18 121/22 124/7 124/11
station [5]  39/25 40/5 40/6
46/14 110/21
statutory [1]  44/1
stay [3]  33/3 106/24 120/21
steal [6]  80/13 84/25 85/17
92/1 95/8 106/12
stealing [4]  41/14 62/20 86/3
104/10
steer [1]  33/2
stemmed [2]  15/17 49/11
stemming [1]  50/7
stenographically [1]  124/8
step [3]  33/23 70/4 119/12
stepped [1]  41/25
steps [2]  38/21 38/23
Steve [1]  12/13
STEVEN [2]  2/6 51/7
still [5]  14/16 22/16 42/10
45/25 103/4
stipulated [1]  50/1
stipulation [2]  50/2 74/8
stock [5]  5/16 7/17 9/24 11/7
11/10
stole [8]  46/22 61/19 64/24
85/9 92/13 93/10 95/6 106/8
stolen [7]  47/2 73/3 77/13
77/25 78/13 85/6 104/13
stop [4]  20/1 85/21 92/11
122/4
stopping [1]  20/2
stores [1]  87/4
stories [2]  25/17 25/21
story [6]  5/10 25/23 25/25
26/6 26/16 83/3
straight [2]  16/25 46/15
strange [1]  39/19

**S**

strategy [1] 8/20
street [10] 1/24 19/9 46/22 46/24 77/22 78/14 81/6 81/6 81/7 98/16
streets [1] 18/24
stress [3] 98/18 106/16 107/7
Stricken [2] 45/18 76/15
strike [5] 45/16 76/14 78/17 80/16 107/8
strong [3] 101/23 106/17 106/25
structure [1] 36/20
structured [2] 37/14 101/21
studio [9] 13/2 29/18 32/5 32/18 32/20 33/13 35/16 53/4 53/10
STUDIOS [38] 1/6 12/14 13/1 16/23 17/7 17/9 17/18 17/19 20/18 21/8 26/25 29/15 29/19 29/20 30/14 31/7 31/22 32/3 32/15 35/12 35/14 35/15 52/20 53/25 54/6 58/8 59/1 64/3 65/14 65/16 65/19 67/6 68/1 81/9 94/10 97/6 97/17 99/5
Studios' [5] 12/20 16/25 53/14 68/19 92/8
stuff [1] 29/9
style [4] 26/17 36/9 86/3 88/6
subject [1] 69/24
submitted [3] 69/19 76/12 77/7
subpoena [2] 114/2 116/5
subpoenaed [3] 43/21 44/7 113/23
subpoenas [1] 92/7
subsequent [4] 46/2 95/21 112/7 112/12
subsequently [6] 23/22 42/4 46/16 78/2 82/7 96/4
subsidiaries [1] 38/4
subsidiary [2] 37/23 40/22
successful [2] 65/22 71/19

such [7] 15/15 30/2 30/7 30/11 30/25 41/17 114/22
sudden [1] 107/5
sued [1] 25/11
suffer [1] 11/4
suffered [2] 21/9 105/1
sufficient [1] 45/20
suggest [1] 6/19
suggesting [1] 119/24
suing [1] 85/4
Suite [3] 1/24 2/7 2/11
summarize [1] 104/25
Sunday [1] 91/11
super [1] 64/6
supplying [1] 92/18
support [3] 30/5 41/13 43/8
supported [1] 45/10
Supporter [1] 30/1
supporting [1] 42/9
suppose [1] 5/25
supposed [1] 119/2
sure [15] 8/2 8/2 8/5 8/8 9/1 11/2 33/11 46/10 72/11 73/11 74/16 79/16 91/9 103/5 119/5
surface [1] 106/8
surprised [1] 43/13
surprises [1] 11/20
surprisingly [1] 43/7
Surravanti [1] 43/14
surveillance [1] 20/22
survive [1] 39/4
suspect [1] 39/12
Sustained [7] 57/4 76/15 78/20 86/22 87/19 114/13 116/2
SUVs [1] 11/14
swap [2] 120/22 121/13
swaths [1] 77/18
sweet [1] 89/18
sweetheart [1] 71/14
sworn [2] 33/24 34/1
Sydney [27] 14/6 18/21 18/25 22/4 25/2 34/14 34/15 37/21 44/9 44/10 45/11 76/17 76/25 77/4 77/20 79/5 80/5 80/7 82/10 84/21 84/22

85/16 90/3 92/19 116/18 116/22 116/24
symbol [2] 83/6 83/7
Syrian [2] 85/21 86/24
system [2] 58/3 99/1
SYVERSON [1] 2/6

