# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Adam Kazal; and
> Tony Kazal

Name(s) of counsel (if any):

> Benjamin Taylor

Address: 1880 Century Park East, Suite 714, Los Angeles, CA 90067

Telephone number(s): (310) 201-7600

Email(s): btaylor@taylorlawfirmpc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☒ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Thunder Studios, Inc.; and
> Rodric David

Name(s) of counsel (if any):

Seth W. Wiener

Address: 609 Karina Court, San Ramon, CA 94582

Telephone number(s): (925) 487-5607

Email(s): seth@sethwienerlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    *1*                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:
Thunder Studios, Inc.; and Rodric David

Name(s) of counsel (if any):
Steven Thomas Gebelin

Address: 8383 Wilshire Blvd., Suite 520, Beverly Hills, CA 90211

Telephone number(s): (310) 270-6000

Email(s): steven@syversonlaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6  2  New 12/01/2018