**T**

tag [1] 69/12
tags [2] 69/4 69/8
take [36] 7/15 9/19 9/25 10/1 11/10 11/17 15/21 17/8 17/10 19/11 19/14 31/7 31/23 32/7 36/20 38/21 42/2 42/24 46/4 46/10 46/21 47/6 47/14 53/6 55/6 69/16 70/5 74/8 81/4 83/15 105/6 113/18 113/20 113/20 118/21 119/3
take-down [2] 17/8 55/6
takedown [2] 17/24 54/9
taken [7] 10/25 32/24 37/11 70/11 78/23 92/16 108/22
taking [3] 16/21 98/19 123/13
talk [5] 69/21 69/22 116/8 120/23 122/13
talked [4] 45/9 50/4 103/6 116/10
talking [6] 48/23 72/21 96/12 108/19 112/12 116/17
Tampering [1] 60/25
tax [1] 36/20
TAYLOR [24] 2/9 2/10 8/16 9/7 11/14 11/21 21/13 21/20 21/25 32/17 33/18 45/16 73/16 76/2 76/14 78/16 79/10 107/16 120/23 122/7 122/9 122/11 123/2 123/19
team [5] 20/3 85/14 85/15 86/10 89/8
techniques [1] 16/8
technologically [1] 25/19
technology [1] 29/14
telephone [1] 72/20
tell [23] 5/21 5/22 9/7 22/21 25/18 34/13 35/14 39/21

tell... [15]  41/9 41/15 44/21
44/25 44/25 49/16 61/7
65/15 90/14 107/2 118/10
121/11 121/18 121/25 123/9
telling [1]  20/3
tells [2]  5/9 25/21
ten [3]  11/3 22/24 105/4
ten-minute [1]  11/3
tendency [1]  101/16
tender [2]  44/12 45/8
tendered [1]  113/6
tendering [1]  45/7
tenets [1]  39/13
term [7]  40/16 42/22 44/19
86/17 86/18 98/24 112/1
terms [14]  3/17 3/20 22/12
28/5 41/14 42/19 53/13
53/16 55/15 57/15 57/19
110/4 112/3 123/7
terror [2]  13/20 30/8
terrorist [1]  30/1
terroristic [1]  88/6
terroristic-style [1]  88/6
testified [6]  74/14 96/7
108/9 110/20 113/24 115/2
testify [13]  7/7 20/13 27/18
31/12 32/9 47/22 49/4 49/6
50/6 50/14 51/21 115/15
115/25
testifying [1]  47/24
testimony [18]  6/9 6/14 7/1
26/3 28/14 30/3 31/15 32/17
43/21 44/7 70/8 74/4 108/11
109/18 115/3 115/5 119/6
122/18
text [16]  52/17 71/23 72/17
72/22 72/25 73/3 73/9 74/2
74/10 74/22 74/24 74/25
75/7 75/10 82/5 117/9
texts [7]  6/16 72/9 72/13
74/18 74/21 74/22 77/19
than [16]  17/10 23/22 29/14
37/13 52/15 67/13 86/7
91/25 92/15 92/20 97/25
99/4 110/3 110/5 118/6

thank [1]  26/6
59/21 70/2 104/16 107/13
107/14 107/16 119/10
123/24
that [489]
that's [43]  5/10 6/23 9/23
10/20 11/11 16/16 17/15
18/6 18/10 26/2 33/3 33/13
37/11 43/1 49/15 50/9 50/11
51/2 52/1 53/9 55/2 61/1
61/1 62/4 68/2 70/8 74/16
86/25 89/14 89/16 95/3
95/22 96/10 102/25 105/22
108/16 111/19 112/9 120/16
120/18 122/8 122/13 123/9
theatre [6]  107/21 107/22
107/23 107/24 108/2 108/3
theft [2]  85/1 92/8
their [52]  11/16 13/5 13/10
14/21 15/20 17/11 18/20
19/11 20/14 20/14 20/14
20/23 20/24 21/7 22/20
22/21 23/8 25/10 29/3 29/21
29/25 30/9 30/10 32/22
36/16 37/13 37/14 37/15
40/21 42/21 44/20 47/4
54/20 55/9 64/15 68/23 77/1
84/22 85/23 89/24 93/14
98/20 105/6 106/4 106/5
108/16 108/22 109/14
109/16 110/4 111/24 123/12
them [39]  6/19 7/5 9/4 13/5
13/6 15/18 17/10 17/24 18/1
20/22 20/23 21/9 22/12
25/11 25/21 31/13 32/4
37/12 38/11 41/21 60/5
63/14 63/15 72/14 82/12
85/4 89/24 98/16 98/24
105/11 106/13 106/19
106/23 107/3 112/19 118/9
118/10 118/10 118/11
themselves [5]  15/21 43/10
45/14 85/17 106/11
then [39]  6/22 8/22 10/18

11/6 14/6 15/19 17/14 23/22
29/20 30/24 38/15 40/3 40/9
41/18 42/1 42/6 46/16 49/22
49/22 51/2 54/25 55/7 55/7
65/13 66/4 69/25 77/15 80/5
82/6 89/10 92/11 93/7 97/8
109/7 121/13 122/11 122/17
122/21 122/22
theories [1]  80/14
there [58]  6/5 6/24 6/25 7/7
7/18 9/12 11/15 12/16 15/15
19/23 23/15 24/6 26/16
28/10 32/24 35/9 36/1 37/18
40/3 41/8 44/19 46/15 46/16
48/19 49/23 62/17 68/10
69/12 76/11 78/2 78/3 78/9
80/6 81/10 81/11 82/6 95/17
95/20 96/11 97/15 108/10
109/9 109/9 109/18 109/23
110/17 111/12 112/5 112/7
112/13 112/13 112/16
119/24 120/3 122/19 123/6
123/7 123/22
there's [22]  5/4 6/7 6/9 6/14
6/22 7/3 8/4 20/24 33/8 33/9
38/25 45/13 46/1 49/20 50/5
50/16 67/11 69/1 81/5 96/14
103/11 119/22
thereafter [2]  23/25 46/6
therefore [1]  91/16
therein [1]  50/18
Thereupon [1]  123/25
these [55]  9/16 13/18 15/5
15/10 16/24 17/5 17/9 17/11
18/14 19/5 19/22 20/2 20/5
22/7 22/11 23/9 25/16 26/23
27/16 27/19 29/17 29/23
30/16 31/9 31/10 50/8 54/3
54/15 57/19 59/4 60/3 60/7
64/3 65/19 65/25 70/18
71/23 73/3 74/2 74/3 74/9
74/13 74/21 74/21 74/22
74/24 83/20 87/16 92/9
92/20 93/11 96/1 101/17
103/14 119/25
they [106]  7/1 7/12 7/15
13/8 13/9 14/3 14/12 17/7

**T**

they... [98]  17/23 17/25
18/16 18/23 18/24 19/1 19/2
19/15 20/23 21/4 21/9 23/1
24/11 26/9 26/11 27/13
27/20 29/11 29/23 30/20
30/21 30/24 30/25 31/2 31/4
32/11 32/12 32/20 32/21
32/21 32/22 32/25 33/1 33/2
33/3 36/2 36/4 37/14 37/14
38/15 38/16 38/17 38/18
38/18 40/1 40/3 40/4 40/6
40/10 41/14 42/8 42/18
42/23 42/23 42/25 44/8
44/14 45/3 50/23 53/14
54/15 54/24 55/2 55/2 55/4
55/7 57/21 60/3 63/8 64/17
66/3 72/3 73/5 76/12 77/5
77/9 85/17 85/22 93/13
93/13 101/19 102/12 104/21
104/21 104/22 104/23
104/23 105/9 105/10 105/20
106/11 106/20 108/20
109/24 111/22 114/24
116/15 118/3
they'd [2]  77/1 77/20
they're [15]  35/1 65/16 66/2
69/4 72/25 75/1 77/8 79/7
81/15 81/16 98/14 98/15
106/11 106/20 123/13
they've [1]  123/12
thief [7]  17/2 64/4 66/17
78/12 84/17 95/6 98/6
thieves [4]  77/24 81/21
85/16 89/19
thing [7]  19/3 28/7 78/6
86/25 106/8 121/3 122/13
things [12]  23/5 23/9 25/4
28/17 38/7 48/17 70/9 87/14
108/20 113/20 114/21
119/13
think [31]  8/4 8/13 10/25
25/17 27/22 41/11 43/2
45/13 50/9 50/16 52/16 74/6
74/6 74/15 74/15 74/18 77/9
77/25 92/3 92/11 93/22

96/18 107/13 109/24 110/10
111/10 114/23 115/6 115/7
119/2 122/2
third [2]  62/8 122/14
third-party [1]  122/14
Thirty [7]  57/14 58/15 60/14
70/25 71/25 100/13 102/22
Thirty-five [2]  71/25 102/22
Thirty-one [1]  60/14
Thirty-three [2]  57/14 58/15
Thirty-two [1]  70/25
this [201]
THOMAS [1]  2/6
those [20]  23/19 31/4 31/12
31/24 38/3 52/23 52/25 64/6
65/15 75/10 80/6 96/12
101/9 102/11 105/4 106/3
106/25 106/25 119/20
120/16
though [2]  18/22 114/21
thought [10]  5/8 48/19 49/2
50/10 71/13 71/16 73/20
85/17 86/12 96/13
thousand [1]  35/19
threat [5]  20/7 20/24 21/1
75/20 91/16
threats [4]  18/18 20/3 52/16
75/16
three [22]  19/23 36/16 57/10
57/14 58/15 59/21 59/24
73/7 77/9 92/8 96/6 96/10
96/11 96/12 96/14 96/23
96/25 97/2 99/4 100/23
101/10 120/16
through [23]  7/1 10/11
10/12 11/4 14/16 19/2 19/15
23/1 27/23 27/23 31/18
35/25 39/6 44/14 44/17
54/20 54/25 66/4 82/5 87/16
92/7 98/17 98/23
throughout [6]  22/24 24/16
26/3 28/8 28/14 78/3
thug [1]  91/25
thumbs [2]  7/6 32/6
THUNDER [44]  1/6 12/14
12/20 13/1 16/23 16/25 17/7
17/9 17/18 17/19 20/18 21/8

26/25 29/15 29/18 29/19
29/20 30/14 31/7 31/22 32/3
32/14 35/12 35/14 35/15
52/20 53/14 53/25 54/6 58/8
58/25 64/3 65/14 65/15
65/19 67/6 68/1 68/19 81/9
92/8 94/10 97/6 97/17 99/5
Thunder Studios [1]  26/25
Thunderstudios.com [2]
53/1 55/16
Thursday [16]  119/1 119/2
119/8 119/10 119/15 120/5
120/12 120/17 121/4 121/9
121/23 121/24 122/12
122/15 122/20 123/21
ties [1]  13/10
till [1]  121/2
time [46]  9/13 12/7 15/10
21/14 24/3 24/23 29/13
30/12 31/6 32/5 33/17 38/12
41/22 42/10 43/2 43/11
43/15 46/21 50/23 52/13
59/1 61/20 64/25 68/13 71/7
73/10 76/13 84/6 86/12
91/11 91/18 95/23 97/18
98/9 105/17 108/17 108/18
108/19 114/2 114/21 119/4
120/6 121/24 122/19 123/7
123/13
timeframe [1]  75/6
timeline [1]  6/5
timer [1]  123/15
times [7]  40/16 42/23 63/3
97/11 105/8 117/5 118/11
Title [1]  124/7
today [12]  5/14 5/17 13/23
16/16 22/4 42/23 46/3 46/3
70/1 73/11 74/14 98/15
together [5]  5/12 28/13
40/21 46/16 50/23
told [11]  33/2 40/1 61/20
64/25 76/9 78/18 88/18
107/6 117/16 118/10 122/15
tolerated [1]  21/7
tomorrow [4]  93/2 118/24
119/9 121/17
tonight [3]  121/3 121/15

**T**

tonight... [1]  121/25
TONY [35]  1/9 12/19 13/4
 15/12 18/12 22/2 22/25
 23/18 23/23 28/20 28/21
 28/23 30/3 30/13 31/16
 36/16 40/12 47/1 61/6 62/6
 62/18 62/21 62/24 65/2
 65/13 68/24 84/20 85/1 85/9
 94/13 104/10 104/14 108/7
 108/17 111/5
Tony Kazal [2]  12/19 15/12
Tony's [1]  85/8
Tonykazal.com [1]  29/5
too [3]  37/18 68/9 93/16
took [6]  22/15 24/15 38/23
 46/20 52/9 87/3
top [3]  72/16 87/5 113/12
touch [1]  121/16
towards [5]  7/4 8/8 32/3
 47/6 71/12
tracking [1]  123/7
trademark [1]  53/19
trained [1]  107/25
trains [1]  122/5
transcript [2]  124/8 124/10
transcripts [1]  122/17
transferred [1]  56/9
transferring [1]  18/2
transfers [1]  92/23
travel [2]  41/17 121/1
trial [13]  1/16 7/10 8/17
 8/20 9/11 9/14 11/4 11/21
 42/12 43/13 48/18 119/9
 121/8
tried [1]  85/12
troubled [1]  74/5
true [23]  15/6 53/13 60/7
 70/18 79/23 86/1 88/22 90/6
 94/3 94/15 99/20 100/6
 103/17 107/21 111/3 113/3
 115/2 116/21 116/24 117/14
 118/13 118/17 124/7
trusting [1]  37/10
trusty [1]  123/12
truth [2]  50/20 85/25
truthful [1]  15/9
try [5]  5/12 31/20 76/20
 76/22 76/24
trying [5]  12/14 41/14 53/6
 91/13 120/4
Tuesday [2]  1/19 5/1
turn [34]  8/15 48/6 52/19
 53/11 54/14 55/11 57/13
 58/19 59/7 60/6 61/23 62/8
 63/16 64/9 64/19 65/5 66/6
 66/19 67/2 67/9 67/19 68/16
 70/15 71/21 73/6 81/18
 83/25 88/21 90/4 94/2 95/24
 99/19 100/4 103/16
Tweet [3]  4/7 88/22 89/7
Twelve [1]  91/3
Twenty [3]  55/19 59/21
 59/24
Twenty-five [1]  55/19
Twenty-three [2]  59/21
 59/24
Twitter [4]  90/16 90/17
 90/22 91/15
two [21]  6/7 22/16 23/15
 38/25 40/5 48/23 57/22
 61/23 70/25 71/11 81/5 87/9
 99/2 100/23 101/3 101/9
 101/10 101/15 101/18
 115/18 122/14

**U**

U.S [3]  1/23 55/9 124/16
U.S.C [4]  107/20 107/22
 107/23 107/24
UAE [16]  36/9 36/12 36/18
 36/19 36/21 36/21 36/23
 37/5 39/21 39/22 40/15 41/6
 41/16 41/18 45/2 45/10
ultimate [1]  28/2
ultimately [5]  28/4 37/8
 38/1 41/3 42/19
unable [1]  41/16
unchanged [1]  28/8
uncle [1]  52/15
unclear [1]  72/8
uncles [1]  71/8
under [11]  6/2 20/21 37/16
 39/13 53/17 53/18 84/20
 87/9 106/13 106/14 115/3
underneath [1]  89/17
understand [15]  5/4 32/13
 34/23 49/23 73/14 83/7 83/9
 83/12 86/10 86/14 86/17
 88/14 89/20 98/21 120/20
understandably [1]  25/14
understanding [14]  24/25
 45/4 47/2 47/3 52/8 54/24
 55/4 61/2 69/7 83/19 88/19
 100/1 103/10 114/5
understood [2]  11/22 89/21
undisputed [1]  20/20
undo [2]  24/1 108/21
Unfortunately [3]  16/15
 37/10 47/23
unfounded [4]  39/22 40/12
 40/19 41/13
UNITED [20]  1/1 12/24
 14/2 14/7 14/24 15/4 15/7
 15/13 17/17 22/17 23/4 36/3
 37/1 39/11 58/23 59/11
 71/16 83/18 124/7 124/11
United States [6]  17/17
 22/17 58/23 59/11 71/16
 83/18
unlawful [2]  33/14 40/13
unless [5]  20/5 39/5 92/22
 119/1 123/8
unpopular [1]  101/23
unscrupulous [1]  37/11
until [11]  5/14 28/10 46/24
 52/13 61/18 61/19 64/23
 69/19 70/1 71/7 85/15
untruth [1]  106/6
up [23]  7/6 11/8 29/9 32/6
 38/9 41/21 42/22 44/5 46/17
 52/13 66/4 71/7 71/11 77/9
 77/20 78/9 83/21 85/12
 95/20 98/16 100/3 109/4
 123/7
upfront [1]  37/13
upon [5]  29/24 88/3 106/17
 113/21 116/5
upper [2]  57/18 89/11
upset [1]  98/10

## U

us [10]   13/23 16/16 22/3
22/4 48/14 54/21 76/24 88/6
105/16 113/8
use [9]   3/17 9/12 17/7 24/16
53/9 53/13 53/16 55/15 61/9
used [12]   6/15 16/7 16/24
27/24 47/3 77/22 84/24 86/3
86/18 89/15 92/19 112/1
uses [1]   55/8
using [4]   29/10 92/4 93/3
112/1
usually [1]   97/20
utilized [1]   123/12

## V

VA2 [2]   58/22 59/10
VA2-024-116 [1]   59/10
VA2-024-205 [1]   58/22
validate [1]   58/1
validated [1]   42/13
validation [1]   106/13
validity [1]   42/24
valuable [1]   42/10
value [5]   30/25 43/2 53/25
54/1 106/12
van [13]   77/16 91/20 92/4
93/3 95/22 96/2 96/3 96/6
97/5 97/7 97/11 97/22 98/1
vans [6]   19/2 19/15 19/17
33/1 78/4 93/14
various [2]   14/8 111/14
vehicle [3]   7/19 8/12 11/8
venture [10]   12/23 14/11
15/20 23/2 36/17 36/18
36/24 37/3 40/23 45/3
ventures [1]   110/16
veracity [1]   58/2
verbally [1]   52/14
version [1]   63/3
very [22]   10/17 11/5 13/23
21/20 23/25 25/3 25/7 25/14
26/17 29/23 35/20 37/10
63/2 63/3 71/5 92/11 98/17
98/22 98/22 105/17 105/17
107/5
victimization [1]   71/18

victims [2]   92/2 92/10
video [39]   7/6 7/9 8/9 10/4
10/7 10/8 10/9 10/14 10/17
10/23 10/24 11/1 11/3 11/5
19/17 19/19 32/1 32/13
32/16 33/1 35/21 77/16
77/17 78/4 78/22 79/5 79/6
79/15 79/18 79/20 79/23
80/2 80/19 80/21 80/22
80/24 81/2 82/8 82/9
video's [1]   10/25
videoclip [3]   3/24 31/21
32/7
videoclips [1]   33/6
videos [3]   35/18 79/7 81/15
view [1]   93/17
viewed [1]   27/24
violate [1]   104/18
violated [2]   19/7 100/19
violation [2]   15/15 15/16
violence [6]   6/19 16/11
47/13 48/2 73/20 75/20
violent [1]   47/6
visa [4]   15/15 15/18 40/4
40/7
visiting [1]   28/7
visual [1]   28/5
voice [1]   49/9
VOIR [1]   3/8
VOL [1]   3/8
volume [1]   35/20
voted [1]   23/20
votes [1]   108/21
vulgar [1]   46/21

## W

w-a-i-v-i-n-g [1]   7/5
wakes [1]   98/16
waking [1]   83/21
Wales [9]   16/2 24/12 24/21
41/4 44/1 44/6 44/18 52/8
75/24
walked [1]   32/3
walking [2]   7/4 8/8
wall [1]   38/20
Walter [4]   90/3 90/7 90/12
91/10

Walter MacCallum [1]
91/10
want [20]   11/2 21/22 27/13
33/19 34/23 37/5 37/9 37/18
37/20 48/14 92/4 93/13 97/7
111/24 113/1 118/20 119/3
119/5 119/14 122/23
wanted [2]   43/15 118/10
warn [1]   93/12
was [270]
wasn't [7]   8/16 18/8 28/5
39/5 98/7 110/3 113/8
waste [6]   14/14 37/17 37/21
103/5 110/17 110/19
watching [1]   123/7
waving [2]   7/4 32/5
way [11]   18/19 25/24 25/25
27/1 27/8 28/25 28/25 44/22
83/9 109/16 114/24
we [77]   8/20 8/25 9/19 9/24
11/10 12/4 27/19 35/16
35/18 35/19 35/21 35/22
36/23 36/25 37/23 38/2 39/4
39/6 42/10 45/9 46/16 50/4
53/5 53/6 53/8 53/23 53/23
54/9 58/2 58/6 65/21 67/13
69/16 70/7 70/8 71/7 71/13
71/13 71/16 71/16 71/16
72/23 74/5 76/22 76/22 79/6
79/10 79/16 83/17 83/19
83/22 83/22 87/15 88/4
89/22 92/13 95/19 98/2
98/23 99/2 102/15 103/6
104/3 118/21 118/22 119/1
119/5 119/6 119/7 120/11
121/2 122/2 122/13 122/17
122/18 123/4 123/23
we'll [13]   16/9 20/6 24/16
26/20 27/18 30/2 33/7 33/14
69/25 69/25 70/5 119/10
121/15
we're [11]   11/2 11/3 20/17
33/7 53/4 72/21 77/24 96/18
119/16 121/7 122/24
we've [3]   66/25 77/10 77/24
weak [2]   9/1 101/23
website [51]   5/16 6/9 6/10

# W

website... [48]  16/25 17/11
17/13 17/14 17/15 18/2
18/13 19/21 26/4 26/4 26/8
26/17 26/20 26/21 27/1
27/10 27/11 28/4 28/19
28/21 30/4 31/7 31/23 46/3
52/25 53/14 53/24 56/9
56/19 56/23 57/19 57/20
60/4 60/8 60/18 62/14 64/15
68/23 70/19 78/1 78/24
83/10 83/13 92/22 94/14
103/14 105/21 106/21
websites [11]  27/17 29/1
29/3 29/3 29/6 29/9 29/12
29/17 29/23 52/23 92/9
week [4]  20/1 35/23 97/10
121/2
weekend [1]  121/1
weeks [1]  19/23
welcome [1]  12/3
well [28]  10/8 20/15 23/5
23/14 23/17 23/24 24/13
25/8 25/9 27/18 29/6 29/19
30/10 32/7 51/20 60/23 63/4
93/10 93/22 98/3 108/17
111/10 111/16 113/8 113/9
114/15 119/3 121/5
well-being [1]  30/10
well-respected [1]  63/4
went [8]  39/6 39/25 46/16
46/23 76/23 110/17 112/19
117/17
were [74]  6/14 14/16 15/6
15/11 16/24 17/8 17/18
17/24 18/14 23/5 23/9 23/15
23/24 25/17 25/23 25/23
26/10 26/11 27/16 27/20
28/6 28/9 29/12 29/21 29/23
29/25 30/21 31/4 32/12
32/18 32/21 34/13 40/18
40/20 41/14 42/4 42/7 44/8
45/3 50/23 54/4 57/19 57/21
58/25 59/13 60/3 62/17
62/20 68/8 68/10 68/13
75/11 76/5 78/4 81/11 81/11

82/8 87/15 92/21 95/7 95/17
95/18 95/20 101/5 101/19
104/9 104/13 109/3 112/7
113/23 114/1 115/19 116/15
118/6
weren't [1]  68/3
West [2]  1/24 64/2
western [2]  1/3 36/9
western-style [1]  36/9
what [121]  5/6 5/10 5/20
5/22 5/24 6/1 7/3 8/3 8/5
8/10 8/10 10/2 10/11 10/18
10/22 11/11 11/16 14/12
16/16 17/10 18/23 21/1
21/23 22/18 22/21 24/1
25/12 26/7 26/21 27/3 27/7
27/9 27/9 27/10 27/12 28/3
28/4 28/6 30/18 30/25 31/3
32/12 33/3 34/21 35/6 35/14
36/5 38/24 39/3 39/17 40/17
41/9 42/8 43/13 43/19 44/24
45/5 47/16 47/19 49/16
52/17 53/3 53/21 55/2 60/22
61/1 61/2 61/19 63/1 63/8
64/23 67/16 69/7 71/6 73/14
74/25 75/9 75/11 75/19 76/1
77/3 77/6 78/18 80/4 83/5
83/7 83/19 83/20 85/22
85/25 86/10 86/14 86/17
88/2 88/4 88/4 88/14 89/14
89/16 89/20 90/1 92/3 95/13
97/5 97/11 97/18 98/19
98/23 105/19 105/23 110/18
111/9 111/19 112/10 113/15
114/23 115/15 116/7 118/10
121/8 123/11
what's [9]  9/15 9/16 25/24
37/11 47/10 51/2 54/6 87/20
112/12
what-have-you [1]  52/17
whatever [3]  41/14 93/8
113/1
whatsoever [2]  28/21 28/25
when [43]  5/9 8/23 8/25
8/25 9/2 9/10 9/11 17/13
21/3 23/10 26/6 26/7 26/11
27/13 29/6 30/22 32/4 32/4

32/10 38/7 38/9 38/24 39/22
41/24 43/11 54/3 64/3 76/20
82/4 87/8 91/14 95/19 95/19
95/22 105/21 106/5 106/7
114/1 115/5 117/6 118/4
119/20 121/18
where [26]  5/16 14/3 18/14
18/21 18/24 19/1 19/10 20/6
20/11 22/13 28/3 34/13
34/17 35/22 36/23 40/7 68/5
76/23 77/21 77/22 81/4
105/4 114/10 117/17 122/24
123/10
whereby [1]  26/5
wherever [3]  20/4 85/14
89/9
whether [6]  6/14 28/2 44/19
49/20 50/19 58/3
which [55]  13/1 13/7 13/18
13/20 14/4 14/14 15/22
17/16 18/5 20/16 22/8 22/14
22/16 23/3 23/17 25/6 26/17
29/24 30/2 30/3 30/20 30/21
30/25 31/24 38/10 39/19
40/7 40/7 41/2 41/7 42/2
47/12 48/2 49/21 55/8 55/14
58/2 58/5 59/7 61/23 62/9
62/14 78/24 80/20 80/20
87/5 91/17 100/22 102/10
109/1 109/6 112/6 118/15
120/19 122/18
while [7]  19/13 40/10 41/23
48/16 101/14 102/11 115/9
whilst [1]  105/15
white [1]  86/3
white-collar [1]  86/3
who [49]  10/12 12/15 12/18
13/4 25/20 26/22 27/6 28/19
29/18 31/4 31/4 31/15 31/18
31/19 32/6 32/11 34/19
40/12 42/6 50/22 54/10
54/10 54/12 55/8 56/18
63/24 64/1 65/15 72/8 74/5
83/20 85/16 90/1 93/9 94/9
94/9 105/14 106/5 109/25
110/7 110/24 110/25 113/11
120/16 121/10 121/12

# W

who... [3] 121/12 122/14 123/11
who's [7] 29/8 29/9 29/10 51/10 61/5 63/23 103/3
whoever [2] 112/22 116/4
whole [2] 24/10 77/21
wholesaler [1] 87/5
whom [2] 28/15 31/20
whomever [1] 121/12
Whoopi [4] 68/3 68/5 68/9 68/10
Whoopi Goldberg [1] 68/3
whose [3] 63/23 90/17 101/23
why [14] 8/16 50/11 51/17 56/23 58/2 63/13 69/16 74/14 86/19 104/20 118/19 118/21 122/2 123/9
widely [1] 25/3
WIENER [36] 2/3 2/3 5/21 12/13 19/20 30/13 33/19 46/9 48/14 50/6 60/16 72/12 74/9 74/18 75/2 75/5 76/7 76/16 78/21 79/1 79/4 80/23 82/1 86/9 86/23 87/20 91/5 94/18 96/12 114/8 119/13 120/14 121/10 122/9 122/20 122/25
wife [12] 20/13 34/20 46/14 71/7 71/15 86/16 98/11 98/16 98/23 106/3 106/17 110/21
wife's [1] 34/21
wild [1] 9/14
will [53] 6/25 10/2 10/10 12/14 13/18 16/19 20/13 20/16 20/17 20/20 21/1 25/21 27/18 28/18 32/9 33/21 40/25 42/22 43/12 55/19 56/1 57/10 58/6 58/15 59/24 60/14 61/18 61/18 64/23 70/25 82/22 85/11 85/16 85/22 89/4 91/3 91/6 94/24 96/25 99/3 100/13 102/22 104/18 118/22

118/24 119/8 119/15 120/10 120/14 120/25 121/1 123/9 123/21
willful [1] 13/12
willfully [1] 17/25
willing [4] 38/11 118/6 120/19 120/22
willingness [1] 21/4
Wilshire [1] 2/7
wind [1] 41/21
winding [1] 109/4
window [1] 109/24
windshield [1] 46/25
wiper [1] 46/25
wish [2] 12/6 21/13
withdrawn [4] 42/4 108/25 109/1 109/3
within [4] 9/9 51/18 82/7 109/24
without [6] 29/10 39/15 41/20 50/2 73/12 114/23
witness [27] 3/8 10/11 15/9 24/14 33/20 33/22 34/1 47/16 47/19 47/25 48/18 48/24 49/3 49/4 49/15 50/10 51/21 60/25 74/5 76/5 79/11 81/1 94/22 116/5 121/8 121/12 122/5
witness's [1] 72/8
witnesses [5] 33/5 120/16 120/22 122/14 122/21
woke [1] 95/20
woken [1] 77/20
woman [2] 63/23 71/14
won't [6] 21/7 75/2 104/23 104/23 105/9 105/11
wonder [1] 29/8
Woodward [1] 10/12
word [2] 38/10 114/10
WordPress [5] 6/8 6/11 8/1 8/2 9/22
words [6] 27/5 28/6 29/25 30/5 88/17 99/8
work [6] 15/15 16/15 31/4 53/5 99/4 105/15
worked [3] 11/15 23/8 27/1
workers [2] 36/8 36/12

works [1] 26/15
world [3] 86/1 87/5 105/7
would [43] 8/3 14/4 20/4 21/2 24/25 25/1 25/18 26/17 27/3 28/3 35/18 36/19 38/9 43/12 45/16 48/6 48/8 51/12 51/13 51/14 51/18 69/12 69/14 74/8 76/25 78/17 78/22 79/10 88/9 91/7 99/7 104/3 114/6 114/22 115/1 115/1 115/24 115/24 117/1 120/11 121/24 121/25 122/15
write [2] 62/23 85/3
writing [1] 38/20
written [4] 27/9 89/16 92/21 93/1
wrong [2] 24/22 72/21
wrongdoing [5] 24/19 30/17 30/18 30/24 113/2
wrongdoings [1] 111/14
wrote [1] 84/22
www.adamkazal.com [1] 92/23
www.kazalfamilystory.com [3] 19/21 62/14 83/3
www.lisamariecsr.com [1] 1/25

# Y

yeah [5] 10/15 41/11 46/25 53/12 121/17
year [6] 35/19 77/11 108/22 112/13 114/7 115/7
years [13] 11/16 22/12 22/24 24/15 31/1 34/16 63/11 71/11 74/11 74/19 87/9 105/4 117/14
yes [114] 10/6 10/10 10/20 12/8 21/15 34/25 35/9 36/15 46/13 48/15 52/22 53/2 54/2 54/18 56/13 58/10 58/20 59/3 59/6 59/12 60/5 60/9 60/19 60/21 61/13 61/15 62/1 62/7 62/10 63/18 63/25 64/11 65/18 65/21 65/23 66/9 66/12 66/23 67/1 67/12

## Y

**yes...** [74]  67/20 67/25 68/11
68/15 68/18 68/23 68/25
69/15 70/10 70/17 70/20
71/5 71/22 72/3 72/15 72/24
73/8 75/15 75/18 76/19
76/22 80/17 81/3 81/13
81/19 82/3 82/13 83/4 83/14
84/1 87/24 88/20 88/24
89/25 90/5 90/13 90/16
90/23 93/19 94/1 94/17 95/4
95/10 95/25 96/22 97/24
98/2 100/2 100/5 100/18
100/21 103/2 103/14 103/19
103/22 104/11 104/15 108/3
108/12 109/20 109/23 110/6
110/23 113/22 114/4 116/6
116/20 116/25 117/2 117/4
118/2 118/8 118/18 120/25
**Yes-or-no** [1]  80/17
**yesterday** [1]  85/19
**York** [1]  63/3
**you** [470]
**You'd** [1]  63/15
**you'll** [16]  22/19 22/23
23/16 26/2 28/14 31/8 31/14
31/19 32/1 32/17 41/1 42/11
44/13 44/17 45/6 68/25
**you're** [16]  10/17 33/6 35/11
48/23 74/21 76/1 92/6
107/25 112/12 112/20
114/10 114/10 114/23
114/24 116/17 118/4
**you've** [9]  22/5 22/9 22/23
33/5 33/5 70/6 77/7 105/1
108/4
**young** [3]  42/3 53/5 109/7
**your** [159]
**Your Honor** [58]  5/11 5/24
8/19 8/19 9/20 12/12 13/14
18/3 21/15 45/17 47/8 47/23
48/8 55/12 55/18 55/23
55/25 57/3 57/7 57/9 58/11
58/14 59/18 59/22 60/10
60/13 70/22 70/24 72/5 72/9
73/16 73/21 80/17 81/14

81/23 82/14 84/13 86/21
87/17 88/2 89/1 89/3 90/25
91/2 94/19 96/5 96/19 100/9
100/12 102/19 102/21
103/20 103/25 104/3 107/12
107/14 119/22 122/8
**yourself** [2]  118/16 118/19

## Z

**zone** [1]  84/6
**Zotti** [1]  110/10